# Exhibit A

# Organizational Chart

