# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>**EXPRESSJET AIRLINES LLC,**<br><br>Debtor.[1] | Chapter 11<br><br>Case No. 22-10787 (MFW) |

**NOTICE OF (I) FILING OF CHAPTER 11 PETITION AND RELATED DOCUMENTS AND (II) AGENDA FOR HEARING SCHEDULED FOR AUGUST 24, 2022, AT 12:00 P.M. (EASTERN TIME), BEFORE THE HONORABLE MARY F. WALRATH, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE[2]**

> This hearing will be conducted entirely over Zoom and requires all participants to register in advance.
>
> Please use the following link to register for this hearing:
>
> **https://debuscourts.zoomgov.com/meeting/register/vJIsc-iopjIuHtTOm7W8aRLd_QyKrebdkAg**
>
> After registering your appearance by Zoom, you will receive a confirmation email containing information about joining the hearing.
>
> Topic:  ExpressJet Airlines LLC
>
> Time:  August 24, 2022, at 12:00 P.M. (Eastern Time)

PLEASE TAKE NOTICE that, on August 23, 2022, ExpressJet Airlines LLC (the "Debtor") filed the following voluntary petition (the "Petition") for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code"), and related

---

[1] The last four digits of the Debtor's federal EIN are 4495.  The Debtor's mailing address is 1745 Phoenix Boulevard, Suite 250, College Park, GA 30349.

[2] All petitions, motions, and other pleadings referenced herein are available free of charge at https://dm.epiq11.com/Expressjet or by request to the Debtor's proposed counsel, Morris, Nichols, Arsht & Tunnell LLP, 1201 N. Market Street, 16th Floor, Wilmington, Delaware 19801, Attn: Sophie Rogers Churchill (srchurchill@morrisnichols.com), (302) 351-9200.

pleadings with the United States Bankruptcy Court for the District of Delaware. The Debtor is a debtor in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

PETITION

1. Voluntary Petition

   a. ExpressJet Airlines LLC – Case No. 22-10787 (MFW) (D.I. 1, Filed 8/23/22).

DECLARATION IN SUPPORT OF FIRST DAY PLEADINGS

2. Declaration of John Greenlee in Support of Chapter 11 Petition and First Day Relief (D.I. 2, Filed 8/23/22).

PLEASE TAKE FURTHER NOTICE that a hearing with respect to the following first day motions (collectively, the "First Day Motions"), to the extent set forth below, is scheduled for August 24, 2022 at 12:00 p.m. (Eastern Time) (the "First Day Hearing") before The Honorable Mary F. Walrath, United States Bankruptcy Judge for the District of Delaware.

MATTERS GOING FORWARD

3. Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing the Debtor to Pay Certain Prepetition Taxes and Fees, (II) Authorizing Banks and Financial Institutions to Honor and Process Checks and Transfers Related Thereto, and (III) Granting Related Relief (D.I. 4, Filed 8/23/22).

   Status: This matter is going forward.

4. Debtor's Motion for Interim and Final Orders (I) Authorizing Payment of Prepetition Claims of Certain Critical Vendors and (II) Granting Related Relief (D.I. 5, Filed 8/23/22).

   Status: This matter is going forward.

5. Debtor's Motion for Entry of Interim and Final Orders (I) Prohibiting Utility Providers from Altering, Refusing or Discontinuing Utility Services, (II) Approving Proposed Adequate Assurance of Payment to Utility Providers and Authorizing Debtor to Provide Additional Assurance, (III) Establishing Procedures to Resolve Requests for Additional Assurance and (IV) Granting Related Relief (D.I. 6, Filed 8/23/22).

   Status: This matter is going forward.

6. Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing Debtor to (A) Continue Their Existing Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Its Bank Accounts and Existing Business Forms, (D) Implement Changes to the Existing Cash Management System as Necessary, and (E) Continue Ordinary Course Intercompany Transactions, (II) Waiving the

Case 22-10787-MFW    Doc 9    Filed 08/23/22    Page 3 of 3

Requirements of 11 U.S.C. § 345(b) and the U.S. Trustee's Operating Guidelines, and (III) Granting Related Relief (D.I. 7, Filed 8/23/22).

Status:  This matter is going forward.

7. Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing Debtor to (A) Maintain Employee Compensation Practices and Benefits Programs and (B) Redact Certain Personally Identifiable Information of Debtor's Current and Former Employees, and (II) Granting Related Relief (D.I. 8, Filed 8/23/22).

Status:  This matter is going forward.

PLEASE TAKE FURTHER NOTICE that parties who wish to participate in the First Day Hearing may do so by registering through the above Zoom link.

PLEASE TAKE FURTHER NOTICE that objections, if any, to the First Day Motions may be made at the First Day Hearing.

Dated: August 23, 2022
Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Eric D. Schwartz
Eric D. Schwartz (No. 3134)
Matthew B. Harvey (No. 5186)
Paige N. Topper (No. 6470)
1201 N. Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
eschwartz@morrisnichols.com
mharvey@morrisnichols.com
ptopper@morrisnichols.com

*Proposed Counsel to the Debtors and Debtors in Possession*