## <u>EXHIBIT A</u>

**KERP RETENTION PAYMENT PERCENTAGE CHART**

| Position | Dept | Annual Salary | KERP | Monthly KERP |
|---|---|---|---|---|
| Chief Pilot | EX | $125,000.00 | 50% | $5,208.33 |
| Coord-Operations Admin | MKTG | $39,520.00 | 200% | $6,586.67 |
| Director-IT Back Office | IT | $120,000.00 | 100% | $10,000.00 |
| Director-IT Operations | IT | $125,000.00 | 50% | $5,208.33 |
| Director-MX Sourcing&Plng | MX-Mtl | $102,482.91 | 100% | $8,540.24 |
| Director-P&F and A/P Ops | CS | $100,000.00 | 100% | $8,333.33 |
| Director-Safety | FO-Safety | $115,000.00 | 100% | $9,583.33 |
| Lead Spec-Materials | MX-Mtl | $39,604.72 | 200% | $6,600.79 |
| Lead Spec-Materials | MX-Mtl | $39,604.72 | 200% | $6,600.79 |
| Managing Dir-Operations | EX | $175,000.00 | 50% | $7,291.67 |
| Mging Dir-Development | MKTG | $180,000.00 | 50% | $7,500.00 |
| Mging Dir-MX & Engineerin | EX | $120,000.00 | 100% | $10,000.00 |
| Mgr-Dispatch | FO-OSC | $70,000.00 | 150% | $8,750.00 |
| Mgr-HR Admin &Compl | AC-PD | $72,828.00 | 150% | $9,103.50 |
| Mgr-Inflight | IF-Staff | $60,000.00 | 200% | $10,000.00 |
| Mgr-IT Support | IT | $78,000.00 | 150% | $9,750.00 |
| Mgr-MX Engineering | MX-Inspect | $84,338.45 | 150% | $10,542.31 |
| Mgr-OSC | FO-OSC | $77,000.00 | 150% | $9,625.00 |
| Mgr-Payroll | AC-PD | $80,415.00 | 150% | $10,051.88 |
| Mgr-Tech Publications | FO-Safety | $66,538.00 | 150% | $8,317.25 |
| Principal-Comp & HRIS | AC-PD | $79,400.88 | 150% | $9,925.11 |
| Principal-Emer Res,Sec,En | FO-Safety | $57,222.00 | 200% | $9,537.00 |
| Principal-HR Benefits | AC-PD | $71,000.00 | 150% | $8,875.00 |
| Principal-Inv & Repairs | MX-Mtl | $67,000.00 | 150% | $8,375.00 |
| Principal-IT Developer SA | IT | $100,000.00 | 100% | $8,333.33 |
| Specialist-Payroll | AC-PD | $57,000.00 | 200% | $9,500.00 |
| Spec-IT Developer | IT | $50,000.00 | 200% | $8,333.33 |
| Spec-IT Support Tech | IT | $42,000.00 | 200% | $7,000.00 |
| Spec-Maintenance | MX-Mtl | $54,685.30 | 200% | $9,114.22 |
| Spec-Materials DG/GSO | MX-Mtl | $36,068.59 | 200% | $6,011.43 |
| Spec-P&F and A/P Ops | CS | $50,000.00 | 200% | $8,333.33 |
| Spec-P&F and A/P Ops | CS | $56,000.00 | 200% | $9,333.33 |
| Supv-MX Records | MX-Mtl | $48,000.00 | 200% | $8,000.00 |
| VP-Chief Information Officer | EX | $160,000.00 | 50% | $6,666.67 |
| VP-Human Resources & CHRO | EX | $160,000.00 | 50% | $6,666.67 |