IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>**EXPRESSJET AIRLINES LLC,**<br><br>Debtor.[1] | Chapter 11<br><br>Case No. 22-10787 (MFW)<br><br>**RE: D.I. 11, 12** |

**ORDER SHORTENING NOTICE OF DEBTOR'S MOTION FOR ENTRY OF INTERIM AND FINAL ORDERS (I) APPROVING DEBTOR'S KEY EMPLOYEE RETENTION PLAN, (II) GRANTING ADMINISTRATIVE EXPENSE PRIORITY STATUS TO ALL PAYMENTS TO BE MADE BY THE DEBTOR PURSUANT THERETO AND (III) GRANTING RELATED RELIEF**

Upon the motion (the "Motion to Shorten")[2] of the above-captioned debtor and debtor in possession (the "Debtor") for entry of an order shortening notice of *Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing Implementation of a Key Employee Retention Plan, (II) Granting Administrative Expense Status to All Payments to be Made Pursuant Thereto, and (III) Granting Related Relief* (the "KERP Motion"); the Court having reviewed the Motion to Shorten and the KERP Motion, and found that the relief requested in the Motion to Shorten is justified under the circumstances, it is hereby ORDERED that**:**

1. The Motion to Shorten is GRANTED.

2. The KERP Motion will be considered at a hearing scheduled for **August 26, 2022, at 10:00 a.m. (ET)**, or as soon as the Court is available thereafter with any objections due at or before the hearing.

3. Objections, if any, to the requested relief in the KERP Motion, shall be due at or before the hearing.

---

[1] The last four digits of the Debtor's federal EIN are 4495. The Debtor's mailing address is 1745 Phoenix Boulevard, Suite 250, College Park, GA 30349.

[2] Capitalized terms not defined herein are used as defined in the Motion to Shorten.

4. This Court retains jurisdiction to construe and enforce the terms of this order.

Dated: August 24th, 2022
Wilmington, Delaware

MARY F. WALRATH
UNITED STATES BANKRUPTCY JUDGE