IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>**EXPRESSJET AIRLINES LLC,**<br><br>Debtor.[1] | Chapter 11<br><br>Case No. 22-10787 (MFW) |

**AGENDA OF MATTER SCHEDULED FOR HEARING ON
AUGUST 26, 2022, AT 10:00 A.M. (EASTERN TIME)**

> **This hearing will be conducted entirely over Zoom
> and requires all participants to register in advance.**
>
> **Please use the following link to register for this hearing:**
>
> **https://debuscourts.zoomgov.com/meeting/register/vJIsde6rpjIoG5-KvXGiw_APUQ-aP3srRJ4**
>
> **After registering your appearance by Zoom, you will receive a confirmation email
> containing information about joining the hearing.**
>
> **Topic: ExpressJet Airlines LLC**
>
> **Time: August 26, 2022, at 10:00 a.m. Eastern Time (US and Canada)**

MATTER GOING FORWARD

1.  Debtor's Motion for Entry of Interim and Final Orders (I) Approving Debtor's Key Employee Retention Program, (II) Granting Administrative Expense Priority Status to All Payments to be Made by the Debtor Pursuant Thereto and (III) Granting Related Relief (D.I. 11, Filed 8/23/22).

    Response Deadline: At the hearing.

    Responses Received:

---

[1] The last four digits of the Debtor's federal EIN are 4495. The Debtor's mailing address is 1745 Phoenix Boulevard, Suite 250, College Park, GA 30349.

a) Informal comments from the Office of the United States Trustee.

Related Documents:

a) Declaration of John Greenlee in Support of Debtor's Motions for Entry of (A) Interim and Final Orders (I) Approving Debtor's Key Employee Retention Program (II) Granting Administrative Expense Priority Status to All Payments to be Made by the Debtor Pursuant Thereto and (III) Granting Related Relief, and (B) Shortening Time for Notice Thereof (D.I. 13, filed 8/23/2022); and

b) Order Shortening Notice of Debtor's Motion for Entry of Interim and Final Orders (I) Approving Debtor's Key Employee Retention Plan, (II) Granting Administrative Expense Priority Status to All Payments to be Made by The Debtor Pursuant Thereto and (III) Granting Related Relief (D.I. 28, filed 8/24/2022).

Status:  This matter is going forward.

Dated: August 24, 2022
Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Sophie Rogers Churchill*
Eric D. Schwartz (No. 3134)
Matthew B. Harvey (No. 5186)
Paige N. Topper (No. 6470)
Jonathan M. Weyand (No. 6959)
Sophie Rogers Churchill (No. 6905)
1201 N. Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
eschwartz@morrisnichols.com
mharvey@morrisnichols.com
ptopper@morrisnichols.com
jweyand@morrisnichols.com
srchurchill@morrisnichols.com

*Proposed Counsel to the Debtor and Debtor in Possession*