# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| EXPRESSJET AIRLINES LLC, | ) Case No. 22-10787 (MFW) |
| | ) |
| Debtor. | ) |
| | ) |
| | ) **Ref. Docket Nos. 11-13** |

## AFFIDAVIT OF SERVICE

STATE OF CONNECTICUT )
                          ) ss.:
COUNTY OF MIDDLESEX )

ANGHARAD BOWDLER, being duly sworn, deposes and says:

1. I am employed as Director of Client Services by Epiq Corporate Restructuring, LLC, located at 777 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 23, 2022, I caused to be served the:

   a. "Debtor's Motion for Entry of Interim and Final Orders (I) Approving Debtor's Key Employee Retention Program, (II) Granting Administrative Expense Priority Status to All Payments to Be Made by the Debtor Pursuant Thereto and (III) Granting Related Relief," dated August 23, 2022 [Docket No. 11],

   b. "Debtor's Motion to Shorten Notice of Debtor's Motion for Entry of Interim and Final Orders (I) Approving Debtor's Key Employee Retention Plan, (II) Granting Administrative Expense Priority Status to All Payments to Be Made by the Debtor Pursuant Thereto and (III) Granting Related Relief," dated August 23, 2022 [Docket No. 12], and

   c. "Declaration of John Greenlee in Support of Debtor's Motions for Entry of (A) Interim and Final Orders (I) Approving Debtor's Key Employee Retention Program (II) Granting Administrative Expense Priority Status to All Payments to Be Made by the Debtor Pursuant Thereto and (III) Granting Related Relief, and (B) Shortening Time for Notice Thereof," dated August 23, 2022 [Docket No. 13],

by causing true and correct copies to be:

   i. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A, and

      ii.    delivered via electronic mail to those parties listed on the annexed <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/<u>*Angharad Bowdler*</u>
Angharad Bowdler

Sworn to before me this
24th day of August, 2022
<u>/s/ *Amy E. Lewis*</u>
Notary Public, State of Connecticut
Acct. No. 100624
Commission Expires August 31, 2027

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| C&L AEROSPACE LLC | JON LAY 40 WYOMING AVENUE BANGOR ME 04401 |
| CAPITAL REGION AIRPORT COMMISSION | STEVE OWEN 1 RICHARD E. BYRD TERMINAL DRIVE RICHMOND VA 23250-2400 |
| CINTAS | J. MICHAEL HANSEN 97627 EAGLE WAY CHICAGO IL 60678-9760 |
| DAL GLOBAL SERVICES LLC | LARRY WEXLER PO BOX 745139 - 6W ATLANTA GA 30349 |
| DAL GLOBAL SERVICES LLC | LARRY WEXLER 1030 DELTA BLVD DEPARTMENT 982 ATLANTA GA 30354 |
| DELAWARE SECRETARY OF STATE | DIVISION OF CORPORATIONS P O BOX 11728 NEWARK NJ 07101-4728 |
| DELAWARE STATE TREASURY | 820 SILVER LAKE BLVD., SUITE 100 DOVER DE 19904 |
| EIC AIRCRAFT LEASING LIMITED | DANICA GUTIERREZ 3RD FLOOR KILMORE HOUSE DUBLIN 1 IRELAND |
| FOUNDRY LLC | JIM BAUSERMAN PO BOX 2945 MOBILE AL 36652 |
| FOUNDRY LLC | JIM BAUSERMAN 6160 PLUMAS ST SUITE 200 RENO NV 89519 |
| HAWKER PACIFIC AEROSPACE | VALERIE SAWYER P O BOX 894524 LOS ANGELES CA 90189-4524 |
| HAWKER PACIFIC AEROSPACE | VALERIE SAWYER 11240 SHERMAN WAY SUN VALLEY CA 91352-4942 |
| HOUSTON, CITY OF | GENERAL COUNSEL 901 BAGBY HOUSTON TX 77002 |
| HOUSTON, CITY OF | GENERAL COUNSEL P.O. BOX 204172 HOUSTON TX 77251 |
| INTERNAL REVENUE SERVICE | P.O. BOX 7346 PHILADELPHIA PA 19101-7346 |
| MARSH USA INC | JORDAN BRIGGS 1166 6TH AVE NEW YORK NY 10036-2708 |
| MARSH USA INC | JORDAN BRIGGS PO BOX 846015 DALLAS TX 75284-6015 |
| MECHANICAL PIPING SYSTEMS INC | JOE HYNES PO BOX 1781 TOMBALL TX 77377 |
| MECHANICAL PIPING SYSTEMS INC | JOE HYNES 17413 FM 2920 BUILDING L TOMBALL TX 77377-6049 |
| OFFICE OF THE UNITED STATES ATTORNEY | DISTRICT OF DELAWARE HERCULES BUILDING 1313 N. MARKET STREET, SUITE 400 WILMINGTON DE 19801 |
| OFFICE OF THE UNITED STATES TRUSTEE | DISTRICT OF DELAWARE TIMOTHY JAY FOX, JR. 844 KING ST, STE 2207, LOCKBOX 35 WILMINGTON DE 19801 |
| PARKER HANNIFIN CORP | THOMAS L. WILLIAMS 7969 COLLECTION CENTER DRIVE CHICAGO IL 60693 |
| REGIONAL ONE INC | DORON MAROM 6750 NE 4TH COURT MIAMI FL 33138 |
| REGIONAL ONE INC | DORON MAROM PO BOX 24620 WEST PALM BEACH FL 33416 |
| RENO-TAHOE AIRPORT AUTHORITY | DAREN GRIFFIN 2001 E. PLUMB LANE RENO NV 89502-3259 |
| RENO-TAHOE AIRPORT AUTHORITY | DAREN GRIFFIN PO BOX 12490 RENO NV 89510 |
| SECRETARY OF STATE | DIVISION OF CORPORATIONS; FRANCHISE TAX JOHN G TOWNSEND BLDG 401 FEDERAL ST, STE 4 DOVER DE 19901 |
| SECRETARY OF STATE | DIVISION OF CORPORATIONS FRANCHISE TAX P.O. BOX 898 DOVER DE 19903 |
| SECURITIES & EXCHANGE COMMISSION | NEW YORK REGIONAL OFFICE ATTN: ANDREW CALAMARI, REGIONAL DIRECTOR BROOKFIELD PLACE 200 VESEY STREET, SUITE 400 NEW YORK NY 10281-1022 |
| SECURITIES & EXCHANGE COMMISSION | 100 F STREET, NE WASHINGTON DC 20549 |
| SKYWEST AIRLINES INC | CHIEF FINANCIAL OFFICER 444 SOUTH RIVER ROAD ST. GEORGE UT 84790 |
| SMALL BUSINESS ADMINISTRATION (SBA) | THERESE MEERS PPP LOAN 409 3RD STREET SW WASHINGTON DC 20416 |
| STS LINE MAINTENANCE | CHIEF FINANCIAL OFFICER 2000 NE JENSEN BEACH BOULEVARD JENSEN BEACH FL 34957 |
| TRIPACTIONS | THOMAS TUCHSCHERER 1501 PAGE MILL RD. BLD 1 PALO ALTO CA 94304 |
| U.S. DEPARTMENT OF THE TREASURY | GENERAL COUNSEL CARES ACT LOAN 1500 PENNSYLVANIA AVENUE, NW WASHINGTON DC 20220 |
| UNITED STATES DEPARTMENT OF JUSTICE | 950 PENNSYLVANIA AVENUE, NW WASHINGTON DC 20530-0001 |
| WORLD FUEL SERVICES INC | IRA M. BIRNS 9800 NW 41ST STREET MIAMI FL 33178 |
| XEROX CORPORATION | WILLIAM OSBOURN 201 MERRIT 7 NORWALK CT 06851-1056 |
| XEROX CORPORATION | WILLIAM OSBOURN PO BOX 202882 DALLAS TX 75320-2882 |

**Total Creditor count  39**

EXPRESSJET AIRLINES LLC
Case No. 22-10787 (MFW)
First Class Mail Additional Service

AIR LINE PILOTS ASSOCIATION, INTERNATIONAL
ATTN: THOMAS CIANTRA, JOSHUA J. ELLISON
7950 JONES BRANCH DRIVE, SUITE 400S
MCLEAN, VA 22102

LAW OFFICE OF SUSAN E. KAUFMAN, LLC
(COUNSEL TO ALPA)
ATTN: SUSAN E. KAUFMAN
919 N. MARKET STREET, SUITE 460
WILMINGTON, DE 19801

# EXHIBIT B

EXPRESSJET AIRLINES LLC Case No. 22-10787 (MFW)
Electronic Mail Master Service List

| Creditor Name | Email Address |
|---|---|
| SECURITIES & EXCHANGE COMMISSION | commissionerlee@sec.gov; commissionerpeirce@sec.gov |
| SECURITIES & EXCHANGE COMMISSION | ocr@sec.gov |
| DELAWARE STATE TREASURY | liza.davis@delaware.gov |
| SECRETARY OF STATE | dosdoc_ftax@delaware.gov |
| OFFICE OF THE UNITED STATES TRUSTEE | timothy.fox@usdoj.gov |
| SECRETARY OF STATE | dosdoc_ftax@delaware.gov |
| SMALL BUSINESS ADMINISTRATION (SBA) | answerdesk@sba.gov |
| U.S. DEPARTMENT OF THE TREASURY | caresitforms@treasury.gov |
| HAWKER PACIFIC AEROSPACE | valerie.sawyer@hawker.com |
| HAWKER PACIFIC AEROSPACE | valerie.sawyer@hawker.com |
| HOUSTON, CITY OF | has-wiretransfers@houstontx.gov |
| HOUSTON, CITY OF | has-wiretransfers@houstontx.gov |
| DAL GLOBAL SERVICES LLC | ar@unifiservice.com |
| DAL GLOBAL SERVICES LLC | ar@unifiservice.com |
| REGIONAL ONE INC | accountsreceivable@regionalone.com |
| REGIONAL ONE INC | accountsreceivable@regionalone.com |
| MARSH USA INC | jordan.briggs@marsh.com |
| MARSH USA INC | jordan.briggs@marsh.com |
| C&L AEROSPACE LLC | accounts@cla.aero |
| TRIPACTIONS | ar@tripactions.com |
| FOUNDRY LLC | gina@foundryideas.com |
| FOUNDRY LLC | gina@foundryideas.com |
| CINTAS | mail-nasdeftachpymt@cintas.com |
| RENO-TAHOE AIRPORT AUTHORITY | aesquivel@renoairport.com |
| RENO-TAHOE AIRPORT AUTHORITY | aesquivel@renoairport.com |
| CAPITAL REGION AIRPORT COMMISSION | achpayments@flyrichmond.com |
| MECHANICAL PIPING SYSTEMS INC | mgalloway@mpshou.com |
| MECHANICAL PIPING SYSTEMS INC | mgalloway@mpshou.com |
| XEROX CORPORATION | eftremit@xerox.com |
| PARKER HANNIFIN CORP | csoremittancedetails@parker.com |
| WORLD FUEL SERVICES INC | ygordon@wfscorp.com |
| STS LINE MAINTENANCE | sales@stsaviationservices.com |
| XEROX CORPORATION | eftremit@xerox.com |
| LAW OFFICE OF SUSAN E. KAUFMAN, LLC | skaufman@skaufmanlaw.com |
| AIR LINE PILOTS ASSOCIATION, INTERNATIONAL | thomas.ciantra@alpa.org; joshua.ellison@alpa.org; |