# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| **EXPRESSJET AIRLINES LLC,** | Case No. 22-10787 (MFW) |
| Debtor.[1] | |

## AMENDED[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON AUGUST 26, 2022, AT 10:00 A.M. (EASTERN TIME)

> **This hearing will be conducted entirely over Zoom and requires all participants to register in advance.**
>
> **Please use the following link to register for this hearing:**
>
> **https://debuscourts.zoomgov.com/meeting/register/vJIsde6rpjIoG5-KvXGiw_APUQ-aP3srRJ4**
>
> **After registering your appearance by Zoom, you will receive a confirmation email containing information about joining the hearing.**
>
> **Topic: ExpressJet Airlines LLC**
>
> **Time: August 26, 2022, at 10:00 a.m. Eastern Time (US and Canada)**

MATTERS GOING FORWARD

1. Debtor's Motion for Entry of Interim and Final Orders (I) Approving Debtor's Key Employee Retention Program, (II) Granting Administrative Expense Priority Status to All Payments to be Made by the Debtor Pursuant Thereto and (III) Granting Related Relief (D.I. 11, filed 8/23/22).

    Response Deadline: At the hearing.

---

[1] The last four digits of the Debtor's federal EIN are 4495. The Debtor's mailing address is 1745 Phoenix Boulevard, Suite 250, College Park, GA 30349.

[2] Amended items appear in **bold**.

Responses Received:

a) **United States Trustee's Limited Objection to Debtor's Motion for Entry of Interim and Final Orders (I) Approving Debtor's Key Employee Retention Program, (II) Granting Administrative Expense Priority Status to All Payments to be Made by the Debtor Pursuant Thereto and (III) Granting Related Relief (D.I. 44, filed 8/25/2022).**

Related Documents:

a) Declaration of John Greenlee in Support of Debtor's Motions for Entry of (A) Interim and Final Orders (I) Approving Debtor's Key Employee Retention Program (II) Granting Administrative Expense Priority Status to All Payments to be Made by the Debtor Pursuant Thereto and (III) Granting Related Relief, and (B) Shortening Time for Notice Thereof (D.I. 13, filed 8/23/2022); and

b) Order Shortening Notice of Debtor's Motion for Entry of Interim and Final Orders (I) Approving Debtor's Key Employee Retention Plan, (II) Granting Administrative Expense Priority Status to All Payments to be Made by The Debtor Pursuant Thereto and (III) Granting Related Relief (D.I. 28, filed 8/24/2022).

c) **Supplemental Declaration of John Greenlee in Support of Debtor's Motion for Entry of Interim and Final Orders (I) Approving Debtor's Key Employee Retention Program (II) Granting Administrative Expense Priority Status to All Payments to be Made by the Debtor Pursuant thereto and (III) Granting Related Relief (D.I. 46, filed 8/25/2022).**

Status:  This matter is going forward.

2. **Debtor's Supplement to Motion for Interim and Final Orders (I) Authorizing Debtor to (A) Maintain Employee Compensation Practices and Benefits Programs and (B) Redact Certain Personally Identifiable Information of Debtor's Current and Former Employees, and (II) Granting Related Relief (D.I. 39, filed 8/25/2022).**

**Response Deadline: At the hearing.**

**Responses Received: None at this time.**

**Related Documents:**

a) **Order Shortening Notice of Debtor's Motion for Entry of Supplemental Order (D.I. 42, entered 8/25/2022).**

**Status:  This matter is going forward.**

|  |  |
|---|---|
| Dated: August 25, 2022<br>Wilmington, Delaware | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Paige N. Topper*<br>Eric D. Schwartz (No. 3134)<br>Matthew B. Harvey (No. 5186)<br>Paige N. Topper (No. 6470)<br>Jonathan M. Weyand (No. 6959)<br>Sophie Rogers Churchill (No. 6905)<br>1201 N. Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Telephone: (302) 658-9200<br>Facsimile: (302) 658-3989<br>eschwartz@morrisnichols.com<br>mharvey@morrisnichols.com<br>ptopper@morrisnichols.com<br>jweyand@morrisnichols.com<br>srchurchill@morrisnichols.com<br><br>*Proposed Counsel to the Debtor and Debtor in Possession* |