**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| **EXPRESSJET AIRLINES LLC,** | Case No. 22-10787 (MFW) |
| Debtor.[1] | |

**SCHEDULE OF ASSETS AND LIABILITIES FOR
EXPRESSJET AIRLINES LLC, (CASE NO. 22-10787)**

---

[1]     The last four digits of the Debtor's federal EIN are 4495.  The Debtor's mailing address is 1745 Phoenix Boulevard, Suite 250, College Park, GA 30349.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| **EXPRESSJET AIRLINES LLC,** | Case No. 22-10787 (MFW) |
| Debtor.[1] | |

**GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY AND
DISCLAIMER REGARDING THE DEBTOR'S SCHEDULES OF ASSETS AND
LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS**

The Schedules of Assets and Liabilities (the "Schedules") and the Statement of Financial Affairs (the "Statement," and collectively with the Schedules, the "Schedules and Statement") filed by the above-captioned debtor and debtor in possession (the "Debtor"), in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), have been prepared by the Debtor's management in accordance with section 521 of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq*. (as amended, the "Bankruptcy Code") and Federal Rule of Bankruptcy Procedure 1007, and are unaudited.

These Global Notes and Statement of Limitations, Methodology and Disclaimer Regarding the Debtor's Schedules of Assets and Liabilities and Statement of Financial Affairs (the "Global Notes") pertain to, are incorporated by reference in, and comprise an integral part of all the Schedules and Statement. The Global Notes should be referred to, considered and reviewed in connection with any review of the Schedules and Statement.[2]

The Schedules and Statement do not purport to represent financial statements prepared in accordance with generally accepted accounting principles in the United States ("GAAP"), nor are they intended to be fully reconciled with the financial statements of the Debtor. Additionally, the Schedules and Statement contain unaudited information that is subject to further review and potential adjustment.

In preparing the Schedules and Statement, the Debtor relied upon information derived from its books and records that was available at the time of such preparation. Although the Debtor has made reasonable efforts to ensure the accuracy and completeness of such financial information, inadvertent errors or omissions, as well as the discovery of conflicting, revised or subsequent information, may cause material changes to the Schedules and Statement.

---

[1]     The last four digits of the Debtor's federal EIN are 4495. The Debtor's mailing address is 1745 Phoenix Boulevard, Suite 250, College Park, GA 30349.

[2]     These Global Notes are in addition to any specific notes contained in the Debtor's Schedules and Statement.

The Debtor's management prepared the Schedules and Statement with the assistance of its financial advisor, Moore, Colson & Company, P.C., and other professionals. John Greenlee has signed the Schedules and Statement. Mr. Greenlee is the President of, and an authorized signatory for, the Debtor. Mr. Greenlee has not (and could not have) personally verified the accuracy of each statement and representation contained in the Schedules and Statement, including statements and representations concerning amounts owed to creditors, classification of such amounts and creditor addresses.

**The Schedules, Statement and Global Notes should not be relied upon by any person for information relating to current or future financial conditions, events or performance of the Debtor. Due to numerous unliquidated, contingent and/or disputed claims, summary statistics in the Schedules, Statement and Global Notes are likely not an accurate representation of the Debtor's liabilities on a GAAP basis.**

The Debtor and its employees, agents, attorneys, and other professionals do not guarantee or warrant the accuracy, completeness, or currentness of the data that is provided herein and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained herein. While every effort has been made to provide accurate and complete information herein, inadvertent errors or omissions may exist. The Debtor and its employees, agents, attorneys, and other professionals expressly do not undertake any obligation to notify any third party should the information be or need to be updated, modified, revised or recategorized. In no event shall the Debtor or its employees, agents, attorneys, or other professionals be liable to any third party for any direct, indirect, incidental, consequential, or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtor or damages to business reputation, lost business or lost profits), whether foreseeable or not and however caused, even if the Debtor or its employees, agents, attorneys, and other professionals are advised of the possibility of such damages.

## Global Notes and Overview of Methodology

1.      <u>Reservation of Rights</u>. The Debtor reserves and preserves all rights to amend, supplement or otherwise modify the Schedules and Statement from time to time, in all respects, as may be necessary or appropriate, including, without limitation, the right to amend the Schedules and Statement with respect to a claim (including, but not limited to: amending the description or designation of any claim; disputing or otherwise asserting offsets or defenses to any claim reflected in the Schedules and Statement as to amount, liability, priority, status or classification; subsequently designating any claim as "disputed," "contingent" or "unliquidated;" or objecting to the extent, validity, enforceability, priority or avoidability of any claim). Any failure to designate a claim in the Schedules and Statement as "disputed," "contingent" or "unliquidated" does not constitute an admission by the Debtor that such claim or amount is not "disputed," "contingent" or "unliquidated." Listing a claim does not constitute an admission of liability by the Debtor.

Further, nothing contained in the Schedules and Statement shall constitute a waiver of rights or an admission with respect to this chapter 11 case, including, without limitation, with respect to matters involving objections to claims, substantive consolidation, equitable subordination, defense, characterization or re-characterization of contracts, assumption or rejection of contracts under the provisions of chapter 3 of the Bankruptcy Code and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code or any other relevant laws to recover assets or avoid transfers. Any specific reservation and preservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation and preservation of rights contained in this or the preceding paragraph.

2.    Description of the Case and "as of" Information Date. On August 23, 2022 (the "Petition Date"), the Debtor filed a voluntary petition with the Bankruptcy Court under chapter 11 of the Bankruptcy Code. The Debtor continues to manage its assets as a debtor in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. Unless otherwise stated, asset and liability information is as of the Petition Date. As more fully described in paragraph 14 below, the Debtor was required to make certain estimates and assumptions that affect the reported amounts within the Schedules and Statement.

Additionally, the Debtor has made every effort to allocate liabilities between the prepetition and postpetition periods based on information available and research conducted in connection with the preparation of the Schedules and Statement. As additional information becomes available to, and further research is conducted by, the Debtor, the Debtor's allocation of liabilities between prepetition and postpetition periods may change.

3.    Basis of Presentation. For financial reporting purposes, the Debtor historically prepared consolidated financial statements. The Schedules and Statement reflect the assets and liabilities of the Debtor on the basis of the Debtor's unaudited records. Furthermore, the Schedules and Statement do not purport to represent financial statements prepared in accordance with GAAP, nor are they intended to reconcile to the financial statements previously distributed to certain third parties. Accordingly, the totals listed in the Schedules and Statement differ, at times materially, from the consolidated financial reports prepared by the Debtor for financial reporting purposes or otherwise.

To the extent that the Debtor shows more assets than liabilities, this is not an admission that the Debtor was solvent at the Petition Date or at any time prior to the Petition Date.

4.    Recharacterization. Notwithstanding the Debtor's reasonable efforts to properly characterize, classify, categorize and designate certain claims, assets, contracts, leases and other items reported in the Schedules and Statement, the Debtor may nevertheless seek to recharacterize, reclassify, recategorize, redesignate, add or delete items. Accordingly, the Debtor reserves and preserves all of its rights to recharacterize, reclassify, recategorize, redesignate, add or delete items reported in the Schedules and Statement at a later time as is necessary or appropriate as additional information becomes available, including, without limitation, whether contracts or leases listed in the Schedules and Statement were deemed executory or unexpired as of the Petition Date and remain executory or unexpired postpetition.

5.    <u>Excluded Assets and Liabilities</u>.  In addition, certain immaterial assets and liabilities may have been excluded.  The liabilities listed on the Schedules and Statement do not reflect a complete analysis of claims under section 503(b)(9) of the Bankruptcy Code.  Accordingly, the Debtor reserves and preserves its rights to dispute or challenge the validity of all claims asserted under section 503(b)(9) of the Bankruptcy Code.

The Bankruptcy Court has authorized the Debtor to pay, in its discretion, certain outstanding prepetition claims on a postpetition basis. The Debtor has endeavored to identify in the Schedules all such prepetition claims in the amounts owing as of the Petition Date.  However, prepetition liabilities related to ordinary course wages and compensation and certain trade claims may have been excluded from the Schedules to the extent their claims have been paid postpetition.

6.    <u>Insiders</u>.  For purposes of the Schedules and Statement, the Debtor defines "insiders" pursuant to section 101(31) of the Bankruptcy Code as: (a) directors; (b) officers; (c) persons in control of the Debtor; (d) relatives of directors, officers, or persons in control of the Debtor; and (e) affiliates.  Persons listed as "insiders" have been included for informational purposes only, and including them in the Schedules and Statement shall not constitute an admission that those persons are insiders for purposes of section 101(31) of the Bankruptcy Code.

The Debtor does not take any position with respect to: (a) such person's influence over the control of the Debtor; (b) the management responsibilities or functions of such individual; (c) the decision-making or corporate authority of such individual; or (d) whether such individual could successfully argue that he or she is not an "insider" under applicable law, including the federal securities laws and section 101(31) of the Bankruptcy Code, or with respect to any theories of liability or for any other purpose.  As such, the Debtor reserves and preserves all rights with respect to the foregoing issues.

7.    <u>Executory Contracts and Unexpired Leases</u>.  Nothing contained in or omitted from the Schedules and Statement is or shall be construed as an admission as to the determination of the legal status of any contract or lease, including whether any lease is a true lease or a financing arrangement, whether such contract or lease is an executory contract or unexpired lease, or whether such contract or lease is binding, valid and enforceable.  The Debtor reserves and preserves all rights with respect to all such issues.

While every effort has been made to ensure the completeness and accuracy of the listing of executory contracts and unexpired leases, inadvertent errors or omissions may have occurred.  The contracts, agreements and leases listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters and other documents, instruments and agreements which may not be listed therein.  Such rights, powers, duties and obligations are not set forth on Schedule G.  Certain of the executory contracts or unexpired leases may not have been memorialized and could be subject to dispute.  Similarly, the absence of a contract or lease from Schedule G does not constitute an admission that such contract or lease is not executory.

In addition, the Debtor reserves and preserves all rights, claims and causes of action with respect to the contracts and leases listed in the Schedules and Statement, including the rights to dispute or challenge the characterization or the structure of any transaction, document or instrument.

8.    _Classifications_.  Listing a claim on (i) Schedule E/F, Part 1 as "priority," (ii) Schedules E/F, Part 1 or 2 as "unsecured," or (iii) Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtor of the legal rights of the claimant or a waiver of the Debtor's rights to recharacterize or reclassify such claims, contracts or leases.

9.    _Causes of Action_. Despite its reasonable efforts to identify all known assets, the Debtor may not have identified and/or listed as assets in the Schedules and Statement all of its causes of action or potential causes of action against third parties (and in particular has not identified or listed causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant nonbankruptcy laws to recover assets or avoid transfers).  The Debtor reserves and preserves its rights with respect to any claim, cause of action (including avoidance actions), controversy, right of setoff, recoupment, cross-claim, or counterclaim; and any demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license or franchise, in each case of any kind or character whatsoever, known or unknown, fixed or contingent, mature or unmatured, liquidated or unliquidated, disputed or undisputed, secured or unsecured, direct or derivative, whether arising before, on, or after the Petition Date, in contract or in tort, in law or in equity, or otherwise (collectively, "_Causes of Action_"), and neither these Global Notes nor the Schedules and Statement shall be deemed a waiver of any claims or Causes of Action or in any way prejudice or impair the assertion of such Causes of Action.

10.    _Summary of Significant Reporting Policies_.  The following conventions were adopted by the Debtor in the preparation of the Schedules and Statement:

(a)    _Book Value_.  Unless otherwise noted, each asset and liability of the Debtor is shown on the basis of the net book value of the asset or liability in accordance with the Debtor's accounting and/or tax books and records as of the Petition Date, and is not based upon any estimate of its current market values; provided, however, that accounts receivable reflect a balance as of July 31, 2022.

(b)    _Cash._  Any cash balances in the Debtor's bank accounts set forth in Schedule A/B are based on the book balance as of the beginning of business on the Petition Date.

(c)    _Property and Equipment: Owned_.  Fixed assets are recorded at cost.  Depreciation is computed on a straight line method over the estimated useful life of the asset.

(d)    _Liens and Encumbrances on Assets_.  In the ordinary course of the Debtor's business, tax liens and other encumbrances (_e.g._, judgment liens) are

occasionally filed against assets owned by the Debtor.  As of the Petition Date, the Debtor was not aware of any material liens or encumbrances filed against assets directly owned by the Debtor.

        (e)    <u>Undetermined Amounts</u>.  The description of any amounts as "unknown," "TBD" or "undetermined" is not intended to reflect upon the materiality of such amount.

        11.    <u>Setoffs</u>.  The Debtor incurred certain offsets and other similar rights during the ordinary course of its business.  Offsets in the ordinary course can result from various items, including, without limitation, pricing discrepancies, returns, refunds, warranties, debit memos, credits, and other disputes between the Debtor and its suppliers and/or customers.  These offsets and other similar rights are consistent with the ordinary course of business in the Debtor's industry and are not tracked separately.  Therefore, although such offsets and other similar rights may have been accounted for when certain amounts were included in the Schedules and Statement, offsets are not independently accounted for, and as such, are or may be excluded from the Debtor's Schedules and Statement.

        12.    <u>Estimates and Assumptions</u>.  To prepare and file the Schedules and Statement in accordance with the deadlines established in the chapter 11 case, the Debtor was required to make certain estimates and assumptions that affect the reported amounts of assets and liabilities and reported revenue and expenses.  The Debtor reserves and preserves all rights to amend the reported amounts of assets, liabilities, revenue and expenses to reflect changes in those estimates and assumptions.

        13.    <u>Notes to Specific Schedules</u>.  The following are items the Debtor notes as it pertains to specific questions or parts in the Schedules:

        (a)    <u>Schedules A/B: Questions 6, 7 and 8</u>.  As to questions 6, 7 and 8, the Debtor reserves and preserves its rights to categorize a "deposit" as a "prepayment" or a "prepayment" as a "deposit." The Debtor has endeavored to list the deposits or prepayments to lessors and other parties by the entity with the legal right to the prepayment or deposit; however, the Debtor reserves the right to amend or recharacterize such classification. The list of deposits and prepayments provided in response to Schedule A/B: Questions 7 and 8 are based on an accounting basis and do not necessarily represent actual assets that can be recovered during a liquidation.

        (b)    <u>Schedule A/B: Parts 5, 7, 8, and 9</u>. An external or professional valuation of the Debtor's physical inventory has not been taken.  Dollar amounts are presented net of accumulated depreciation and other adjustments as of July 31, 2022.

        (c)    <u>Schedule A/B: Part 2, Section 7.12</u>. The value of the Maverick Holdback Reserve – Deposit is as of July 31, 2022.

        (d)    <u>Schedule A/B: Questions 62 & 63</u>. The Debtor's FAA-issued operating certificate (the "<u>FAA Certificate</u>") and list of approximately 1,300 furloughed

pilots represent potential valuable assets, to which the Debtor does not attribute a book value, because there are numerous variables associated with producing a valuation. Accordingly, the Debtor has listed the book value of its FAA Certificate and pilot list as "undetermined."

(e)  Schedule A/B: Question 65.  Goodwill is valued at book value as of July 31, 2022 and does not reflect realized value.

(f)  Schedule A/B: Questions 74 & 75.  In the ordinary course of its business, the Debtor may have accrued, or may subsequently accrue, certain rights to counter-claims, setoffs, refunds or other claims.  Because such claims are unknown to the Debtor and not quantifiable as of the Petition Date, they are not listed on Schedule A/B 74 or 75.  The Debtor's failure to list any contingent and/or unliquidated claim held by the Debtor in response to these questions is not an admission that such cause of action, claim, or right does not exist, and should not be construed as a waiver, release, relinquishment, or forfeiture of such cause of action, claim, or right.

(g)  Schedule E/F: Part 1.  The Debtor's analysis of any potential priority claims is ongoing.  With respect to any employee claims that may be entitled to priority status under section 507(a)(4) or (5) of the Bankruptcy Code, these claims may have been paid pursuant to, and the statutory priority cap of $15,150 may have been exhausted under, the *Final Order (I) Authorizing Debtor to Maintain Compensation Practices and Benefits Programs and (II) Granting Related Relief* (D.I. 89).  Thus, the Debtor reserves its rights to dispute or challenge the priority status of any employee claims under section 507(a)(4) or (5) of the Bankruptcy Code.

The liabilities listed on the Schedules do not reflect any analysis of claims under section 503(b)(9) of the Bankruptcy Code.  Accordingly, the Debtor reserves its rights to dispute or challenge the validity of any asserted claims under section 503(b)(9) of the Bankruptcy Code or the characterization of the structure of any such transaction or any document or instrument related to any creditor's claim.

(h)  Schedule E/F: Part 2.  Schedule E/F part 2 reflects the prepetition amounts owing to counterparties to executory contracts and unexpired leases. Such prepetition amounts, however, may be paid in connection with the assumption, or assumption and assignment, of executory contracts or unexpired leases. Additionally, Schedule E/F part 2 does not include potential rejection damage claims, if any, of the counterparties to executory contracts and unexpired leases that have been or may be rejected postpetition.

(i)  Schedule H.  In the ordinary course of its business, the Debtor was involved in pending or threatened litigation and claims arising out of the conduct of its business. These matters may involve multiple plaintiffs and defendants, some or all of whom may assert cross-claims and counter-claims against other parties. Because such claims are listed elsewhere in the Schedules and Statement, they have not been set forth individually on Schedule H.

7

The Debtor may not have identified certain guarantees that are embedded in the Debtor's executory contracts, unexpired leases, and other agreements. Thus, the Debtor reserves the right to amend the Schedules to the extent that additional guarantees are identified or remove guarantees that are discovered to have expired or are unenforceable.

14.    <u>Notes to Statement</u>.    The following are items the Debtor notes as it pertains to specific questions or parts in the Statement:

(a)    <u>Part 1 and 2</u>. Current fiscal year revenue is through the Petition Date.

(b)    <u>Part 2</u>. Non-business revenue includes a gain on Accounts Payable ("<u>AP</u>") Settlements, which pertains to write offs/write downs of AP invoices due to negotiations between the Debtor and its creditors. The Debtor reduced the open bill via a bill credit. The offset account for this bill credit is reflected as a gain on the AP Settlements account.

(c)    <u>Part 3: Question 7</u>.    The Debtor has listed legal actions and proceedings that were commenced prepetition, but has omitted potential litigation that was not commenced.    The Debtor has identified those potential litigation claims in Schedule E/F Part 2.

15.    <u>Global Notes Control</u>.    In the event that the Schedules and Statement differ from the foregoing Global Notes, the Global Notes shall control.

**Fill in this information to identify the case:**

Debtor    ExpressJet Airlines LLC

United States Bankruptcy Court for the:    Delaware

Case number    22-10787
(if known)

☐ Check if this is an
amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

 1a. **Real property:**
 Copy line 88 from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

 $0.00

 1b. **Total personal property:**
 Copy line 91A from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

 $73,207,704.31

 1c. **Total of all property:**
 Copy line 92 from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

 $73,207,704.31

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
 Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* . . . . . . . . .

 $0.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206EF)

 3a. **Total claim amounts of priority unsecured claims:**
 Copy the total claims from Part 1 from line 5a of Schedule E/F . . . . . . . . . . . . . . . . . . . . . . . . . .

 $196,292.52

 3b. **Total amount of claims of nonpriority amount of unsecured claims:**
 Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F . . . . . . . . . . . . . .

 + $22,432,566.16

4. **Total liabilities** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
 Lines 2 + 3a + 3b

 $22,628,858.68

**Fill in this information to identify the case:**

Debtor ___ExpressJet Airlines LLC_____

United States Bankruptcy Court for the: ___Delaware_____

Case number ___22-10787_____
(if known)

☐ Check if this is an
amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property                    **12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | CASH AND CASH EQUIVALENTS |
|---|---|

**1.  DOES THE DEBTOR HAVE ANY CASH OR CASH EQUIVALENTS?**
☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

**2.  CASH ON HAND**

NONE

**3.  CHECKING, SAVINGS, MONEY MARKET, OR FINANCIAL BROKERAGE ACCOUNTS**
*(IDENTIFY ALL)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | CENTRAL BANK | CHARTER ESCROW | X-1942 | $0.00 |
| 3.2. | US BANK | CASH CLEARING | X-7832 | $90,297.73 |
| 3.3. | WELLS FARGO | AHA OPERATING | X-1674 | $47,276.79 |
| 3.4. | WELLS FARGO | AHA REVENUE | X-2289 | $715,725.41 |
| 3.5. | WELLS FARGO | AHA TAXES | X-2297 | $165,735.10 |
| 3.6. | WELLS FARGO | CARES ACT | X-0862 | $250,000.00 |
| 3.7. | WELLS FARGO | CHECKING | X-7342 | $0.00 |
| 3.8. | WELLS FARGO | OPERATING ACCOUNT | X-7878 | $765,251.18 |
| 3.9. | WELLS FARGO | PAYROLL | X-7172 | $114,929.09 |
| 3.10. | WELLS FARGO | PPP | X-5048 | $650,000.00 |

**4.  OTHER CASH EQUIVALENTS**

NONE

| 5 | Total of Part 1.<br>ADD LINES 2 THROUGH 4 (INCLUDING AMOUNTS ON ANY ADDITIONAL SHEETS). COPY THE TOTAL TO LINE 80. | $2,799,215.30 |
|---|---|---|

| Debtor | ExpressJet Airlines LLC | Case number (if known) | 22-10787 |
|---|---|---|---|
| | (Name) | | |

## Part 2: DEPOSITS AND PREPAYMENTS

**6.  DOES THE DEBTOR HAVE ANY DEPOSITS OR PREPAYMENTS?**

☐ No. Go to Part 3.
☑ Yes. Fill in the information below.

| | | Current value of debtor's interest |
|---|---|---|
| **7.** | **DEPOSITS, INCLUDING SECURITY DEPOSITS AND UTILITY DEPOSITS** | |
| | DESCRIPTION, INCLUDING NAME OF HOLDER OF DEPOSIT | |
| 7.1. | C&L AEROSPACE | $100,000.00 |
| 7.2. | CENTURY LINK - LUMEN | $4,374.18 |
| 7.3. | CENTURY LINK - SECURITY DEPOSIT | $2,181.04 |
| 7.4. | CITY OF EUGENE - DEPOSIT | $11,568.00 |
| 7.5. | CITY OF PALM SPRINGS AIRPORT | $8,700.00 |
| 7.6. | CITY OF REDMOND - PERFORMANCE BOND - 3 MONTHS | $16,519.60 |
| 7.7. | EASTGROUP - SECURITY DEPOSIT | $44,160.00 |
| 7.8. | EPIQ CORPORATE RESTRUCTURING - RETAINER | $25,000.00 |
| 7.9. | EVERSHEDS SUTHERLAND (US) LLP - RETAINER | $35,361.20 |
| 7.10. | JACKSON COUNTY AIRPORT AUTHORITY - SECURITY DEPOSIT | $12,660.00 |
| 7.11. | KERN COUNTY DEPARTMENT OF AIRPORTS - SECURITY DEPOSIT | $5,000.00 |
| 7.12. | MAVERICK HOLDBACK RESERVE - DEPOSIT | $479,807.84 |
| 7.13. | MOORE COLSON - RETAINER | $100,000.00 |
| 7.14. | MORRIS, NICHOLS, ARSHT & TUNNELL LLP - RETAINER | $150,732.80 |
| 7.15. | ONTARIO INTERNATIONAL AIRPORT | $10,000.00 |
| 7.16. | ONTARIO INTERNATIONAL AIRPORT TERMINAL & EQUIPMENT CO | $20,000.00 |
| 7.17. | PORT OF PASCO - SECURITY DEPOSIT | $4,787.75 |
| 7.18. | RENO-TAHOE AIRPORT AUTHORITY - SECURITY BOND - 3 MONTHS | $194,760.71 |
| 7.19. | RENO-TAHOE AIRPORT AUTHORITY - SECURITY DEPOSIT | $10,176.60 |
| 7.20. | SPOKANE AIRPORT | $870.00 |
| 7.21. | UNIFI - DAL GLOBAL SERVICES LLC | $150,000.00 |
| **8.** | **PREPAYMENTS, INCLUDING PREPAYMENTS ON EXECUTORY CONTRACTS, LEASES, INSURANCE, TAXES, AND RENT** | |
| | DESCRIPTION, INCLUDING NAME OF HOLDER OF PREPAYMENT | |
| 8.1. | AMERICAN EXPRESS - PREPAID | $17,622.91 |
| 8.2. | PREPAID INSURANCE - MARSH USA INC | $765,469.04 |
| 8.3. | TRIPACTIONS - PREPAYMENT | $20,000.00 |
| 9 | **Total of Part 2.** ADD LINES 7 THROUGH 8. COPY THE TOTAL TO LINE 81. | $2,189,751.67 |

## Part 3: ACCOUNTS RECEIVABLE

**10.  DOES THE DEBTOR HAVE ANY ACCOUNTS RECEIVABLE?**

☐ No. Go to Part 4.
☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|
| **11.  ACCOUNTS RECEIVABLE** | |

Debtor   ExpressJet Airlines LLC                                    Case number (if known)   22-10787
        (Name)

|  |  | Current value of debtor's interest |
|---|---|---|

**11. ACCOUNTS RECEIVABLE**

| | face amount | | doubtful or uncollectable accounts | | | |
|---|---|---|---|---|---|---|
| AHA REVENUE RECEIVABLE | $91,065.87 | - | $0.00 | = → | | $91,065.87 |
| AIRPORT REIMBURSEMENTS RECEIVABLE | $167,728.95 | - | $0.00 | = → | | $167,728.95 |
| AR CHARTER FLIGHTS | $77.00 | - | $0.00 | = → | | $77.00 |
| AR NON-DIRECT | $76,682.65 | - | $0.00 | = → | | $76,682.65 |

| 12 | Total of Part 3. CURRENT VALUE ON LINES 11A + 11B = LINE 12. COPY THE TOTAL TO LINE 82. | $335,554.47 |
|---|---|---|

**Part 4:    INVESTMENTS**

**13. DOES THE DEBTOR OWN ANY INVESTMENTS?**

☒ No. Go to Part 5.
☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| **14. MUTUAL FUNDS OR PUBLICLY TRADED STOCKS NOT INCLUDED IN PART 1** NAME OF FUND OR STOCK: | | |
| **15. NON-PUBLICLY TRADED STOCK AND INTERESTS IN INCORPORATED AND UNINCORPORATED BUSINESSES, INCLUDING ANY INTEREST IN AN LLC, PARTNERSHIP, OR JOINT VENTURE** | | |
| **16. GOVERNMENT BONDS, CORPORATE BONDS, AND OTHER NEGOTIABLE AND NON-NEGOTIABLE INSTRUMENTS NOT INCLUDED IN PART 1** DESCRIBE: | | |

| 17 | Total of Part 4. ADD LINES 14 THROUGH 16. COPY THE TOTAL TO LINE 83. | NOT APPLICABLE |
|---|---|---|

**Part 5:    INVENTORY, EXCLUDING AGRICULTURE ASSETS**

**18. DOES THE DEBTOR OWN ANY INVENTORY (EXCLUDING AGRICULTURE ASSETS)?**

☐ No. Go to Part 6.
☒ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. RAW MATERIALS** NONE | | | | |
| **20. WORK IN PROGRESS** NONE | | | | |
| **21. FINISHED GOODS, INCLUDING GOODS HELD FOR RESALE** NONE | | | | |

Debtor     ExpressJet Airlines LLC                                    Case number (if known)    22-10787

(Name)

| General description | | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| **22.** | **OTHER INVENTORY OR SUPPLIES** | | | | |
| 22.1. | PARTS INVENTORY ERJ 145 | N/A | $11,122,116.63 | NET BOOK VALUE | $11,122,116.63 |
| 22.2. | ROTABLE SPARES ERJ 175 | N/A | $6,415,459.93 | NET BOOK VALUE | $6,415,459.93 |

| | | |
|---|---|---|
| **23** | **Total of Part 5.** ADD LINES 19 THROUGH 22. COPY THE TOTAL TO LINE 84. | $17,537,576.56 |

| | |
|---|---|
| **24.** | **Is any of the property listed in Part 5 perishable?** <br> ☒ No <br> ☐ Yes |
| **25.** | **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?** <br> ☒ No <br> ☐ Yes    Book value _____    Valuation method _____    Current value _____ |
| **26.** | **Has any of the property listed in Part 5 been appraised by a professional within the last year?** <br> ☒ No <br> ☐ Yes |

**Part 6:    FARMING AND FISHING-RELATED ASSETS (OTHER THAN TITLED MOTOR VEHICLES AND LAND)**

| | |
|---|---|
| **27.** | **DOES THE DEBTOR OWN OR LEASE ANY FARMING AND FISHING-RELATED ASSETS (OTHER THAN TITLED MOTOR VEHICLES AND LAND)?** <br> ☒ No. Go to Part 7. <br> ☐ Yes. Fill in the information below. |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28.    CROPS—EITHER PLANTED OR HARVESTED** | | | |
| **29.    FARM ANIMALS EXAMPLES: LIVESTOCK, POULTRY, FARM-RAISED FISH** *EXAMPLES:* LIVESTOCK, POULTRY, FARM-RAISED FISH | | | |
| **30.    FARM MACHINERY AND EQUIPMENT  (OTHER THAN TITLED MOTOR VEHICLES)** (OTHER THAN TITLED MOTOR VEHICLES) | | | |
| **31.    FARM AND FISHING SUPPLIES, CHEMICALS, AND FEED** | | | |
| **32.    OTHER FARMING AND FISHING-RELATED PROPERTY NOT ALREADY LISTED IN PART 6** | | | |

| | | |
|---|---|---|
| **33** | **Total of Part 6.** ADD LINES 28 THROUGH 32. COPY THE TOTAL TO LINE 85. | NOT APPLICABLE |

| | |
|---|---|
| **34.** | **Is the debtor a member of an agricultural cooperative?** <br> ☒ No <br> ☐ Yes.  Is any of the debtor's property stored at the cooperative ? <br> ☐ No <br> ☐ Yes |
| **35.** | **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?** <br> ☒ No <br> ☐ Yes |
| **36.** | **Is a depreciation schedule available for any of the property listed in Part 6?** <br> ☒ No <br> ☐ Yes |
| **37.** | **Has any of the property listed in Part 6 been appraised by a professional within the last year?** <br> ☒ No <br> ☐ Yes |

Debtor    ExpressJet Airlines LLC                                          Case number (if known)    22-10787

   (Name)

---

| **Part 7:** | **OFFICE FURNITURE, FIXTURES, AND EQUIPMENT; AND COLLECTIBLES** |

**38. DOES THE DEBTOR OWN OR LEASE ANY OFFICE FURNITURE, FIXTURES, EQUIPMENT, OR COLLECTIBLES?**

☐ No. Go to Part 8.
☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. OFFICE FURNITURE** | | | |
| 39.1.    FURNITURE & OFFICE EQUIPMENT | $70,541.26 | NET BOOK VALUE | $70,541.26 |
| **40. OFFICE FIXTURES** | | | |
| NONE | | | |
| **41. OFFICE EQUIPMENT, INCLUDING ALL COMPUTER EQUIPMENT AND COMMUNICATION SYSTEMS EQUIPMENT AND SOFTWARE** | | | |
| 41.1.    COMPUTERS | $52,039.69 | NET BOOK VALUE | $52,039.69 |
| **42. COLLECTIBLES EXAMPLES: ANTIQUES AND FIGURINES; PAINTINGS, PRINTS, OR OTHER ARTWORK; BOOKS, PICTURES, OR OTHER ART OBJECTS; CHINA AND CRYSTAL; STAMP, COIN, OR BASEBALL CARD COLLECTIONS; OTHER COLLECTIONS, MEMORABILIA, OR COLLECTIBLES** *EXAMPLES:* ANTIQUES AND FIGURINES; PAINTINGS, PRINTS, OR OTHER ARTWORK; BOOKS, PICTURES, OR OTHER ART OBJECTS; CHINA AND CRYSTAL; STAMP, COIN, OR BASEBALL CARD COLLECTIONS; OTHER COLLECTIONS, MEMORABILIA, OR COLLECTIBLES | | | |
| NONE | | | |

| 43 Total of Part 7. ADD LINES 39 THROUGH 42. COPY THE TOTAL TO LINE 86. | $122,580.95 |
|---|---|

**44. Is a depreciation schedule available for any of the property listed in Part 7?**
☒ No
☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☒ No
☐ Yes

---

| **Part 8:** | **MACHINERY, EQUIPMENT, AND VEHICLES** |

**46. DOES THE DEBTOR OWN OR LEASE ANY MACHINERY, EQUIPMENT, OR VEHICLES?**

☐ No. Go to Part 9.
☒ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. AUTOMOBILES, VANS, TRUCKS, MOTORCYCLES, TRAILERS, AND TITLED FARM VEHICLES** | | | |
| NONE | | | |
| **48. WATERCRAFT, TRAILERS, MOTORS, AND RELATED ACCESSORIES** EXAMPLES: BOATS, TRAILERS, MOTORS, FLOATING HOMES, PERSONAL WATERCRAFT, AND FISHING VESSELS | | | |
| NONE | | | |
| **49. AIRCRAFT AND ACCESSORIES** | | | |
| NONE | | | |

---

| Debtor | ExpressJet Airlines LLC | Case Number (if known) 22-10787 |
|---|---|---|
| | (Name) | |

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**50. OTHER MACHINERY, FIXTURES, AND EQUIPMENT (EXCLUDING FARM MACHINERY AND EQUIPMENT)**

| | | | | |
|---|---|---|---|---|
| 50.1. | SHOP & GROUND EQUIPMENT | $58,709.00 | NET BOOK VALUE | $58,709.00 |

| 51 | Total of Part 8.<br>ADD LINES 47 THROUGH 50. COPY THE TOTAL TO LINE 87. | $58,709.00 |
|---|---|---|

| 52. | Is a depreciation schedule available for any of the property listed in Part 8?<br>☒ No<br>☐ Yes |
|---|---|

| 53. | Has any of the property listed in Part 8 been appraised by a professional within the last year?<br>☒ No<br>☐ Yes |
|---|---|

## Part 9:    REAL PROPERTY

**54. DOES THE DEBTOR OWN OR LEASE ANY REAL PROPERTY?**

☐ No. Go to Part 10.
☒ Yes. Fill in the information below.

**55. ANY BUILDING, OTHER IMPROVED REAL ESTATE, OR LAND WHICH THE DEBTOR OWNS OR IN WHICH THE DEBTOR HAS AN INTEREST**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. | AIRCRAFT COMPOSIT SHOP, 3283 NORTH PARK BLVD SUITE K, ALCOA, TN 37701 | LEASEHOLD | $0.00 | | $0.00 |
| 55.2. | AIRCRAFT PARTS WAREHOUSE, 4741 WORLD HOUSTON PARKWAY, SUITE 150, HOUSTON, TX 77032 | LEASEHOLD | $0.00 | | $0.00 |
| 55.3. | AIRCRAFT PARTS WAREHOUSE/OFFICE SUPPORT SPACE, 1500 TERMINAL WAY, BUILDING 102 , RENO, NV 89502 | LEASEHOLD | $0.00 | | $0.00 |
| 55.4. | AIRPORT ATO/TICKET COUNTER/GATE SPACE (BOI), 3201 W AIRPORT WAY, BOISE, ID 83705 | LEASEHOLD | $0.00 | | $0.00 |
| 55.5. | AIRPORT ATO/TICKET COUNTER/GATE SPACE (EUG), 2885 LOCKHEED DRIVE, EUGENE/SPRINGFIELD , OR 97402 | LEASEHOLD | $0.00 | | $0.00 |
| 55.6. | AIRPORT ATO/TICKET COUNTER/GATE SPACE (FAT), 4995 E CLINTON WAY, FRESNO/YOSEMITE, CA 93727 | LEASEHOLD | $0.00 | | $0.00 |
| 55.7. | AIRPORT ATO/TICKET COUNTER/GATE SPACE (GEG), 9000 W AIRPORT DRIVE , SPOKANE, WA 99224 | LEASEHOLD | $0.00 | | $0.00 |
| 55.8. | AIRPORT ATO/TICKET COUNTER/GATE SPACE (IDA), 2140 N. SKYLINE DRIVE, IDAHO FALLS, ID 83402 | LEASEHOLD | $0.00 | | $0.00 |

**55. ANY BUILDING, OTHER IMPROVED REAL ESTATE, OR LAND WHICH THE DEBTOR OWNS OR IN WHICH THE DEBTOR HAS AN INTEREST**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.9. | AIRPORT ATO/TICKET COUNTER/GATE SPACE (MFR), 1000 TERMINAL LOOP PARKWAY, MEDFORD/ASHLAND, OR 97504 | LEASEHOLD | $0.00 | | $0.00 |
| 55.10. | AIRPORT ATO/TICKET COUNTER/GATE SPACE (ONT), 1923 E AVION AVENUE, ONTARIO, CA 91761 | LEASEHOLD | $0.00 | | $0.00 |
| 55.11. | AIRPORT ATO/TICKET COUNTER/GATE SPACE (PSC), 3601 N 20TH AVENUE, PASCO/TRI-CITIES, WA 99301 | LEASEHOLD | $0.00 | | $0.00 |
| 55.12. | AIRPORT ATO/TICKET COUNTER/GATE SPACE (PSP), 3400 E. TAHQUITZ CANYON WAY, PALM SPRINGS, CA 92262 | LEASEHOLD | $0.00 | | $0.00 |
| 55.13. | AIRPORT ATO/TICKET COUNTER/GATE SPACE (RDM), 2522 SE JESS BUTLER CIRCLE, REDMOND/BEND, OR 97756 | LEASEHOLD | $0.00 | | $0.00 |
| 55.14. | AIRPORT ATO/TICKET COUNTER/GATE SPACE (RNO), 2001 E PLUMB LN, RENO, NV 89502 | LEASEHOLD | $0.00 | | $0.00 |
| 55.15. | AIRPORT ATO/TICKET COUNTER/GATE SPACE (STS), 2290 AIRPORT BLVD, SANTA ROSA, CA 95403 | LEASEHOLD | $0.00 | | $0.00 |
| 55.16. | FLIGHT SIMULATOR BUILDING (IAH), 17745 JFK BLVD, HOUSTON, TX 77032 | LEASEHOLD | $0.00 | | $0.00 |
| 55.17. | OSC/CORPORATE OFFICE, 1745 PHOENIX BOULEVARD, SUITE 250/260, COLLEGE PARK, GA 30349 | LEASEHOLD | $0.00 | | $0.00 |
| 55.18. | TRAINING CENTER (IAH), 17441 JFK BLVD, HOUSTON, TX 77032 | LEASEHOLD | $0.00 | | $0.00 |

| 56 | **Total of Part 9.**<br>ADD THE CURRENT VALUE ON LINES 55.1 THROUGH 55.6 AND ENTRIES FROM ANY ADDITIONAL SHEETS. COPY THE TOTAL TO LINE 88. | $0.00 |
|---|---|---|

**57. Is a depreciation schedule available for any of the property listed in Part 9?**
☒ No
☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 10:    INTANGIBLES AND INTELLECTUAL PROPERTY**

**59. DOES THE DEBTOR HAVE ANY INTERESTS IN INTANGIBLES OR INTELLECTUAL PROPERTY?**

☐ No. Go to Part 11.
☒ Yes. Fill in the information below.

| General description | | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. PATENTS, COPYRIGHTS, TRADEMARKS, AND TRADE SECRETS** | | | |
| 60.1. TRADE MARK: ! (STYLIZED AND/OR WITH DESIGN) APP NO. 90863966  [PENDING] | | | UNDETERMINED |
| 60.2. TRADE MARK: AHA! (STYLIZED AND/OR WITH DESIGN) APP NO. 90863184  [PENDING] | | | UNDETERMINED |
| 60.3. TRADE MARK: AHA! AIR HOTEL ADVENTURE (STYLIZED AND/OR WITH DESIGN) APP NO. 90863300  [PENDING] | | | UNDETERMINED |
| 60.4. TRADE MARK: AHA! APP NO. 90863177 [PENDING] | | | UNDETERMINED |
| 60.5. TRADE MARK: AIR . HOTEL . ADVENTURE (STYLIZED AND/OR WITH DESIGN) APP NO. 90863957  [PENDING] | | | UNDETERMINED |
| 60.6. TRADE MARK: EXPRESSJET REG NO. 2369511 | | | UNDETERMINED |
| 60.7. TRADE MARK: EXPRESSJET REG NO. 3120518 | | | UNDETERMINED |
| **61. INTERNET DOMAIN NAMES AND WEBSITES** | | | |
| 61.1. AHAVACATION.COM | UNDETERMINED | | UNDETERMINED |
| 61.2. AIRHOTELADVENTURE.COM | UNDETERMINED | | UNDETERMINED |
| 61.3. ASAECAMPUS.COM | UNDETERMINED | | UNDETERMINED |
| 61.4. ATLANTICSOUTHEASTAIRLINES.COM | UNDETERMINED | | UNDETERMINED |
| 61.5. EXPRESSJET.COM | UNDETERMINED | | UNDETERMINED |
| 61.6. EXPRESSJET.ORG | UNDETERMINED | | UNDETERMINED |
| 61.7. EXPRESSJETHOLDINGS.COM | UNDETERMINED | | UNDETERMINED |
| 61.8. EXPRESSJETQA.COM | UNDETERMINED | | UNDETERMINED |
| 61.9. EXPRESSJETSERVICES.COM | UNDETERMINED | | UNDETERMINED |
| 61.10. FLYAHA.COM | UNDETERMINED | | UNDETERMINED |
| 61.11. FLY-AHA.COM | UNDETERMINED | | UNDETERMINED |
| 61.12. FLYASA.COM | UNDETERMINED | | UNDETERMINED |
| 61.13. FLYXJET.COM | UNDETERMINED | | UNDETERMINED |
| 61.14. FLYXJT.COM | UNDETERMINED | | UNDETERMINED |
| 61.15. HTTPS://TWITTER.COM/AHAAIRLINES | UNDETERMINED | | UNDETERMINED |
| 61.16. HTTPS://WWW.FACEBOOK.COM/AHAAIRLINES | UNDETERMINED | | UNDETERMINED |
| 61.17. HTTPS://WWW.FACEBOOK.COM/EXPRESSJET | UNDETERMINED | | UNDETERMINED |
| 61.18. HTTPS://WWW.INSTAGRAM.COM/AHAAIRLINES | UNDETERMINED | | UNDETERMINED |
| 61.19. HTTPS://WWW.LINKEDIN.COM/COMPANY/EXPRESSJET-AIRLINES/MYCOMPANY | UNDETERMINED | | UNDETERMINED |
| 61.20. IFLYAHA.COM | UNDETERMINED | | UNDETERMINED |
| 61.21. QAXJT.COM | UNDETERMINED | | UNDETERMINED |
| 61.22. SKIAHA.COM | UNDETERMINED | | UNDETERMINED |
| 61.23. XJETCONNEX.COM | UNDETERMINED | | UNDETERMINED |
| 61.24. XJETMYMESSAGES.COM | UNDETERMINED | | UNDETERMINED |
| 61.25. XJETTRAINING.COM | UNDETERMINED | | UNDETERMINED |
| 61.26. XJT.COM | UNDETERMINED | | UNDETERMINED |
| **62. LICENSES, FRANCHISES, AND ROYALTIES** | | | |
| 62.1. FAA CERTIFICATES | UNDETERMINED | | UNDETERMINED |
| **63. CUSTOMER LISTS, MAILING LISTS, OR OTHER COMPILATIONS** | | | |
| 63.1. PILOT FURLOUGH LIST | UNDETERMINED | | UNDETERMINED |

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **64.** | **OTHER INTANGIBLES, OR INTELLECTUAL PROPERTY** | | | |
| | NONE | | | |
| **65.** | **GOODWILL** | | | |
| | 65.1. GOODWILL | $48,764,316.36 | BOOK VALUE | $48,764,316.36 |
| **66** | **Total of Part 10.** ADD LINES 60 THROUGH 65. COPY THE TOTAL TO LINE 89. | | | $48,764,316.36 |

**67.** Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C. §§ 101(41A) and 107)?
☒ No
☐ Yes

**68.** Is there an amortization or other similar schedule available for any of the property listed in Part 10?
☒ No
☐ Yes

**69.** Has any of the property listed in Part 10 been appraised by a professional within the last year?
☒ No
☐ Yes

## Part 11:   ALL OTHER ASSETS

**70.** **DOES THE DEBTOR OWN ANY OTHER ASSETS THAT HAVE NOT YET BEEN REPORTED ON THIS FORM?**
INCLUDE ALL INTERESTS IN EXECUTORY CONTRACTS AND UNEXPIRED LEASES NOT PREVIOUSLY REPORTED ON THIS FORM.
☐ No. Go to Part 12.
☒ Yes. Fill in the information below.

| | | Current value of debtor's interest |
|---|---|---|
| **71.** | **NOTES RECEIVABLE** | |
| | DESCRIPTION (INCLUDE NAME OF OBLIGOR) | |
| | NONE | |
| **72.** | **TAX REFUNDS AND UNUSED NET OPERATING LOSSES (NOLS)** | |
| | DESCRIPTION (FOR EXAMPLE, FEDERAL, STATE, LOCAL) | |
| | 72.1.    TAX REFUND FROM NEW JERSEY       Tax year   VARIOUS | $1,400,000.00 |
| **73.** | **INTERESTS IN INSURANCE POLICIES OR ANNUITIES** | |
| | 73.1.    ALLIANZE GLOBAL - A1AI000886021AM - AIRLINE | UNDETERMINED |
| | 73.2.    AXIS SPECIALTY - AVNAN2105111 - AIRLINE | UNDETERMINED |
| | 73.3.    BERKSHIRE HATH - 47EMC31715701 - EXCESS SIDE-A DIC D&O | UNDETERMINED |
| | 73.4.    BOWRING MARSH (BERMUDA) LIMITED - 16135382 - EPL PUNITIVE WRAP GENERAL INS | UNDETERMINED |
| | 73.5.    CHINA INS (UK) - AVNAN2105111 - AIRLINE | UNDETERMINED |
| | 73.6.    CONVEX GROUP - AVNAN2105111 - AIRLINE | UNDETERMINED |
| | 73.7.    ENDURANCE ASSUR - MAP30000930602 - DIRECT&OFF LIAB | UNDETERMINED |
| | 73.8.    ENDURANCE WORD - AVNAN2105111 - AIRLINE | UNDETERMINED |
| | 73.9.    FALLS LAKE NAT - ACQGFL0035802 - AIRLINE | UNDETERMINED |
| | 73.10.   FINDELIS UNDERWRITING LIMITED - AVNAN2105111 - AIRLINE | UNDETERMINED |
| | 73.11.   GENERAL - 100043923 - AIRLINE | UNDETERMINED |
| | 73.12.   GRANITE STATE - 02LX0534063160 - PROPERTY ALL RISK | UNDETERMINED |
| | 73.13.   GREAT AMERICAN - DFX1491336 - EXCESS D&O | UNDETERMINED |
| | 73.14.   LA REUNION - AVNAN2105111 - AIRLINE | UNDETERMINED |
| | 73.15.   LLOYDS OF LON - AVNAN2105111 - AIRLINE | UNDETERMINED |

| Debtor | ExpressJet Airlines LLC | Case number (if known) | 22-10787 |
| | (Name) | | |

| | | Current value of debtor's interest |
|---|---|---|

**73. INTERESTS IN INSURANCE POLICIES OR ANNUITIES**

| | | |
|---|---|---|
| 73.16. | MAPFIRE ESPANA COMPANIA DE SEGUROS Y REASEGUROS SA - AVNAN2105111 - AIRLINE | UNDETERMINED |
| 73.17. | MARSH USA INC - 82557604 - D&O LIABILITY GENERAL INS | UNDETERMINED |
| 73.18. | MARSH USA INC - AVNAN2150123 - AIRLINE HULL INSURANCE | UNDETERMINED |
| 73.19. | MARSH USA INC - AVNAN2150126 - AIRLINE HULL INSURANCE | UNDETERMINED |
| 73.20. | NATIONAL UN-PA - 015762592 - FIDUCIARY LIABILITY | UNDETERMINED |
| 73.21. | NATIONAL UN-PA - 015762592 - OTHER EMPLOY PRACTICE LAB | UNDETERMINED |
| 73.22. | OLD REPUBLIC - RAL00008501 - AIRLINE | UNDETERMINED |
| 73.23. | PARTNER REINSU - AVNAN2105111 - AIRLINE | UNDETERMINED |
| 73.24. | PICC P&C CO - AVNAN2105111 - AIRLINE | UNDETERMINED |
| 73.25. | PING AN P&C IN - AVNAN2105111 - AIRLINE | UNDETERMINED |
| 73.26. | QBE INS CORP - 100012319 - EXCESS SIDE-A DIC D&O | UNDETERMINED |
| 73.27. | STARR IND &LIA - 1000004508 - WORKERS COMP | UNDETERMINED |
| 73.28. | STARR IND &LIA - 1000600338221 - AUTOMOBILE/MOTOR | UNDETERMINED |
| 73.29. | STARR SURPLUS - AVNAN2105111 - AIRLINE | UNDETERMINED |
| 73.30. | STARR SURPLUS - SASLAMR6364702102 - AIRLINE | UNDETERMINED |
| 73.31. | SWISS RE EUROP - AVNAN2105111 - AIRLINE | UNDETERMINED |
| 73.32. | TX INS CO - BAVQFHTGA01110013000601 - AIRLINE | UNDETERMINED |
| 73.33. | US AIRCRAFT - SIHL22999 - AIRLINE | UNDETERMINED |

**74. CAUSES OF ACTION AGAINST THIRD PARTIES (WHETHER OR NOT A LAWSUIT HAS BEEN FILED)**

NONE

**75. OTHER CONTINGENT AND UNLIQUIDATED CLAIMS OR CAUSES OF ACTION OF EVERY NATURE, INCLUDING COUNTERCLAIMS OF THE DEBTOR AND RIGHTS TO SET OFF CLAIMS**

NONE

**76. TRUSTS, EQUITABLE OR FUTURE INTERESTS IN PROPERTY**

NONE

**77. OTHER PROPERTY OF ANY KIND NOT ALREADY LISTED  EXAMPLES: SEASON TICKETS, COUNTRY CLUB MEMBERSHIP** *EXAMPLES*: SEASON TICKETS, COUNTRY CLUB MEMBERSHIP

NONE

**78 Total of Part 11.**
ADD LINES 71 THROUGH 77. COPY THE TOTAL TO LINE 90.

$1,400,000.00

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| **80. Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $2,799,215.30 | |

Debtor    ExpressJet Airlines LLC _____    Case number (if known) ___22-10787___
            (Name)

| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | $2,189,751.67 | |
|-----|-----|-----|-----|
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | $335,554.47 | |
| 83. | **Investments.** *Copy line 17, Part 4.* | | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | $17,537,576.56 | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $122,580.95 | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $58,709.00 | |
| 88. | **Real property.** *Copy line 56, Part 9.* ➔ | | $0.00 |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $48,764,316.36 | |
| 90. | **All other assets.** *Copy line 78, Part 11.* + | $1,400,000.00 | |
| 91. | **Total.** Add lines 80 through 90 for each column . . . . . . . . . 91a. | $73,207,704.31 | + 91b. $0.00 |
| 92. | **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | $73,207,704.31 |

**Fill in this information to identify the case:**

Debtor _____ExpressJet Airlines LLC_____

United States Bankruptcy Court for the: _____Delaware_____

Case number _____22-10787_____
(if known)

☐ Check if this is an
amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1.     1.  **Do any creditors have claims secured by debtor's property?**

☑  No. Check this box and submit page 1 of this form to the court with debtor's other schedules . Debtor has nothing else to report on this form.

☐  Yes. Fill in all of the information below.

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor</td><td>ExpressJet Airlines LLC</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>Delaware</td></tr>
<tr><td>Case number<br>(if known)</td><td>22-10787</td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                              12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:     List All Creditors with PRIORITY Unsecured Claims

**1.**  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
☐ No. Go to Part 2.
☑ Yes. Go to line 2.

**2.**  List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | **Priority creditor's name and mailing address**<br>CITY OF EUGENE<br>PO BOX 1967<br>EUGENE, OR  97440<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PASSENGER FACILITY CHARGE (PFC) PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $3,073.50 | $3,073.50 |
| **2.2** | **Priority creditor's name and mailing address**<br>CITY OF FRESNO AIRPORT ADMINISTRATION<br>4995 E CLINTON WAY<br>FRESNO, CA  93727<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PASSENGER FACILITY CHARGE (PFC) PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $2,119.50 | $2,119.50 |
| **2.3** | **Priority creditor's name and mailing address**<br>CITY OF PALM SPRINGS<br>PO BOX 2743<br>PALM SPRINGS, CA  92263<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PASSENGER FACILITY CHARGE (PFC) PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $3,069.00 | $3,069.00 |

| Debtor | ExpressJet Airlines LLC | Case number (if known) | 22-10787 |
|--------|------------------------|------------------------|----------|
| | (Name) | | |

| **Part 1:** | **Additional Page** | | |
|---|---|---|---|

| | | | | **Total claim** | **Priority amount** |
|---|---|---|---|---|---|

| 2.4 | **Priority creditor's name and mailing address**<br><br>CITY OF REDMOND<br>411 SW 9TH STREET<br>REDMOND, OR 97756<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PASSENGER FACILITY CHARGE (PFC) PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $2,398.00 | $2,398.00 |
| 2.5 | **Priority creditor's name and mailing address**<br><br>DEPARTMENT OF HOMELAND SECURITY (TSA)<br>2707 MARTIN LUTHER KING JR. AVE SE<br>WASHINGTON, DC 20528<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SECURITY SCREENING FEES PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $73,645.60 | $73,645.60 |
| 2.6 | **Priority creditor's name and mailing address**<br><br>IDAHO FALLS REGIONAL AIRPORT<br>2140 N SKYLINE DR. SUITE 12<br>IDAHO FALLS, ID 83402<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PASSENGER FACILITY CHARGE (PFC) PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $643.50 | $643.50 |
| 2.7 | **Priority creditor's name and mailing address**<br><br>INTERNAL REVENUE SERVICE<br>1111 CONSTITUTION AVENUE NORTHWEST<br>WASHINGTON, DC 20224<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PASSENGER EXCISE TAXES PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $33,625.45 | $33,625.45 |
| 2.8 | **Priority creditor's name and mailing address**<br><br>INTERNAL REVENUE SERVICE<br>1111 CONSTITUTION AVENUE NORTHWEST<br>WASHINGTON, DC 20224<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SEGMENT TAXES AND EXCISE TAXES PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $23,697.60 | $23,697.60 |

Debtor   ExpressJet Airlines LLC                                    Case number (if known)   22-10787
(Name)

| Part 1: | Additional Page | | |
|---|---|---|---|
| | | Total claim | Priority amount |

| 2.9 | **Priority creditor's name and mailing address**<br><br>JACKSON COUNTY AIRPORT AUTHORITY<br>1000 TERMINAL LOOP PARKWAY SUITE 201<br>MEDFORD, OR  97504<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PASSENGER FACILITY CHARGE (PFC) PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,016.00 | $2,016.00 |
| 2.10 | **Priority creditor's name and mailing address**<br><br>JOHN R. GREENLEE<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>ACCRUED VACATION TIME<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $15,150.00 | $15,150.00 |
| 2.11 | **Priority creditor's name and mailing address**<br><br>KANSAS DEPARTMENT OF REVENUE<br>PO BOX 3506<br>TOPEKA, KS  66625<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>TAXES/CHARGES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $10.68 | $10.68 |
| 2.12 | **Priority creditor's name and mailing address**<br><br>LOUISIANA DEPARTMENT OF REVENUE<br>DEPARTMENT OF REVENUE<br>PO BOX 201<br>BATON ROUGE, LA  70821-0201<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TAXES/CHARGES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $161.19 | $161.19 |
| 2.13 | **Priority creditor's name and mailing address**<br><br>ONTARIO INTERNATIONAL AIRPORT AUTHORITY<br>1923 E AVION STREET<br>ONTARIO, CA  91761<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PASSENGER FACILITY CHARGE (PFC) PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,843.00 | $3,843.00 |

Debtor     ExpressJet Airlines LLC                    Case number (if known)    22-10787

(Name)

| Part 1: | Additional Page | | |
|---|---|---|---|
| | | Total claim | Priority amount |

**2.14** **Priority creditor's name and mailing address**

PORT AUTHORITY OF NY & NJ
PO BOX 95000
PHILADELPIA, PA 19195-1517

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
TAXES/CHARGES

**Is the claim subject to offset?**
☑ No
☐ Yes

$66.00     $66.00

---

**2.15** **Priority creditor's name and mailing address**

PORT OF PASCO
3601 N. 20TH AVENUE
PASCO, WA 99301

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PASSENGER FACILITY CHARGE (PFC) PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,105.00     $3,105.00

---

**2.16** **Priority creditor's name and mailing address**

RENO-TAHOE AIRPORT AUTHORITY
PO BOX 12490
RENO, NV 89510

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PASSENGER FACILITY CHARGE (PFC) PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$24,277.50     $24,277.50

---

**2.17** **Priority creditor's name and mailing address**

SONOMA COUNTY AIRPORT
2290 AIRPORT BOULEVARD
SANTA ROSA, CA 95403

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PASSENGER FACILITY CHARGE (PFC) PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,215.00     $1,215.00

---

**2.18** **Priority creditor's name and mailing address**

SPOKANE AIRPORT BOARD
9000 W AIRPORT DRIVE SUITE 204
SPOKANE, WA 99224

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PASSENGER FACILITY CHARGE (PFC) PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$4,176.00     $4,176.00

| Debtor | ExpressJet Airlines LLC | Case number (if known) | 22-10787 |
|---|---|---|---|
| | (Name) | | |

| **Part 1:** | **Additional Page** | | |
|---|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.19 | **Priority creditor's name and mailing address**<br>VARIOUS<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:**<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>PASSENGER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED | UNDETERMINED |

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**Do any creditors have nonpriority unsecured claims?** (See 11 U.S.C. § 507).
☐ No.
☑ Yes.

**3.** **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| 3.1 | **Nonpriority creditor's name and mailing address**<br>247 ONSITE DRUG & ALCOHOL TESTING<br>226 S ENTERPRIZE PKWY STE 114<br>CORPUS CHRISTI, TX  78405<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $1,209.08 |
| 3.2 | **Nonpriority creditor's name and mailing address**<br>66 BJE ASESORES, SC<br>AVENIDA INSURGENTES SUR OFICINA<br>DF 1605 PISO 12 COL<br>SAN JOSE INSURGENTES MEXICO CP 3900<br>MEXICO<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $16,937.90 |
| 3.3 | **Nonpriority creditor's name and mailing address**<br>A AND P MECHANIC<br>PO BOX AP59205<br>NASSAU<br>THE BAHAMAS<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $250.00 |

Debtor  ExpressJet Airlines LLC  _____  Case number (if known) 22-10787
(Name)

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.4** | **Nonpriority creditor's name and mailing address**

A ASGHAR A ESKANDANI
NORDHANG 74
GEVELSBERG  58285
GERMANY

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$140.71

---

**3.5** | **Nonpriority creditor's name and mailing address**

A SUNSHINE SHARE A CAB
3045 RONIE STREET
STE #99
HALIFAX, NS  B3K 4P6
CANADA

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$48.91

---

**3.6** | **Nonpriority creditor's name and mailing address**

AA&E MAINTENANCE, LLC
22793 S 4160 RD
CLAREMORE, OK  74019

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$860.00

---

**3.7** | **Nonpriority creditor's name and mailing address**

AARON JAMES RUNALLS
CA

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,083.38

---

**3.8** | **Nonpriority creditor's name and mailing address**

ABREHA G. ABREHA
5319 S. WOODLAWN #2N
CHICAGO, IL  60615

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$42.85

| Debtor | ExpressJet Airlines LLC | Case number (if known) | 22-10787 |
| --- | --- | --- | --- |
| | (Name) | | |

| **Part 2:** | Additional Page | | |
| --- | --- | --- | --- |

| | | Amount of claim |
| --- | --- | --- |

| 3.9 | **Nonpriority creditor's name and mailing address**<br><br>ACCESSORY AERO GROUP, LLC<br>1112 ANNE ST<br>GRIFFIN, GA  30224<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,991.62 |
| --- | --- | --- | --- |
| 3.10 | **Nonpriority creditor's name and mailing address**<br><br>ACE AMERICAN ISURANCE COMPANY<br>436 WALNUT STREET<br>WA08A<br>PHILADELPHIA, PA  19106<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL INSURANCE CLAIM<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED |
| 3.11 | **Nonpriority creditor's name and mailing address**<br><br>ADAM D SCHULTZ<br>MN<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $58.86 |
| 3.12 | **Nonpriority creditor's name and mailing address**<br><br>ADAM H PRITCHETT<br>MD<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $108.72 |
| 3.13 | **Nonpriority creditor's name and mailing address**<br><br>ADAM LEE SWIFT<br>424 CHELSEA ST<br>EAST BOSTON, MA  02128<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $30.00 |

| Debtor | ExpressJet Airlines LLC | Case number (if known) | 22-10787 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.14** **Nonpriority creditor's name and mailing address**

ADAM P TROY
IL

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,100.02

---

**3.15** **Nonpriority creditor's name and mailing address**

ADAM SZOLD
34 HILDES HIMER
TEL-AVIV  6230536
ISRAEL

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$640.00

---

**3.16** **Nonpriority creditor's name and mailing address**

ADELFA ABUDA
TUNASAN RMT INDUSTRIAL COMPLEX
MUNTINLUPA  01773
PHILIPPINES

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$48.00

---

**3.17** **Nonpriority creditor's name and mailing address**

ADP INC
P.O. BOX 842875
BOSTON, MA  02284-2875

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,248.00

---

**3.18** **Nonpriority creditor's name and mailing address**

AECOM TECHNICAL SERVICE INC
1360 PEACHTREE ST NE STE 500
ATLANTA, GA  30309

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$12,417.25

Debtor    ExpressJet Airlines LLC                                    Case number (if known)    22-10787

        (Name)

| Part 2: | Additional Page |
|---|---|

|  | Amount of claim |
|---|---|

| 3.19 | **Nonpriority creditor's name and mailing address**<br><br>AERO COMPOSITES AND STRUCTURES<br>1533 CRESCENT DR<br>CARROLLTON, TX  57006<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $6,478.12 |
| 3.20 | **Nonpriority creditor's name and mailing address**<br><br>AERO MAG<br>1000 AIRPORT PARKWAY PRIVATE<br>ROOM 2443 16<br>OTTAWA, ON  K3V 9B4<br>CANADA<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $449.53 |
| 3.21 | **Nonpriority creditor's name and mailing address**<br><br>AERO SHADE TECHNOLOGIES<br>3104-3106 INDUSTRIAL AVE<br>THREE FORT PIERCE, FL  34946<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $555.00 |
| 3.22 | **Nonpriority creditor's name and mailing address**<br><br>AERODATA INC<br>14988 N. 78TH WAY SUITE 214<br>SCOTTSDALE, AZ  85260<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,672.74 |
| 3.23 | **Nonpriority creditor's name and mailing address**<br><br>AGAPITO MARTINEZ<br>500 8TH STREET #21<br>UNION CITY, NJ  07087<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $71.16 |

Debtor    ExpressJet Airlines LLC                    Case number (if known) 22-10787

(Name)

| Part 2: | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

| 3.24 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $18.00 |
| --- | --- | --- | --- |

**Nonpriority creditor's name and mailing address**

3.24
AGNES MARIA MANZIE
UNIT 8900 BOX 265
DPO, AE 09831-0265

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☑ No
☐ Yes

$18.00

---

3.25
**Nonpriority creditor's name and mailing address**

AHARON CHOLOW
SHTAND 22
TEL AVIV 6437432
ISRAEL

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☑ No
☐ Yes

$45.00

---

3.26
**Nonpriority creditor's name and mailing address**

AHS AVIATION HANDLING SERVICES GMBH
STATION LEIPZIG
POSTFACH 11 17
LEIPZIG 4029
GERMANY

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☑ No
☐ Yes

$39.33

---

3.27
**Nonpriority creditor's name and mailing address**

AIME BOB BIEM
226 JIBBOON STREET
SACRAMENTO, CA 95815

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☑ No
☐ Yes

$963.90

---

3.28
**Nonpriority creditor's name and mailing address**

AIR LINE PILOTS ASSOCIATION
ATTN: MARCUS MIGLIORE
7950 JONES BRANCH DRIVE 400S
MCLEAN, VA 22102

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
VARIOUS LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | ExpressJet Airlines LLC | Case number (if known) | 22-10787 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.29 | **Nonpriority creditor's name and mailing address**<br><br>AIR LINE PILOTS ASSOCIATION, INTERNATIONAL<br>7950 JONES BRANCH DRIVE<br>SUITE 400S<br>MCLEAN, VA 22202<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>UNION AGREEMENT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED |

| 3.30 | **Nonpriority creditor's name and mailing address**<br><br>AIRLINE APPS INC<br>PO BOX 2264<br>ALPHARETTA, GA 30023-2264<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $600.00 |

| 3.31 | **Nonpriority creditor's name and mailing address**<br><br>AIRSPACE TECHNOLOGIES INC.<br>5909 SEA OTTER PLACE, STE 200<br>CARLSBAD, CA 92010<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,205.65 |

| 3.32 | **Nonpriority creditor's name and mailing address**<br><br>ALAN DALE<br>2 BAKER CLOSE<br>BENSON, EWELME<br>WALLINGFORD OX10 6EH<br>UNITED KINGDOM<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $50.00 |

| 3.33 | **Nonpriority creditor's name and mailing address**<br><br>ALAN J TKACH<br>OH<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $292.48 |

| Debtor | ExpressJet Airlines LLC | Case number (if known) | 22-10787 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.34** | **Nonpriority creditor's name and mailing address**
ALAN KACIK
9170 MEADOW LANE
BRECKSVILLE, OH 44141

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$75.00

---

**3.35** | **Nonpriority creditor's name and mailing address**
ALAN OVERMYER
2434 GARNETT DR
ALEXANDREA, VA 22311

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$150.00

---

**3.36** | **Nonpriority creditor's name and mailing address**
ALAN WHEAT
8627 BURDETTE ROAD
BETHESDA, MD 20817

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$123.81

---

**3.37** | **Nonpriority creditor's name and mailing address**
ALASKA AIRLINES
C/O DAVIS WRIGHT TREMAINE
ATTN: CINDY CADITZ
920 FIFTH AVE, STE 3300
SEATTLE, WA 98104-1610

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
POTENTIAL LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.38** | **Nonpriority creditor's name and mailing address**
ALBERTO ESQUITIN
HEROICA VERACRUZ #14
ZONA CENTRO
TUXPAN VERACRUZ 92800
MEXICO

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,364.00

| Debtor | ExpressJet Airlines LLC | Case number (if known) | 22-10787 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.39** **Nonpriority creditor's name and mailing address**

ALEJANDRO BERTOLOTTI
991 MUNIZ
BUENOS AIRES  C1234ABK
ARGENTINA

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$210.68

**3.40** **Nonpriority creditor's name and mailing address**

ALESSANDRO FEDI
VIA SANTANGELO 202
CAMPI BISENZIO
SANT'ANGELO FL  50013
ITALY

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,114.37

**3.41** **Nonpriority creditor's name and mailing address**

ALEXANDRA HALL
350 BURNT HILL RD
HEBRON, CT  06248

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$174.42

**3.42** **Nonpriority creditor's name and mailing address**

ALEXANDRA TOBI
JEVAN OOSTZANENLAAN 20
HEEMSTEDE  02102
THE NETHERLANDS

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$231.00

**3.43** **Nonpriority creditor's name and mailing address**

ALEXANDRA WHIFFEN
39 CANADA DRIVE
ST JOHNS, NL  A1EYH3
CANADA

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$130.00

| Debtor | ExpressJet Airlines LLC | Case number (if known) | 22-10787 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.44** | **Nonpriority creditor's name and mailing address**
ALFRED EGLI
RIGISTRASSE 19
MEGGEN  6045
SWITZERLAND

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$139.70

---

**3.45** | **Nonpriority creditor's name and mailing address**
ALHANDRO ALFARO
CALLE 28#
BR  ZARRAGOCILLA
CARTAGENA, BOLIVAR  54A-20
COLOMBIA

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,170.00

---

**3.46** | **Nonpriority creditor's name and mailing address**
ALIA EL-ASSAAD
JABRIYA BLOCK 5
STREET 18 BLDG 29
FLOOR 3 APR 6
KUWAIT

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,577.29

---

**3.47** | **Nonpriority creditor's name and mailing address**
ALOFT CHARLESTON
4875 TANGER OUTLET BLVD
NORTH CHARLESTON, SC  29418

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$600.78

---

**3.48** | **Nonpriority creditor's name and mailing address**
ALONA BABAK
PROV CHEKISTIV 4 APT 428
KYIV  1024
UKRAINE

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$318.33

Debtor    ExpressJet Airlines LLC    Case number (if known)    22-10787
(Name)

| Part 2: | Additional Page | | Amount of claim |
|---|---|---|---|

**3.49** | **Nonpriority creditor's name and mailing address**

ALTECH METALS INC
4650 S PINEMONT DR, STE 100
HOUSTON, TX 77041

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,815.50

---

**3.50** | **Nonpriority creditor's name and mailing address**

ALTERNATIVE HOTEL
40 SILVER DART DRIVE
ENFIELD, NS B2T 1K2
CANADA

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$486.16

---

**3.51** | **Nonpriority creditor's name and mailing address**

ALVIN J. SANCHEZ
201 CALLIE LN
CENTERTON, AR 72819

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$159.23

---

**3.52** | **Nonpriority creditor's name and mailing address**

AMADOU FONDI NJOYA
MD

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$26.26

---

**3.53** | **Nonpriority creditor's name and mailing address**

AMALIA SALINAS
201 COGGINS DRIVE
B-119
PLEASANT HILL, CA 94523

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$145.35

---

| Debtor | ExpressJet Airlines LLC | Case number (if known) | 22-10787 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.54** | **Nonpriority creditor's name and mailing address**
AMANDA BUSCH
C/O 40 KING ST W
SUITE 4900
TORONTO, ON  M5H 1H1
CANADA

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$180.00

---

**3.55** | **Nonpriority creditor's name and mailing address**
AMANDA LARKIN
4132 PAXTON WOODS DRIVE
CINCINNATI, OH  45209

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$150.00

---

**3.56** | **Nonpriority creditor's name and mailing address**
AMBER BURKE
SM 526 MZA5
LOTE 29 RESIDENCIAL SANTE FE
CANCUN, QR  77535
MEXICO

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$150.00

---

**3.57** | **Nonpriority creditor's name and mailing address**
AMBER ELDRIDGE
8 BRIDLE ROAD
CURRANS HILL, NSW  2567
AUSTRALIA

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$9.49

---

**3.58** | **Nonpriority creditor's name and mailing address**
AMELIA DIEZ
444 S RIVER ROAD
TLALPAN COL MIGUEL HIDALGO
14260
MEXICO

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$296.00

---

| Part 2: | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |
| 3.59 | **Nonpriority creditor's name and mailing address**<br><br>AMERICAN EXPRESS<br>PO BOX 650448<br>DALLAS, TX 75265<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $43,222.16 |
| 3.60 | **Nonpriority creditor's name and mailing address**<br><br>AMERICAN REGISTRY FOR INTERNET NUMBERS LTD<br>PO BOX 759477<br>BALTIMORE, MD 21275-9477<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $150.00 |
| 3.61 | **Nonpriority creditor's name and mailing address**<br><br>AMPARITO PEREZ<br>50 TROY VERDUN APT. 22<br>MONTREAL, QC H4G 3C5<br>CANADA<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $399.00 |
| 3.62 | **Nonpriority creditor's name and mailing address**<br><br>AMS-WATSUN MOBILE JV<br>ONE MEADOWLANDS PLAZA, 11TH FLOOR<br>EAST RUTHERFORD, NJ 07073<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $489.71 |
| 3.63 | **Nonpriority creditor's name and mailing address**<br><br>AMY J EMKEN<br>IL<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $396.07 |

| Debtor | ExpressJet Airlines LLC | Case number (if known) | 22-10787 |
| --- | --- | --- | --- |
| | (Name) | | |

| **Part 2:** | Additional Page | |
| --- | --- | --- |

| | | Amount of claim |
| --- | --- | --- |

| 3.64 | **Nonpriority creditor's name and mailing address**<br><br>AMY MARIE ROBERTSON<br>5400 PARK AVE<br>APT 424<br>MEMPHIS, TN  38119<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $100.00 |
| 3.65 | **Nonpriority creditor's name and mailing address**<br><br>ANALIA BOMRAD SAEZ<br>ARENALES 3474 4 23<br>CAPITAL<br>BUENOS AIRES  01425<br>ARGENTINA<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $817.94 |
| 3.66 | **Nonpriority creditor's name and mailing address**<br><br>ANDERSON LYRA<br>RUA CIRNE MAIA 89<br>RIO DE JANEIRO  RJ  02077-1410<br>BRAZIL<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $319.95 |
| 3.67 | **Nonpriority creditor's name and mailing address**<br><br>ANDREA DICROCE<br>4592 PINEFIELD AVE<br>PORTAGE, MI  49024<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $60.00 |
| 3.68 | **Nonpriority creditor's name and mailing address**<br><br>ANDREW FORSYTH<br>1221 TAYLOR AVE N<br>#504<br>SEATTLE, WA  98109<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $50.00 |

| Debtor | ExpressJet Airlines LLC | Case number (if known) | 22-10787 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.69** | **Nonpriority creditor's name and mailing address**

ANDREW MELTON
3650 WOODLAWN
APT 316
WICHITA, KS  67220

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$70.00

---

**3.70** | **Nonpriority creditor's name and mailing address**

ANDRIANA MARQUES
RUA PORTO MARTINS
85 APTO 12
SAO PAULO  00045--140
BRAZIL

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$500.00

---

**3.71** | **Nonpriority creditor's name and mailing address**

ANGELA C BRADLEY
IL

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$17.54

---

**3.72** | **Nonpriority creditor's name and mailing address**

ANITA VEGA
113 PEPPER HARROW LN
LEXINGTON, SC  29037

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$100.00

---

**3.73** | **Nonpriority creditor's name and mailing address**

ANN HANSON
935 NORTH STATE ROAD
IONIA, MI  48846

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$645.00

---

| Debtor | ExpressJet Airlines LLC | Case number (if known) | 22-10787 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.74 | **Nonpriority creditor's name and mailing address**<br><br>ANN WILLIAMS<br>6 HELEN STREET<br>WINSLOW, ME  04901<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $140.00 |
|---|---|---|---|
| 3.75 | **Nonpriority creditor's name and mailing address**<br><br>ANNIKA FROHM<br>MJODVAGEN 16<br>HAMMARO  663 41<br>SWEDEN<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $28.03 |
| 3.76 | **Nonpriority creditor's name and mailing address**<br><br>ANNISA SHOCKEY<br>9040 WEST WESTLAWN ST. APT 907<br>WICHITA, KS  67212<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $677.29 |
| 3.77 | **Nonpriority creditor's name and mailing address**<br><br>ANTHONY A TECCO<br>SC<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $204.08 |
| 3.78 | **Nonpriority creditor's name and mailing address**<br><br>ANTHONY E. BELL<br>444 SOUTH RIVER ROAD<br>ST GEORGE, UT  84790<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $32.10 |

| Debtor | ExpressJet Airlines LLC | Case number (if known) | 22-10787 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.79** **Nonpriority creditor's name and mailing address**

ANTHONY IREFU
7 KENYA ROAD
KADUNA 763
NIGERIA

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** $240.00
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.80** **Nonpriority creditor's name and mailing address**

ANTHONY J MIDDENDORFF
TN

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** $3.06
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.81** **Nonpriority creditor's name and mailing address**

ANTHONY MIDDENDORFF
C/O DOUGLAS M. ROBINSON
191 PEACHTREE STREET, NE
STE 3980
ATLANTA, GA  30303

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** UNDETERMINED
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.82** **Nonpriority creditor's name and mailing address**

ANTONIO LEME
132 ZONA 4
MARINGA  PR  87014-110
BRAZIL

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** $125.00
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.83** **Nonpriority creditor's name and mailing address**

AOI WATANABE
1237-52 UMAZUTSUMI KUROZASA
MIYOSHI  470-0201
JAPAN

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** $90.00
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | ExpressJet Airlines LLC | Case number (if known) | 22-10787 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

|  | | Amount of claim |
|---|---|---|

**3.84** Nonpriority creditor's name and mailing address

ARAMARK REFRESHMENT SERVICES
9950 FALLBROOK PINES
HOUSTON, TX 77064

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$340.90

---

**3.85** Nonpriority creditor's name and mailing address

ARIE PERETZ
6 KIDRON STREET
HAIFA, IL 34463

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☑ No
☐ Yes

$150.00

---

**3.86** Nonpriority creditor's name and mailing address

ARILD STEIN
TRONESHAGEN 18B
SANDNES 4317
NORWAY

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☑ No
☐ Yes

$162.96

---

**3.87** Nonpriority creditor's name and mailing address

ARKANSAS AUDITOR OF STATE
UNCLAIMED PROPERTY DIVISION
MR. JOSH WOOD, COMPLIANCE OFFICER
1401 W. CAPITOL AVENUE SUITE 325
LITTLE ROCK, AR 72201

**Date or dates debt was incurred**

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.88** Nonpriority creditor's name and mailing address

ARTHUR G SHAMBURGER
KS

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☑ No
☐ Yes

$66.03

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.89** **Nonpriority creditor's name and mailing address**

ARTHUR NASCIMENTO
175 SHERBROOKE WEST, APT #99
MONTREAL, QC  H2X 1X5
CANADA

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$50.00

---

**3.90** **Nonpriority creditor's name and mailing address**

ARTURO MORALESAMECA
CANTERA 9
FRACC ANIMAS MARQUEZA
XALAPA, VERACRUZ  91190
MEXICO

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$42.06

---

**3.91** **Nonpriority creditor's name and mailing address**

ASHLEY LYNN THORNHILL
IL

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$6.47

---

**3.92** **Nonpriority creditor's name and mailing address**

ASHLEY V BARROWS
AR

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$85.49

---

**3.93** **Nonpriority creditor's name and mailing address**

ASSAD BAKHTIAR
2111 MICHIE DR
APT 41
CHARLOTTESVILLE, VA  22901

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$200.00

| Debtor | ExpressJet Airlines LLC | Case number (if known) | 22-10787 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.94** **Nonpriority creditor's name and mailing address**
ASSAMI TAHA
Z'GOUM
ELOUED  39102
ALGERIA

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$199.75

---

**3.95** **Nonpriority creditor's name and mailing address**
AT&T
PO BOX 5014
CAROL STREAM, IL  60197-5014

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$215.46

---

**3.96** **Nonpriority creditor's name and mailing address**
AT&T ATL
PRO CABS PO BOX 105373
ATLANTA, GA  30348

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$870.48

---

**3.97** **Nonpriority creditor's name and mailing address**
AT&T MOBILITY
PO BOX 6463
CAROL STREAM, IL  60197-6463

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$9,378.41

---

**3.98** **Nonpriority creditor's name and mailing address**
ATMOS ENERGY
PO BOX 740353
CINCINNATI, OH  45274-0353

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,645.79

| Debtor | ExpressJet Airlines LLC | Case number (if known) | 22-10787 |
| --- | --- | --- | --- |
| | (Name) | | |

| Part 2: | Additional Page | |
| --- | --- | --- |

| | | Amount of claim |
| --- | --- | --- |

**3.99**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $531.00 |
| --- | --- | --- |
| AVFLIGHT SAGINAW CORPORATION<br>PO BOX 1387<br>ANN ARBOR, MI  48106 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | |
| **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>UNCLAIMED PROPERTIES | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

**3.100**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $348.00 |
| --- | --- | --- |
| AVIA DYNAMICS INC<br>PO BOX 3032<br>CAMARILLO, CA  93011-3032 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | |
| **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE VENDOR | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

**3.101**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $506.88 |
| --- | --- | --- |
| AVIATION MAINTENANCE SOLUTIONS<br>PO BOX 301347<br>MEMPHIS, TN  38130-9998 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | |
| **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE VENDOR | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

**3.102**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3,480.00 |
| --- | --- | --- |
| AVIATION SERVICES<br>4171 CRENSHAW DR<br>CORPUS CHRISTI, TX  78413 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | |
| **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE VENDOR | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

**3.103**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $533.55 |
| --- | --- | --- |
| AVIATION SPECTRUM RESOURCES INC<br>M & T BANK<br>P.O. BOX 62113<br>BALTIMORE, MD  21264-2113 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | |
| **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE VENDOR | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

Debtor   ExpressJet Airlines LLC                                Case number (if known)   22-10787

        (Name)

| Part 2: | Additional Page |
| --- | --- |

| | | | Amount of claim |
| --- | --- | --- | --- |

**3.104** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3,000.00
| | *Check all that apply.* |
| AVIATION TECHNICAL TESTING | ☐ Contingent |
| 245 MARINE AVE. EAST STE 114 | ☐ Unliquidated |
| WEST ST. PAUL, MN  55118 | ☒ Disputed |
| **Date or dates debt was incurred** | **Basis for the claim:** |
| VARIOUS | TRADE VENDOR |
| **Last 4 digits of account number:** | **Is the claim subject to offset?** |
| | ☒ No |
| | ☐ Yes |

**3.105** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $358.12
| | *Check all that apply.* |
| AXA ASSISTANCE SERVICES EUROPE | ☐ Contingent |
| AASEL RECOVERIES | ☐ Unliquidated |
| P.O. BOX 694 | ☒ Disputed |
| REDHILL, SURREY  RH1 9DN | **Basis for the claim:** |
| UNITED KINGDOM | UNCLAIMED PROPERTIES |
| **Date or dates debt was incurred** | **Is the claim subject to offset?** |
| VARIOUS | ☒ No |
| **Last 4 digits of account number:** | ☐ Yes |

**3.106** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $5.50
| | *Check all that apply.* |
| AYRES, CHRISTOPHER L | ☐ Contingent |
| 1636 LAKESIDE AVE NW | ☐ Unliquidated |
| CANTON, OH  44708 | ☒ Disputed |
| **Date or dates debt was incurred** | **Basis for the claim:** |
| VARIOUS | UNCLAIMED PROPERTIES |
| **Last 4 digits of account number:** | **Is the claim subject to offset?** |
| | ☒ No |
| | ☐ Yes |

**3.107** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $9,742.50
| | *Check all that apply.* |
| B AND R ONESOURCE LIMITED | ☐ Contingent |
| 18333 EGRET BAY BLVD SUITE 501 | ☐ Unliquidated |
| HOUSTON, TX  77058 | ☐ Disputed |
| **Date or dates debt was incurred** | **Basis for the claim:** |
| VARIOUS | TRADE VENDOR |
| **Last 4 digits of account number:** | **Is the claim subject to offset?** |
| | ☒ No |
| | ☐ Yes |

**3.108** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $20.00
| | *Check all that apply.* |
| BAKER DELIVERY | ☐ Contingent |
| 3986 SAVANNAH LN | ☐ Unliquidated |
| SPRINGDALE, AR  72762-7794 | ☒ Disputed |
| **Date or dates debt was incurred** | **Basis for the claim:** |
| VARIOUS | UNCLAIMED PROPERTIES |
| **Last 4 digits of account number:** | **Is the claim subject to offset?** |
| | ☒ No |
| | ☐ Yes |

| Debtor | ExpressJet Airlines LLC | Case number (if known) | 22-10787 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page | | Amount of claim |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

**3.109** **Nonpriority creditor's name and mailing address**
BANKS, DANIELLE J
336 HELENA DRIVE
NEWPORT NEWS, VA 23608

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$39.65

---

**3.110** **Nonpriority creditor's name and mailing address**
BARBARA REES
19 SOUTH MELODY LANE
WATERVILLE, OH 43566

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$134.00

---

**3.111** **Nonpriority creditor's name and mailing address**
BARKER AEROMOTIVE INC
4207 N JARVIS AVE
LAREDO, TX 78041-6415

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$185.00

---

**3.112** **Nonpriority creditor's name and mailing address**
BCN RESEARCH LABORATORIES INC
2491 STOCK BLVD
ROCKFORD, TN 37853

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$280.00

---

**3.113** **Nonpriority creditor's name and mailing address**
BCS AIRCRAFT MAINTENANCE, LLC
1820 GEORGE BUSH DR W BLDG 1091
COLLEGE STATION, TX 77845

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$880.80

| Debtor | ExpressJet Airlines LLC | Case number (if known) | 22-10787 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.114 | **Nonpriority creditor's name and mailing address**<br><br>BEATRICE SAGOE<br>23 JEAN HOUSE<br>TOOTING GROVE  SW17 OQZ<br>UNITED KINGDOM<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $91.70 |

| 3.115 | **Nonpriority creditor's name and mailing address**<br><br>BEATY, TYSON MARCUS<br>2109 7TH ST.<br>HOT SPRINGS, AR  71913<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $70.00 |

| 3.116 | **Nonpriority creditor's name and mailing address**<br><br>BENOIT CRESSENT<br>28 RUE DE POISSY<br>PARIS  75005<br>FRANCE<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $38.92 |

| 3.117 | **Nonpriority creditor's name and mailing address**<br><br>BERNARDO DYCHTER<br>24 AVENIDA 250<br>COLONIA CUMBRES<br>MONTERRY, NL  64610<br>MEXICO<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $549.00 |

| 3.118 | **Nonpriority creditor's name and mailing address**<br><br>BEST WESTERN AIRPORT INN PVD<br>2138 POST ROAD<br>WARWICK, RI  02886<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $100.57 |

| Debtor | ExpressJet Airlines LLC | Case number (if known) | 22-10787 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

|  | | Amount of claim |
|---|---|---|

| 3.119 | **Nonpriority creditor's name and mailing address**<br><br>BILL ADHAMI<br>604 W MAIN ST<br>GREENEVILLE, TN  23761<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $432.00 |
|---|---|---|---|
| 3.120 | **Nonpriority creditor's name and mailing address**<br><br>BLOUNT MEMORIAL BUSINESS HEALTH<br>907 E LAMAR ALEXANDER PKWY<br>MARYVILLE, TN  37804<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $834.28 |
| 3.121 | **Nonpriority creditor's name and mailing address**<br><br>BLOUNT MEMORIAL PHYSICIAN GROUP, INC.<br>DEPT 888626<br>KNOXVILLE, TN  37995<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $46.00 |
| 3.122 | **Nonpriority creditor's name and mailing address**<br><br>BLOUNT TAXI<br>2836 NEW BLOCKHOUSE ROAD<br>MARYVILLE, TN  37803<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $10.00 |
| 3.123 | **Nonpriority creditor's name and mailing address**<br><br>BOB BIRD<br>305 KAYLEEN DR<br>BELLEUVE, NE  68005<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $122.33 |

| Debtor | ExpressJet Airlines LLC | Case number (if known) | 22-10787 |
|--------|------------------------|------------------------|----------|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.124 | **Nonpriority creditor's name and mailing address**<br><br>BOB GILLINGHAM FORD<br>8383 BROOKPARK RD<br>PARMA, OH  44129<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $65.00 |
| 3.125 | **Nonpriority creditor's name and mailing address**<br><br>BOLD AEROSPACE LLC<br>15714 BRONCO DRIVE<br>SANTA CLARA, CA  91387<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $236.00 |
| 3.126 | **Nonpriority creditor's name and mailing address**<br><br>BOMBARDIER INC<br>2007 COLLECTION CENTER DR<br>CHICAGO, IL  60693-2007<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $5,463.73 |
| 3.127 | **Nonpriority creditor's name and mailing address**<br><br>BOTROUS, ENGY<br>17340 EUCLID ST #K<br>FOUNTIAN VALLEY, CA  92708<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $560.48 |
| 3.128 | **Nonpriority creditor's name and mailing address**<br><br>BRADEN G SEIGLE<br>IL<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,011.26 |

| Debtor | ExpressJet Airlines LLC | | Case number (if known) | 22-10787 |
|---|---|---|---|---|
| | (Name) | | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.129 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $172.86 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
BRADFORD R HOLT
UT

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

---

3.130 **Nonpriority creditor's name and mailing address**
BRADLEY F SMITH
TN

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** $8.50
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

---

3.131 **Nonpriority creditor's name and mailing address**
BRANDON M. SANFORD
735 SAFFRON DRIVE
SUNBURY, OH  43074

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** $902.44
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

---

3.132 **Nonpriority creditor's name and mailing address**
BRENDAN CURTIS
11 CORRAIN BHREAU
COIS BEARU, BAILE ATHA I, CO
CONTAE CHILL DARA  R14 RD26
IRELAND

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** $65.27
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

---

3.133 **Nonpriority creditor's name and mailing address**
BRITANNICA KNOWLEDGE SYSTEM LTD
16 TOZERET HAARETZ TEL AVIV 67891
ISRAEL

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** $20,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | ExpressJet Airlines LLC | Case number (if known) | 22-10787 |
|--------|------------------------|------------------------|----------|
| | (Name) | | |

| Part 2: | Additional Page | |
|---------|-----------------|---|

| | | Amount of claim |
|---|---|---:|

| 3.134 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $75.00 |
| | BROWN, RICHARD ALLEN | *Check all that apply.* | |
| | 13092 CLOVERLEAF | ☐ Contingent | |
| | MASSILLON, OH 44647 | ☐ Unliquidated | |
| | | ☒ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | VARIOUS | UNCLAIMED PROPERTIES | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.135 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $317.58 |
| | BRUNO BERTHOMIEU | *Check all that apply.* | |
| | C/DOCTOR CADEVALL N5 SA | ☐ Contingent | |
| | BARCELONA 08041 | ☐ Unliquidated | |
| | SPAIN | ☒ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | VARIOUS | UNCLAIMED PROPERTIES | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.136 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.09 |
| | BULLSEYE TELECOM, INC | *Check all that apply.* | |
| | PO BOX 6558 | ☐ Contingent | |
| | CAROL STREAM, IL 60197 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | VARIOUS | TRADE VENDOR | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.137 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $68.80 |
| | BURMOOD, ROGER | *Check all that apply.* | |
| | 627 SIMON ST | ☐ Contingent | |
| | WASHINGTON, IL 61571 | ☐ Unliquidated | |
| | | ☒ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | VARIOUS | UNCLAIMED PROPERTIES | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.138 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3,007.50 |
| | BYERLY AVIATION | *Check all that apply.* | |
| | 6100 EM DIRKSEN PARKWAY | ☐ Contingent | |
| | PEORIA, IL 61607 | ☐ Unliquidated | |
| | | ☒ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | VARIOUS | TRADE VENDOR | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

Debtor    ExpressJet Airlines LLC _____    Case number (if known) ___22-10787___
          (Name)

| Part 2: | Additional Page | |
|---|---|---|
| | | **Amount of claim** |

| | | | |
|---|---|---|---|
| 3.139 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $86,208.17 |
| | C&L AEROSPACE LLC 40 WYOMING AVENUE BANGOR, ME  4401 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** TRADE VENDOR | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.140 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $9,009.00 |
| | CAE INC 8585 COTE DE LIESSE SAINT-LAURENT, QC  H4T 1G6 CANADA | ☐ Contingent ☐ Unliquidated ☒ Disputed | |
| | **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** TRADE VENDOR | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.141 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $670.00 |
| | CAE INC 8585 COTE DE LIESSE SAINT-LAURENT, QC  H4T 1G6 CANADA | ☐ Contingent ☐ Unliquidated ☒ Disputed | |
| | **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** UNCLAIMED PROPERTIES | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.142 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNDETERMINED |
| | CALIFORNIA STATE CONTROLLER'S OFFICE UNCLAIMED PROPERTY AUDITS BUREAU MS. LAURIE AKIYAMA, AUDIT MANAGER 3301 C STREET  SUITE 710 SACRAMENTO, CA  95816 | ☒ Contingent ☒ Unliquidated ☒ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** UNCLAIMED PROPERTIES | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.143 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $200.00 |
| | CALIFORNIA, STATE OF DEPT OF ALCOHOLIC BEVERAGE CONTROL 3927 LENNANE DRIVE SUITE 100 SACRAMENTO, CA  95834 | ☐ Contingent ☐ Unliquidated ☒ Disputed | |
| | **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** UNCLAIMED PROPERTIES | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes | |

Debtor   ExpressJet Airlines LLC                                      Case number (if known)   22-10787
         (Name)

| Part 2: | Additional Page |

|  |  | Amount of claim |
|---|---|---|

| 3.144 | **Nonpriority creditor's name and mailing address**<br><br>CALVIN H. BALANAY<br>1439 N. FERGER AVE<br>FRESNO, CA  93728<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $55.72 |
| 3.145 | **Nonpriority creditor's name and mailing address**<br><br>CANADA BORDER SERVICES AGENCY<br>3961 PIERRE ELLIOT TRUDEAU<br>INTERNATIONAL AIRPORT TRAFFIC<br>975 ROMEO-VACHON BLVD N<br>DORVAL, QC  HY4 1H1<br>CANADA<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $20.00 |
| 3.146 | **Nonpriority creditor's name and mailing address**<br><br>CANADA BORDER SERVICES AGENCY<br>5102 WINNIPEG INT'L AIRPORT TRAFFIC<br>ROOM B1047-2000 WELLINGTON AVE<br>WINNIPEG, MB  R3H 0Z7<br>CANADA<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $591.49 |
| 3.147 | **Nonpriority creditor's name and mailing address**<br><br>CANADA BORDER SERVICES AGENCY<br>ADV PASSENGER INFO/PASSENGER NAME REC<br>1021-API/PNR,250 TREMBLAY ROAD<br>3RD FL, W TOWER<br>OTTAWA, ON  K1A 0L8<br>CANADA<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $113.90 |
| 3.148 | **Nonpriority creditor's name and mailing address**<br><br>CAP LOGISTICS<br>PO BOX 5608<br>DENVER, CO  80217<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,369.29 |

| Debtor | ExpressJet Airlines LLC | Case number (if known) | 22-10787 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

|  |  | Amount of claim |
|---|---|---|

| 3.149 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $55,885.80 |

**3.149** **Nonpriority creditor's name and mailing address**

CAPITAL REGION AIRPORT COMMISSION
RICHMOND INTERNATIONAL AIRPORT
1 RICHARD E BYRD TERMINAL DR
RICHMOND, VA  23250-2400

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RENT/OTHER CHARGES PAYABLE

**Is the claim subject to offset?**
☐ No
☒ Yes

**Amount of claim** $55,885.80

---

**3.150** **Nonpriority creditor's name and mailing address**

CARE, KATHERINE D
2417 ELMWOOD CIRCLE
SMYRNA, GA  30082

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

**Amount of claim** $60.00

---

**3.151** **Nonpriority creditor's name and mailing address**

CARLOS LOBO
RUA SANATORIO 84 CASA 08
MADUREIRA
RIO DE JANEIRO  NO  02135-0192
BRAZIL

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

**Amount of claim** $250.00

---

**3.152** **Nonpriority creditor's name and mailing address**

CARLOS VASCONCELOS
SQN 110 K 401
ASA NORTE
BRASILIA  07075-3110
BRAZIL

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

**Amount of claim** $295.40

---

**3.153** **Nonpriority creditor's name and mailing address**

CARMELO LIPSI
5 NORTHTOWN WAY #601
TORONTO, ON  M2N 7A1
CANADA

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

**Amount of claim** $137.99

| Debtor | ExpressJet Airlines LLC | Case number (if known) | 22-10787 |
|--------|------------------------|------------------------|----------|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|-------------|-----------------|---|

| | | Amount of claim |
|---|---|---|

| 3.154 | **Nonpriority creditor's name and mailing address**<br><br>CAROL CLARKE<br>75 POSTERN CLOSE<br>BISHOPS WHARF  YO23 1JF<br>UNITED KINGDOM<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $63.66 |
| 3.155 | **Nonpriority creditor's name and mailing address**<br><br>CAROLE C CARY-HOPSON<br>NJ<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $3,813.04 |
| 3.156 | **Nonpriority creditor's name and mailing address**<br><br>CAROLINA CORDOBA CASAS<br>FAMILIA DE MARIS<br>CAMINO DE LAS HOLANDESAS SN<br>BELEN, FL<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $42.59 |
| 3.157 | **Nonpriority creditor's name and mailing address**<br><br>CAROLL PICKLESIMERANSTE<br>1319 COBLE DR<br>LEWISBURG, TN  37091<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $50.00 |
| 3.158 | **Nonpriority creditor's name and mailing address**<br><br>CAROLYN CRAWFORD<br>12141 CENTRALIA ST #211<br>LAKEWOOD, CA  90715<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $460.00 |

Debtor    ExpressJet Airlines LLC                                    Case number (if known)    22-10787

(Name)

| Part 2: | Additional Page |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

---

3.159 **Nonpriority creditor's name and mailing address**

CARRIE AHLERS
4934 IVYVINE BLVD
DUBLIN, OH  43016

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$314.00

---

3.160 **Nonpriority creditor's name and mailing address**

CATALIN TAMAS
SEDIUL BOEHRINGER INGELHEIM
89-97 GRIGORE ALEXANDRESCU ST.
ARIPA DE VEST, ET. 6
SECTORUL 1, BUCHAREST  010627
ROMANIA

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$638.00

---

3.161 **Nonpriority creditor's name and mailing address**

CATHERINE SHANKS
CLERK CIRCUIT COURT
PO BOX 379
KNOXVILLE, TN  37901

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$293.60

---

3.162 **Nonpriority creditor's name and mailing address**

CATHIE JANISSE
2756 DANDURAND BLVD
WINDSOR, ON  N9E 2E3
CANADA

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$417.00

---

3.163 **Nonpriority creditor's name and mailing address**

CENTRAL CHILD SUPPORT
RECEIPTING UNIT
PO BOX 305200
NASHVILLE, TN  37229

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,263.47

---

Debtor    ExpressJet Airlines LLC                                    Case number (if known)    22-10787

        (Name)

| Part 2: | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

| 3.164 | **Nonpriority creditor's name and mailing address**<br><br>CENTURY LINK<br>PO BOX 52187<br>PHOENIX, AZ  85072-2187<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $860.56 |
| 3.165 | **Nonpriority creditor's name and mailing address**<br><br>CERIDIAN HCM, INC<br>PO BOX 772830<br>CHICAGO, IL  60677<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $12,374.25 |
| 3.166 | **Nonpriority creditor's name and mailing address**<br><br>CERTIFY INC<br>EMBURSE INC<br>PO BOX 780965<br>PHILADELPHIA, PA  19178-0965<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,487.00 |
| 3.167 | **Nonpriority creditor's name and mailing address**<br><br>CESAR GARCIA<br>2 COL. LOS GONZALEZ<br>SALTILLO, COAH  25204<br>MEXICO<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $115.00 |
| 3.168 | **Nonpriority creditor's name and mailing address**<br><br>CHAD JAY HINKSON<br>UT<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $30.24 |

| **Part 2:** | Additional Page |
|---|---|

|  | Amount of claim |
|---|---|

**3.169** | **Nonpriority creditor's name and mailing address**

CHAMPION ENERGY SERVICES, LLC
PO BOX 4190
HOUSTON, TX  77210-4190

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$8,773.18

---

**3.170** | **Nonpriority creditor's name and mailing address**

CHAPTER 13 TRUSTEE
RICHARD V. FINK
P.O. BOX 1839
MEMPHIS, TN  38101-1839

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,000.00

---

**3.171** | **Nonpriority creditor's name and mailing address**

CHARTER COMMUNICATIONS
PO BOX 94188
PALATINE, IL  60094-4188

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$269.59

---

**3.172** | **Nonpriority creditor's name and mailing address**

CHET M WAPLES
MT

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$108.00

---

**3.173** | **Nonpriority creditor's name and mailing address**

CHEW  BOON FONG
683A CHOA CHU KANG CRECENT
#08-410 BLOCK 683A
SINGAPORE  681683
SINGAPORE

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$81.54

| Debtor | ExpressJet Airlines LLC | Case number (if known) | 22-10787 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

|  | | Amount of claim |
|---|---|---|

**3.174**

**Nonpriority creditor's name and mailing address**

CHOE YUNA
87-87 GARIBONGDONG GURO-GU
SEOUL  152-800
SOUTH KOREA

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$150.00

---

**3.175**

**Nonpriority creditor's name and mailing address**

CHOICE LAB INC
221 B WEST POPLAR ST
GRIGGIN, GA  30224

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$16,432.50

---

**3.176**

**Nonpriority creditor's name and mailing address**

CHRIS WILLE
MORAVIA, SAN JOSE  128-2150
COSTA RICA

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$125.00

---

**3.177**

**Nonpriority creditor's name and mailing address**

CHRISTIAN D SCHIRRA
CT

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$724.64

---

**3.178**

**Nonpriority creditor's name and mailing address**

CHRISTINE MEISSNER
9 WILLINGHAM COURT
CHARLESTON, SC  29412

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$278.15

| Debtor | ExpressJet Airlines LLC | Case number (if known) | 22-10787 |
|--------|-------------------------|------------------------|----------|

(Name)

| **Part 2:** | Additional Page |
|-------------|-----------------|

| | Amount of claim |
|---|---|

---

**3.179** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $110.21

CHRISTOPHE BLANC
6 AVENUE DIDIER DAURAT
BLAGNAC  31701
FRANCE

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.180** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $56.35

CHRISTOPHE LEGROS
36 ROUTE DU MESLE
ADAINVILLE  78113
FRNACE

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.181** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,397.48

CHRISTOPHER J. HAYNES
1520 SEQUOIA DR
CHATHAM, IL  62629

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.182** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $89.59

CHRISTOPHER L MARTIN
TN

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.183** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $270.59

CHRISTOPHER R BAKER
VA

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor    ExpressJet Airlines LLC                                Case number (if known)    22-10787
         (Name)

| Part 2: | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.184** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $180.08
---

CHRISTY E HOBBS
TN

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.185** **Nonpriority creditor's name and mailing address**                    $500.00

CHUNBIN ZHANG
2303 BUILDING A TIME PLAZA #2 ZONGFU RD
TIME PLAZA
CHENGDU  610016
CHINA

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.186** **Nonpriority creditor's name and mailing address**                    $50.00

CHUNGMINH CAO
2461 CLOVER FIELD DR
CHASKA, MN  55318

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.187** **Nonpriority creditor's name and mailing address**                    $58.85

CIMARRON GROUP INC
DBA COPPER KING & CONVENTION CENTER
4655 HARRISON AVE
BUTTE, MT  59701

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.188** **Nonpriority creditor's name and mailing address**                    $253.94

CINDI L. HARRISON
4630 KINSELLA LANE
SACRAMENTO, CA  95841

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | ExpressJet Airlines LLC | Case number (if known) | 22-10787 |
|--------|------------------------|------------------------|----------|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.189 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $67,845.02 |

CINTAS
97627 EAGLE WAY
CHICAGO, IL 60678-9760

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.190 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $11,884.32 |

CINTAS CORPORATION 2
PO BOX 630921
CINCINNATI, OH 45263-0921

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.191 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $165.48 |

CIRCLEPORT CY CORP
DBA COURTYARD CINCINATTI AIRPORT
3990 OLYMPIC BLVD
ERLANGER, KY 41018

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.192 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,375.00 |

CISION US INC
CISION/ PR NEWSWIRE
PO BOX 419484
BOSTON, MA 2241

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.193 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $24,052.96 |

CITY OF ALCOA UTILITES
P O BOX 9610
ALCOA, TN 37701-9610

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UTILITY

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | ExpressJet Airlines LLC | Case number (if known) | 22-10787 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

---

**3.194**

**Nonpriority creditor's name and mailing address**

CITY OF CLEVELAND DIVSION OF WATER
DIVISION OF WATER
P.O. BOX 94540
CLEVELAND, OH  44101-4540

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
UTILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

$479.80

---

**3.195**

**Nonpriority creditor's name and mailing address**

CITY OF EUGENE
FINANCIAL SERVICES AIRPORT
PO BOX 1967
EUGENE, OR  97440

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RENT/OTHER CHARGES PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,641.81

---

**3.196**

**Nonpriority creditor's name and mailing address**

CITY OF FRESNO AIRPORT ADMINISTRATION
4995 E CLINTON WAY
FRESNO, CA  93727

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RENT/OTHER CHARGES PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$6,751.58

---

**3.197**

**Nonpriority creditor's name and mailing address**

CITY OF HAMPTON, TREASURERS OFFICE
1 FRANKLIN STREET
STE 100
HAMPTON, VA  23669

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☑ No
☐ Yes

$95.34

---

**3.198**

**Nonpriority creditor's name and mailing address**

CITY OF MEMPHIS
2714 UNION EXTENDED
MEMPHIS, TN  38112

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☑ No
☐ Yes

$289.00

---

| Debtor | ExpressJet Airlines LLC | Case number (if known) | 22-10787 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.199 | **Nonpriority creditor's name and mailing address**<br><br>CITY OF PALM SPRINGS<br>PO BOX 2743<br>PALM SPRINGS, CA  92263<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>RENT/OTHER CHARGES PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,225.08 |

| 3.200 | **Nonpriority creditor's name and mailing address**<br><br>CITY OF REDMOND<br>FINANCE DEPARTMENT<br>411 SW 9TH ST<br>REDMOND, OR  97756<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>RENT/OTHER CHARGES PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,684.35 |

| 3.201 | **Nonpriority creditor's name and mailing address**<br><br>CITY OF SHREVEPORT<br>C/O MR. RONALD LATTIER<br>CITY ATTORNEY<br>505 TRAVIS STREET<br>SHREVEPORT, LA  71101<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED |

| 3.202 | **Nonpriority creditor's name and mailing address**<br><br>CLERK OF COURT - GARNISHMENT DEPT.<br>PARMA MUNICIPAL COURT<br>5555 POWERS BLVD.<br>PARMA, OH  44129-5462<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $416.14 |

| 3.203 | **Nonpriority creditor's name and mailing address**<br><br>CLEVELAND ENVIRONMENTAL TECHNOLOGIES INC<br>5000 EUCLID AVE STE 311<br>CLEVELAND, OH  44103<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $640.00 |

| Debtor | ExpressJet Airlines LLC | Case number (if known) | 22-10787 |
|--------|------------------------|------------------------|----------|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.204**

**Nonpriority creditor's name and mailing address**

CLEVELAND MUNICIPAL COURT
1200 ONTARIO STREET
ATTN: CLERK OF COURT ? GARNISHMENTS
CLEVELAND, OH  44113

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,007.52

---

**3.205**

**Nonpriority creditor's name and mailing address**

CLEVELAND, CITY OF
ELEVATORS AND REFRIGERATION
PO BOX 74468
CLEVELAND, OH  44191-4468

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☑ No
☐ Yes

$90.00

---

**3.206**

**Nonpriority creditor's name and mailing address**

CLIFF LANE
10933-79A AVENUE
DELTA, BC  V4C 1T3
CANADA

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,320.00

---

**3.207**

**Nonpriority creditor's name and mailing address**

COCUMELLI, MARY P
1329 WELLINGTON WEST DR.
KNOXVILLE, TN  37932

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☑ No
☐ Yes

$170.00

---

**3.208**

**Nonpriority creditor's name and mailing address**

COLLEEN OOTON
13647 CAPISTA DRIVE
PLAINFIELD, IL  60544

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☑ No
☐ Yes

$42.83

| Debtor | ExpressJet Airlines LLC | Case number (if known) | 22-10787 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.209 | **Nonpriority creditor's name and mailing address**<br><br>COLLETTE EVERHART<br>4703 HILLS AND DALES NW<br>CANTON, OH  44708<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $157.50 |
|---|---|---|---|
| 3.210 | **Nonpriority creditor's name and mailing address**<br><br>COMCAST BUSINESS<br>PO BOX 37601<br>PHILADELPHIA, PA  19101-0601<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $641.23 |
| 3.211 | **Nonpriority creditor's name and mailing address**<br><br>COMCAST CORPORATION<br>PO BOX 60533<br>CITY OF INDUSTRY, CA  91716-0533<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $333.17 |
| 3.212 | **Nonpriority creditor's name and mailing address**<br><br>COMMONWEALTH ELECTRIC LLC<br>7349 BEULAH CHURCH RD<br>MECHANICSVILLE, VA  23111<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,650.00 |
| 3.213 | **Nonpriority creditor's name and mailing address**<br><br>COMPTROLLER OF MARYLAND<br>COMPLIANCE DIV - UNCLAIMED PROPERTY UNIT<br>MR. MAHESHWAR SEEGOPAUL, MANAGER<br>301 WEST PRESTON STREET  ROOM 310<br>BALTIMORE, MD  21201<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED |

Debtor    ExpressJet Airlines LLC                          Case number (if known)   22-10787
        (Name)

| Part 2: | Additional Page | | Amount of claim |
|---|---|---|---|

| 3.214 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $89.51 |

3.214    **Nonpriority creditor's name and mailing address**

CONCESSIONS INTERNATIONAL MICHIGAN
BLDG 513-A WEST SERVICE ROAD
DETROIT, MI  48242

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

**Amount of claim**  $89.51

---

3.215    **Nonpriority creditor's name and mailing address**

CONNECTICUT OFFICE OF STATE TREASURER
UNCLAIMED PROPERTY DIVISION
JOHN LOPES, SPECIAL FUNDS ADMINISTRATION
55 ELM STREET  FIFTH FLOOR
HARTFORD, CT  06106

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

**Amount of claim**  UNDETERMINED

---

3.216    **Nonpriority creditor's name and mailing address**

CONNECTICUT, STATE OF
SECRETARY OF THE STATE
30 TRINITY STREET
HARTFORD, CT  06106

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

**Amount of claim**  $125.00

---

3.217    **Nonpriority creditor's name and mailing address**

CONNIE M FAULK
AR

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

**Amount of claim**  $756.56

---

3.218    **Nonpriority creditor's name and mailing address**

CONNOR JOHNSON
805 RIDGEWAY
MORROW BAY, CA  93442

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

**Amount of claim**  $175.00

| Debtor | ExpressJet Airlines LLC | Case number (if known) | 22-10787 |
|---|---|---|---|

(Name)

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| 3.219 | **Nonpriority creditor's name and mailing address**<br>COOK, PATRICK T<br>870 CHAPEL CIRCLE<br>MEDINA, OH  44256<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $40.02 |
| 3.220 | **Nonpriority creditor's name and mailing address**<br>COOKS PEST CONTROL INC<br>PO BOX 1789<br>POWELL, TN  37849<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $82.00 |
| 3.221 | **Nonpriority creditor's name and mailing address**<br>COREY A EADDY<br>SC<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $614.55 |
| 3.222 | **Nonpriority creditor's name and mailing address**<br>CORINNA LAIN<br>2981 SUMMERHURST DRIVE<br>MIDLOTHIAN, VA  23113<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $150.00 |
| 3.223 | **Nonpriority creditor's name and mailing address**<br>CORTRICE JACKSON<br>7550 BENNING RD<br>FORT JACKSON, SC  29207<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $25.00 |

| Debtor | ExpressJet Airlines LLC | Case number (if known) | 22-10787 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.224**

**Nonpriority creditor's name and mailing address**

COURT OFFICER DEGUILO
PO BOX 7006
GREEN BROOK, NJ  08812-7006

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$836.13

---

**3.225**

**Nonpriority creditor's name and mailing address**

COURTYARD COLUMBIA NW
3014 AVIATION WAY
WEST COLUMBIA, SC  29170

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$98.79

---

**3.226**

**Nonpriority creditor's name and mailing address**

COWAN, GEORGE W
6487 BAY MEADOW CT.
YOUNGSTOWN, OH  44515

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$12.50

---

**3.227**

**Nonpriority creditor's name and mailing address**

COZCO MANAGEMENT
100 CENTURY PARKWAY
STE 160
MT LAUREL, NJ  08054

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$26.00

---

**3.228**

**Nonpriority creditor's name and mailing address**

CRIPPS, NICHOLAS H
1933 HARVARD ST
MARYVILLE, TN  37801

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$100.00

| Debtor | ExpressJet Airlines LLC | Case number (if known) | 22-10787 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.229** 

**Nonpriority creditor's name and mailing address**

CRISIS ADVISORS LLC
601 ENTERPRISE AVENUE SUITE 1036
LEAGUE CITY, TX  77573

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$960.00

---

**3.230**

**Nonpriority creditor's name and mailing address**

CRISTINA MARIA GUERREROPAT
MOLINO DEL REY 15
COLINAS DEL PARQUE
QUERETARO  76140
MEXICO

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$107.60

---

**3.231**

**Nonpriority creditor's name and mailing address**

CROSSTOWN COURIER INC
1450 GOULD BLVD
LA VERGNE, TN  37086-3513

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$131.36

---

**3.232**

**Nonpriority creditor's name and mailing address**

CT CORPORATION
PO BOX 4349
CAROL STREAM, IL  60197-4349

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$87.20

---

**3.233**

**Nonpriority creditor's name and mailing address**

CURT JOEL BROOKS
IL

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$8.45

---

Debtor    ExpressJet Airlines LLC                                    Case number (if known)    22-10787

(Name)

| Part 2: | Additional Page |
| --- | --- |

| | Amount of claim |
| --- | --- |

| 3.234 | **Nonpriority creditor's name and mailing address**<br><br>CYBERSOURCE<br>PO BOX 742842<br>LOS ANGELES, CA 90074-2842<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $290.00 |
| 3.235 | **Nonpriority creditor's name and mailing address**<br><br>CYNTIA MENDES DE OLIVEIRA<br>RUA DR WLADIMIR DO REGO MONTEIRO, 1611<br>CONDOMINIO HDOBAL<br>TERESINA, PL 06404-6640<br>BRAZIL<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $70.00 |
| 3.236 | **Nonpriority creditor's name and mailing address**<br><br>CYRIA SON SON<br>165 KENNEDY ROAD SOUTH<br>BRAMPTON, ON L6W3L3<br>CANADA<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $59.00 |
| 3.237 | **Nonpriority creditor's name and mailing address**<br><br>D VINOD JACOB<br>PLOT NO 1<br>PASUPATHY NAGAR<br>MADURAI 625014<br>INDIA<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $38.00 |
| 3.238 | **Nonpriority creditor's name and mailing address**<br><br>DAISUKE WATATAMI<br>MIYAMAE 1 4 25<br>KOSHIGAYA-SHI 343-0014<br>JAPAN<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $85.00 |

| Part 2: | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

| 3.239 | **Nonpriority creditor's name and mailing address**<br><br>DAL GLOBAL SERVICES LLC<br>UNIFI AVIATION LLC FKA<br>PO BOX 745139 6W<br>ATLANTA, GA  30349<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $176,995.09 |
| 3.240 | **Nonpriority creditor's name and mailing address**<br><br>DAMIEN POSTMA<br>KOETSIERBAAN 355<br>ALMERE  1315SV<br>NETHERLANDS<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $177.42 |
| 3.241 | **Nonpriority creditor's name and mailing address**<br><br>DANIEL ARAMONI<br>PRIV VILLAS DE SAN<br>JERONIMO 100<br>MONTERREY NL  64634<br>MEXICO<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $365.54 |
| 3.242 | **Nonpriority creditor's name and mailing address**<br><br>DANIEL DAOUST<br>675 ADOLPHE-CHAPLEAU<br>BOIS DES FILION, QC  J6Z 1K8<br>CANADA<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $90.00 |
| 3.243 | **Nonpriority creditor's name and mailing address**<br><br>DANIEL HAGBERG<br>BERGSFOTEN 1<br>ASKIM  43640<br>SWEDEN<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $73.86 |

| Debtor | ExpressJet Airlines LLC | Case number (if known) | 22-10787 |

(Name)

| **Part 2:** | Additional Page |

|  | Amount of claim |
| --- | --- |

| 3.244 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $13.77 |

DANIEL JOSEF WOLD
MN

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.245 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |

DANIEL MATTINGLY
C/O THOMAS A. KELLIHER
HORWITZ, HORWITZ, AND ASSOCIATES, LTD.
25 E. WASHINGTON, SUITE 900
CHICAGO, IL  60602

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.246 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $184.75 |

DANIEL R SCHWARTZ
IL

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.247 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $25.40 |

DANIEL T. LENCOWSKI
404 4TH AVE S
SOUTH ST PAUL, MN  55075

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.248 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $362.00 |

DANIEL WALTERS
101 11TH ST
APT 103
COLD LAKE, AB  T9M1K2
CANADA

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | ExpressJet Airlines LLC | Case number (if known) | 22-10787 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

|  | **Amount of claim** |
|---|---|

| 3.249 | **Nonpriority creditor's name and mailing address** | | $88.00 |
|---|---|---|---|

DANIELA FLORES MERCADO
AVENIDA NORTE 23 CASA 4 MANZANA 3
SAN ANDRES ATENCO, LOMAS DE SAN ANDRES
TLALNEPANTLA
ESTADO DE MEXICO  54040
MEXICO

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.250 | **Nonpriority creditor's name and mailing address** | | $274.00 |
|---|---|---|---|

DANNY DAVIS ELECTRICAL CONTRACTORS, INC.
111 EVERETT AVE
MARYVILLE, TN  37804

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.251 | **Nonpriority creditor's name and mailing address** | | $450.00 |
|---|---|---|---|

DARON DEAN
21229 BEAR CREEK RD
CATLETTSBURG, KY  41129

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.252 | **Nonpriority creditor's name and mailing address** | | $46.95 |
|---|---|---|---|

DARRELL SKINNER
HAMEAU VILLECUM
34700 OLMET-ET-VILLECUM
OLMET-ET VILLECUN  34700
FRANCE

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.253 | **Nonpriority creditor's name and mailing address** | | $300.11 |
|---|---|---|---|

DAVID A BOYD
MT

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | ExpressJet Airlines LLC | Case number (if known) | 22-10787 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.254 | **Nonpriority creditor's name and mailing address**<br><br>DAVID F. CHASE<br>239 S. 2040 E. CIR<br>ST GEORGE, UT  84790<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $126.27 |
| 3.255 | **Nonpriority creditor's name and mailing address**<br><br>DAVID H SALISBURY<br>MD<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $214.01 |
| 3.256 | **Nonpriority creditor's name and mailing address**<br><br>DAVID J TOPETE<br>CA<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $118.20 |
| 3.257 | **Nonpriority creditor's name and mailing address**<br><br>DAVID LEE<br>321 E STATE STREET<br>AMERICAN FORK, UT  84003<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $230.53 |
| 3.258 | **Nonpriority creditor's name and mailing address**<br><br>DAVID M EKLUND<br>OH<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $221.59 |

| Debtor | ExpressJet Airlines LLC | | Case number (if known) | 22-10787 |
|---|---|---|---|---|
| | (Name) | | | |

| **Part 2:** | Additional Page | | | |
|---|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.259 | **Nonpriority creditor's name and mailing address** <br><br> DAVID MARSH <br> 2 ONYX GOLF VIEW CLOSE <br> KHYBER ROCK JOHANNESBURG  2157 <br> SOUTH AFRICA <br><br> **Date or dates debt was incurred** <br><br> VARIOUS <br><br> **Last 4 digits of account number:** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br><br> ☐ Contingent <br> ☐ Unliquidated <br> ☒ Disputed <br><br> **Basis for the claim:** <br> UNCLAIMED PROPERTIES <br><br> **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | $162.10 |
|---|---|---|---|
| 3.260 | **Nonpriority creditor's name and mailing address** <br><br> DAVID SPOONER <br> 9 STATION ROAD <br> NEW SWEDEN, ME  04762 <br><br> **Date or dates debt was incurred** <br><br> VARIOUS <br><br> **Last 4 digits of account number:** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br><br> ☐ Contingent <br> ☐ Unliquidated <br> ☒ Disputed <br><br> **Basis for the claim:** <br> UNCLAIMED PROPERTIES <br><br> **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | $23.80 |
| 3.261 | **Nonpriority creditor's name and mailing address** <br><br> DAVID TOME <br> PO BOX 219 <br> BOWDOINHAM, ME  04008 <br><br> **Date or dates debt was incurred** <br><br> VARIOUS <br><br> **Last 4 digits of account number:** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br><br> ☐ Contingent <br> ☐ Unliquidated <br> ☒ Disputed <br><br> **Basis for the claim:** <br> UNCLAIMED PROPERTIES <br><br> **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | $150.00 |
| 3.262 | **Nonpriority creditor's name and mailing address** <br><br> DAVID WAYNE CATLIN JR <br> 318 STILLWATER ROAD <br> BALTIMORE, MD  21221 <br><br> **Date or dates debt was incurred** <br><br> VARIOUS <br><br> **Last 4 digits of account number:** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br><br> ☐ Contingent <br> ☐ Unliquidated <br> ☒ Disputed <br><br> **Basis for the claim:** <br> UNCLAIMED PROPERTIES <br><br> **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | $68.48 |
| 3.263 | **Nonpriority creditor's name and mailing address** <br><br> DEAN P RUCH <br> VA <br><br> **Date or dates debt was incurred** <br><br> VARIOUS <br><br> **Last 4 digits of account number:** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br><br> ☐ Contingent <br> ☐ Unliquidated <br> ☒ Disputed <br><br> **Basis for the claim:** <br> UNCLAIMED PROPERTIES <br><br> **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | $547.66 |

| Debtor | ExpressJet Airlines LLC | | Case number (if known) | 22-10787 |
|---|---|---|---|---|
| | (Name) | | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.264** | **Nonpriority creditor's name and mailing address**

DEANNA M. CAMPBELL
102 5TH AVE. APT.3-304
MILTON, WA  98354

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$484.47

---

**3.265** | **Nonpriority creditor's name and mailing address**

DEBORAH YOUNG
41437 AYRSHIRE DRIVE
CANTON, MI  48188-1228

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$25.00

---

**3.266** | **Nonpriority creditor's name and mailing address**

DEBRA KOTLER
467 WEST BIRCH AVENUE
FRESNO, CA  93722

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$234.19

---

**3.267** | **Nonpriority creditor's name and mailing address**

DEFENDANT SCRUB, INC.
C/O CRAIG DERRIG/CHARLES VOGT
WOOD SMITH HENNING & BERMAN LLP
222 SOUTH RIVERSIDE PLAZA, STE 640
CHICAGO, IL  60606

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.268** | **Nonpriority creditor's name and mailing address**

DEJAN RAJKOVICH
1349 W. HURON APT. 2R
CHICAGO, IL  60642

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$157.10

| Debtor | ExpressJet Airlines LLC | Case number (if known) | 22-10787 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.269 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $848.15 |
|---|---|---|---|

DELTA MANAGEMENT ASSOCIATES INC
P.O. BOX 9191
CHELSEA, MA  02150

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.270 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $150.00 |
|---|---|---|---|

DENNIS GUERNON
1026 VICTORY HWY
NORTH SMITHFIELD, RI  02896

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.271 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $125.00 |
|---|---|---|---|

DEPARTMENT OF CIVIL AVIATION
PUBLIC TREASURY
SEABAN HOUSE CRAWFORD ST
PO BOX N975
THE BAHAMAS

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.272 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $91.34 |
|---|---|---|---|

DEREK A PALAZZONE
VA

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.273 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $59.62 |
|---|---|---|---|

DEREK BRISTLIN
7100 NORTHLAND CR
SUITE 312
BROOKLYN PARK, MN  55428

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | ExpressJet Airlines LLC | Case number (if known) | 22-10787 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.274 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $530.97 |
|---|---|---|---|
| | DES AUTO CENTER 2001 571 PENNSYLVANIA AVE ELIZABETH, NJ  7201 | ☐ Contingent ☐ Unliquidated ☒ Disputed | |
| | **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** TRADE VENDOR | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes | |

| 3.275 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $150.00 |
|---|---|---|---|
| | DIANA VAIZBERG 20 MEDOC PLACE THORNHILL, ON  L4J8X6 CANADA | ☐ Contingent ☐ Unliquidated ☒ Disputed | |
| | **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** UNCLAIMED PROPERTIES | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes | |

| 3.276 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $60.94 |
|---|---|---|---|
| | DIDIER PERRIN 4 RUE AYME KUNC TOULOUSE  31300 FRANCE | ☐ Contingent ☐ Unliquidated ☒ Disputed | |
| | **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** UNCLAIMED PROPERTIES | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes | |

| 3.277 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $640.00 |
|---|---|---|---|
| | DIEGO GOMES FLORENCIO JOSE DOS SANTOS STREET #100 BELO HORIZONTE  30820-630 BRAZIL | ☐ Contingent ☐ Unliquidated ☒ Disputed | |
| | **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** UNCLAIMED PROPERTIES | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes | |

| 3.278 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $80.00 |
|---|---|---|---|
| | DILIP RATHORE 1901 E VOORHEES STREET DANVILLE, IL  61834 | ☐ Contingent ☐ Unliquidated ☒ Disputed | |
| | **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** UNCLAIMED PROPERTIES | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes | |

| Debtor | ExpressJet Airlines LLC | Case number (if known) | 22-10787 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.279 | **Nonpriority creditor's name and mailing address**<br><br>DINH NGUYEN<br>117 SAMUEL SHARPE LANE<br>WILLIAMSBURG, VA  23185<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $70.00 |
|---|---|---|---|
| 3.280 | **Nonpriority creditor's name and mailing address**<br><br>DISH NETWORK<br>PO BOX 94063<br>PALATINE, IL  60094-4063<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $15.32 |
| 3.281 | **Nonpriority creditor's name and mailing address**<br><br>DITTRICH, JAMES<br>4063 FAIRWAY LAKES DR<br>MYRTLE BEACH, SC  29577<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $1,000.00 |
| 3.282 | **Nonpriority creditor's name and mailing address**<br><br>DIVERSIFIED COLLECTION SERVICES INC<br>PO BOX 9063<br>PLEASANTON, CA  94566<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $22.38 |
| 3.283 | **Nonpriority creditor's name and mailing address**<br><br>DMITRY RYABTSEV<br>KLIMASHKINA ST 9-79<br>MOSCOW  123557<br>RUSSIA<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $89.62 |

| Debtor | ExpressJet Airlines LLC | Case number (if known) | 22-10787 |
| | (Name) | | |

| **Part 2:** | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

| 3.284 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $733.29 |

DOMINION ENERGY OHIO
P O BOX 26785
RICHMOND, VA  23261-6785

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.285 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $47.50 |

DON GUERNSEY
19 CLEARLAKE
COLUMBUS, NE  68601

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.286 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $125.00 |

DONNALAYHA K COOK
NJ

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.287 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $640.00 |

DORA PIACQUADIO ROCCA
BOYACA 359
CABA  C1406BHE
ARGENTINA

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.288 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $37.44 |

DOUGLAS LEADER
P.O. BOX 31
AIKEN, SC  29802-0031

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor   ExpressJet Airlines LLC                                   Case number (if known)   22-10787

(Name)

| Part 2: | Additional Page |
|---|---|

| | Amount of claim |
|---|---|

**3.289**  **Nonpriority creditor's name and mailing address**

DR. STEPHEN D WIVIOTT
15 BEVERLY ROAD
WELLESLEY, MA 02481

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$150.00

---

**3.290**  **Nonpriority creditor's name and mailing address**

DUCLAUN LUU
2498 PETERS
ANNABOR, MI 48103

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$258.00

---

**3.291**  **Nonpriority creditor's name and mailing address**

DUFF INOUE
6 30 10 CAPE TOSHIMA WARD
TOKYO PALACE HIQASHI NAGASAKI 201
TOSHIMA-KU
TOKYO 171-0051
JAPAN

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$166.20

---

**3.292**  **Nonpriority creditor's name and mailing address**

DUNSTON, CHARLES D
7221 AUSTIN PARK LN
KNOXVILLE, TN 37920

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$54.60

---

**3.293**  **Nonpriority creditor's name and mailing address**

DUSTIN VAGEDES
1851 ALTA VISTA AVENUE
ESCONDIDO, CA 92027-1103

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$159.00

| Debtor | ExpressJet Airlines LLC | | Case number (if known) | 22-10787 |
|---|---|---|---|---|
| | (Name) | | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.294** | **Nonpriority creditor's name and mailing address**

ECMC
LOCKBOX # 7096
PO BOX 16478
ST PAUL, MN 55116-0478

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☑ No
☐ Yes

$222.53

---

**3.295** | **Nonpriority creditor's name and mailing address**

ECMC
P.O. BOX 419040
RANCHO CORDOVA, CA 95741-9040

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☑ No
☐ Yes

$209.73

---

**3.296** | **Nonpriority creditor's name and mailing address**

EDDY VALLES
FOALLE 1-84 ZONA 5
VILLA NUEVA 01064
GUATEMALA

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☑ No
☐ Yes

$375.00

---

**3.297** | **Nonpriority creditor's name and mailing address**

EDENRED COMMUTER BENEFIT SOLUTIONS LLC.
320 NEVADA ST, 4TH FLOOR
NEWTON, MA 2460

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$138.75

---

**3.298** | **Nonpriority creditor's name and mailing address**

EDGAR MEZAZAVALA
PASEO ESPERANZA 123
COLONIA VALLE DEL MIRADOR
MONTERREY NL 64750
MEXICO

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☑ No
☐ Yes

$180.00

---

| Debtor | ExpressJet Airlines LLC | Case number (if known) | 22-10787 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.299 | **Nonpriority creditor's name and mailing address**<br><br>EDIRIN WESLEY<br>21 HOLBORN CRESCENT<br>MILTON KEYNES  MK4 3EQ<br>UNITED KINGDOM<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $100.26 |
|---|---|---|---|
| 3.300 | **Nonpriority creditor's name and mailing address**<br><br>EDMO DISTRIBUTORS INC<br>12830 E MIRABEAU PKWY<br>SPOKANE, WA  99216<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $23,375.00 |
| 3.301 | **Nonpriority creditor's name and mailing address**<br><br>EDOUARD GUYRVITCH<br>3 WHITCHER PL<br>LONDON ENGLAND  NW 19 JD<br>UNITED KINGDOM<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $103.04 |
| 3.302 | **Nonpriority creditor's name and mailing address**<br><br>EDUARDO INABA<br>RUA CORONEL JOSE PIRES DE ANDRADE 105<br>VILA VERA<br>SAO PAULO  00042--000<br>BRAZIL<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $140.00 |
| 3.303 | **Nonpriority creditor's name and mailing address**<br><br>EDVANNY SILVA<br>79 SMITHS STREET APT 15<br>WINNIPEG, MB  R3C 1J4<br>CANADA<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $504.00 |

Debtor    ExpressJet Airlines LLC                                Case number (if known)    22-10787
          (Name)

| Part 2: | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.304** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $159.99

EDWARD WILLIAMS
4158 RAHN ROAD
#4
EAGAN, MN 55122

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.305** | **Nonpriority creditor's name and mailing address** | | $135.00

EEMENG PEH
21 BUKIT BATOK CRESCENT WCGEA
SINGAPORE 658065
SINGAPORE

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.306** | **Nonpriority creditor's name and mailing address** | | $702,547.74

EIC AIRCRAFT LEASING LIMITED
3RD FLOOR KILMORE HOUSE PARK
LANE SPENCER DOCK
DUBLIN 1
IRELAND

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.307** | **Nonpriority creditor's name and mailing address** | | $88.43

EILEEN MILLER
9 BREWERS CLOSE
LONGSTANTON
CAMBRIDGE CB243BY
UNITED KINGDOM

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.308** | **Nonpriority creditor's name and mailing address** | | $80.42

ELAINE ENGELBRECHT
14 MASILIA, 867TH AVE
NORTHCLIFF 2195
SOUTH AFRICA

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | ExpressJet Airlines LLC | Case number (if known) 22-10787 |
|---|---|---|
| | (Name) | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.309 | **Nonpriority creditor's name and mailing address**<br><br>ELAN S. JOHNSON<br>1001 WILLOW LN<br>BIRMINGHAM, MI  48009<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $357.20 |

| 3.310 | **Nonpriority creditor's name and mailing address**<br><br>ELENA GRIGORENKO<br>SCHLUMBERGER<br>9 TAGANSKAYA ST<br>MOSCOW  109147<br>RUSSIA<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $28.06 |

| 3.311 | **Nonpriority creditor's name and mailing address**<br><br>ELETTA BELLANDI<br>STANADYNE SPA<br>VIA MATTEOTTI 158<br>CASTENEDOLO  25014<br>ITALY<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $12.21 |

| 3.312 | **Nonpriority creditor's name and mailing address**<br><br>ELIANA ESCUADRA<br>PASAJE MARCAVILCA 186 DPTO A-2<br>LIMA  00033<br>PERU<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $50.00 |

| 3.313 | **Nonpriority creditor's name and mailing address**<br><br>ELIASYTH ABUNUWARA<br>2301 SETON CR<br>BURLINGTON, ON  L7L 6Y7<br>CANADA<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $90.83 |

Debtor    ExpressJet Airlines LLC                                  Case number (if known)    22-10787

(Name)

| Part 2: | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

**3.314**  **Nonpriority creditor's name and mailing address**

ELIZABETH A GASH
TN

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$442.63

---

**3.315**  **Nonpriority creditor's name and mailing address**

ELSA MOLINA
5681 BOUL.LAGER
MONTREAL, QC  H1G 6J2
CANADA

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$120.00

---

**3.316**  **Nonpriority creditor's name and mailing address**

EMBRAER S.A.
RD FLORIANO REORIGUES PINHEIRO
333 TAUBATE SP 12042-000
BRAZIL

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,476.00

---

**3.317**  **Nonpriority creditor's name and mailing address**

EMERSON DELPONTE
R PROFA THEREZA NORONHA 125 CASA 02
PORTO ALEGRE  91770-700
BRAZIL

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$91.97

---

**3.318**  **Nonpriority creditor's name and mailing address**

EMILE CONARD
AV DES MOISSONNEURS 43
DION-VALMONT  01325
BELGIUM

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$6.83

| Debtor | ExpressJet Airlines LLC | Case number (if known) | 22-10787 |
|--------|------------------------|------------------------|----------|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|-------------|-----------------|---|---|

| | | Amount of claim |
|---|---|---|

| 3.319 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,000.08 |
| | EMILY W. KIMMEL | *Check all that apply.* | |
| | 1500 HOWARD AVENUE APT. 204 | ☐ Contingent | |
| | BURLINGAME, CA  94010 | ☐ Unliquidated | |
| | | ☒ Disputed | |
| | **Date or dates debt was incurred** | | |
| | VARIOUS | **Basis for the claim:** | |
| | | UNCLAIMED PROPERTIES | |
| | **Last 4 digits of account number:** | | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.320 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $450.00 |
| | ENGLISH FIELD AVIATION | *Check all that apply.* | |
| | PO BOX 30549 | ☐ Contingent | |
| | AMARILLO, TX  79120 | ☐ Unliquidated | |
| | | ☒ Disputed | |
| | **Date or dates debt was incurred** | | |
| | VARIOUS | **Basis for the claim:** | |
| | | TRADE VENDOR | |
| | **Last 4 digits of account number:** | | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.321 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $87.50 |
| | ENTERPRISE WASTE OIL CO. INC. | *Check all that apply.* | |
| | PO BOX 52044 | ☐ Contingent | |
| | KNOXVILLE, TN  37950-2044 | ☐ Unliquidated | |
| | | ☒ Disputed | |
| | **Date or dates debt was incurred** | | |
| | VARIOUS | **Basis for the claim:** | |
| | | TRADE VENDOR | |
| | **Last 4 digits of account number:** | | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.322 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,220.00 |
| | ENVIRONMENTAL SPECIALISTS, INC | *Check all that apply.* | |
| | 1000 ANDREWS AVE | ☐ Contingent | |
| | YOUNGSTOWN, OH  94505 | ☐ Unliquidated | |
| | | ☒ Disputed | |
| | **Date or dates debt was incurred** | | |
| | VARIOUS | **Basis for the claim:** | |
| | | TRADE VENDOR | |
| | **Last 4 digits of account number:** | | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.323 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $34.25 |
| | ERIC CROMWELL | *Check all that apply.* | |
| | LEAH BEAULIEU | ☐ Contingent | |
| | 4340 WINNERS CR | ☐ Unliquidated | |
| | BELCAMP, MD  21017 | ☒ Disputed | |
| | **Date or dates debt was incurred** | | |
| | VARIOUS | **Basis for the claim:** | |
| | | UNCLAIMED PROPERTIES | |
| | **Last 4 digits of account number:** | | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| Debtor | ExpressJet Airlines LLC | Case number (if known) | 22-10787 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | Amount of claim |
|---|---|---|

**3.324** | **Nonpriority creditor's name and mailing address**

ERIK DELAAT
JENEVERBESLAAN 1220 5552 PR
VALKENSWAARD  5552 PR
NETHERLANDS

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$200.00

---

**3.325** | **Nonpriority creditor's name and mailing address**

ERIK HERSKIND
5 AMBERWOOD CT
IRMO, SC  29063-7968

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$100.00

---

**3.326** | **Nonpriority creditor's name and mailing address**

ERIKA RUHL
CMAGUARY AL 7 C 21
BELEM PA  06682-3067
BRAZIL

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$243.51

---

**3.327** | **Nonpriority creditor's name and mailing address**

ERIKS NA, INC.
734055 NETWORK PLACE
CHICAGO, IL  60673-4055

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$164.68

---

**3.328** | **Nonpriority creditor's name and mailing address**

ERIN A RECKE
WA

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$104.41

Debtor    ExpressJet Airlines LLC                    Case number (if known)    22-10787

_(Name)_

| Part 2: | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

| 3.329 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $9.39 |
| --- | --- | --- | --- |

**3.329**

**Nonpriority creditor's name and mailing address**

ERIN HUDSON
922 BRADLEY BELL DR
KNOXVILLE, TN  37938

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
_Check all that apply._

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☑ No
☐ Yes

Amount of claim: $9.39

---

**3.330**

**Nonpriority creditor's name and mailing address**

ERV
BOX 1
SUNDBYBERG  17213
SWEDEN

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
_Check all that apply._

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☑ No
☐ Yes

Amount of claim: $162.98

---

**3.331**

**Nonpriority creditor's name and mailing address**

ESPERANZA GONZALEZ
1309 W 21ST STREET
SIOUX CITY, IA  51103

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
_Check all that apply._

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☑ No
☐ Yes

Amount of claim: $400.00

---

**3.332**

**Nonpriority creditor's name and mailing address**

ESSENCE JOHNSON
2930 VINE ST
APT B
CINCINNATI, OH  45219

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
_Check all that apply._

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☑ No
☐ Yes

Amount of claim: $91.00

---

**3.333**

**Nonpriority creditor's name and mailing address**

ESTRADA, JOSE R
12756 LOCKLEVEN LN
WOODBRIDGE, VA  22192

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
_Check all that apply._

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☑ No
☐ Yes

Amount of claim: $65.08

| Debtor | ExpressJet Airlines LLC | Case number (if known) | 22-10787 |
|---|---|---|---|

(Name)

| **Part 2:** | Additional Page |
|---|---|

|  | **Amount of claim** |
|---|---|

**3.334** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $8.87

EVELYN J JOHNSON
UT

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.335** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $48.00

EWA SYKUS
UL OKONIOWA 5M 3
LODZ  91-498
POLAND

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.336** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $179.06

EWOUD CASPERS
GRAAF FLORISSTRAAT 12
AMSTERDAM  1091TG
NETHERLANDS

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.337** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $734.00

FACILITY AUTOMATION INC
12323 S CHOCTAW DR
BATON ROUGE, LA  70815-2122

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.338** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $88.26

FAGAN, PETER E
528 SOURDOUGH RD
KODAK, TN  37764

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor    ExpressJet Airlines LLC                                    Case number (if known)    22-10787
          (Name)

| Part 2: | Additional Page |

|  | Amount of claim |

| 3.339 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $139.98 |

3.339 **Nonpriority creditor's name and mailing address**

FARGO DOUBLEWOOD INN LP
DBA BEST WESTERN DOUBLEWOOD INN
3333 13TH AVENUE S
FARGO, ND  58103

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$139.98

---

3.340 **Nonpriority creditor's name and mailing address**

FAULKNER PROPERTIES
132 SHERLAKE RD
KNOXVILLE, TN  37922

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RENT/OTHER CHARGES PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,207.96

---

3.341 **Nonpriority creditor's name and mailing address**

FEDEX FBO
PO BOX 371599
PITTSBURGH, PA  15250-7599

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,467.65

---

3.342 **Nonpriority creditor's name and mailing address**

FELICIA FERGUSON
DHS UNIT 15623 BOX 738
APO, AE  96218

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$111.62

---

3.343 **Nonpriority creditor's name and mailing address**

FIONA MAXWELL
90939 OAK HILL FARM ROAD
ALDIE, VA  20015

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$120.00

---

| Debtor | ExpressJet Airlines LLC | Case number (if known) | 22-10787 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.344 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $246.72 |

FIRST ADVANTAGE BACKGROUND SERVICES CORP
PO BOX 403532
ATLANTA, GA  30384-3532

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.345 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $717.13 |

FIRST AIR AVIONICS
20 CPOE DRIVE
KANATA, ON  K2M 2V6
CANADA

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.346 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $558.00 |

FIVE STAR FOOD SERVICE, INC.
4919 NORTH ROYAL ATLANTA DR
TUCKER, GA  32084

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.347 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $892.52 |

FIVE STAR FOOD SERVICE, INC.
PO BOX 733261
DALLAS, TX  75373-3261

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.348 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $582.80 |

FLORENCE REGIONAL AIRPORT
2100 TERMINAL DRIVE
FLORENCE, SC  29506

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | ExpressJet Airlines LLC | Case number (if known) | 22-10787 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.349 | **Nonpriority creditor's name and mailing address**<br><br>FLOYD H SHOEMAKER<br>TN<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $25.40 |
|---|---|---|---|
| 3.350 | **Nonpriority creditor's name and mailing address**<br><br>FOKKER SERVICES, INC<br>PO BOX 75<br>AB HOOGERHEIDE  4630<br>THE NETHERLANDS<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $490.00 |
| 3.351 | **Nonpriority creditor's name and mailing address**<br><br>FOUNDRY LLC<br>RED SQUARE AGENCY LLC<br>PO BOX 2945<br>MOBILE, AL  36652<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $79,736.55 |
| 3.352 | **Nonpriority creditor's name and mailing address**<br><br>FRANCHISE TAX BOARD<br>STATE OF CALIFORNIA<br>PO BOX 942867<br>SACRAMENTO, CA  94267-0001<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $703.06 |
| 3.353 | **Nonpriority creditor's name and mailing address**<br><br>FRANCIA LOURDES LUCIO<br>GARCILAZO DE LA VEGA  1804-1<br>COL JARDIN ESPANOL<br>MONTERREY, NL  64820<br>MEXICO<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $320.00 |

Debtor  ExpressJet Airlines LLC

(Name)

Case number (if known)  22-10787

| Part 2: | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

| 3.354 | **Nonpriority creditor's name and mailing address**<br>FRANCIS MARTI<br>6 RUE PATRICK DEPAILLER<br>CEBAZAT  63118<br>FRANCE<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $28.83 |
| 3.355 | **Nonpriority creditor's name and mailing address**<br>FRANK COOPERIV<br>2103 ROCKPORT COURT<br>SUMMERVILLE, SC  29483<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $92.00 |
| 3.356 | **Nonpriority creditor's name and mailing address**<br>FRANK ROSCHEL<br>3301 MICHAUD AVE<br>MISSISSAUGA, ON  L4T1P8<br>CANADA<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $73.00 |
| 3.357 | **Nonpriority creditor's name and mailing address**<br>FREDRICK C BRADFORD<br>TN<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2.68 |
| 3.358 | **Nonpriority creditor's name and mailing address**<br>FRENCH, WILLIAM DAVID<br>1747 ETHEL CT.<br>MISSOULA, MT  59802<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $30.00 |

| Debtor | ExpressJet Airlines LLC | | Case number (if known) | 22-10787 |
|---|---|---|---|---|
| | (Name) | | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.359**  **Nonpriority creditor's name and mailing address**

FRESHTA OSMAN
AKELEISTRAAT 51
DEN BOSCH  5212 XR
NETHERLANDS

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☑ No
☐ Yes

$50.00

---

**3.360**  **Nonpriority creditor's name and mailing address**

FRONTIER
P.O. BOX 740407
CINCINNATI, OH  45274-0407

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$220.96

---

**3.361**  **Nonpriority creditor's name and mailing address**

GABRIEL DEDIEGO
MONTES APALACHES 614
RESIDENCIAL SAN AGUSTIN 2ND SECTOR
SAN PEDRO GARZA GARCIA NL  66260
MEXICO

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☑ No
☐ Yes

$85.00

---

**3.362**  **Nonpriority creditor's name and mailing address**

GABRIELA SILVESTREDELIMA
AVE ONZE DE JUNHO
600 VILA CLEMENTINO
SAO PAULO  04041-002
BRAZIL

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☑ No
☐ Yes

$251.50

---

**3.363**  **Nonpriority creditor's name and mailing address**

GABRIELLA REYNOSO
PASEO DE LA CANADA 3800
LOMAS DEL VALLE
ZAPOPAN, JALISCO  45129
MEXICO

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,370.23

---

| Debtor | ExpressJet Airlines LLC | Case number (if known) | 22-10787 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | Amount of claim |
|---|---|---|

| 3.364 | **Nonpriority creditor's name and mailing address**<br><br>GALEA IBARRA<br>13066 OLD BRICK YARD ROAD<br>SHAKOPEE, MN  55379<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $150.00 |
|---|---|---|---|
| 3.365 | **Nonpriority creditor's name and mailing address**<br><br>GANDHI VEGA<br>PLUN SEXENAL #3360<br>COL. FRACC REVOLUCION<br>TLAQUEPAQOE, JALISCO  45580<br>MEXICO<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,561.93 |
| 3.366 | **Nonpriority creditor's name and mailing address**<br><br>GANESHKUMAR MAILARANGAMRAMAN<br>LEVEL 2 TRADE GLOVE ANDHERI<br>KURLA ROAD<br>ANDERI EAST<br>MUMBAI, MH  400059<br>INDIA<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $227.97 |
| 3.367 | **Nonpriority creditor's name and mailing address**<br><br>GARRETT POPCORN SHOPS<br>401 N MICHIGAN AVE<br>STE 1700<br>CHICAGO, IL  60611<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $31.76 |
| 3.368 | **Nonpriority creditor's name and mailing address**<br><br>GAVIN RAMSAY<br>PARK VIEW STATION ROAD<br>ERROL, PERTH  PH27SN<br>AUSTRALIA<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $100.00 |

| Debtor | ExpressJet Airlines LLC | | Case number (if known) | 22-10787 |
|---|---|---|---|---|
| | (Name) | | | |

| **Part 2:** | Additional Page | | | Amount of claim |
|---|---|---|---|---|

| 3.369 | **Nonpriority creditor's name and mailing address**<br><br>GAVIN, BRITTANY SIMONE<br>8539 S. ROCKWELL<br>CHICAGO, IL 60652<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $4.00 |
|---|---|---|---|

| 3.370 | **Nonpriority creditor's name and mailing address**<br><br>GENUINE PARTS COMPANY<br>PO BOX 848033<br>DALLAS, TX 75284-8033<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $10.01 |

| 3.371 | **Nonpriority creditor's name and mailing address**<br><br>GEOFFREY W GREENE<br>TN<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $426.57 |

| 3.372 | **Nonpriority creditor's name and mailing address**<br><br>GEORGIA DAVIS<br>AACHENER STRABE 1036<br>KOLN 50858<br>GERMANY<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $400.00 |

| 3.373 | **Nonpriority creditor's name and mailing address**<br><br>GERARD A CERASO COURT OFFICER<br>PO BOX 657<br>BELLVILLE, NJ 07109<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $129.42 |

| Debtor | ExpressJet Airlines LLC | Case number (if known) | 22-10787 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page | | |
|---|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.374** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $150.00

GERMAN RUACOLLAZO
SEIS 37
MORANA  36660
SPAIN

Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.375** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $60.20

GISELA MOLLET
VIA L. PASRTO 16
MILANO  20161
ITALY

Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.376** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $108.00

GIUSEPPE BISCIGLIA
VIA SAN MARTINO #37
CONSOLE BRUZIO
COSENZA  87050
ITALY

Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number:**

---

**3.377** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,434.76

GLEN MINKS
550 W CENTRAL AVENUE
APT 1605
TRACY, CA  95376

Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.378** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $43.22

GLORIA GRAHAM
7954 CENTRAL PARK CR
ALEXANDRIA, VA  22309

Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | ExpressJet Airlines LLC | Case number (if known) | 22-10787 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

| 3.379 | **Nonpriority creditor's name and mailing address**<br><br>GLORIA J RAX<br>AR<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $140.46 |

| 3.380 | **Nonpriority creditor's name and mailing address**<br><br>GLYNIS PRZYCHODZKI<br>24 KOMARI ROAD<br>PAULSHOF, SANDTON  2191<br>SOUTH AFRICA<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $135.78 |

| 3.381 | **Nonpriority creditor's name and mailing address**<br><br>GOODRICH HELLA AEROSPACE<br>LIGHTING SYSTEMS GMBH<br>200155<br>60605<br>GERMANY<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $503.60 |

| 3.382 | **Nonpriority creditor's name and mailing address**<br><br>GRACE C FLORENTO<br>NJ<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $315.58 |

| 3.383 | **Nonpriority creditor's name and mailing address**<br><br>GRACE SEARS<br>1920 SOUTH 35TH AVENUE<br>OMAHA, NE  68105<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $180.00 |

| Debtor | ExpressJet Airlines LLC | | Case number (if known) | 22-10787 |
|---|---|---|---|---|
| | (Name) | | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

---

**3.384**

**Nonpriority creditor's name and mailing address**

GRAFTON M BIDDLE
TN

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$116.82

---

**3.385**

**Nonpriority creditor's name and mailing address**

GREG CHAMBERS
C/O AIR LINE PILOTS ASSOCIATION
ATTN: MARCUS MIGLIORE
7950 JONES BRANCH DRIVE 400S
MCLEAN, VA  22102

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.386**

**Nonpriority creditor's name and mailing address**

GREG RUMINSKI
5428 CRESTWOOD DRIVE
MASON, OH  45040

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$93.58

---

**3.387**

**Nonpriority creditor's name and mailing address**

GREGG SUEDA
22632 GREENWOOD AVENUE
TORRANCE, CA  90505

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$125.00

---

**3.388**

**Nonpriority creditor's name and mailing address**

GROUND SUPPORT EQUIPMENT INTERNATIONAL INC
3907 N FEDERAL HWY PMB 128
POMPANO BEACH, FL  33064

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$9,000.00

---

| Debtor | ExpressJet Airlines LLC | Case number (if known) | 22-10787 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.389** | **Nonpriority creditor's name and mailing address**

GUILA LEVY
6595 MACKLE RD
COTE ST LUC, QC  H4W 2Y1
CANADA

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$130.50

---

**3.390** | **Nonpriority creditor's name and mailing address**

GUILLERMO CASTRO
CARRERA 4B C NUMERO 58-25
SUR BARIO LA CORUNA
BOGOTA  111911
COLOMBIA

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$526.00

---

**3.391** | **Nonpriority creditor's name and mailing address**

HALLARS, JOSEPH E
8439 W CATHERINE AVE. APT 725
CHICAGO, IL  60656

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$43.76

---

**3.392** | **Nonpriority creditor's name and mailing address**

HARLEA N. WHEELESS
3032 LIMESTONE DRIVE APT # C
LOUISVILLE, TN  37777

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$133.59

---

**3.393** | **Nonpriority creditor's name and mailing address**

HARTFORD COURTYARD BY MARRIOTT
1 DAY HILL RD
WINDSOR, CT  06095

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$70.15

---

| Debtor | ExpressJet Airlines LLC | Case number (if known) | 22-10787 |
|--------|---------------------------|------------------------|----------|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | | Amount of claim |
|---|---|---|---|

**3.394** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

HAWKER PACIFIC AEROSPACE
C/O JAMES R. STEVENS
LUFTHANSA GROUP
1400 RXR PLAZA, WEST TOWER
UNIONDALE, NY 11556

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
POTENTIAL LITIGATION

VARIOUS

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number:**

---

**3.395** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $508,401.65

HAWKER PACIFIC AEROSPACE
P O BOX 894524
LOS ANGELES, CA 90189-4524

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE VENDOR

VARIOUS

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number:**

---

**3.396** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $95.28

HEATCON COMPOSITE SYSTEMS INC
480 ANDOVER PARK E
SEATTLE, WA 98188-7610

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE VENDOR

VARIOUS

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number:**

---

**3.397** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $46.26

HEATHER SCACE
2223 3RD AVE SE
BOTHELL, WA 98021

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
UNCLAIMED PROPERTIES

VARIOUS

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number:**

---

**3.398** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $45.00

HECTOR ESPINOZADELAPAZ
COL 10 DE MAYO
#186-A CALLE LUIS D COLOSIO
ACUNA, COAHUILA 26289
MEXICO

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
UNCLAIMED PROPERTIES

VARIOUS

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number:**

| Debtor | ExpressJet Airlines LLC | Case number (if known) | 22-10787 |
|--------|------------------------|------------------------|----------|
| | (Name) | | |

| Part 2: | Additional Page |
|---------|-----------------|

| | | Amount of claim |
|---|---|---|

| 3.399 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $348.50 |

**Nonpriority creditor's name and mailing address**

HECTOR GARCIA
1004 BELLE POINT DRIVE
MT PLEASANT, SC  29464

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$348.50

---

**Nonpriority creditor's name and mailing address**  3.400

HEIDE MARIE SCHNEIDER
12559 WENDENSCHLOSSSTR 2
BERLIN  12559
GERMANY

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$50.00

---

**Nonpriority creditor's name and mailing address**  3.401

HENTZEN COATINGS, INC
PO BOX 88037
MILWAUKEE, WI  53288-0037

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$10.00

---

**Nonpriority creditor's name and mailing address**  3.402

HERITAGE AVIATION INC
228 AVIATION AVE
SO BURLINGTON, VT  5403

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$453.44

---

**Nonpriority creditor's name and mailing address**  3.403

HERVE AVET LOISEAU
42 RUE JULES
SIMON  44000
FRANCE

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$159.50

Debtor    ExpressJet Airlines LLC                                     Case number (if known) 22-10787

_____
(Name)

| **Part 2:** | Additional Page |

|  |  | Amount of claim |
|---|---|---|

| 3.404 | **Nonpriority creditor's name and mailing address**<br><br>HERZOG, ROBERT WILLIAMS<br>6407 THREE CHOPT RD.<br>RICHMOND, VA  23226<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $170.00 |
| 3.405 | **Nonpriority creditor's name and mailing address**<br><br>HESAA<br>P.O. BOX 529<br>NEWARK, NJ  07101-0529<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $135.63 |
| 3.406 | **Nonpriority creditor's name and mailing address**<br><br>HEY TAXI<br>1942 S DORT HWY<br>FLINT, MI  48503<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $415.00 |
| 3.407 | **Nonpriority creditor's name and mailing address**<br><br>HIDEYUKI MITANI<br>MINOWACYOU YASHITA 431<br>ANJO-CITY, AICHI-KEN  446-0051<br>JAPAN<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $150.00 |
| 3.408 | **Nonpriority creditor's name and mailing address**<br><br>HIGH RISE HOSPITALITY INC<br>WINGATE BY WYNDHAM<br>33 BEACON DRIVE<br>GREENVILLE, SC  29615<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $143.00 |

| Debtor | ExpressJet Airlines LLC | Case number (if known) | 22-10787 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.409 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $12.00 |

**Nonpriority creditor's name and mailing address**

HIGH SIERRA ARCHES LLC
MCDONALDS
PO BOX 8609
TRUCKEE, CA 96162

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

3.409

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$12.00

---

3.410

**Nonpriority creditor's name and mailing address**

HIGHER ED. STUDENT ASSISTANCE AUTH.
PO BOX 529
NEWARK, NJ 07101-0529

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$89.48

---

3.411

**Nonpriority creditor's name and mailing address**

HIGHNESS, MARY KATHRYN
3238 WEST 139TH STREET
CLEVELAND, OH 44111

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$183.65

---

3.412

**Nonpriority creditor's name and mailing address**

HILL, ERNEST B
8211 STATION VILLAGE LANE
1305
SAN DIEGO, CA 92108

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$29.83

---

3.413

**Nonpriority creditor's name and mailing address**

HILTON 37701
2001 ALCOA HIGHWAY
ALCOA, TN 37701

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$10.00

| Debtor | ExpressJet Airlines LLC | Case number (if known) | 22-10787 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.414 | **Nonpriority creditor's name and mailing address**<br>HIRONORI KATSUSE<br>1 EAST CHANG AN AVE<br>DONG CHENG DISTRICT<br>BEIJING 100738<br>CHINA<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $234.00 |
| 3.415 | **Nonpriority creditor's name and mailing address**<br>HLT LOGAN LLC<br>ONE HOTEL DRIVE<br>BOSTON, MA 02128<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $147.64 |
| 3.416 | **Nonpriority creditor's name and mailing address**<br>HOLDERS PEST SOLUTIONS<br>HOLDERS PEST CONTROL<br>P.O. BOX 600730<br>JACKSONVILLE, FL 32260-0730<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $259.13 |
| 3.417 | **Nonpriority creditor's name and mailing address**<br>HOLGER FRIEDRICH STARK<br>GALVANISTR 2 D<br>BERLIN 10587<br>GERMANY<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $13.00 |
| 3.418 | **Nonpriority creditor's name and mailing address**<br>HOLIDAY INN 61201<br>226 17TH STE<br>STE 1<br>ROCK ISLAND, IL 61201<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $73.45 |

| Debtor | ExpressJet Airlines LLC | Case number (if known) | 22-10787 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.419 Nonpriority creditor's name and mailing address**

HOLIDAY INN CHICAGO O'HARE
O'HARE INT'L AIRPORT
5300 WEST TOUHY AVE
SKOKIE, IL  60077

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$130.79

---

**3.420 Nonpriority creditor's name and mailing address**

HOUCK, SUE
149 RIVERWALK DR.
BRUNSWICK, GA  31523

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$49.40

---

**3.421 Nonpriority creditor's name and mailing address**

HOUSTON, CITY OF
DEPT OF AVIATION HOUSTON AIRPORT SYSTEM
PO BOX 204172
HOUSTON, TX  77216-4172

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
RENT/OTHER CHARGES PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$179,133.42

---

**3.422 Nonpriority creditor's name and mailing address**

HOWARD SWEET
114 IMPERIAL COURT
TRUMBULL, CT  06611

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$112.08

---

**3.423 Nonpriority creditor's name and mailing address**

HUBERT HUIE
1937 CAPSTONE WAY
HIXSON, TN  37343

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$697.72

| Debtor | ExpressJet Airlines LLC | Case number (if known) | 22-10787 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.424 | **Nonpriority creditor's name and mailing address**<br><br>HUGO A RODRIGUEZ ESPARZA<br>SIERRA PAPAGAYOS 1715<br>COL VISTANCIA 1ER SECTOR<br>MONTERREY, NL  64984<br>MEXICO<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $200.00 |
| 3.425 | **Nonpriority creditor's name and mailing address**<br><br>HUGO SANTANANETO<br>AVENIDA JI PARANA 1694<br>BAIRRO MIGRANTES JI PARANA<br>JI-PARANA, RO  76900-774<br>BRAZIL<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $395.00 |
| 3.426 | **Nonpriority creditor's name and mailing address**<br><br>HYATT CORPORATION<br>HYATT ROSEMONT<br>2399 COLLECTIONS CENTER DR<br>CHICAGO, IL  60693<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $575.18 |
| 3.427 | **Nonpriority creditor's name and mailing address**<br><br>HYUNJONG MOON<br>1230 POLO RD<br>COLUMBIA, SC  29223<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $97.00 |
| 3.428 | **Nonpriority creditor's name and mailing address**<br><br>IAN GULICK<br>8483 BEECH AVE<br>APT 4<br>CINCINATTI, OH  45236<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $70.00 |

| Debtor | ExpressJet Airlines LLC | Case number (if known) | 22-10787 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

|  |  | Amount of claim |
|---|---|---|

**3.429** | **Nonpriority creditor's name and mailing address**

ILLINOIS LIQUOR CONTROL COMMISSION
100 W RANDOLPH STREET
SUITE 5 300
CHICAGO, IL 60601

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$108.00

---

**3.430** | **Nonpriority creditor's name and mailing address**

ILLINOIS OFFICE OF THE STATE TREASURER
UNCLAIMED PROPERTY DIVISION
ROXANNA HOLLENSTINE, DIRECTOR
1 W. OLD STATE CAPITOL PLAZA  SUITE 100
SPRINGFIELD, IL 62701

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.431** | **Nonpriority creditor's name and mailing address**

IMMACULATE FLIGHT LLC
5088 CORPORATE EXCHANGE BLVD SUITE 210
GRAND RAPIDS, MI 49512

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,857.26

---

**3.432** | **Nonpriority creditor's name and mailing address**

INGO ROZNERSKI
19 LUCKMOOR
HAMBURG  22549
GERMANY

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$112.00

---

**3.433** | **Nonpriority creditor's name and mailing address**

INGOLF BAUER
AM SCHENPFENRAIN 9A
GELNHAUSEN  D-63571
GERMANY

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$82.70

---

| Debtor | ExpressJet Airlines LLC | Case number (if known) | 22-10787 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.434**

**Nonpriority creditor's name and mailing address**

INNODYNE SYSTEMS
PO BOX 62
BLOOMFIELD, CT  6002

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$250.00

---

**3.435**

**Nonpriority creditor's name and mailing address**

INTECH AEROSPACE
ACCORD FINANCIAL INC
PO BOX 6704
GREENVILLE, SC  29606

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$22,647.35

---

**3.436**

**Nonpriority creditor's name and mailing address**

INTELISYS AVIATION NORTH AMERICA
PO BOX 20010
SAINT JOHN, NB  E2L 2B2
CANADA

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,627.78

---

**3.437**

**Nonpriority creditor's name and mailing address**

INTERNATIONAL ASSOCIATION OF MACHINISTS
& AEROSPACE WORKERS
9000 MACHINISTS PLACE
UPPER MARLBORO, MD  20772

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
UNION AGREEMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.438**

**Nonpriority creditor's name and mailing address**

INTERNATIONAL BUSINESS MACHINES CORPORATION
PO BOX 534151
ATLANTA, GA  30353-4151

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$17,698.90

Debtor    ExpressJet Airlines LLC _____    Case number (if known) 22-10787

(Name)

| Part 2: | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

---

**3.439** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $340.01

IOURI FARTOUCHNYI
OH

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.440** | **Nonpriority creditor's name and mailing address** | $180.00

IOWA ALCOHOLIC BEVERAGE DIVISION
1918 SE HULSIZER AVE
ANKENY, IA  50021

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.441** | **Nonpriority creditor's name and mailing address** | UNDETERMINED

IOWA OFFICE OF THE STATE TREASURER
UNCLAIMED PROPERTY PROGRAM
MS. KAREN AUSTIN, DEPUTY TREASURER
LUCAS ST OFFICE BLDG 321 E 12TH ST 1ST F
DES MOINES, IA  50319-0005

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.442** | **Nonpriority creditor's name and mailing address** | $64.76

IRENA STOJANOSKA
SIEGMUNDS HOF 2
WEN 32010207
BERLIN  10555
GERMANY

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.443** | **Nonpriority creditor's name and mailing address** | $16.96

IRENA STOJANOSKA
SIEGMUNDS HOF 2
WEN 62010207
BERLIN  10555
GERMANY

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | ExpressJet Airlines LLC | Case number (if known) | 22-10787 |
| --- | --- | --- | --- |
| | (Name) | | |

| **Part 2:** | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

**3.444**

**Nonpriority creditor's name and mailing address**

IRYNA SINKEVYCH
CHELABINSKA  STR 15 APT244
KIEV  02002
UKRAINE

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$250.00

---

**3.445**

**Nonpriority creditor's name and mailing address**

ISAI ORTIZ ROSARIO
801 N MONROE ST. #509
ARLINGTON, VA  22201

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$446.32

---

**3.446**

**Nonpriority creditor's name and mailing address**

IVAN MARTINEZ
2715 INT  105 EL CAMPAUANI
LEON, GUA  37125
MEXICO

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$211.00

---

**3.447**

**Nonpriority creditor's name and mailing address**

IVARS INC
PIER 54
SEATTLE, WA  98104

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$13.00

---

**3.448**

**Nonpriority creditor's name and mailing address**

JACK MILES JR.
2502 WOODBRIDGE
NEWPORT NEWS, VA  23608

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$383.54

---

| Debtor | ExpressJet Airlines LLC | Case number (if known) | 22-10787 |
|---|---|---|---|

(Name)

| **Part 2:** | Additional Page | |
|---|---|---|

|  |  | Amount of claim |
|---|---|---|

| 3.449 | **Nonpriority creditor's name and mailing address**<br><br>JACKSON<br>ONE MEADOWLANDS PLAZA, 11TH FLOOR<br>EAST RUTHERFORD, NJ 07073<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $10.00 |
| 3.450 | **Nonpriority creditor's name and mailing address**<br><br>JACKSON COUNTY AIRPORT AUTHORITY<br>1000 TERMINAL LOOP PARKWAY SUITE 201<br>MEDFORD, OR 97504<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>RENT/OTHER CHARGES PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $3,622.50 |
| 3.451 | **Nonpriority creditor's name and mailing address**<br><br>JACOB R EDDY<br>KY<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $481.71 |
| 3.452 | **Nonpriority creditor's name and mailing address**<br><br>JAE KIM<br>474 HUDSON ROAD<br>CORINTH, ME 04427<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $20.00 |
| 3.453 | **Nonpriority creditor's name and mailing address**<br><br>JAEWON HYUN<br>1812 EULGIRO 6GAS JUNGGU<br>SEOUL 100-730<br>SOUTH KOREA<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $420.00 |

Debtor    ExpressJet Airlines LLC                                    Case number (if known)    22-10787

(Name)

| Part 2: | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

| 3.454 | **Nonpriority creditor's name and mailing address**<br><br>JAMAL LEE<br>2008 W 6TH STREET<br>COFFEYVILLE, KS  67337<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $648.00 |
| 3.455 | **Nonpriority creditor's name and mailing address**<br><br>JAMES A MASON<br>VA<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $109.29 |
| 3.456 | **Nonpriority creditor's name and mailing address**<br><br>JAMES C. CREVELING<br>180 N. ENSIGN DR<br>LITTLE EGG HARBOR, NJ  08087<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $1,623.31 |
| 3.457 | **Nonpriority creditor's name and mailing address**<br><br>JAMES E SPAIN<br>SC<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $87.38 |
| 3.458 | **Nonpriority creditor's name and mailing address**<br><br>JAMES HALLOWS<br>115 HARRY CRES.<br>SUDBURY, ON  P3B 3E3<br>CANADA<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $799.20 |

| Debtor | ExpressJet Airlines LLC | Case number (if known) | 22-10787 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.459** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $174.00
Check all that apply.

JAMES KASONGO
PLOTT 12344
WOODLANDS LUSAKA 10101
ZAMBIA

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.460** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $28.15
Check all that apply.

JAMES L WALLER
CA

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.461** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $45.00
Check all that apply.

JAMES MATTHEWS
113 MARSHALL STREET
WINSTED, CT 06098

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.462** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $150.00
Check all that apply.

JAMES MCGOVERN
30 THE MOORINGS
MALAHIDE, CO. DUBLIN K36 E027
IRELAND

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.463** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $150.00
Check all that apply.

JAMES O KONTOH
1100 HUSSA STREET
LINDEN, NJ 07036

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | ExpressJet Airlines LLC | Case number (if known) | 22-10787 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.464**

**Nonpriority creditor's name and mailing address**

JAN HOLBROOK
1734 DYSARD HILL
ASHLAND, KY  41101

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$15.36

---

**3.465**

**Nonpriority creditor's name and mailing address**

JANEL KENT
TN

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$216.42

---

**3.466**

**Nonpriority creditor's name and mailing address**

JANET JOZEFAK
445 PINE AVE
HALF MOON BAY, CA  94019

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$180.00

---

**3.467**

**Nonpriority creditor's name and mailing address**

JANET MILLER
9300 PRETORIA PLACE
DULLES, VA  20189

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$21.60

---

**3.468**

**Nonpriority creditor's name and mailing address**

JANINA NURMI
NKINKUJA 6 B 47
HELSINKI  00530
FINLAND

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$133.14

---

| Debtor | ExpressJet Airlines LLC | Case number (if known) | 22-10787 |
|--------|-------------------------|------------------------|----------|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | **Amount of claim** |
|---|---|---|

| 3.469 | **Nonpriority creditor's name and mailing address**<br><br>JANNAT SEFDAR<br>PAVILLON ALPHONSE MARIE PARENT<br>QUEBEC, QC  G1V 0A7<br>CANADA<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $660.00 |
| 3.470 | **Nonpriority creditor's name and mailing address**<br><br>JARVIS GUILL<br>108 NORTH THOMAS<br>OAKLAND, NE  68045<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $445.00 |
| 3.471 | **Nonpriority creditor's name and mailing address**<br><br>JASKARIN KAUR<br>1819 NORTH BURGAN AVENUE<br>CLOVIS, CA  93619<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $182.80 |
| 3.472 | **Nonpriority creditor's name and mailing address**<br><br>JASON FAY<br>11264 OTSEGO STREET<br>NORTH HOLLYWOOD, CA  91601<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $75.00 |
| 3.473 | **Nonpriority creditor's name and mailing address**<br><br>JASVINDER RALL<br>23 SCOTT FARM CLOSE<br>THAMES DITTON  KT7 0AN<br>UNITED KINGDOM<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $465.00 |

| Debtor | ExpressJet Airlines LLC | Case number (if known) | 22-10787 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.474** Nonpriority creditor's name and mailing address

JAVIER GARCIA
ABEDULES 20
LOS LAURELES
NAVOJOA, SON  85800
MEXICO

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$572.05

---

**3.475** Nonpriority creditor's name and mailing address

JAY MCGIRT
1360 E MASSEY RD
MEMPHIS, TN  38120

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$100.00

---

**3.476** Nonpriority creditor's name and mailing address

JEAN ROBERT RIEDINGER
18 BD JEAN SEBASTIEN BACK
STRASBOURG  67000
FRANCE

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$500.00

---

**3.477** Nonpriority creditor's name and mailing address

JEANA WARFIELD
3399 NEW ZOARVILLE
ZOARVILLE, OH  44656

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$47.64

---

**3.478** Nonpriority creditor's name and mailing address

JEANNE MORAN
11 LOIS COURT
WAYNE, NJ  07470

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$60.00

| Debtor | ExpressJet Airlines LLC | Case number (if known) | 22-10787 |
|--------|-------------------------|------------------------|----------|

(Name)

| Part 2: | Additional Page |
|---------|-----------------|

| | | | Amount of claim |
|--|--|--|-----------------|

**3.479** | **Nonpriority creditor's name and mailing address**

JED W E RICKER
UT

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$25.40

---

**3.480** | **Nonpriority creditor's name and mailing address**

JEFFERS, KAMAL SHERIE
9340 WEST PONTIAC DRIVE
PEORIA, AZ  85382

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$72.54

---

**3.481** | **Nonpriority creditor's name and mailing address**

JEFFREY H PRYOR
TN

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$482.96

---

**3.482** | **Nonpriority creditor's name and mailing address**

JEFFREY WESTERFIELD
2124 MAGNOLIA DRIVE
JACKSONVILLE, IL  62650

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$125.00

---

**3.483** | **Nonpriority creditor's name and mailing address**

JEFFREY WILLIAM KUHN
KS

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$34.26

| Debtor | ExpressJet Airlines LLC | Case number (if known) | 22-10787 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.484**  **Nonpriority creditor's name and mailing address**

JENNA BACKMAN
60 STRAWBERRY HILL RD
ACTON, MA  01720

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$125.00

---

**3.485**  **Nonpriority creditor's name and mailing address**

JENNIFER KUHN
444 SOUTH RIVER ROAD
ST GEORGE, UT  84790

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$105.00

---

**3.486**  **Nonpriority creditor's name and mailing address**

JENNIFER R SCHOONOVER
CA

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$216.80

---

**3.487**  **Nonpriority creditor's name and mailing address**

JENNIFER WAKEFIELD
2324 JANE LANE
MOUNTAIN VIEW, CA  94043

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$33.53

---

**3.488**  **Nonpriority creditor's name and mailing address**

JEONGHEE KIM
104804 DOOSAN APT
SUKSU 2 DONG
MANAN-GU
ANYANG-SI, GYEONGGI-DO  430-809
SOUTH KOREA

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$50.00

---

| Debtor | ExpressJet Airlines LLC | Case number (if known) | 22-10787 |
|--------|------------------------|------------------------|----------|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.489**

**Nonpriority creditor's name and mailing address**

JEREMY ZIENTARA-KELLY
2659 N MONROE
DECATUR, IL  62526

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$76.95

---

**3.490**

**Nonpriority creditor's name and mailing address**

JESS J. DUDLEY
20140 LAZY RIVER TERRACE APT. 208
ASHBURN, VA  20147

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$429.56

---

**3.491**

**Nonpriority creditor's name and mailing address**

JESSICA DOUKAN
15 BOULEVARD
GEORGES CLEMENCEAU
MARSEILLE  13006
FRANCE

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,570.19

---

**3.492**

**Nonpriority creditor's name and mailing address**

JESSICA L WILLIAMS
IL

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$32.77

---

**3.493**

**Nonpriority creditor's name and mailing address**

JESSICA MANGUAL
451 WEST 20TH STREET
SAN MATEO, CA  94403

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$30.20

Debtor    ExpressJet Airlines LLC                                    Case number (if known)    22-10787

(Name)

| Part 2: | Additional Page | | |
|---------|-----------------|---|---|

|  |  | Amount of claim |
|---|---|---|

| 3.494 | **Nonpriority creditor's name and mailing address**<br>JIMMY DIGBY<br>KURLANDSGADE 19 3TV<br>COPENHAGEN  2300<br>DENMARK<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $150.00 |

| 3.495 | **Nonpriority creditor's name and mailing address**<br>JOANN IMLER<br>16837 EDINBURG WAY<br>FARMINGTON, MN  55024<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $101.00 |

| 3.496 | **Nonpriority creditor's name and mailing address**<br>JOANNE MURPHY<br>41 NICHOLDALE ROAD<br>SHELTON, CT  06484<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $113.00 |

| 3.497 | **Nonpriority creditor's name and mailing address**<br>JOAO CARLOS VENANCIO<br>AV 25 DE SETIMBRO NO 270<br>PREDIO TIME SQUARE BLOCO ANDAR CAIXA<br>MAPUTO  04787<br>MOZAMBIQUE<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $156.00 |

| 3.498 | **Nonpriority creditor's name and mailing address**<br>JOCELYN AQUINO<br>MCKINLEY PARKWAY DR<br>918B TWO SERENDRA CONDO<br>TAGUIG CITY  01634<br>PHILIPPINES<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $150.00 |

| Debtor | ExpressJet Airlines LLC | Case number (if known) | 22-10787 |
|--------|-------------------------|------------------------|----------|

(Name)

| **Part 2:** | Additional Page | | |

| | | Amount of claim |
|---|---|---|

**3.499** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $70.96

JODY CHARLES
105 DEEPWOOD COURT
CLARKSVILLE, TN  37042

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.500** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $42.52

JOHN BARNES
PO BOX 44
PYRMONT, NSW  2009
AUSTRALIA

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.501** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $200.00

JOHN LAW
149 OMEGA DRIVE
GEORGETOWN, KY  40324

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.502** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $645,574.00

JOHN R. GREENLEE
ADDRESS REDACTED

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
UNPAID INCENTIVE COMPENSATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.503** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $467,500.00

JOHN R. GREENLEE
ADDRESS REDACTED

☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
SEVERANCE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | ExpressJet Airlines LLC | | Case number (if known) | 22-10787 |
|---|---|---|---|---|
| | (Name) | | | |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

**3.504**

**Nonpriority creditor's name and mailing address**

JOHN R. GREENLEE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCRUED VACATION TIME

**Is the claim subject to offset?**
☒ No
☐ Yes

$11,272.00

---

**3.505**

**Nonpriority creditor's name and mailing address**

JOHN RHODES
444 SOUTH RIVER ROAD
ST GEORGE, UT  84790

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$70.00

---

**3.506**

**Nonpriority creditor's name and mailing address**

JOHN SCIALOIA
42 N GROBE ST
FOXBORO, MA  02035

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$30.00

---

**3.507**

**Nonpriority creditor's name and mailing address**

JOHNSON CONTROLS FIRE PROTECTION LP
DEPT CH 10320
PALATINE, IL  60055-0320

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,105.00

---

**3.508**

**Nonpriority creditor's name and mailing address**

JOHNSON CONTROLS SECURITY SOLUTIONS LLC
PO BOX 371967
PITTSBURGH, PA  15250-7967

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$6.12

| Debtor | ExpressJet Airlines LLC | | Case number (if known) | 22-10787 |
|---|---|---|---|---|
| | (Name) | | | |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| | | | **Amount of claim** |
|---|---|---|---|
| 3.509 | **Nonpriority creditor's name and mailing address**<br>JONATHAN BOURNE<br>C/O AIR LINE PILOTS ASSOCIATION<br>ATTN: MARCUS MIGLIORE<br>7950 JONES BRANCH DRIVE 400S<br>MCLEAN, VA  22102<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED |
| 3.510 | **Nonpriority creditor's name and mailing address**<br>JONATHAN H. DAUB<br>37591 ARBOR WOODS DR.<br>LIVONIA, MI  48150-3494<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $255.29 |
| 3.511 | **Nonpriority creditor's name and mailing address**<br>JONATHAN HAM<br>25 A RUE PAUL BINSFELD<br>BRIDEL, KOPSTAL  L-8119<br>LUXEMBOURG<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $50.00 |
| 3.512 | **Nonpriority creditor's name and mailing address**<br>JONNIE DONOHUE<br>9040 WEST WESTLAWN ST. APT 907<br>WICHITA, KS  67212<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $677.29 |
| 3.513 | **Nonpriority creditor's name and mailing address**<br>JORGE CRAVID<br>FLIGHT SAFETY<br>1009 N GREENWICH RD<br>WICHITA, KS  67206<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $113.56 |

| Debtor | ExpressJet Airlines LLC | Case number (if known) | 22-10787 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.514 | **Nonpriority creditor's name and mailing address**<br><br>JORGE MANZO PEREZ<br>AV UNIVERSIDAD 936 A<br>COL SANTA CRUZ ATOYAC, DEL BENITO JUAREZ<br>CDMX  09730<br>MEXICO<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $69.63 |
|---|---|---|---|

| 3.515 | **Nonpriority creditor's name and mailing address**<br><br>JORGE S. ALCOCER-TORRES<br>2325 PASO REAL AVENUE<br>ROWLAND HEIGHTS, CA  91748<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $745.48 |
|---|---|---|---|

| 3.516 | **Nonpriority creditor's name and mailing address**<br><br>JOSE CAMARENA<br>AHUEHUETES NORTE #321<br>COL BOGQUEI DE CHAPULTEPEC<br>CDMX  11700<br>MEXICO<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $61.70 |
|---|---|---|---|

| 3.517 | **Nonpriority creditor's name and mailing address**<br><br>JOSE GARDUNO<br>SAN JERONIMO 630<br>COL JARDINES DE SAN PATRICIO<br>APODACA, NLE  66647<br>MEXICO<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $142.02 |
|---|---|---|---|

| 3.518 | **Nonpriority creditor's name and mailing address**<br><br>JOSE I. PALACIOS<br>1475 WILLOW LN<br>PARK CITY, UT  84098<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $290.99 |
|---|---|---|---|

| Debtor | ExpressJet Airlines LLC | Case number (if known) | 22-10787 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.519** | **Nonpriority creditor's name and mailing address**

JOSE IGNACIO ARAMBURU
LICENCIADO OTALORA 2
MONDRAGON  20500
SPAIN

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$111.82

---

**3.520** | **Nonpriority creditor's name and mailing address**

JOSE RIVERA
C/PINDARO N 19
BLQ 6 1C
MALAGA 29010
SPAIN

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$306.10

---

**3.521** | **Nonpriority creditor's name and mailing address**

JOSEPH A CASSIDY
VA

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$32.78

---

**3.522** | **Nonpriority creditor's name and mailing address**

JOSEPH HANNAH
TN

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$25.40

---

**3.523** | **Nonpriority creditor's name and mailing address**

JOSEPH ROBERTS
3408 DESTIN COURT
LEXINGTON, KY  40509

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$185.00

| Debtor | ExpressJet Airlines LLC | Case number (if known) | 22-10787 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.524 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** | $685.86 |
|---|---|---|---|---|

3.524 **Nonpriority creditor's name and mailing address**

JOSHUA D. KOTTLE
21882 BLOSSOM HILL TER APT 301
ASHBURN, VA  20147

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $685.86

---

3.525 **Nonpriority creditor's name and mailing address**

JOSHUA J. BITHER
365 HARRISON DR
RAPHINE, VA  24472

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $95.81

---

3.526 **Nonpriority creditor's name and mailing address**

JOSHUA PALMER
6924 100TH AVE
LANHAM, MD  20706

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $38.98

---

3.527 **Nonpriority creditor's name and mailing address**

JOSHUA VALKENIER
VERLENGDE BREMENWEG 12
GRONINGEN  9723JV
THE NETHERLANDS

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $416.52

---

3.528 **Nonpriority creditor's name and mailing address**

JOSHUA WILLIS
C/O IBT LOCAL 592
3705 CAROLINA AVE
RICHMOND, VA  23222

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: UNDETERMINED

Debtor    ExpressJet Airlines LLC                                        Case number (if known)    22-10787

(Name)

| Part 2: | Additional Page |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

| 3.529 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $89.86 |
| | | Check all that apply. | |

JOUBERTH FLORESFILHO
RUA TIMTEO DA COSTA 444/108
RIO DE JANEIRO  02245-0130
BRAZIL

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.530 | **Nonpriority creditor's name and mailing address** | | $1,414.41 |

JPS AVIATION LLC
5410 OPERATIONS RD
MONROE, LA  71203

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.531 | **Nonpriority creditor's name and mailing address** | | $385.00 |

JUAN FERNANDO CAMEY
BOULEVARD PRINCIPAL 3 AVE LOTE 51
LAS CUMBRES Z 16
GUATEMALA  01016
GUATEMALA

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.532 | **Nonpriority creditor's name and mailing address** | | $149.65 |

JUDITH BARGEN
155 IRVING PLACE
WINNIPEG, MB  R2G 0K9
CANADA

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.533 | **Nonpriority creditor's name and mailing address** | | $50.00 |

JULIE OLLES
371 GREENWOOD STREET
BIRMINGHAM, MI  48009

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | ExpressJet Airlines LLC | Case number (if known) | 22-10787 |
| | (Name) | | |

| **Part 2:** | Additional Page | | |
| | | | Amount of claim |

| 3.534 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $245.00 |
| | JUNG MIN KIM<br>100 STANLEY<br>IOWA CITY, IA  52242 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>UNCLAIMED PROPERTIES | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.535 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,707.30 |
| | JUNIOR TEREIRERSUN<br>1730 E HIGGINS RD<br>SCHAUMBURG, IL  60173 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>UNCLAIMED PROPERTIES | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.536 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $56.36 |
| | JURGEN BAUER<br>PAMIERSRING 20<br>CRAILSHEIM  74564<br>GERMANY | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>UNCLAIMED PROPERTIES | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.537 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $65.53 |
| | JUSTIN R KINCKLE<br>MA | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>UNCLAIMED PROPERTIES | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.538 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $200.00 |
| | JUSTYNA OLKOBAJER<br>178 MCCRACKEN DRIVE<br>GRAY, TN  37615 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>UNCLAIMED PROPERTIES | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| Debtor | ExpressJet Airlines LLC | Case number (if known) | 22-10787 |
| --- | --- | --- | --- |
| | (Name) | | |

| **Part 2:** | Additional Page | |
| --- | --- | --- |

| | | Amount of claim |
| --- | --- | --- |

**3.539**

**Nonpriority creditor's name and mailing address**

KAISER PERMANENTE
1515 W 190TH ST
STE 350
GARDENA, CA  90248

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,078.00

---

**3.540**

**Nonpriority creditor's name and mailing address**

KANSAS OFFICE OF THE STATE TREASURER
UNCLAIMED PROPERTY DIVISION
MR. MONTE WEATHERS, DIRECTOR
900 SW JACKSON STREET  SUITE 201
TOPEKA, KS  66612-1235

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.541**

**Nonpriority creditor's name and mailing address**

KAREL FARIAS
PO BOX 344
UNIVERSITY OF GUELPH
50 STONE ROAD EAST
GUELPH, ON  N1G 2W1
CANADA

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,557.10

---

**3.542**

**Nonpriority creditor's name and mailing address**

KAREN D WHEELER
204  10TH STREET
APT 301
JERSEY CITY, NJ  07302-7407

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☑ No
☐ Yes

$53.51

---

**3.543**

**Nonpriority creditor's name and mailing address**

KAREN MCCLOUD
1053 RAMBLEWOOD WAY
LEXINGTON, KY  40509

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☑ No
☐ Yes

$89.99

| Debtor | ExpressJet Airlines LLC | Case number (if known) | 22-10787 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.544** | **Nonpriority creditor's name and mailing address**
KARIM SOBHI
1 HUSSEIN KAMEL STREET
HELIOPOLIS
CAIRO  11634
EGYPT

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

| **As of the petition filing date, the claim is:** | $80.00 |
|---|---|

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.545** | **Nonpriority creditor's name and mailing address**
KARIN GRANQVIST
REPSLAGARGATAN 17 A
LULEAA  SE- 972 39
SWEDEN

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

| **As of the petition filing date, the claim is:** | $69.63 |
|---|---|

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.546** | **Nonpriority creditor's name and mailing address**
KARLEA MADSEN
15460 VANADIUM ST NW
RAMSEY, MN  55303

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

| **As of the petition filing date, the claim is:** | $62.00 |
|---|---|

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.547** | **Nonpriority creditor's name and mailing address**
KAYLA JONES
9326 WILLOW CREEK DR APT F
GAITHERSBURG, MD  20886

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

| **As of the petition filing date, the claim is:** | $7.08 |
|---|---|

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.548** | **Nonpriority creditor's name and mailing address**
KAYLA LASERSON
UNIT 8900 BOX 6619
DPO, AE  09831

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

| **As of the petition filing date, the claim is:** | $283.51 |
|---|---|

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | ExpressJet Airlines LLC | Case number (if known) | 22-10787 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.549** | **Nonpriority creditor's name and mailing address**
KAZUHIKO MIURA
NISHIKU KAMINAGOYA 1-4-1
NAGOYA-SHI, AICHI-KEN  451-0025
JAPAN

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☑ No
☐ Yes

$70.00

---

**3.550** | **Nonpriority creditor's name and mailing address**
KEITH JOHNSON
70 NORTH LAKE LOOP
HAMPTON, VA  23666

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☑ No
☐ Yes

$64.46

---

**3.551** | **Nonpriority creditor's name and mailing address**
KELLY SERVICES INC
1212 SOLUTIONS CENTER
CHICAGO, IL  60677-1002

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☑ No
☐ Yes

$521.25

---

**3.552** | **Nonpriority creditor's name and mailing address**
KENDALL, TIMOTHY R
247 QUEENS WAY
CANTON, MI  48188

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☑ No
☐ Yes

$210.00

---

**3.553** | **Nonpriority creditor's name and mailing address**
KENTUCKY OFFICE OF STATE TREASURER
UNCLAIMED PROPERTY DIVISION
MS. KATRINA STONER, BRANCH MANAGER
1050 US HIGHWAY 127 SOUTH  SUITE 100
FRANKFORT, KY  40601

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | ExpressJet Airlines LLC | | Case number (if known) | 22-10787 |
|---|---|---|---|---|
| | (Name) | | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.554 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $15.00 |
|---|---|---|---|

KENTUCKY, STATE OF
DEPARTMENT OF REVENUE
PO BOX 181
STATION 67
FRANKFORT, KY 40602

Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Date or dates debt was incurred**

VARIOUS

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number:**

---

| 3.555 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $108.26 |
|---|---|---|---|

KERN CO. DEPT. OF CHILD SUPPORT SERVICES
PO BOX 2147
BAKERSFIELD, CA 93303

Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Date or dates debt was incurred**

VARIOUS

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number:**

---

| 3.556 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $55.13 |
|---|---|---|---|

KEVIN DUBOSE
700 DARNELL LANE
GURNEE, IL 60031

Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Date or dates debt was incurred**

VARIOUS

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number:**

---

| 3.557 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $130.02 |
|---|---|---|---|

KEVIN J. SIMMONS
1752 S 1480 E CIRCLE
ST GEORGE, UT 84790

Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Date or dates debt was incurred**

VARIOUS

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number:**

---

| 3.558 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $51.53 |
|---|---|---|---|

KEVIN ROBINSON
1 GARFIELD PARK
GREAT GLEN
LEICESTER LE8 9JY
UNITED KINGDOM

Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Date or dates debt was incurred**

VARIOUS

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number:**

| Debtor | ExpressJet Airlines LLC | Case number (if known) | 22-10787 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.559** **Nonpriority creditor's name and mailing address**

KEVIN T PEWE
CA

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$49.37

---

**3.560** **Nonpriority creditor's name and mailing address**

KIM TRAWICK
735 N STREET
BOSTON, MA  02127

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$403.14

---

**3.561** **Nonpriority creditor's name and mailing address**

KIMBERLY QUISENBERRY
20862 TUCSON AVENUE
ANDREWS AFB, MD  20762

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$498.57

---

**3.562** **Nonpriority creditor's name and mailing address**

KINGSTON, MICHAEL K
804 PARK AVE #305
OMAHA, NE  68105

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$37.00

---

**3.563** **Nonpriority creditor's name and mailing address**

KIRK DOUGLAS DOBBINS
VA

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$4.24

| Debtor | ExpressJet Airlines LLC | Case number (if known) | 22-10787 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.564**

**Nonpriority creditor's name and mailing address**

KIRSTEN FINN
1132 NE 165TH STREET
SHORELINE, WA 98155

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$42.50

---

**3.565**

**Nonpriority creditor's name and mailing address**

KIRSTEN M WASHINGTON
SC

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$86.19

---

**3.566**

**Nonpriority creditor's name and mailing address**

KNOX FIRE EXTINGUISHER CO
1201 UNIVERSITY AVENUE
KNOXVILLE, TN 37921

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$404.82

---

**3.567**

**Nonpriority creditor's name and mailing address**

KOUGL, FRANCIS J
PO BOX 446
MADISONVILLE, TN 37354

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$75.00

---

**3.568**

**Nonpriority creditor's name and mailing address**

KOVBURN CLEANING SERVICE
5907 COURTHOUSE RD
PRINCE GEORGE, VA 23875

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,770.00

---

| Debtor | ExpressJet Airlines LLC | Case number (if known) | 22-10787 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.569 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $400.00 |
| | KRIS LEWONOWSKI | Check all that apply. | |
| | 8208 E. BRIDLEWOOD COURT | ☐ Contingent | |
| | WICHITA, KS  67206 | ☐ Unliquidated | |
| | | ☒ Disputed | |
| | **Date or dates debt was incurred** | | |
| | VARIOUS | **Basis for the claim:** | |
| | | UNCLAIMED PROPERTIES | |
| | **Last 4 digits of account number:** | | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.570 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $405.11 |
| | KRISHNANMISS ANAYA | Check all that apply. | |
| | PO BOX 134 | ☐ Contingent | |
| | RUWI  00112 | ☐ Unliquidated | |
| | OMAN | ☒ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | VARIOUS | UNCLAIMED PROPERTIES | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.571 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $69.00 |
| | KRISTEN J SCHAEFER | Check all that apply. | |
| | UT | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☒ Disputed | |
| | VARIOUS | **Basis for the claim:** | |
| | | UNCLAIMED PROPERTIES | |
| | **Last 4 digits of account number:** | | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.572 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $37.01 |
| | KRISTI GUNN | Check all that apply. | |
| | 6509 GRANGE LANE #401 | ☐ Contingent | |
| | ALEXANDRIA, VA  22315 | ☐ Unliquidated | |
| | | ☒ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | VARIOUS | UNCLAIMED PROPERTIES | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.573 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $300.00 |
| | KRISTINA BURDETTE | Check all that apply. | |
| | 444 SOUTH RIVER ROAD | ☐ Contingent | |
| | ST GEORGE, UT  84790 | ☐ Unliquidated | |
| | | ☒ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | VARIOUS | UNCLAIMED PROPERTIES | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| Debtor | ExpressJet Airlines LLC | Case number (if known) | 22-10787 |
|--------|------------------------|------------------------|----------|
| | (Name) | | |

| Part 2: | Additional Page |
|---------|-----------------|

| | | | Amount of claim |
|---|---|---|---|

**3.574**    **Nonpriority creditor's name and mailing address**

KUHN, JENNIFER R
16 E COMMODORE DR
NEWPORT NEWS, VA 23601

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,000.00

---

**3.575**    **Nonpriority creditor's name and mailing address**

KUMIKO KASHIWAGI
ROOM 102 SANHAIMU, 42491
MINAMISHINAGAWA
SHINAGAWA-KU
TOKYO 140-0004
JAPAN

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☑ No
☐ Yes

$38.97

---

**3.576**    **Nonpriority creditor's name and mailing address**

KURT NIEBRUGGE
445 W MELROSE ST
CHICAGO, IL 60657

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☑ No
☐ Yes

$375.28

---

**3.577**    **Nonpriority creditor's name and mailing address**

KURTIS D BUFFINGTON
UT

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☑ No
☐ Yes

$32.08

---

**3.578**    **Nonpriority creditor's name and mailing address**

KURTYKA, JASON R
3105 WALLINGS ROAD
N ROYALTON, OH 44133

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☑ No
☐ Yes

$75.00

| Debtor | ExpressJet Airlines LLC | Case number (if known) | 22-10787 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| | | | |
|---|---|---|---|
| 3.579 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $58.76 |
| | LA QUINTA INN & SUITES/LQ MANAGEMENT LLC 36 JEFFERSON BOULEVARD WARWICK, RI  02888 | ☐ Contingent ☐ Unliquidated ☒ Disputed | |
| | **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** UNCLAIMED PROPERTIES | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.580 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $695.70 |
| | LACHINA MAULDIN 2003 E FIFTH AVENUE APT 1 KNOXVILLE, TN  37917 | ☐ Contingent ☐ Unliquidated ☒ Disputed | |
| | **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** UNCLAIMED PROPERTIES | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.581 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $12.00 |
| | LAND TO AIR EXPRESS 2100 E 26TH STREET MINNEAPOLIS, MN  55404 | ☐ Contingent ☐ Unliquidated ☒ Disputed | |
| | **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** UNCLAIMED PROPERTIES | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.582 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $125.00 |
| | LANE JOHNSTON 261 MISSOURI STREET SAN FRANCISCO, CA  34107 | ☐ Contingent ☐ Unliquidated ☒ Disputed | |
| | **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** UNCLAIMED PROPERTIES | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.583 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $22.50 |
| | LARRY COCKERHAM 930 25TH STREET NW CLEVELAND, TN  37311 | ☐ Contingent ☐ Unliquidated ☒ Disputed | |
| | **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** UNCLAIMED PROPERTIES | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes | |

| Debtor | ExpressJet Airlines LLC | Case number (if known) | 22-10787 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.584**
**Nonpriority creditor's name and mailing address**

LARS BERGSTROEM
OSTRA RINGV 34
VAXJO  35240
SWEDEN

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$77.20

---

**3.585**
**Nonpriority creditor's name and mailing address**

LASZLO DURKO
PANORAMA KRT 25
BALATNIOLDVAR  8623
HUNGARY

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$52.00

---

**3.586**
**Nonpriority creditor's name and mailing address**

LAUNCH TECHNICAL WORKFORCE SOLUTIONS, LLC
DEPT 10457 PO BOX 87618
CHICAGO, IL  60680-0618

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$201.34

---

**3.587**
**Nonpriority creditor's name and mailing address**

LAW OFFICE OF KIRK A CULLIMORE
12339 S 800 E STE 100
DRAPER, UT  84020

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$271.99

---

**3.588**
**Nonpriority creditor's name and mailing address**

LAW OFFICES OF MITCHELL N. KAY, P.C.
90 MAIN STREET
SUITE 308
HACKENSACK, NJ  07601

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$862.66

| Debtor | ExpressJet Airlines LLC | Case number (if known) | 22-10787 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.589 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $100.00 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

LEON GUDEL
23771 BROWNSTONE SQ DR
APT 102
BROWNSTOWN, MI  48174

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$100.00

---

**3.590 Nonpriority creditor's name and mailing address**

LEONARD JOHNSON
82 PERSIA WAY
NASHVILLE, TN  37211

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$58.89

---

**3.591 Nonpriority creditor's name and mailing address**

LEONARDO ANTUNES
C/LARRAINA 3-3A DCHA
PAMPLONA  31011
SPAIN

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,686.50

---

**3.592 Nonpriority creditor's name and mailing address**

LEUNK CHUNG CHI
BLOCK 41
BEDOK SOUTH ROAD
07-735
SINGAPORE  460041
SINGAPORE

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$140.00

---

**3.593 Nonpriority creditor's name and mailing address**

LEVI C MILLS, JEREMY M MILLS, APRIL C WEBB, KIMBERLY
F MILLS
C/O LUIS A. FABREGA
THE AMMONS LAW FIRM, L.L.P.
3700 MONTROSE BOULEVARD
HOUSTON, TX  77006

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

Debtor    ExpressJet Airlines LLC _____    Case number (if known) 22-10787
        (Name)

| Part 2: | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.594 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |

**Nonpriority creditor's name and mailing address**

LEVI C MILLS, JEREMY M MILLS, APRIL C WEBB, KIMBERLY F MILLS
C/O TOBIAS A. COLE
THE COLE LAW FIRM
1616 S. VOSS ROAD, SUITE 450
HOUSTON, TX  77057

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: UNDETERMINED

---

**3.595    Nonpriority creditor's name and mailing address**

LIAM QUINN
FLAT 4 BUICK HOUSE
144 LONDON ROAD
KINGSTON UPON THAMES
SURREY  KT2 6QS
UNITED KINGDOM

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $89.61

---

**3.596    Nonpriority creditor's name and mailing address**

LIAM R POWELL
SC

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $758.58

---

**3.597    Nonpriority creditor's name and mailing address**

LIAN YUN PANG
101 WEST MAIN STREET, APT 2
WILMORE, KY  40390

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $49.78

---

**3.598    Nonpriority creditor's name and mailing address**

LINDA SHORTT
200 RIVERSIDE ROAD
ST ALBANS
HERTFORDSHIRE  AL1 1SF
UNITED KINGDOM

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $38.77

| Debtor | ExpressJet Airlines LLC | Case number (if known) | 22-10787 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

| 3.599 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,285.57 |

**Nonpriority creditor's name and mailing address**

LINDSAY B CARPENTER
TN

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,285.57

---

3.600 **Nonpriority creditor's name and mailing address**

LINKEDIN CORPORATION
62228 COLLECTION CENTER DR
CHICAGO, IL  60693-0622

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,166.32

---

3.601 **Nonpriority creditor's name and mailing address**

LISA HENDERSON
2511 MUIR STREET
MISSOULA, MT  59801

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$20.00

---

3.602 **Nonpriority creditor's name and mailing address**

LISA N MCCREE
CT

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$697.56

---

3.603 **Nonpriority creditor's name and mailing address**

LISA ZEITEL
5 HILLTOP DRIVE
RR1, SITE 6 BOX 616
PORT MCNICOLL, ON  L0K 1R0
CANADA

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$32.00

| Debtor | ExpressJet Airlines LLC | | Case number (if known) | 22-10787 |
|---|---|---|---|---|
| | (Name) | | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---:|

**3.604** | **Nonpriority creditor's name and mailing address**

LITTLE ROCK NATIONAL AIRPORT
ONE AIRPORT RD
LITTLE ROCK, AR 72202-4404

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$122.20

---

**3.605** | **Nonpriority creditor's name and mailing address**

LO, CALVIN M
2545 THOMASON CIRCLE #381
ARLINGTON, TX 76006

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$20.42

---

**3.606** | **Nonpriority creditor's name and mailing address**

LOIRE SAFE
ATT: JOSE ANTONIO SAN JOSE
C/ZIKUNAGA 22
HERNANI 20120
SPAIN

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$96.41

---

**3.607** | **Nonpriority creditor's name and mailing address**

LORAIN COUNTY CLERK OF COURTS
ATTN: RON NABAKOWSKI
CLERK OF COMMON PLEAS COURT
255 COURT STREET, 1ST FLOOR
ELYRIA, OH 44035

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$25.00

---

**3.608** | **Nonpriority creditor's name and mailing address**

LOREN LLEOGAVARA
PASEO CASTELLANA 56
IZQ
CANARY ISLANDS
MADRID 28046
SPAIN

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$287.00

---

| Debtor | ExpressJet Airlines LLC | Case number (if known) | 22-10787 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | | Amount of claim |
|---|---|---|---|

**3.609**

**Nonpriority creditor's name and mailing address**

LORRAINE BUIEL
FLAT3 45 ADDISON GARDENS
LONDON  W14 0DP
UNITED KINGDOM

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☑ No
☐ Yes

$700.49

---

**3.610**

**Nonpriority creditor's name and mailing address**

LOS ANGELES, COUNTY OF
LEVYING OFFICER
14400 ERWIN STREET MALL
VAN NUYS, CA  91401

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☑ No
☐ Yes

$381.26

---

**3.611**

**Nonpriority creditor's name and mailing address**

LOTTER, WILLIAM M
3009 WEST HILLS DR
MARYVILLE, TN  37803

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☑ No
☐ Yes

$12.00

---

**3.612**

**Nonpriority creditor's name and mailing address**

LU LI
BUILDING 13 CUI HONG TAI
COUNTRY GARDE 302
GUANGZHOU  510000
CHINA

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☑ No
☐ Yes

$597.52

---

**3.613**

**Nonpriority creditor's name and mailing address**

LUBBOCK AERO, INC
LUBBOCK AERO 6304 N CEDAR
LUBBOCK, TX  79403

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,637.20

---

| Debtor | ExpressJet Airlines LLC | Case number (if known) | 22-10787 |
| --- | --- | --- | --- |
| | (Name) | | |

| **Part 2:** | Additional Page | | | |
| --- | --- | --- | --- | --- |
| | | | | **Amount of claim** |

| 3.614 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,483.02 |
| --- | --- | --- | --- |

**Nonpriority creditor's name and mailing address**

LUIS ALORETE
RIO DE LA PLATA 2579-8
COLOMOS PROVIDENCIA
GUADALAJARA, JAL  44620
MEXICO

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,483.02

---

3.615

**Nonpriority creditor's name and mailing address**

LYNNE LEIN
709 E WALKER ST
SILOAM SPRINGS, AR  72761

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$150.00

---

3.616

**Nonpriority creditor's name and mailing address**

MA LIZBET MELO
AV LAS TORRES LT 1 MZ 22 CASA 51
SMZ 523 RESIDENCIAL LAS TORRES 1
CANCUN, ROO  77533
MEXICO

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$266.49

---

3.617

**Nonpriority creditor's name and mailing address**

MADHURI TRIVEDI
280 S WASHINGTON ST
NORTON, MA  02766

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$24.54

---

3.618

**Nonpriority creditor's name and mailing address**

MAGADALENA DUARTE
1113 W 18TH STREET
CHICAGO, IL  60608

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$126.63

| Debtor | ExpressJet Airlines LLC | Case number (if known) | 22-10787 |
| --- | --- | --- | --- |
|  | (Name) |  |  |

| **Part 2:** | Additional Page |
| --- | --- |

|  |  |  | Amount of claim |
| --- | --- | --- | --- |

| 3.619 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $156.00 |

**Nonpriority creditor's name and mailing address**

MAHARAGEPRIYANTHIEM PERERA
PRIYANTHIE PERERA
GRAND MILLENIUM HOTEL
FINANCE DEPT
ABU DHABI
UNITED ARAB EMIRATES

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim** $156.00

---

3.620 **Nonpriority creditor's name and mailing address**

MAINE LOGISTICS LLC
28 BOMARC ROAD
BANGOR, ME  04401

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim** $55.86

---

3.621 **Nonpriority creditor's name and mailing address**

MAMIE C HALL
MD

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim** $406.55

---

3.622 **Nonpriority creditor's name and mailing address**

MANUEL RODRIGUEZ
CA

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim** $43.13

---

3.623 **Nonpriority creditor's name and mailing address**

MARCIOALVES ROBERTO
RUA JOAO TESSITORE 518
MIGUEL COUTO
CAMPO GRANDE, MS  00790-250
BRAZIL

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim** $308.00

| Debtor | ExpressJet Airlines LLC | Case number (if known) | 22-10787 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | Amount of claim |
|---|---|---|

| 3.624 | **Nonpriority creditor's name and mailing address**<br>MARCUS S MYERS<br>CA<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $554.10 |
| 3.625 | **Nonpriority creditor's name and mailing address**<br>MARGARET FERGUSON<br>815 CASSARILLA STREET<br>NASSAU<br>THE BAHAMAS<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $414.80 |
| 3.626 | **Nonpriority creditor's name and mailing address**<br>MARIA CONCEPCION<br>3 RUE MALRAUX<br>91390 MORSANG SUR ORGE<br>MORSANG  91390<br>FRANCE<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $230.40 |
| 3.627 | **Nonpriority creditor's name and mailing address**<br>MARIA GRAZIA MORSELLI<br>1349 WARREN ROAD<br>CLEVELAND, OH  44107<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $47.49 |
| 3.628 | **Nonpriority creditor's name and mailing address**<br>MARIA GUTIERREZ<br>BURGOS #515<br>LEON, GUA  37330<br>MEXICO<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $217.00 |

| Debtor | ExpressJet Airlines LLC | Case number (if known) | 22-10787 |

(Name)

| **Part 2:** | Additional Page |

| | Amount of claim |

---

| 3.629 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $75.00 |

MARIANA SANCHEZ
6419 GIRARD AVE
CINCINNATI, OH 45213

Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.630 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $111.00 |

MARIASUNDARAM ANTONY
UNIT NO02-01 2ND FLOOR
BLOCK 1 CYBER PEARL HITECH CITY
HYDERABAD 500 081
INDIA

Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.631 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,275.00 |

MARIE JEAN LOUIS
PO BOX 958
STRATFORD, CT 06615

Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.632 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $85.30 |

MARISKA STRYDOM
PO BOX 1452
MOKOPANE 00600
SOUTH AFRICA

Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.633 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,203.41 |

MARK E. ALEXANDER
83 KENSINGTON AVENUE
NEW BRITAIN, CT 06051

Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | ExpressJet Airlines LLC | Case number (if known) | 22-10787 |
| --- | --- | --- | --- |
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | Amount of claim |
| --- | --- | --- |

| 3.634 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $38.15 |

**Nonpriority creditor's name and mailing address**
MARK P LUBRATT
MN

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$38.15

---

3.635 **Nonpriority creditor's name and mailing address**
MARK THOMAS
15 WASHINGTON DRIVE
GRANBY, CT  06035

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$498.00

---

3.636 **Nonpriority creditor's name and mailing address**
MARKUS SCHMIDT
AM SONNENRAIN 14
BAD BELLINGEN  79415
GERMANY

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$137.00

---

3.637 **Nonpriority creditor's name and mailing address**
MARLA STEELE
1934 E PERIDOT PLACE 5
FAYETTEVILLE, AR  72701

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$399.99

---

3.638 **Nonpriority creditor's name and mailing address**
MARSH USA INC
PO BOX 846015
DALLAS, TX  75284-6015

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
INSURANCE RELATED CHARGES PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$182,973.00

| Debtor | ExpressJet Airlines LLC | Case number (if known) | 22-10787 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.639** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $91.58
*Check all that apply.*

MARSHALL BARTON
111 RPGERS STREET
EASLEY, SC  29640

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.640** | **Nonpriority creditor's name and mailing address**

MARTA LESZCZYNSKI
38 PRESTWICK CLOSE
HALIFAX, NS  B3S 1M4
CANADA

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** | $150.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.641** | **Nonpriority creditor's name and mailing address**

MARTHA JIMENEZ
374 TOWNSHIP ROAD  1329
IRONTON, OH  45638

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** | $100.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.642** | **Nonpriority creditor's name and mailing address**

MARTHA MALDONADO
MORENTE 118 PRADOS
DE SAN
MONTERREY, NLE  64630
MEXICO

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** | $150.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.643** | **Nonpriority creditor's name and mailing address**

MARTIN KOPERA
7035 DEBRA COVE E
MEMPHIS, TN  38133

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** | $60.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | ExpressJet Airlines LLC | Case number (if known) | 22-10787 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

|  |  | Amount of claim |
|---|---|---|

**3.644**

**Nonpriority creditor's name and mailing address**

MARTIN REISMANN
HEINRICH HEINE STRASSE
20 W
WULFRATH  42489
GERMANY

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$85.00

---

**3.645**

**Nonpriority creditor's name and mailing address**

MARTINO-WHITE PRINTING INC
543 N CENTRAL AVE
HAPEVILLE, GA  30354

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,210.78

---

**3.646**

**Nonpriority creditor's name and mailing address**

MARY KINGSBURY
6320 LAKE LUCERNE DR
SAN DIEGO, CA  92199

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$61.53

---

**3.647**

**Nonpriority creditor's name and mailing address**

MARYLAND CHILD SUPPORT ACCOUNT
P.O. BOX 17396
BALTIMORE, MD  21297-1396

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$36.39

---

**3.648**

**Nonpriority creditor's name and mailing address**

MASAMI AKESHITA
49-11 NAKAMACHI SENJU ADACMLKU
TOKYO
JAPAN

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,586.16

| Debtor | ExpressJet Airlines LLC | Case number (if known) | 22-10787 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.649**

**Nonpriority creditor's name and mailing address**

MASON HOBBS
11355 NORTH JENNINGS
CLIO, MI  48420

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☑ No
☐ Yes

$100.00

---

**3.650**

**Nonpriority creditor's name and mailing address**

MASSACHUSETTS DEPT OF REVENUE
CHILD SUPPORT ENFORCEMENT DIVISION
PO BOX 55140
BOSTON, MA  02205-5140

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☑ No
☐ Yes

$88.29

---

**3.651**

**Nonpriority creditor's name and mailing address**

MASSACHUSETTS DEPT OF REVENUE
COMMONWEALTH OF MASSACHUSETTS
ALCOHOLIC BEVERAGE CONTROL COMMISSION
PO BOX 3396
BOSTON, MA  02241-3396

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☑ No
☐ Yes

$600.00

---

**3.652**

**Nonpriority creditor's name and mailing address**

MASSACHUSETTS DEPT. OF STATE TREASURER
UNCLAIMED PROPERTY DIVISION
JUDY FRANCHI, AUDIT & COMPLIANCE DIR.
ONE ASHBURTON PLACE  12TH FLOOR
BOSTON, MA  02108-1608

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.653**

**Nonpriority creditor's name and mailing address**

MATHEW YOUKEE
49 COPTHALL GARDENS
LONDON  TWI 4HH
UNITED KINGDOM

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☑ No
☐ Yes

$141.00

| Debtor | ExpressJet Airlines LLC | Case number (if known) | 22-10787 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.654 | **Nonpriority creditor's name and mailing address**<br>MATS HUMMEL<br>ANKDAMMSGATAN 38 4TH<br>LUNDKVIST<br>SOLNA  17167<br>SWEDEN<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $116.92 |
| 3.655 | **Nonpriority creditor's name and mailing address**<br>MATTHEW C ARMSTRONG<br>MD<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $25.24 |
| 3.656 | **Nonpriority creditor's name and mailing address**<br>MATTHEW J DOHERTY<br>CT<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $568.66 |
| 3.657 | **Nonpriority creditor's name and mailing address**<br>MATTHEW J. WELSCH<br>251 N. GREEN GABLES LOOP<br>RIDGEFIELD, WA  98642<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $492.45 |
| 3.658 | **Nonpriority creditor's name and mailing address**<br>MATTHEW M YOUNG<br>IL<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $171.60 |

| Debtor | ExpressJet Airlines LLC | Case number (if known) | 22-10787 |
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |

---

**3.659** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $40.00
Check all that apply.

MAURAE MCKEWN
3409 WHITNEY AVE
APT 14
HAMDEN, CT  06518

☐ Contingent
☐ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.660** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNKNOWN
Check all that apply.

MAVERICK BANKCARD, INC.
26520 AGOURA ROAD, 1ST FLOOR
CALABASAS, CA  91302

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.661** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $39.25
Check all that apply.

MAXIME LAVIOLETTE
41 DES CHENES
GRANBY, QC  J2J 1Z7
CANADA

☐ Contingent
☐ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.662** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,000.00
Check all that apply.

MCMENEMY, BRIAN K
143 CREEKSHIRE CRESCENT
NEWPORT NEWS, VA  23603

☐ Contingent
☐ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.663** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $46,017.09
Check all that apply.

MECHANICAL PIPING SYSTEMS INC
PO BOX 1781
TOMBALL, TX  77377

☐ Contingent
☐ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | ExpressJet Airlines LLC | Case number (if known) | 22-10787 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.664** **Nonpriority creditor's name and mailing address**

MEGAN STOKES
717 KEELING DRIVE
CHESAPEAKE, VA 23322

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$30.00

---

**3.665** **Nonpriority creditor's name and mailing address**

MEGGITT SAFETY SYSTEMS INC
FILE NO. 41285
LOS ANGELES, CA 90074-1285

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$17,064.00

---

**3.666** **Nonpriority creditor's name and mailing address**

MELISSA LIANZA
123 GREYSTONE
POINTE-CLAIRE, QC H9R 5T5
CANADA

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$55.00

---

**3.667** **Nonpriority creditor's name and mailing address**

MENDY LUCKE
5678 JULIE ANN ROAD
BETTENDORF, IA 52722

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$50.00

---

**3.668** **Nonpriority creditor's name and mailing address**

MEREDITH HANNAH
817 AARON DR UNIT 105
LYNDEN, WA 98264

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$48.37

| Debtor | ExpressJet Airlines LLC | Case number (if known) | 22-10787 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

|  | | Amount of claim |
|---|---|---|

| 3.669 | **Nonpriority creditor's name and mailing address**<br><br>MEYER & NJUS, P.A.<br>1100 U.S. BANK PLAZA<br>200 SOUTH SIXTH STREET<br>MINNEAPOLIS, MN  55402<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $39.85 |

| 3.670 | **Nonpriority creditor's name and mailing address**<br><br>MICHAEL CHEVALIER<br>SC<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $309.46 |

| 3.671 | **Nonpriority creditor's name and mailing address**<br><br>MICHAEL EVANS<br>856 SHADOW RIDGE PLACE<br>CHULA VISTA, CA  91914<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $51.67 |

| 3.672 | **Nonpriority creditor's name and mailing address**<br><br>MICHAEL J TROMBLY<br>UT<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $578.26 |

| 3.673 | **Nonpriority creditor's name and mailing address**<br><br>MICHAEL J WESTPOINT<br>WA<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $323.33 |

| Debtor | ExpressJet Airlines LLC | Case number (if known) | 22-10787 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.674** | **Nonpriority creditor's name and mailing address**

MICHAEL KARANICOLAS
5505 FALKLAND STREET
APT 403
HALIFAX, NS  B3K 0C3
CANADA

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$77.33

---

**3.675** | **Nonpriority creditor's name and mailing address**

MICHAEL KIMMONS
65 CLOUDPEAK STREET
THOUSAND OAKS, CA  91359

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$100.00

---

**3.676** | **Nonpriority creditor's name and mailing address**

MICHAEL KIRAR
539 WAKEROBIN LANE
SAN RAFAEL, CA  94903

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,064.79

---

**3.677** | **Nonpriority creditor's name and mailing address**

MICHAEL MCCLOUD
293 AUSTIN SPRINGS ROAD
APT 67
JOHNSON CITY, TN  37601

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$224.00

---

**3.678** | **Nonpriority creditor's name and mailing address**

MICHAEL MCELWAIN
5 VIGUE CIRCLE
FRAMINGHAM, MA  01701

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$309.03

| Debtor | ExpressJet Airlines LLC | Case number (if known) | 22-10787 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.679** | **Nonpriority creditor's name and mailing address**

MICHAEL MERCADO
10901 OLD HARBOR ROAD
FORT SMITH, AR  72903

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☑ No
☐ Yes

$150.00

---

**3.680** | **Nonpriority creditor's name and mailing address**

MICHAEL PEELISH
ONE ALPHA PLACE
BRISTOL, VA  24202

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☑ No
☐ Yes

$7.00

---

**3.681** | **Nonpriority creditor's name and mailing address**

MICHAEL R SUNDERMAN
VA

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☑ No
☐ Yes

$140.22

---

**3.682** | **Nonpriority creditor's name and mailing address**

MICHAEL R. JOHNSON
95 WATERCREST SOUTH
AUSTIN, AR  72007

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☑ No
☐ Yes

$269.48

---

**3.683** | **Nonpriority creditor's name and mailing address**

MICHAEL W SMILEY
AR

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☑ No
☐ Yes

$76.51

Debtor    ExpressJet Airlines LLC                                    Case number (if known)    22-10787

(Name)

| Part 2: | Additional Page |
|---------|-----------------|

|  |  | Amount of claim |
|--|--|-----------------|

**3.684**   **Nonpriority creditor's name and mailing address**

MICHAEL W. DELMEGE
1418 BUCKINGHAM
GROSSE POINTE PARK, MI 48230

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$667.16

---

**3.685**   **Nonpriority creditor's name and mailing address**

MICHELE MOSER
1010 99TH AVE SE
LAKE STEVENS, WA 98258

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$55.00

---

**3.686**   **Nonpriority creditor's name and mailing address**

MICHELL BRADLEY LLC
PO BOX 844
WINDSOR LOCKS, CT 06096

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$28.47

---

**3.687**   **Nonpriority creditor's name and mailing address**

MICHIGAN DEPARTMENT OF TREASURY
OFFICE OF UNCLAIMED PROPERTY DIVISION
TERRY STANTON, UNCLAIMED PROPERTY MGR
7285 PARSONS DRIVE
DIMONDALE, MI 48821

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.688**   **Nonpriority creditor's name and mailing address**

MICHIGAN STATE DISBUREMENT
PO BOX 30350
LANSING, MI 48909-7850

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$835.19

| Debtor | ExpressJet Airlines LLC | | Case number (if known) | 22-10787 |
|---|---|---|---|---|
| | (Name) | | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.689 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $795.07 |
|---|---|---|---|

**3.689**

**Nonpriority creditor's name and mailing address**

MIHAI VLADU
NR 23 RM VALCEA IVD VALCEA
RM VALCEA  24003
ROMANIA

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☑ No
☐ Yes

$795.07

---

**3.690**

**Nonpriority creditor's name and mailing address**

MILLER, ERIC D
3536 W BELMONT AVE
STOREFRONT
CHICAGO, IL  60618

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☑ No
☐ Yes

$58.50

---

**3.691**

**Nonpriority creditor's name and mailing address**

MILLSTONE FAMILY RESTAURANT
1520 N LACROSSE ST
RAPID CITY, SD  57701

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☑ No
☐ Yes

$23.27

---

**3.692**

**Nonpriority creditor's name and mailing address**

MILLY V VO
VA

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☑ No
☐ Yes

$204.57

---

**3.693**

**Nonpriority creditor's name and mailing address**

MILTON, LEON
2336 PORTLAND DR.
MARYVILLE, TN  37803

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☑ No
☐ Yes

$75.00

| Debtor | ExpressJet Airlines LLC | | Case number (if known) | 22-10787 |
|---|---|---|---|---|
| | (Name) | | | |

| **Part 2:** | Additional Page | | | |
|---|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.694 | **Nonpriority creditor's name and mailing address**<br><br>MINNESOTA DEPARTMENT OF COMMERCE<br>UNCLAIMED PROPERTY UNIT<br>JAQUELINE OLSON, UNCLAIMED PROPERTY<br>85 7TH PLACE EAST  SUITE 280<br>ST. PAUL, MN  55101<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED |

| 3.695 | **Nonpriority creditor's name and mailing address**<br><br>MIQUEL DOS SANTOS<br>17 ALICE ROAD<br>KENSINGTON, NY  14215<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $50.00 |

| 3.696 | **Nonpriority creditor's name and mailing address**<br><br>MISLAV CORIC<br>2 BUTTERNUT DR<br>NORWICH, CT  06360<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $80.00 |

| 3.697 | **Nonpriority creditor's name and mailing address**<br><br>MN CHILD SUPPORT PAYMENT CTR<br>P.O. BOX 64306<br>SAINT PAUL, MN  55164-0306<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $317.00 |

| 3.698 | **Nonpriority creditor's name and mailing address**<br><br>MODERN HIRE<br>3201 ENTERPRISE PARKWAY, STE 460<br>CLEVELAND, OH  44122<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $25,000.00 |

| Debtor | ExpressJet Airlines LLC | Case number (if known) | 22-10787 |
| --- | --- | --- | --- |
| | (Name) | | |

| **Part 2:** | Additional Page | |
| --- | --- | --- |

| | | Amount of claim |
| --- | --- | --- |

**3.699** | **Nonpriority creditor's name and mailing address**

MONIQUE WALKER
4 KRINKHOUT AVE
WELTEVREDEN PARK  1715
SOUTH AFRICA

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$600.00

---

**3.700** | **Nonpriority creditor's name and mailing address**

MONSTER WORLDWIDE
P.O. BOX 90364
CHICAGO, IL  60696-0364

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,500.00

---

**3.701** | **Nonpriority creditor's name and mailing address**

MONTANA DEPARTMENT OF REVENUE
UNCLAIMED PROPERTY DIVISION
JASON LAY, UNCLAIMED PROPERTY MANAGER
P.O. BOX 5805
HELENA, MT  59604-5805

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.702** | **Nonpriority creditor's name and mailing address**

MONTANA DEPT OF REVENUE
P.O. BOX 6309
HELENA, MT  59604-6309

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$423.94

---

**3.703** | **Nonpriority creditor's name and mailing address**

MOORE, RICHARD B
500 OVERLAND TRL
KNOXVILLE, TN  37919

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$75.00

---

| Debtor | ExpressJet Airlines LLC | Case number (if known) | 22-10787 |
| --- | --- | --- | --- |
| | (Name) | | |

| **Part 2:** | Additional Page | |
| --- | --- | --- |

| | | Amount of claim |
| --- | --- | --- |

| 3.704 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $471.23 |
| | MORGAN AND POTTINGER PSC | *Check all that apply.* | |
| | 600 W WASHINGTON STREET | ☐ Contingent | |
| | LOUISVILLE, KY  40202 | ☐ Unliquidated | |
| | | ☒ Disputed | |
| | **Date or dates debt was incurred** | | |
| | VARIOUS | **Basis for the claim:** | |
| | | UNCLAIMED PROPERTIES | |
| | **Last 4 digits of account number:** | | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.705 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $39.50 |
| | MORSIE, KEVIN M | *Check all that apply.* | |
| | 4076 KELLER HANNA DR | ☐ Contingent | |
| | BRUNSWICK, OH  44212 | ☐ Unliquidated | |
| | | ☒ Disputed | |
| | **Date or dates debt was incurred** | | |
| | VARIOUS | **Basis for the claim:** | |
| | | UNCLAIMED PROPERTIES | |
| | **Last 4 digits of account number:** | | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.706 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $152.00 |
| | MR. H. CONTRACTOR | *Check all that apply.* | |
| | K-1 CUSROW BANG | ☐ Contingent | |
| | S B ROAD | ☐ Unliquidated | |
| | MUMBAI  400 001 | ☒ Disputed | |
| | INDIA | | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | VARIOUS | UNCLAIMED PROPERTIES | |
| | | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number:** | ☒ No | |
| | | ☐ Yes | |

| 3.707 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $204.00 |
| | MRS. ROSE MADU | *Check all that apply.* | |
| | 2 GONDER STREET | ☐ Contingent | |
| | WUSE ZONE 1 | ☐ Unliquidated | |
| | ABUJA  00234 | ☒ Disputed | |
| | NIGERIA | | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | VARIOUS | UNCLAIMED PROPERTIES | |
| | | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number:** | ☒ No | |
| | | ☐ Yes | |

| 3.708 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $330.00 |
| | MUHAMMET EFE | *Check all that apply.* | |
| | SMBL EFND MAH | ☐ Contingent | |
| | CAMBAZIYE SOKBIRLIKAP | ☐ Unliquidated | |
| | 7 EYLL MAHINE CAD ZMRT EVL CBLOK | ☒ Disputed | |
| | ISTANBUL | | |
| | TURKEY | **Basis for the claim:** | |
| | **Date or dates debt was incurred** | UNCLAIMED PROPERTIES | |
| | VARIOUS | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | **Last 4 digits of account number:** | ☐ Yes | |

| Debtor | ExpressJet Airlines LLC | Case number (if known) | 22-10787 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.709 | **Nonpriority creditor's name and mailing address**<br><br>MURALIDHARAN BALASUSRAMANYAM<br>48 5TH CROSS 1ST MAIN<br>VIDYAPEETA RD., BANASKANKARI<br>III STAGE, III PHASE<br>BANGALORE  560085<br>INDIA<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $364.86 |
| 3.710 | **Nonpriority creditor's name and mailing address**<br><br>MURALIKRISHNA PALLEKONA<br>332/9 3RD C CROSS B CHANNASANDRA<br>PAPAIAH LAYOUT<br>BANGALORE KA 560043, UT  84790<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $204.00 |
| 3.711 | **Nonpriority creditor's name and mailing address**<br><br>NADIA H HOPWOOD<br>IL<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $609.84 |
| 3.712 | **Nonpriority creditor's name and mailing address**<br><br>NAOKI KATO<br>2840 MAGNOLIA STREET<br>ORANGEBURG, SC  29115<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $45.46 |
| 3.713 | **Nonpriority creditor's name and mailing address**<br><br>NASSAU INTERNATIONAL AIRPORT<br>AIRPORT AUTHORITY<br>PO BOX AP59222<br>NASSAU, NP<br>THE BAHAMAS<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,550.28 |

| Debtor | ExpressJet Airlines LLC | Case number (if known) | 22-10787 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.714** **Nonpriority creditor's name and mailing address**

NATALIA GRASSIS
CALLE TEODORO GARCIA 2376
3RD FLOOR #6 CIUDAD AUTONOMA
BUENOS AIRES  01426
ARGENTINA

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$100.00

---

**3.715** **Nonpriority creditor's name and mailing address**

NATHANIAL FOSTER, ET AL
C/O ALBERT G. STOLL, JR.
A LAW CORPORATION
235 MONTGOMERY ST, STE 1220
SAN FRANCISCO, CA  94104

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.716** **Nonpriority creditor's name and mailing address**

NAV CANADA
77 METCALFE ST
OTTAWA, ON  K1P 5L6
CANADA

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$8,347.67

---

**3.717** **Nonpriority creditor's name and mailing address**

NEBRASKA OFFICE OF THE STATE TREASURER
UNCLAIMED PROPERTY DIVISION
MS. MEAGHAN AGUIRRE, DIRECTOR
809 P STREET
LINCOLN, NE  68509

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.718** **Nonpriority creditor's name and mailing address**

NEIL S JORDAAN
MD

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$25.40

| Debtor | ExpressJet Airlines LLC | Case number (if known) | 22-10787 |
| --- | --- | --- | --- |
| | (Name) | | |

| **Part 2:** | Additional Page | |
| --- | --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

**3.719** **Nonpriority creditor's name and mailing address**

NEIL S. JORDAAN
4209 EASTVIEW ROAD
BALTIMORE, MD  21218

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,321.89

---

**3.720** **Nonpriority creditor's name and mailing address**

NELLY PEREIRA
1586 ABORWOOD CIR
ROMEOVILLE, IL  60446-5022

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$150.00

---

**3.721** **Nonpriority creditor's name and mailing address**

NEW JERSEY DEPARTMENT OF TREASURY
UNCLAIMED PROPERTY ADMINISTRATION
STEVEN HARRIS, UNCLAIMED PROPERTY ADMIN
50 WEST STATE STREET  6TH FLOOR
TRENTON, NJ  08625-1213

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.722** **Nonpriority creditor's name and mailing address**

NEW JERSEY FAMILY SUPPORT
PO BOX 4880
TRENTON, NJ  08650

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$267.53

---

**3.723** **Nonpriority creditor's name and mailing address**

NEW SOUTH PARKING
P O BOX 60751
HOUSTON, TX  77205

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,800.00

| Debtor | ExpressJet Airlines LLC | Case number (if known) | 22-10787 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page | | Amount of claim |
|---|---|---|---|

**3.724**

**Nonpriority creditor's name and mailing address**

NEWPORT GROUP
PO BOX 402075 DEPT CH 19699
PALATINE, IL  60055-9699

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$4,355.42

---

**3.725**

**Nonpriority creditor's name and mailing address**

NIAMH QUINLAN
135 CIAMALTHA MEADOWS
NENAGH, CO. TIPPERARY  E45 V348
IRELAND

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☑ No
☐ Yes

$97.57

---

**3.726**

**Nonpriority creditor's name and mailing address**

NICHOLAS FIEBKE
3782 GULFWWOD DR
COMMERCE, MI  48382

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☑ No
☐ Yes

$150.00

---

**3.727**

**Nonpriority creditor's name and mailing address**

NICHOLAS G SGALITZER
WA

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☑ No
☐ Yes

$60.44

---

**3.728**

**Nonpriority creditor's name and mailing address**

NICHOLAS S FRANK
SC

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☑ No
☐ Yes

$186.23

---

| Debtor | ExpressJet Airlines LLC | Case number (if known) | 22-10787 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.729**

**Nonpriority creditor's name and mailing address**

NIIT TECHNOLOGIES INC.
1050 CROWN POINTE PKWY, STE 1000
ATLANTA, GA  30338

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,465.13

---

**3.730**

**Nonpriority creditor's name and mailing address**

NOAH BLUMENTHAL
504 RUGBY RD
CHARLOTTESVILLE, VA  22903

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$473.37

---

**3.731**

**Nonpriority creditor's name and mailing address**

NOAH BLUMENTHAL
504 RUGBY ROAD
CHARLOTTESVILLE, VA  22903

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$62.99

---

**3.732**

**Nonpriority creditor's name and mailing address**

NORANGELY HERNANDEZ
4471 TIMBER GLENN DRIVE
APT 9
BATAVIA, OH  45103

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$67.91

---

**3.733**

**Nonpriority creditor's name and mailing address**

NORTH DAKOTA DEPARTMENT OF TRUST LANDS
UNCLAIMED PROPERTY PROGRAM
SUSAN DOLLINGER UNCLAIMED PROPERTY ADMIN
1707 N. 9TH STREET
BISMARCK, ND  58501

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

| Debtor | ExpressJet Airlines LLC | Case number (if known) | 22-10787 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

---

| 3.734 | **Nonpriority creditor's name and mailing address**<br><br>NORTHCOTT COMPANY<br>AMERICINN HOTEL & SUITES BLOOMINGTON W.<br>4201 AMERICAN BLVD W<br>MINNEAPOLIS, MN  55437<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $615.89 |
|---|---|---|

| 3.735 | **Nonpriority creditor's name and mailing address**<br><br>NORTHERN AIR, INC<br>5500 44TH ST. S.E. #403<br>GRAND RAPIDS, MI  49512<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $545.26 |
|---|---|---|

| 3.736 | **Nonpriority creditor's name and mailing address**<br><br>NY STATE HIGHER EDUCATION SERVICES CORP<br>99 WASHINGTON AVE<br>ALBANY, NY  12206<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $59.44 |
|---|---|---|

| 3.737 | **Nonpriority creditor's name and mailing address**<br><br>OCCUPATIONAL HEALTH CENTERS OF NEW JERSEY, P.A.<br>PO BOX 8750<br>ELKRIDGE, MD  21075<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $146.50 |
|---|---|---|

| 3.738 | **Nonpriority creditor's name and mailing address**<br><br>OCCUPATIONAL HEALTH CENTERS OF THE SOUTHWEST PA<br>PO BOX 75410<br>OKLAHOMA CITY, OK  73147-0410<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $41.00 |
|---|---|---|

| Debtor | ExpressJet Airlines LLC | Case number (if known) | 22-10787 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.739**

**Nonpriority creditor's name and mailing address**

OCCUPATIONAL HEALTH CENTERS OF THE SOUTHWEST PA
PO BOX 9005
ADDISON, TX  75001-9005

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$252.00

---

**3.740**

**Nonpriority creditor's name and mailing address**

OETERS, STEVEN W
3640 S FULTON AVE UNIT 1434
ATLANTA, GA  30354

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$620.55

---

**3.741**

**Nonpriority creditor's name and mailing address**

OFFICE OF THE MAINE STATE TREASURER
UNCLAIMED PROPERTY
LAURA HUDSON, DIR OF INTERNAL OPERATIONS
111 SEWALL ST 3RD FL 39 ST HOUSE STATION
AUGUSTA, ME  04333-0039

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.742**

**Nonpriority creditor's name and mailing address**

OHIO CHILD SUPPORT PAYMENT CENTRAL
PO BOX 182394
COLUMBUS, OH  43218

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$875.46

---

**3.743**

**Nonpriority creditor's name and mailing address**

OHIO DEPARTMENT OF COMMERCE
DIVISION OF UNCLAIMED FUNDS
MR. GEORGE GLADDEN, COMPLIANCE MANAGER
77 SOUTH HIGH STREET  20TH FLOOR
COLUMBUS, OH  43215-6108

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

| Debtor | ExpressJet Airlines LLC | Case number (if known) | 22-10787 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.744 | **Nonpriority creditor's name and mailing address**<br><br>OHIO, STATE OF<br>LICENSING SEC DIV OF LIQUOR CONTROL<br>6606 TUSSING RD, PO BOX 4005<br>REYNOLDSBURG, OH 43068-9005<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $500.00 |

| 3.745 | **Nonpriority creditor's name and mailing address**<br><br>OHIO, STATE OF<br>SECRETARY OF STATE<br>UCC DIVISION 16TH FL<br>180 E BROAD ST<br>COLUMBUS, OH 43215<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $12.00 |

| 3.746 | **Nonpriority creditor's name and mailing address**<br><br>OLAF WERK<br>LINDENPLATZ 1A<br>HAMBURG 20099<br>GERMANY<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $73.51 |

| 3.747 | **Nonpriority creditor's name and mailing address**<br><br>OLEG KHILCHENKO<br>2226 BARGER COURT<br>WHEATON, IL 60189<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $168.95 |

| 3.748 | **Nonpriority creditor's name and mailing address**<br><br>OLGA FILATOVA<br>1530 COBBLESTONE DR<br>BOWLING GREEN, OH 43402<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $636.00 |

| Debtor | ExpressJet Airlines LLC | Case number (if known) | 22-10787 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.749 | **Nonpriority creditor's name and mailing address**<br><br>OLLIE POWE<br>1149 E 152ND STREET<br>DOLTON, IL  60419<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $50.00 |
|---|---|---|---|
| 3.750 | **Nonpriority creditor's name and mailing address**<br><br>OLUMIDE ALONGE<br>3 ALONGE OGUNMOYERO CLOSE<br>RIVER VALLEY ESTATE<br>OJODU BERGER<br>LAGOS  00000<br>NIGERIA<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $56.66 |
| 3.751 | **Nonpriority creditor's name and mailing address**<br><br>OLUWASEUN JONATHAN<br>1319 16TH STREET<br>AMES, IA  50010<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $56.71 |
| 3.752 | **Nonpriority creditor's name and mailing address**<br><br>OMAHA SLEEP INN<br>2525 ABBOT DRIVE<br>OMAHA, NE  68110<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $519.92 |
| 3.753 | **Nonpriority creditor's name and mailing address**<br><br>ONE TIME<br>444 S RIVER ROAD<br>ST GEORGE, UT  84790<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,446.32 |

Debtor  ExpressJet Airlines LLC

(Name)

Case number (if known)  22-10787

| Part 2: | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.754** Nonpriority creditor's name and mailing address

ONEIL CRUMBIE
239 QUEEN MARY DRIVE
BRAMPTON, ON  L7A 3L3
CANADA

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$120.00

---

**3.755** Nonpriority creditor's name and mailing address

ONTARIO INTERNATIONAL AIRPORT AUTHORITY
1923 E AVION ST
ONTARIO, CA  91761

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RENT/OTHER CHARGES PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$21,582.14

---

**3.756** Nonpriority creditor's name and mailing address

ONTARIO INTERNATIONAL AIRPORT TERMINAL &
EQUIPMENT COMPANY LLC
2900 E AIRPORT DR SUITE 2408
ONTARIO, CA  91761

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$8,677.29

---

**3.757** Nonpriority creditor's name and mailing address

OR LANKRY
MOSHAV DEVORA 36
DEVORA SE  19206
ISRAEL

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$142.05

---

**3.758** Nonpriority creditor's name and mailing address

ORACLE AMERICA INC.
BANK OF AMERICA LOCKBOX SERVICES
15612 COLLECTIONS CENTER DR
CHICAGO, IL  60693

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$23,234.16

| Debtor | ExpressJet Airlines LLC | Case number (if known) | 22-10787 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.759** | **Nonpriority creditor's name and mailing address**
ORLANDO ROGELIO ELIZONDO REYES
CHICHIMECA ST. #320
COL. AZTECA
GUADALUPE, NLE 67150
MEXICO

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$479.75

---

**3.760** | **Nonpriority creditor's name and mailing address**
ORPHEO PARIS
CREDE OORD 37
DENHAAG 2544TR
THE NETHERLANDS

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$125.00

---

**3.761** | **Nonpriority creditor's name and mailing address**
ORZO, JOEY W
1040 F TAMARACK CIRCLE
FLORENCE, KY 41042

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$105.00

---

**3.762** | **Nonpriority creditor's name and mailing address**
OSVALDO BALCINI
6500 SHERLOCK WAY
LOUISVILLE, KY 40228

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$150.00

---

**3.763** | **Nonpriority creditor's name and mailing address**
PAGE AEROSPACE INC.
22121 17TH AVE SE STE 110
BOTHELL, WA 98021-7404

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$150.00

| Debtor | ExpressJet Airlines LLC | Case number (if known) | 22-10787 |
| --- | --- | --- | --- |
| | (Name) | | |

| **Part 2:** | Additional Page | | |
| --- | --- | --- | --- |

| | | | Amount of claim |
| --- | --- | --- | --- |

**3.764**

**Nonpriority creditor's name and mailing address**

PANDA EXPRESS 1248
100 HARBORSIDE DR
TERMINAL A LEVEL 2 SPACE #29-A
E BOSTON, MA  02128

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$49.00

---

**3.765**

**Nonpriority creditor's name and mailing address**

PANDA EXPRESS INC
1 PARK AVE
WILMINTON, MA  01887

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$165.42

---

**3.766**

**Nonpriority creditor's name and mailing address**

PANKAJ CHANDRA
MINDTREE GLOBAL VILLAGE RVCE POST
BANGALORE  560059
INDIA

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$344.95

---

**3.767**

**Nonpriority creditor's name and mailing address**

PARADIES METRO VENTURES INC
BISHOP INTERNATIONAL AIRPORT
FLINT, MI  48507

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$10.95

---

**3.768**

**Nonpriority creditor's name and mailing address**

PARADIES METRO VENTURES INC
BISHOP INTERNATIONAL AIRPORT
G-3425 W BRISTOL RD
FLINT, MI  48507

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$174.48

| Debtor | ExpressJet Airlines LLC | Case number (if known) | 22-10787 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.769** **Nonpriority creditor's name and mailing address**

PARKER BOND
893 S 1675 W
OREM, UT 84058

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$61.20

---

**3.770** **Nonpriority creditor's name and mailing address**

PARKER HANNIFIN CORP
7969 COLLECTION CENTER DR
CHICAGO, IL 60693

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$41,027.57

---

**3.771** **Nonpriority creditor's name and mailing address**

PASCALE BARANEK
18 RUE COLONEL DUMONT
GRENOBLE 38000
FRANCE

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$20.51

---

**3.772** **Nonpriority creditor's name and mailing address**

PATRICIA GORDON
9588 ARDMORE DR
NORTH SAANICH, BC V8L 5H3
CANADA

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$50.00

---

**3.773** **Nonpriority creditor's name and mailing address**

PATRICK MCDONALD
4250 LINDEN AVE
CINCINNATI, OH 45236

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$38.00

---

| Debtor | ExpressJet Airlines LLC | | Case number (if known) | 22-10787 |
|---|---|---|---|---|
| | (Name) | | | |

| **Part 2:** | Additional Page |
|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.774 | **Nonpriority creditor's name and mailing address**<br><br>PATTERSONS JANITORIAL SERVICE<br>PO BOX 8103<br>MYRTLE BEACH, SC 29577<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $500.00 |
|---|---|---|---|

| 3.775 | **Nonpriority creditor's name and mailing address**<br><br>PAUL D VILLAFRANCA<br>SC<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $443.52 |
|---|---|---|---|

| 3.776 | **Nonpriority creditor's name and mailing address**<br><br>PAUL W ALLEN<br>SC<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $220.56 |
|---|---|---|---|

| 3.777 | **Nonpriority creditor's name and mailing address**<br><br>PAULA DELANEY<br>444 SOUTH RIVER ROAD<br>ST GEORGE, UT 84790<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $125.00 |
|---|---|---|---|

| 3.778 | **Nonpriority creditor's name and mailing address**<br><br>PAULINE BEAUPRE<br>1568 GREENBRIAR DR<br>OAKVILLE, ON L6M 1Y5<br>CANADA<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $141.42 |
|---|---|---|---|

| Debtor | ExpressJet Airlines LLC | Case number (if known) | 22-10787 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.779** **Nonpriority creditor's name and mailing address**

PEEDIN, ANDREW N
204 CONIFER CIR
LEXINGTON, SC  29073

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☑ No
☐ Yes

$848.00

---

**3.780** **Nonpriority creditor's name and mailing address**

PENNY G TAVARES
MN

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☑ No
☐ Yes

$215.38

---

**3.781** **Nonpriority creditor's name and mailing address**

PERFORMANT RECOVERY, INC
PO BOX 9063
PLEASANTON, CA  94566

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☑ No
☐ Yes

$166.77

---

**3.782** **Nonpriority creditor's name and mailing address**

PETER BOULOS
GENERAAL SPOORLAAN 30
VOORSCHOTEN  2252TB
THE NETHERLANDS

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☑ No
☐ Yes

$98.96

---

**3.783** **Nonpriority creditor's name and mailing address**

PETER J MORAN
UT

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☑ No
☐ Yes

$77.77

---

| Debtor | ExpressJet Airlines LLC | Case number (if known) | 22-10787 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

|  | | Amount of claim |
|---|---|---|

| 3.784 | **Nonpriority creditor's name and mailing address**<br><br>PHANPHATSORN TANAAKKARASET<br>SEAMIST 2701 PACIFIC AVE<br>VIRGINA BEACH, VA 23451<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $802.00 |
|---|---|---|
| 3.785 | **Nonpriority creditor's name and mailing address**<br><br>PHILIPPE AGUSTIN<br>70 GREEN STREET APT 507<br>JERSEY CITY, NJ 07302<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $150.00 |
| 3.786 | **Nonpriority creditor's name and mailing address**<br><br>PHILIPPE THEODON<br>7 STONEBRIDGE #735<br>LITTLE ROCK, AR 72223<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $379.00 |
| 3.787 | **Nonpriority creditor's name and mailing address**<br><br>PHILLIPP MISFELDER<br>HERZOGSWALL 18<br>RECKLINGHAUSEN 45657<br>GERMANY<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $509.00 |
| 3.788 | **Nonpriority creditor's name and mailing address**<br><br>PI MANUFACTURING CORP<br>20732 CURRIER RD<br>WALNUT, CA 91789<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $92.32 |

| Debtor | ExpressJet Airlines LLC | Case number (if known) | 22-10787 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.789 | **Nonpriority creditor's name and mailing address** | | $42.00 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

PIERRE FARGE
6 RUE DE ROME
MONTEVRAIN  77144
FRANCE

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim** $42.00

---

3.790   **Nonpriority creditor's name and mailing address**

PILLARI, ADAM R
101 LOCKSLEY DR
STREAMWOOD, IL  60107

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim** $213.40

---

3.791   **Nonpriority creditor's name and mailing address**

PITNEY BOWES CREDIT CORP
PO BOX 371887
PITTSBURGH, PA  15250-7887

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim** $1,206.74

---

3.792   **Nonpriority creditor's name and mailing address**

PIYUSH MITTAL
2235 GLOUCESTON LANE
NAPIERVILLE, IL  60564

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim** $49.00

---

3.793   **Nonpriority creditor's name and mailing address**

POLINA PANCHENKO
ADMIRAL NAKHIMOR STREET
I AP 6
ASTRAKHAN  414018
RUSSIA

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim** $80.71

| Debtor | ExpressJet Airlines LLC | Case number (if known) | 22-10787 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.794 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $27.34 |

**Nonpriority creditor's name and mailing address**

POLK COUNTY SHERIFF
2309 EUCLID AVENUE
DES MOINES, IA  50310

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$27.34

---

3.795 **Nonpriority creditor's name and mailing address**

POLLARD, STEPHEN
312 73 RD ST
NORTH BERGEN, NJ  07047

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$74.99

---

3.796 **Nonpriority creditor's name and mailing address**

PORT OF PASCO
DIANNA WAKEFIELD TRI-CITIES AIRPORT
ADMINISTRATION OFFICE
3601 N 20TH AVENUE
PASCO, WA  99301

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RENT/OTHER CHARGES PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$18,461.56

---

3.797 **Nonpriority creditor's name and mailing address**

PORTLAND MAINE, CITY OF
DEPT OF TRANSPORTATION
JETPORT AND SEAPORT
1001 WESTBROOK ST
PORTLAND, ME  04102

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$10,623.16

---

3.798 **Nonpriority creditor's name and mailing address**

POUL MATHIASEN
1326 LOWER WATER STREET #621
HALIFAX, NS  B3J 3R3
CANADA

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$113.95

| Debtor | ExpressJet Airlines LLC | Case number (if known) | 22-10787 |
| --- | --- | --- | --- |
| | (Name) | | |

| **Part 2:** | Additional Page | | |
| --- | --- | --- | --- |

| | | Amount of claim |
| --- | --- | --- |

---

**3.799** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $65.00

PRASHANT SREENIVASAN
NATALYS BOKHANTSEVA
1968 HILLMONT AVE
SAN JOSE, CA  95127

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.800** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $119.48

PRC DESOTO INTERNATIONAL INC
BOX 534985
ATLANTA, GA  30353-4985

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.801** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $424.66

PRESLEY D BARLEY
VA

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.802** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $880.65

PRIOR AVIATION SERVICE INC
BUFFALO NIAGARA INTL AIRPORT
50 N AIRPORT DR
BUFFALO, NY  14225-1490

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.803** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $71.95

PROMOTESOURCE
800 VILLAGE SQUARE CROSSING STE 325
PALM BEACH GARDENS, FL  33410

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | ExpressJet Airlines LLC | Case number (if known) | 22-10787 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

**3.804**

**Nonpriority creditor's name and mailing address**

PROTECTION ONE ALARM MONITORING, INC.
ADT COMMERCIAL
PO BOX 219044
KANSAS CITY, MO  64121-9044

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$78.00

---

**3.805**

**Nonpriority creditor's name and mailing address**

Q&D CONSTRUCTION LLC
PO BOX 10865
RENO, NV  89510

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,375.00

---

**3.806**

**Nonpriority creditor's name and mailing address**

QUALITY INN SUITES ROMULUS MI
9555 MIDDELBELT ROAD
ROMULUS, MI  48174

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$818.90

---

**3.807**

**Nonpriority creditor's name and mailing address**

QUEST DIAGNOSTICS CLINICAL LABORATORIES INC
PO BOX 740709
ATLANTA, GA  30374-0709

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,175.75

---

**3.808**

**Nonpriority creditor's name and mailing address**

QUINCY W DEA
IA

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$118.33

| Debtor | ExpressJet Airlines LLC | Case number (if known) | 22-10787 |
| --- | --- | --- | --- |
| | (Name) | | |

| **Part 2:** | Additional Page | |
| --- | --- | --- |

| | | Amount of claim |
| --- | --- | --- |

**3.809**

**Nonpriority creditor's name and mailing address**

RACHEL JONES
5924 DAYBREAK TERRACE
BALTIMORE, MD  21206

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$182.82

---

**3.810**

**Nonpriority creditor's name and mailing address**

RACHEL KABUSS
1701 EDISON DRIVE
CICINNATI, OH  45150

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$100.43

---

**3.811**

**Nonpriority creditor's name and mailing address**

RAFAEL MALDANER
RUA 15 M 546 CASA 02 BAIRRO OPERERIO
AQUA BOA MAEO GROSSO
AGUA BOA, MT  00783--000
BRAZIL

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$80.00

---

**3.812**

**Nonpriority creditor's name and mailing address**

RAJAT GOGIA
C/O SIEMENS INDUSTRY SOFTWARE
INDIA PVT LTD
PUNE  411057
INDIA

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$437.00

---

**3.813**

**Nonpriority creditor's name and mailing address**

RAJESWARI JAYAKUMAR
C57 FOURTH CROSS
THILLAI NAGAR
TRICHY  TN  620018
INDIA

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$69.95

| Debtor | ExpressJet Airlines LLC | Case number (if known) | 22-10787 |
|---|---|---|---|

(Name)

| **Part 2:** | Additional Page |
|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.814 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $157.00 |
|---|---|---|---|

RAMAN DHAMIJA
APT 112, BLOCK B, DURRAR COMPLEX
KUWAIT  00000
KUWAIT

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.815 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $168.38 |
|---|---|---|---|

RANDY S LEE
TN

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.816 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $125.00 |
|---|---|---|---|

RAUL DE SOUZA NETO
IBM LATIN AMERICA HEADQUARTERS
CENTRO EMPRESARIAL NACOES UNIDASTORRE OE
AV NACOES UNIDAS, 12901-20 ANDAR
SAO PAULO, SP  04578-910
BRAZIL

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number:**

---

| 3.817 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $329.16 |
|---|---|---|---|

RAUL ZAMORA
INGENIO ZACATEPEC NO 9
COL HACIENDA COAPA
CDMX  14330
MEXICO

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.818 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $8,197.20 |
|---|---|---|---|

RCA AVIONICS LLC
2710 E OLD TOWER RD
PHOENIX, AZ  85034

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | ExpressJet Airlines LLC | Case number (if known) | 22-10787 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.819**    **Nonpriority creditor's name and mailing address**

REAN Z. FISHER
900 COURTYARD DR. APT .M7
MYRTLE BEACH, SC  29577

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☑ No
☐ Yes

$40.13

---

**3.820**    **Nonpriority creditor's name and mailing address**

REBECCA LINDLAND
188 BIBLE STREET
COS COB, CT  06807

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☑ No
☐ Yes

$150.00

---

**3.821**    **Nonpriority creditor's name and mailing address**

RED OXYGEN
350 RHODE ISLAND ST
SOUTH BUILDING STE 240
SAN FRANCISCO, CA  94103

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,389.72

---

**3.822**    **Nonpriority creditor's name and mailing address**

REGINALD KING
25825 SCIENCE PARK DR.
SUITE 400
BEACHWOOD, OH  44122

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☑ No
☐ Yes

$374.00

---

**3.823**    **Nonpriority creditor's name and mailing address**

REGIONAL MECHANICAL SERVICES
702 WINTER PINES CT
SPRING, TX  77373

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,494.93

| Debtor | ExpressJet Airlines LLC | Case number (if known) | 22-10787 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.824 | **Nonpriority creditor's name and mailing address**<br><br>REGIONAL ONE INC<br>CL 600085 PO BOX 24620<br>WEST PALM BEACH, FL 33416<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $148,500.00 |

| 3.825 | **Nonpriority creditor's name and mailing address**<br><br>REIKO MORI<br>SAKURAGAOKA<br>NAGOYA CHIKUSA 464-0025<br>JAPAN<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $23.19 |

| 3.826 | **Nonpriority creditor's name and mailing address**<br><br>REJINI KRISHNAN<br>16 RUE DE LASSOMPTION<br>PARIS 75016<br>FRANCE<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $201.72 |

| 3.827 | **Nonpriority creditor's name and mailing address**<br><br>RENAISA ANTHONY<br>6440 CEDAR PLAZA #302<br>OMAHA, NE 68106<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $160.00 |

| 3.828 | **Nonpriority creditor's name and mailing address**<br><br>RENO-TAHOE AIRPORT AUTHORITY<br>PO BOX 12490<br>RENO, NV 89510<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>RENT/OTHER CHARGES PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $53,910.10 |

| Debtor | ExpressJet Airlines LLC | Case number (if known) | 22-10787 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

**3.829**

**Nonpriority creditor's name and mailing address**

REUBEN JOHNSON
712 NORTH MAIN STREET STE 203
BLACKSBURG, VA  24060

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$64.27

---

**3.830**

**Nonpriority creditor's name and mailing address**

REYNOLDS, ROGER S
890 CHISHOLM TRAIL
MACON, GA  31220

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$75.70

---

**3.831**

**Nonpriority creditor's name and mailing address**

RHITA BOUAYAD
RCE HAMZA AVE
MLY KAMEL APT 14
FES  30000
MOROCCO

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$640.00

---

**3.832**

**Nonpriority creditor's name and mailing address**

RHODE ISLAND OFFICE OF GENERAL TREASURER
UNCLAIMED PROPERTY DIVISION
CAROL AGUASVIVAS, UNCLAIMED PROPERTY DIR
50 SERVICE AVENUE
WARWICK, RI  02886

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.833**

**Nonpriority creditor's name and mailing address**

RHODE ISLAND STATE OF
DIVISION OF TAXATION
ONE CAPITOL HILL
SUITE 9
PROVIDENCE, RI  02908-5811

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$25.00

---

| Debtor | ExpressJet Airlines LLC | Case number (if known) | 22-10787 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.834**   **Nonpriority creditor's name and mailing address**

RHODE ISLAND STATE OF
GENERAL TREASURER
1511 PONTIAC AVE
CRANSTON, RI  02920

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$50.00

---

**3.835**   **Nonpriority creditor's name and mailing address**

RHODE ISLAND STATE OF
LIQUOR CONTROL ADMINISTRATION
JOHN O PASTORE CTR., BLDG 69-1
1511 PONTIAC AVENUE
CRANSTON, RI  02920

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$50.00

---

**3.836**   **Nonpriority creditor's name and mailing address**

RHONDA GRACE PARSON
8 MATTCO CRESCENT
CLARENVILLE, NL  A5A 4M3
CANADA

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$153.00

---

**3.837**   **Nonpriority creditor's name and mailing address**

RICARDO ENRIQUEZ
3 RUE DUPERRE
PARIS  75009
FRANCE

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$41.26

---

**3.838**   **Nonpriority creditor's name and mailing address**

RICARDO PAZMUNOZ
RIO ATOYAC 6127COLONIA SAN MANUEL
PUEBLA, PUE  72570
MEXICO

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$49.00

| Debtor | ExpressJet Airlines LLC | Case number (if known) | 22-10787 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.839** | **Nonpriority creditor's name and mailing address** | | $177.30

RICHARD C. GENABITH, OFFICER
P.O. BOX 317
BERKELEY HEIGHTS, NJ  07922

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.840** | **Nonpriority creditor's name and mailing address** | | $306.96

RICHARD ROGGE
1744 FOUR SEASONS DRIVE
HOWELL, MI  48843

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.841** | **Nonpriority creditor's name and mailing address** | | $179.00

RICHARD SRODA
321 SE ORCHARD DRIVE
UNIT 33
NORTH BEND, WA  98045

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.842** | **Nonpriority creditor's name and mailing address** | | $89.09

RICHMOND OXYGEN COMPANY
4009 RICHARDSON RD
ASHLAND, VA  23005

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.843** | **Nonpriority creditor's name and mailing address** | | $66.03

RICK BERNSKOETTER
TN

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | ExpressJet Airlines LLC | Case number (if known) | 22-10787 |
|---|---|---|---|

(Name)

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

**3.844** | **Nonpriority creditor's name and mailing address**

ROBERT DURRETT
7272 E 37TH ST N #704
WICHITA, KS  67226

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,027.50

---

**3.845** | **Nonpriority creditor's name and mailing address**

ROBERT E. LYONS
5903 RYANS BLUFF ROAD
N. CHARLESTON, SC  29418

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$559.29

---

**3.846** | **Nonpriority creditor's name and mailing address**

ROBERT J KUNSELMAN
MA

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$66.03

---

**3.847** | **Nonpriority creditor's name and mailing address**

ROBERT LUCENA
C/O MARK MCBRATNEY
505 GOFFLE ROAD
RIDGEWOOD, NJ  07450

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.848** | **Nonpriority creditor's name and mailing address**

ROBERT M. BILLS
3811 LORI DRIVE APT. 1
ERLANGER, KY  41018

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$442.72

| Debtor | ExpressJet Airlines LLC | Case number (if known) | 22-10787 |
|--------|------------------------|------------------------|----------|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | Amount of claim |
|---|---|---|

| 3.849 | **Nonpriority creditor's name and mailing address**<br><br>ROBERT MEE<br>6926 DUNCANS GLEN DRIVE<br>KNOXVILLE, TN  37919<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $143.08 |
| 3.850 | **Nonpriority creditor's name and mailing address**<br><br>ROBERT PESCADOR<br>1125 N MUSEUM BLVD<br>VENON HILLS, IL  60061<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $79.95 |
| 3.851 | **Nonpriority creditor's name and mailing address**<br><br>ROBERT THOMAS SKILES<br>OH<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $741.00 |
| 3.852 | **Nonpriority creditor's name and mailing address**<br><br>ROBERTO VARGAS<br>DIONISIO RODRIGUEZ 2541<br>COL. SAN ANDRES<br>GUADALAJARA, JAL  44810<br>MEXICO<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $1,495.23 |
| 3.853 | **Nonpriority creditor's name and mailing address**<br><br>ROBERTS, BREYONE<br>572 LAKEVIEW TERRACE<br>MABLETON, GA  30126<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $59.50 |

| Debtor | ExpressJet Airlines LLC | Case number (if known) | 22-10787 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.854 | **Nonpriority creditor's name and mailing address**<br><br>ROBIN BELL<br>469 TURNER DR<br>COPLEY, OH 44321<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $138.00 |
|---|---|---|---|
| 3.855 | **Nonpriority creditor's name and mailing address**<br><br>ROCKY RIVER MUNICIPAL COURT<br>21012 HILLIARD BLVD<br>ROCKY RIVER, OH 44116<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $314.05 |
| 3.856 | **Nonpriority creditor's name and mailing address**<br><br>ROGER J. DIXON<br>3404 BROOKSIDE RD<br>TOLEDO, OH 43606<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $723.65 |
| 3.857 | **Nonpriority creditor's name and mailing address**<br><br>ROGERS, ADRIENNE A<br>2150 TRAILWOOD ROAD<br>DECATUR, GA 30032<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $170.00 |
| 3.858 | **Nonpriority creditor's name and mailing address**<br><br>ROLAND MAY<br>ZUR BUENTE 21<br>CELLE 29227<br>GERMANY<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $150.00 |

| Debtor | ExpressJet Airlines LLC | Case number (if known) | 22-10787 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.859** | **Nonpriority creditor's name and mailing address**

ROLLS-ROYCE PLC
PO BOX 31 DERBY ENGLAND
DE24 8BJ
UNITED KINGDOM

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,836.10

---

**3.860** | **Nonpriority creditor's name and mailing address**

ROLON-BORRERO, FRANCHESKA M
123 JAKES LANE
NEWPORT NEWS, VA  23608

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$25.00

---

**3.861** | **Nonpriority creditor's name and mailing address**

RON ROSEN
310 HILL STREET
LANSING, MI  48912

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$140.00

---

**3.862** | **Nonpriority creditor's name and mailing address**

RONALD J BARSZCZ
IA

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$184.37

---

**3.863** | **Nonpriority creditor's name and mailing address**

RONALD MOORE
P.O. BOX 930
FENTON, MI  48430

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$250.00

| Debtor | ExpressJet Airlines LLC | Case number (if known) | 22-10787 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.864**    **Nonpriority creditor's name and mailing address**

ROOPASHREE MADAIAH
2001 SOUTHEAST BAYHILL DRIVE
APT. 11
BENTONVILLE, AR 72712

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$545.00

---

**3.865**    **Nonpriority creditor's name and mailing address**

ROQUIA MAHMOODI
7357 MALLORY CR
ALEXANDRIA, VA 22315

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$150.00

---

**3.866**    **Nonpriority creditor's name and mailing address**

RORY T WOHLGEMUTH
626 VAUXHALL STREET EXT
WATERFORD, CT 06382

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$140.00

---

**3.867**    **Nonpriority creditor's name and mailing address**

ROSHAUN T. WATSON
1323 WEST 42ND STREET
NORFOLK, VA 23508

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$218.51

---

**3.868**    **Nonpriority creditor's name and mailing address**

RUDIGER WERNER
BOTTELTER 5
SAARBURG 54439
GERMANY

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$37.00

---

| Debtor | ExpressJet Airlines LLC | Case number (if known) | 22-10787 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.869** | **Nonpriority creditor's name and mailing address**
RUNNING MAIDS LLC
1800 PHOENIX BLVD, STE 400-5
COLLEGE PARK, GA  30349

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$377.13

---

**3.870** | **Nonpriority creditor's name and mailing address**
RUSSELL A NIEMAN
WA

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☑ No
☐ Yes

$337.70

---

**3.871** | **Nonpriority creditor's name and mailing address**
RUTH VARGAS
9217 PARK WEST BLVD
SUITE 3
KNOXVILLE, TN  37919

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☑ No
☐ Yes

$42.00

---

**3.872** | **Nonpriority creditor's name and mailing address**
RYAN D BYRD
TN

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☑ No
☐ Yes

$162.73

---

**3.873** | **Nonpriority creditor's name and mailing address**
RYAN M. HAVENS
164 PINEWOOD DRIVE
PLYMOUTH, MI  48170

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☑ No
☐ Yes

$175.93

| Debtor | ExpressJet Airlines LLC | Case number (if known) | 22-10787 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | Amount of claim |
|---|---|---|

| 3.874 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $895.81 |
| | RYAN N. LAWRENCE | Check all that apply. | |
| | 583 SADDLEBROOK LANE | ☐ Contingent | |
| | FLORENCE, KY  41042 | ☐ Unliquidated | |
| | | ☒ Disputed | |
| | **Date or dates debt was incurred** | | |
| | VARIOUS | **Basis for the claim:** | |
| | | UNCLAIMED PROPERTIES | |
| | **Last 4 digits of account number:** | | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.875 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $80.00 |
| | RYAN NOE | Check all that apply. | |
| | 2338 46TH STREET COURT | ☐ Contingent | |
| | ROCK ISLAND, IL  61201 | ☐ Unliquidated | |
| | | ☒ Disputed | |
| | **Date or dates debt was incurred** | | |
| | VARIOUS | **Basis for the claim:** | |
| | | UNCLAIMED PROPERTIES | |
| | **Last 4 digits of account number:** | | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.876 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $21.78 |
| | SAAD ANSARI | Check all that apply. | |
| | A4-7-6 MILLENIUM TOWERS | ☐ Contingent | |
| | SECTOR 9 SANPADA | ☐ Unliquidated | |
| | NAVI MUMBAI  400 705 | ☒ Disputed | |
| | INDIA | | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | VARIOUS | UNCLAIMED PROPERTIES | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.877 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $50.00 |
| | SAAH H JOHNSON | Check all that apply. | |
| | RI | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☒ Disputed | |
| | VARIOUS | | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | UNCLAIMED PROPERTIES | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.878 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3,657.50 |
| | SABILITY LP | Check all that apply. | |
| | 12545 SILVER FOX CT | ☐ Contingent | |
| | ROSWELL, GA  30075 | ☐ Unliquidated | |
| | | ☒ Disputed | |
| | **Date or dates debt was incurred** | | |
| | VARIOUS | **Basis for the claim:** | |
| | | TRADE VENDOR | |
| | **Last 4 digits of account number:** | | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| Debtor | ExpressJet Airlines LLC | Case number (if known) | 22-10787 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.879 | **Nonpriority creditor's name and mailing address**<br><br>SABRINA ROLLE<br>BELLOT ROAD WEST<br>SB51565<br>NASSAU<br>THE BAHAMAS<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $600.00 |
|---|---|---|---|
| 3.880 | **Nonpriority creditor's name and mailing address**<br><br>SAFETY CONTROLS TECHNOLOGY, INC<br>6993 PEARL RD<br>MIDDLEBURG HEIGHTS, OH  44130<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $295.00 |
| 3.881 | **Nonpriority creditor's name and mailing address**<br><br>SAFRAN CABIN STERLING, INC.<br>44931 FALCON PLACE<br>STERLING, VA  20166<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $5,820.32 |
| 3.882 | **Nonpriority creditor's name and mailing address**<br><br>SAFRAN POWER USA, LLC (OH)<br>8380 DARROW RD<br>TWINSBURG, OH  44087-2329<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $2,219.00 |
| 3.883 | **Nonpriority creditor's name and mailing address**<br><br>SAFRAN SEATS USA LLC<br>ATTN: ACCOUNTS RECEIVABLE DEPT<br>2000 WEBER DR<br>GAINESVILLE, TX  76240<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $208.12 |

| Debtor | ExpressJet Airlines LLC | Case number (if known) | 22-10787 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.884** **Nonpriority creditor's name and mailing address**

SAKIMS MUROTA
3-26-3 OOTSU-MACHI
YOKOSUKA-SHI, KANAGAWA  239-0808
JAPAN

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$246.50

---

**3.885** **Nonpriority creditor's name and mailing address**

SAM JOSEPH
11 FOREST CT
PASSAIC, NJ  07055

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$181.17

---

**3.886** **Nonpriority creditor's name and mailing address**

SAMSON YAU
127320 RUE DU CHARDONNERET
BROSSARD, QC  J4Z 0A9
CANADA

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$135.00

---

**3.887** **Nonpriority creditor's name and mailing address**

SAMUEL GARCIA SANCHEZ
1000 N 4TH STREET
BOX MR3
FAIRFIELD, IA  52557

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$99.27

---

**3.888** **Nonpriority creditor's name and mailing address**

SAN TAN AVIATION LLC
224 E CHILTON DR SUITE 3
CHANDLER, AZ  85225

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$500.00

| Debtor | ExpressJet Airlines LLC | Case number (if known) | 22-10787 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

**3.889** | **Nonpriority creditor's name and mailing address**

SANDMAN HOTEL
VANCOUVER AIRPORT
3233
ST EDWARDS DRIVE
RICHMOND, BC  V6X 3K4
CANADA

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$90.51

---

**3.890** | **Nonpriority creditor's name and mailing address**

SANDRA KING
22960 MELANIE TRAIL N
SCANDIA, MI  55073

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$225.96

---

**3.891** | **Nonpriority creditor's name and mailing address**

SANNATHAMMAPPA BANNIDINNI
BHORUKA TECH PARK
BLOCK 1 MAHADEVAPURA
BANGALORE  560048
INDIA

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$78.52

---

**3.892** | **Nonpriority creditor's name and mailing address**

SARAH DEAN
1125 W GRACE ST
APT 14
RICHMOND, VA  23220

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$211.00

---

**3.893** | **Nonpriority creditor's name and mailing address**

SARAH E COUSAR
VA

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$298.46

---

| Debtor | ExpressJet Airlines LLC | | Case number (if known) | 22-10787 |
|---|---|---|---|---|
| | (Name) | | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.894**

**Nonpriority creditor's name and mailing address**

SARAH PRESSON
21 HOKIE PLACE APT 23
FOREST, VA  24551

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$60.00

---

**3.895**

**Nonpriority creditor's name and mailing address**

SAS SERVICES GROUP INC
PO BOX 2934
EL SEGUNDO, CA  90245

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,288.16

---

**3.896**

**Nonpriority creditor's name and mailing address**

SATAIR USA
DEPT 3163 PO BOX 123163
DALLAS, TX  75312-3163

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,230.00

---

**3.897**

**Nonpriority creditor's name and mailing address**

SAUL BURITICAGUARNIZO
CALLE 12 A#71B40
TORRE 7 APARTAMENTO 30Z
TORRES DE SAN MARCOS
BOGOTA  .
COLOMBIA

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$60.00

---

**3.898**

**Nonpriority creditor's name and mailing address**

SAWKHENG GOH
ONE MARINA BLVD #2201
SINGAPORE  018989
SINGAPORE

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$82.03

---

| Debtor | ExpressJet Airlines LLC | | Case number (if known) | 22-10787 |
| --- | --- | --- | --- | --- |
| | (Name) | | | |

| **Part 2:** | Additional Page | | | Amount of claim |
| --- | --- | --- | --- | --- |

**3.899**

**Nonpriority creditor's name and mailing address**

SCHURE SPORTS USA INC
345 CONNIE CRESCENT
CONCORD, ON  L4K 5R2
CANADA

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,260.00

---

**3.900**

**Nonpriority creditor's name and mailing address**

SCOOTAROUND
310-530 KENASTON BLVD
WINNIPEG, MB  R3N 1Z4
CANADA

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$419.19

---

**3.901**

**Nonpriority creditor's name and mailing address**

SCOTT C MILLER
VA

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$167.19

---

**3.902**

**Nonpriority creditor's name and mailing address**

SCOTT OHLE
712 SOUTH 3RD STREET
P.O. BOX 503
CERESCO, NE  68017

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$128.50

---

**3.903**

**Nonpriority creditor's name and mailing address**

SCOTT SMITH
16 AVE EUGENE PITTARD
4TH FLOOR
GENEVE  1206 CH
SWITZERLAND

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$121.00

---

| Debtor | ExpressJet Airlines LLC | Case number (if known) | 22-10787 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

|  |  | Amount of claim |
|---|---|---|

| 3.904 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $120.00 |
|---|---|---|---|

| | SCOTT SOLTAU | *Check all that apply.* |
| | 217 SUNNYPOINT LANE | ☐ Contingent |
| | LOOKOUT MOUNTAIN, TN 37350 | ☐ Unliquidated |
| | | ☒ Disputed |
| | **Date or dates debt was incurred** | |
| | | **Basis for the claim:** |
| | VARIOUS | UNCLAIMED PROPERTIES |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** |
| | | ☒ No |
| | | ☐ Yes |

| 3.905 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $175.00 |
|---|---|---|---|

| | SEAL DYNAMICS LLC | *Check all that apply.* |
| | PO BOX 116041 | ☐ Contingent |
| | ATLANTA, GA 30368-6041 | ☐ Unliquidated |
| | | ☒ Disputed |
| | **Date or dates debt was incurred** | |
| | | **Basis for the claim:** |
| | VARIOUS | TRADE VENDOR |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** |
| | | ☒ No |
| | | ☐ Yes |

| 3.906 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $17.94 |
|---|---|---|---|

| | SEBASTIEN COTE | *Check all that apply.* |
| | 12187 AVENUE DE POUTRINCOURT | ☐ Contingent |
| | APT 2 | ☐ Unliquidated |
| | MONTREAL, QC H3M 2A8 | ☒ Disputed |
| | CANADA | |
| | **Date or dates debt was incurred** | **Basis for the claim:** |
| | VARIOUS | UNCLAIMED PROPERTIES |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** |
| | | ☒ No |
| | | ☐ Yes |

| 3.907 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $13,337.11 |
|---|---|---|---|

| | SEDGWICK CLAIMS MANAGEMENT SERVICES, INC. | *Check all that apply.* |
| | 8125 SEDGWICK WAY | ☐ Contingent |
| | MEMPHIS, TN 38125 | ☐ Unliquidated |
| | | ☐ Disputed |
| | **Date or dates debt was incurred** | |
| | | **Basis for the claim:** |
| | VARIOUS | TRADE VENDOR |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** |
| | | ☒ No |
| | | ☐ Yes |

| 3.908 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $640.00 |
|---|---|---|---|

| | SEDOTE HODONOU | *Check all that apply.* |
| | CIVIL AVIATION AUTHORITY OF BENIN | ☐ Contingent |
| | C/766 GBEGAMEY | ☐ Unliquidated |
| | COTONOU | ☒ Disputed |
| | BENIN | |
| | **Date or dates debt was incurred** | **Basis for the claim:** |
| | VARIOUS | UNCLAIMED PROPERTIES |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** |
| | | ☒ No |
| | | ☐ Yes |

| Debtor | ExpressJet Airlines LLC | Case number (if known) | 22-10787 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.909 | **Nonpriority creditor's name and mailing address**<br><br>SEHEONG JEONG<br>20 HAVERLOCK ROAD<br>CENTRAL SQUARE #601<br>SINGAPORE  059765<br>SINGAPORE<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $100.00 |
| 3.910 | **Nonpriority creditor's name and mailing address**<br><br>SELECT BENEFITS GROUP LLC<br>PO BOX 301680<br>DALLAS, TX  75303-1680<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $4,234.05 |
| 3.911 | **Nonpriority creditor's name and mailing address**<br><br>SERENA HALL<br>C/O MARK R. WHITESIDE<br>THE LAW OFFICES OF MARK WHITESIDE<br>333 S. WABASH AVE, STE 2700<br>CHICAGO, IL  60604<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED |
| 3.912 | **Nonpriority creditor's name and mailing address**<br><br>SHANE MONROE<br>600 BROADWAY AVE<br>STE 327<br>GRAND RAPIDS, MI  49504<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $82.00 |
| 3.913 | **Nonpriority creditor's name and mailing address**<br><br>SHANNON F. TURNER<br>75 CABLE HOLLOW WAY<br>UPPER MARLBORO, MD  20774<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $119.31 |

| Debtor | ExpressJet Airlines LLC | Case number (if known) | 22-10787 |
|--------|------------------------|------------------------|----------|
| | (Name) | | |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| 3.914 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $155.80 |
|---|---|---|---|

3.914 **Nonpriority creditor's name and mailing address**

SHANNON GUIHAN
50 CAMDEN ST #602
TORONTO, ON  M5V 3N1
CANADA

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$155.80

---

3.915 **Nonpriority creditor's name and mailing address**

SHARON DANIEL
3654 MOTOR AVE
APT 4
LOS ANGELES, CA  90034

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$25.00

---

3.916 **Nonpriority creditor's name and mailing address**

SHARON HESS
AV HIGIENOPOLIS 148 APT 73
HIGIENOPOLIS
SAO PAULO  01238-000
BRAZIL

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$213.41

---

3.917 **Nonpriority creditor's name and mailing address**

SHAWN K MCCONNELL
TN

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$199.37

---

3.918 **Nonpriority creditor's name and mailing address**

SHAZIA RIZVI
VA

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$334.03

| Debtor | ExpressJet Airlines LLC | Case number (if known) | 22-10787 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | | |
|---|---|---|---|---|

| | | **Amount of claim** |
|---|---|---|

**3.919** | **Nonpriority creditor's name and mailing address**

SHERATON BRADLEY HOTEL
1 BRADLEY INTERNATIONAL AIRPORT
WINDSOR LOCKS, CT  06096

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☑ No
☐ Yes

$67.20

---

**3.920** | **Nonpriority creditor's name and mailing address**

SHERRI B. DALESSIO
2743 LEON LANE
SPRINGFIELD, OH  45502

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☑ No
☐ Yes

$831.22

---

**3.921** | **Nonpriority creditor's name and mailing address**

SHIRGOD MOHAMMAD
103 INGLEWOOD CT
CHARLOTTESVILLE, VA  22901

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☑ No
☐ Yes

$200.00

---

**3.922** | **Nonpriority creditor's name and mailing address**

SHIRLEY SPILLMAN CULLOP
VA

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☑ No
☐ Yes

$182.17

---

**3.923** | **Nonpriority creditor's name and mailing address**

SHU SU
3423 CARPTENTER RD #47
YPSILANTI, MI  48197

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☑ No
☐ Yes

$150.00

| Debtor | ExpressJet Airlines LLC | Case number (if known) | 22-10787 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.924 | **Nonpriority creditor's name and mailing address**<br><br>SIDNEY COMFORT<br>35 WATSON PLACE<br>DUNFERMILNE  KY120DT<br>UNITED KINGDOM<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $150.00 |
|---|---|---|
| 3.925 | **Nonpriority creditor's name and mailing address**<br><br>SIMONE DE CASTRO BUENO<br>777 BEATTY STREET<br>VERDUN, QC  H4H 1X9<br>CANADA<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $184.04 |
| 3.926 | **Nonpriority creditor's name and mailing address**<br><br>SION SHING YOONG<br>22A JLN PRI 2/5<br>TAMSN PAYA RUMPUT<br>INDAH 2<br>MELAKA  76450<br>MALAYSIA<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $512.94 |
| 3.927 | **Nonpriority creditor's name and mailing address**<br><br>SKY SERVICE FBO INC<br>6120 MIDFIELD RD<br>MISSISSUAGA, ON  L5P 1B1<br>CANADA<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,155.06 |
| 3.928 | **Nonpriority creditor's name and mailing address**<br><br>SKYLA ANTIONETTE JOHNSON<br>CA<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $122.48 |

| Debtor | ExpressJet Airlines LLC | Case number (if known) | 22-10787 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

|  | | Amount of claim |
|---|---|---|

**3.929** | **Nonpriority creditor's name and mailing address**

SMALL BUSINESS ADMINISTRATION (SBA)
PPP LOAN
409 3RD STREET SW
WASHINGTON, DC  20416

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
PPP LOAN

**Is the claim subject to offset?**
☒ No
☐ Yes

$10,000,000.00

---

**3.930** | **Nonpriority creditor's name and mailing address**

SMITH, DAVID
26 LYON HALL ROAD
DUDLEY, MA  01571

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$45.00

---

**3.931** | **Nonpriority creditor's name and mailing address**

SOFIANE BOUCENA
MI

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$117.69

---

**3.932** | **Nonpriority creditor's name and mailing address**

SONG CHENGSHENG
DA WEI INDUSTRIAL ZONE
CHILING HOUJIE TOWN
DONGGUAN CITY
CHINA

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$15.34

---

**3.933** | **Nonpriority creditor's name and mailing address**

SOUPHAPONE J MEEJAREUN
KS

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$75.48

| Debtor | ExpressJet Airlines LLC | | Case number (if known) | 22-10787 |
|---|---|---|---|---|
| | (Name) | | | |

| Part 2: | Additional Page | | | |
|---|---|---|---|---|

| | | | | **Amount of claim** |
|---|---|---|---|---|

| 3.934 | **Nonpriority creditor's name and mailing address**<br><br>SOUTH CAROLINA STATE TREASURER'S OFFICE<br>UNCLAIMED PROPERTY PROGRAM<br>MR. MATTHEW DAVIS, ASSISTANT DIRECTOR<br>1200 SENATE STREET  SUITE 224<br>COLUMBIA, SC  29201<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.935 | **Nonpriority creditor's name and mailing address**<br><br>SOUTH DAKOTA STATE TREASURER<br>UNCLAIMED PROPERTY DIVISION<br>LEE DEJABET, UNCLAIMED PROPERTY ADMIN<br>500 E. CAPITAL AVENUE  SUITE 212<br>PIERRE, SD  57501<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.936 | **Nonpriority creditor's name and mailing address**<br><br>SOUTHERN WINE & SPIRITS<br>PO BOX 991399<br>LOUISVILLE, KY  40269<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $1,747.04 |
| 3.937 | **Nonpriority creditor's name and mailing address**<br><br>SPOKANE AIRPORT BOARD<br>9000 W AIRPORT DR SUITE 204<br>SPOKANE, WA  99224<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>RENT/OTHER CHARGES PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $6,703.09 |
| 3.938 | **Nonpriority creditor's name and mailing address**<br><br>SPRINGHILL SUITES BU MARRIOTT PEORIA<br>2701 W LAKE AVE<br>PEORIA, IL  61615<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $99.68 |

| Debtor | ExpressJet Airlines LLC | | Case number (if known) | 22-10787 |
|---|---|---|---|---|
| | (Name) | | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.939 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $98.91 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

SRA JEREMY BENTLEY
1506B 2ND STREET
LANGLEY AFB, VA  23665

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$98.91

---

**3.940**

**Nonpriority creditor's name and mailing address**

ST ELECTRONICS INTERNATIONAL INCORPORATED
C/O ORANGE COMMERCIAL CREDIT
14953 GULF BLVD UNIT B & C
MADEIRA BEACH, FL  33708

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,435.00

---

**3.941**

**Nonpriority creditor's name and mailing address**

STARLINE SYSTEMS INC
545 THIRD ST
MANHATTAN BEACH, CA  90266

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$417.00

---

**3.942**

**Nonpriority creditor's name and mailing address**

STATE DISBURSEMENT UNIT
PO BOX 8000
WHEATON, IL  60189-8000

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$352.09

---

**3.943**

**Nonpriority creditor's name and mailing address**

STEMBAL, CARL J
213 PARADISE LANE
MARYVILLE, TN  37801

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$94.98

| Debtor | ExpressJet Airlines LLC | Case number (if known) | 22-10787 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | **Amount of claim** |
|---|---|---|

**3.944** **Nonpriority creditor's name and mailing address**
STEPANIAK, SEAN B
25510 HURON ST
ROSEVILLE, MI  48066

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☑ No
☐ Yes

$159.70

---

**3.945** **Nonpriority creditor's name and mailing address**
STERNE, JORIE L
1858 W HURON ST
APT 5F
CHICAGO, IL  60622

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☑ No
☐ Yes

$27.00

---

**3.946** **Nonpriority creditor's name and mailing address**
STEVE SCHLAEGER
UT

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☑ No
☐ Yes

$25.40

---

**3.947** **Nonpriority creditor's name and mailing address**
STEVEN A BURK
MI

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☑ No
☐ Yes

$108.57

---

**3.948** **Nonpriority creditor's name and mailing address**
STEVEN J LOGAN
SC

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☑ No
☐ Yes

$23.94

---

| Debtor | ExpressJet Airlines LLC | Case number (if known) | 22-10787 |
| --- | --- | --- | --- |
|  | (Name) |  |  |

| **Part 2:** | Additional Page |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

**3.949**

**Nonpriority creditor's name and mailing address**

STEVEN R WRIGHT
TN

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$94.35

---

**3.950**

**Nonpriority creditor's name and mailing address**

STEVEN VAN ERKEN CALANOT
DOENRADESTRAAT 402
BREDA  4834GK
NETHERLANDS

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$119.68

---

**3.951**

**Nonpriority creditor's name and mailing address**

STILLMAN LAW OFFICE
30057 ORCHARD LAKE RD
STE 200
FARMINGTON, MI  48334-2265

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$181.20

---

**3.952**

**Nonpriority creditor's name and mailing address**

STOYAN CHALEV
MLADOST 3 BLOCK 310 ENTRY 2 AP37
SOFIA  01712
BULGARIA

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$108.10

---

**3.953**

**Nonpriority creditor's name and mailing address**

STS LINE MAINTENANCE
2000 NE JENSEN BEACH BLVD
JENSEN BEACH, FL  34957

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$50,606.43

| Debtor | ExpressJet Airlines LLC | Case number (if known) | 22-10787 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.954 | **Nonpriority creditor's name and mailing address**<br><br>SUBODH KARNIK<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UNPAID `INCENTIVE COMPENSATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,726,507.00 |
| 3.955 | **Nonpriority creditor's name and mailing address**<br><br>SUBODH KARNIK<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SEVERANCE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $855,000.00 |
| 3.956 | **Nonpriority creditor's name and mailing address**<br><br>SUHA MOHAMMAD<br>C/O MUAAMAR ALBAYATI<br>3 GREEN MOUNTAIN COURT APT E<br>OWINGS MILLS, MD  21117<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $377.00 |
| 3.957 | **Nonpriority creditor's name and mailing address**<br><br>SUMAIR RAHIM<br>2102 NORTH AMARADO STREET<br>WICHITA, KS  67212<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $299.00 |
| 3.958 | **Nonpriority creditor's name and mailing address**<br><br>SUNCOAST AVIATION LTD<br>LYNDEN PINDLING INTERNATIONAL AIRPORT<br>PO BOX CB10978<br>NASSAU<br>THE BAHAMAS<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,935.00 |

| Debtor | ExpressJet Airlines LLC | | Case number (if known) | 22-10787 |
|---|---|---|---|---|
| | (Name) | | | |

| **Part 2:** | Additional Page | | | |

| | | | | Amount of claim |
|---|---|---|---|---|

| 3.959 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $16.56 |
|---|---|---|---|

SUPERIOR PARTY RENTALS
1844 S WEST HOYTSVILLE ROAD
COALVILLE, UT 84017

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.960 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $227.90 |
|---|---|---|---|

SUTTELL AND HAMMER PS
PO BOX C-90006
BELLEVUE, WA 98009

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.961 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $565.05 |
|---|---|---|---|

SUZANNE FABER
2546 WINDEMERE
BIRMINGHAM, MI 48009

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.962 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $150.00 |
|---|---|---|---|

SZECHUN ANG
116B RIVERVALE DR #0528
COLUMBUS 542116
SINGAPORE

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.963 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $174.15 |
|---|---|---|---|

TAKESSA RODRIGUEZ
1245 PALOMAR PLACE
APT 2
VISTA, CA 92084

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | ExpressJet Airlines LLC | Case number (if known) | 22-10787 |
|--------|------------------------|------------------------|----------|
| | (Name) | | |

| Part 2: | Additional Page |
|---------|-----------------|

| | | Amount of claim |
|--|--|----------------|

**3.964**    **Nonpriority creditor's name and mailing address**

TAYLOR JS COFFEE SERVICE LLC
PO BOX 70264
KNOXVILLE, TN  37938

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,516.45

---

**3.965**    **Nonpriority creditor's name and mailing address**

TCHOUNGAERIC TCHEPANNOU
BASEMENT FLAT
203C NORTH END ROAD
LONDON  W149NL
UNITED KINGDOM

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$39.58

---

**3.966**    **Nonpriority creditor's name and mailing address**

TCI SKYKING
PO BOX 168
AVIATION HOUSE
HIBISCUS SQUARE
TURKS AND CAICOS

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$75.00

---

**3.967**    **Nonpriority creditor's name and mailing address**

TEGWYN BERRY
2719 DEE PEPPERS DR
KNOXVILLE, TN  37931

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$4.94

---

**3.968**    **Nonpriority creditor's name and mailing address**

TELECOM CONSULTANTS, LLC
PO BOX 12024
EL PASO, TX  79913-0024

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,800.00

---

| Debtor | ExpressJet Airlines LLC | Case number (if known) | 22-10787 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

|  | | | Amount of claim |
|---|---|---|---|

**3.969**    **Nonpriority creditor's name and mailing address**

TELEDYNE CONTROLS
FILE 11834 1000 W TEMPLE ST
LOS ANGELES, CA  90074

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,700.00

---

**3.970**    **Nonpriority creditor's name and mailing address**

TENNESSEE TAXI SERVICE
811-D RED HILL DRIVE
LOUISVILLE, TN  37777

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$515.00

---

**3.971**    **Nonpriority creditor's name and mailing address**

TENNESSEE TREASURY DEPARTMENT
UNCLAIMED PROPERTY DIVISION
BARBARA A. MYERS, SERVICE COUNSELOR II
502 DEADERICK STREET
NASHVILLE, TN  37243-0203

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.972**    **Nonpriority creditor's name and mailing address**

TEODORA IVANOVA-STAYKOVA
RUE DU BEMEL 26
ET1  AP3BP7
WOLUWE-SAINT-PIERRE  01150
BELGIUM

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$14.03

---

**3.973**    **Nonpriority creditor's name and mailing address**

TERESA GRIFFIN
AMERICAN UNIVERSITY OF SHARJAH
SHARJAH  26666
UNITED ARAB EMIRATES

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$150.00

| Debtor | ExpressJet Airlines LLC | Case number (if known) | 22-10787 |
| --- | --- | --- | --- |
| | (Name) | | |

| Part 2: | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

**3.974**

**Nonpriority creditor's name and mailing address**

TERMINIX INTERNATIONAL
TERMINIX PROCESSING CENTER
PO BOX 802155
CHICAGO, IL  60680-2131

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$678.24

---

**3.975**

**Nonpriority creditor's name and mailing address**

TERRI BABBS
GEEVERGHEESEM
23 HIGHBRIDGE RD
RICHMOND HILL, ON  L4B 1Y3
CANADA

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$115.04

---

**3.976**

**Nonpriority creditor's name and mailing address**

THE MCHUGHES LAW FIRM, LLC
917 W. SECOND STREET
LITTLE ROCK, AR  72201

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$101.98

---

**3.977**

**Nonpriority creditor's name and mailing address**

THELMA GARCIA
SUR 77 CASA 320 COL CINATEL
MEXICO CITY  09460
MEXICO

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$150.00

---

**3.978**

**Nonpriority creditor's name and mailing address**

THEODORE J. PESKO
5408 PEARCE WAY
CRESTWOOD, KY  40014

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,180.08

---

Debtor    ExpressJet Airlines LLC                    Case number (if known)  22-10787

(Name)

| Part 2: | Additional Page |
|---------|-----------------|

|  |  | Amount of claim |
|--|--|-----------------|

**3.979** | **Nonpriority creditor's name and mailing address**

THEODORE PERILLO
10700 N HICKORY LANE
CASEY, IL  62420

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$535.59

---

**3.980** | **Nonpriority creditor's name and mailing address**

THEODOROS TZEVELEKIS
61 BIS RUE DE LA ROQUETTE
PARIS  75011
FRANCE

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$113.89

---

**3.981** | **Nonpriority creditor's name and mailing address**

THOMAS I STORY
MA

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$28.15

---

**3.982** | **Nonpriority creditor's name and mailing address**

THOMAS KUNTZ
212 SCENIC VIEW DRIVE
FORT THOMAS, KY  41075

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$85.52

---

**3.983** | **Nonpriority creditor's name and mailing address**

THOMAS NAUHARDT
AM REITPLATZ 10
DALLGOW-DOBERITZ  14624
GERMANY

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$78.07

---

| Debtor | ExpressJet Airlines LLC | Case number (if known) | 22-10787 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.984 | **Nonpriority creditor's name and mailing address**<br><br>THORMODSON, DIANE I<br>P.O. BOX 4203<br>57221 238TH STREET<br>MANKATO, MN 56001<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $9.08 |

| 3.985 | **Nonpriority creditor's name and mailing address**<br><br>TIFFANY TUCK<br>840 WORCESTER WAY<br>NEWPORT NEWS, VA 23602<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $40.88 |

| 3.986 | **Nonpriority creditor's name and mailing address**<br><br>TIMOTHY MARCAGI<br>777 WATCH HILL LANE<br>CINCINNATI, OH 45230<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $100.00 |

| 3.987 | **Nonpriority creditor's name and mailing address**<br><br>TIMOTHY PLUTA<br>INCHEONSI YEONSUGU SONGDODONG<br>EXPO APARTMENT 1001703<br>SONGDO 00000<br>SOUTH KOREA<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $37.25 |

| 3.988 | **Nonpriority creditor's name and mailing address**<br><br>TIMOTHY S. BRITTSAN<br>PO BOX 7<br>EDINBURG, VA 22824<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $1,527.68 |

| Debtor | ExpressJet Airlines LLC | Case number (if known) | 22-10787 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| | | | **Amount of claim** |
|---|---|---|---|

**3.989** | **Nonpriority creditor's name and mailing address**

TODD HOSKINS
210 MEADOW GLEN CR
CLAYTON, OH  45315

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$152.00

---

**3.990** | **Nonpriority creditor's name and mailing address**

TOMASSINA BOTTARO
29998 TRUMAN AVE
WICKLIFFE, OH  44092

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$110.97

---

**3.991** | **Nonpriority creditor's name and mailing address**

TOMMY SIMON
34031 SALTFORD RODA
RR4
GODERICH, ON  N7A 3Y1
CANADA

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$275.00

---

**3.992** | **Nonpriority creditor's name and mailing address**

TOU YEE XIONG
MI

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$212.68

---

**3.993** | **Nonpriority creditor's name and mailing address**

TRACEY M. GREEN
5610 MOORETOWN RD.
WILLIAMSBURG, VA  23188

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$259.34

| Debtor | ExpressJet Airlines LLC | Case number (if known) | 22-10787 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.994** | **Nonpriority creditor's name and mailing address**

TRACY L. HENLEY
2178 S CRISS ORD RD
ADAMSTOWN, MD  21710

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☑ No
☐ Yes

$17.39

---

**3.995** | **Nonpriority creditor's name and mailing address**

TRANSPORT WORKERS UNION OF
AMERICA AFL-CIO
1220 19TH STREET NW, 6TH FLOOR
WASHINGTON, DC  20036

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
UNION AGREEMENT

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.996** | **Nonpriority creditor's name and mailing address**

TRAVIS E BARTH
IL

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☑ No
☐ Yes

$268.44

---

**3.997** | **Nonpriority creditor's name and mailing address**

TRAVIS MOOMEY
2985 E 92ND ST
KEARNEY, NE  68847

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☑ No
☐ Yes

$75.00

---

**3.998** | **Nonpriority creditor's name and mailing address**

TRAX USA CORP
2401 DOUGLAS RD
MIAMI, FL  33145

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$12,080.00

| Debtor | ExpressJet Airlines LLC | | Case number (if known) | 22-10787 |
| --- | --- | --- | --- | --- |
| | (Name) | | | |

| Part 2: | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

**3.999** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $851.50
Check all that apply.

TREASURER OF VIRGINIA
DIVISION OF CHILD SUPPORT ENFORCEMENT
PO BOX 570
RICHMOND, VA 23218-0570

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1000** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $199,671.56
Check all that apply.

TREASURER, CITY OF CLEVELAND
BANK OF NEW YORK MELLON TRUST
PO BOX 70275
CLEVELAND, OH 44190-0275

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
RENT/OTHER CHARGES PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1001** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $81,729.11
Check all that apply.

TRIPACTIONS INC
1501 PAGE MILL RD BUILDING 1
UPPER PALO ALTO, CA 94304

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1002** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3,933.54
Check all that apply.

TWIN OAKS CRATES
160 CLONINGER LANE
STRAWBERRY PLAINS, TN 37871

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1003** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $16.06
Check all that apply.

TY HAIRE
5066 CHESTNUTT CREEK RD APT #6
CGHESTNUT
APISON, TN 37302

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | ExpressJet Airlines LLC | Case number (if known) | 22-10787 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.1004**

**Nonpriority creditor's name and mailing address**

TYLER SEED
KUNGSMARKSVAGEN 71
LGH 6742
KARLSKRONA
BLEKINGE LAN  371 44
SWEDEN

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$90.90

---

**3.1005**

**Nonpriority creditor's name and mailing address**

TYWANA JONES
221 LAKE POINTE DRIVE
AKRON, OH  44333

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$110.59

---

**3.1006**

**Nonpriority creditor's name and mailing address**

U.S. DEPARTMENT OF THE TREASURY
CARES ACT LOAN
1500 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC  20220

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CARES ACT LOAN

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,924,393.00

---

**3.1007**

**Nonpriority creditor's name and mailing address**

UHC
UHS PREMIUM BILLING
PO BOX 94017
PALATINE, IL  60094-4017

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$94,272.84

---

**3.1008**

**Nonpriority creditor's name and mailing address**

ULINE
PO BOX 88741
CHICAGO, IL  60680-1741

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$170.49

| Debtor | ExpressJet Airlines LLC | Case number (if known) | 22-10787 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.1009** | **Nonpriority creditor's name and mailing address**

UNGYEONG LEE
140 2 GYE DONG
SEOUL  110 793
SOUTH KOREA

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$151.00

---

**3.1010** | **Nonpriority creditor's name and mailing address**

UNITED AIRLINES
22897 NETWORK PLACE
CHICAGO, IL  60673-1128

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$59.97

---

**3.1011** | **Nonpriority creditor's name and mailing address**

UNITED AIRLINES
PO BOX 733229
DALLAS, TX  75373-3229

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,136.57

---

**3.1012** | **Nonpriority creditor's name and mailing address**

UNITED BEHAVIORAL HEALTH
OPTUM PO BOX 2743
LOS ANGELES, CA  90088

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,620.00

---

**3.1013** | **Nonpriority creditor's name and mailing address**

UNITED PARCEL SERVICE
1400 N HURSTBOURNE PARKWAY
LOUISVILLE, KY  40223

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$25.20

---

| Debtor | ExpressJet Airlines LLC | Case number (if known) | 22-10787 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

**3.1014** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,370.00

UNIVERSITY OF ILLINOIS PHYSICIANS GROUP
TERMINAL #2 UPPER LEVEL AIRSIDE
PO BOX 66508
CHICAGO, IL  60666

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1015** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $500.00

UPMC
CEM PO BOX 223270
PITTSBURGH, PA  15251-2270

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1016** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $50.00

URSULA AMOS
111 MOUNTAIN PINE ROAD
MONCKS CORNER, SC  29461

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1017** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

UTAH STATE TREASURER'S OFFICE
UNCLAIMED PROPERTY DIVISION
MR. DENNIS JOHNSTON, ADMINISTRATOR
P.O. BOX 140530
SALT LAKE CITY, UT  84114

*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1018** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $341.52

VADIM BLANQUART
401 KOSCO VILL
OKPO DONG
GEOJE SI  656-131
SOUTH KOREA

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | ExpressJet Airlines LLC | Case number (if known) | 22-10787 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.1019** **Nonpriority creditor's name and mailing address**

VALDIMIR AGAFONOV
KV 59  16 NEWTONA UL
YAROSLAVL  150048
RUSSIA

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☑ No
☐ Yes

$165.63

---

**3.1020** **Nonpriority creditor's name and mailing address**

VALERIIA BOTVYNKO
POVYTROFLOTSKY
PROSPECT 52 APP 94
KYIV  UA
UKRAINE

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,433.73

---

**3.1021** **Nonpriority creditor's name and mailing address**

VALISA SMITH
104 AUTUMN DRIVE
GREENVILLE, SC  29611

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☑ No
☐ Yes

$75.00

---

**3.1022** **Nonpriority creditor's name and mailing address**

VAUGHN GILL
6100 CENTER DRIVE SUITE 910
LOS ANGELES, CA  90045

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☑ No
☐ Yes

$202.78

---

**3.1023** **Nonpriority creditor's name and mailing address**

VENKATA NANDIGAMA
34857 PICKFORD DRIVE
FARMINGTON HILLS, MI  48335

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☑ No
☐ Yes

$9.07

---

| Debtor | ExpressJet Airlines LLC | Case number (if known) | 22-10787 |
|---|---|---|---|

(Name)

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| 3.1024 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $4,031.95 |
|---|---|---|---|

VERIZON
PO BOX 660108
DALLAS, TX  75266-0108

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1025 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $100.00 |
|---|---|---|---|

VERONICA GRUBER
EDWARD HABAER STR 12
TUBINGEN  .
GERMANY

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1026 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $201.08 |
|---|---|---|---|

VERONICA J UHLIG
NJ

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1027 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $144.45 |
|---|---|---|---|

VICTOR SANDOVAL
AR

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1028 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1.74 |
|---|---|---|---|

VICTORIA R ABERNATHY
TN

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | ExpressJet Airlines LLC | Case number (if known) | 22-10787 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.1029** | **Nonpriority creditor's name and mailing address**

VIRGINIA DEPARTMENT OF TAXATION
PO BOX 27407
RICHMOND, VA  23261-7407

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☑ No
☐ Yes

$537.76

---

**3.1030** | **Nonpriority creditor's name and mailing address**

VIRGINIA DEPARTMENT OF THE TREASURY
UNCLAIMED PROPERTY DIVISION
MS. EMILY SEAY, EXTERNAL AUDIT MANAGER
JAMES MONROE BLDG 3RD FL  101 N 14TH ST
RICHMOND, VA  23219

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1031** | **Nonpriority creditor's name and mailing address**

VIRGINIA NOBLE
24 BETA SUR NORTE
TULUM QUINTANA ROO  77760
MEXICO

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☑ No
☐ Yes

$125.00

---

**3.1032** | **Nonpriority creditor's name and mailing address**

VIVIAN SCOTT
243 INDIAN VALLEY TRAIL
MISSISSAUGA, ON  L5G 2K7
CANADA

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☑ No
☐ Yes

$150.00

---

**3.1033** | **Nonpriority creditor's name and mailing address**

VIVIANNE BIRT
CHATEAU DE LA MOTTE HENRY
ARQUENAY  53170
FRANCE

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☑ No
☐ Yes

$204.00

| Debtor | ExpressJet Airlines LLC | Case number (if known) | 22-10787 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.1034**

**Nonpriority creditor's name and mailing address**

VLIET, ASHLEY M
2904 LINDEN LANE
FALLS CHURCH, VA  22042

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$35.00

---

**3.1035**

**Nonpriority creditor's name and mailing address**

VORTEX AVIATION LLC
2930 WINCHESTER RD.
MEMPHIS, TN  38118

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$286.50

---

**3.1036**

**Nonpriority creditor's name and mailing address**

WALDES D MORAES
RUA MAGALHAES COUTO 483
MEIR
RIO DE JANIERO  20735
BRAZIL

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$230.00

---

**3.1037**

**Nonpriority creditor's name and mailing address**

WALTER KIEP
WINKLERSTRASSE 22
BERLIN  14193
GERMANY

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$87.00

---

**3.1038**

**Nonpriority creditor's name and mailing address**

WASHINGTON DEPARTMENT OF REVENUE
UNCLAIMED PROPERTY SECTION
BARBIE PROFFITT, UNCLAIMED PROPERTY
2500 E. VALLEY ROAD  SUITE C
RENTON, WA  98055

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

| Debtor | ExpressJet Airlines LLC | Case number (if known) | 22-10787 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.1039 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $375.00 |
|---|---|---|---|

WASIM NABLSI
8TH FLOOR BLDG         D
APT 3
DAMASCUS  .
SYRIA

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.1040 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,244.27 |
|---|---|---|---|

WASTE MANAGEMENT
PO BOX 55558
BOSTON, MA  02205-5558

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.1041 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $25.00 |
|---|---|---|---|

WENDELL MCKINNEY
PO BOX 271
EASTON, ME  04740

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.1042 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $481.50 |
|---|---|---|---|

WEST AVIATION SERVICES INC
9247 ARCHIBALD AVENUE
RANCHO CUCAMONGA, CA  91730

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.1043 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $412.11 |
|---|---|---|---|

WESTERN AIRWAYS INC.
100 JIM DAVIDSON DR
SUGARLAND, TX  77498

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | ExpressJet Airlines LLC | Case number (if known) | 22-10787 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.1044** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,150.00

WESTERN FEDERAL CREDIT UNION
PO BOX 10018
MANHATTAN BEACH, CA 90267

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1045** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,365.00

WICHITA AIRLINE MAINTENANCE LLC
1600 AIRPORT RD SUITE 412
WICHITA, KS 67209

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1046** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $370.70

WIEBKE WATTS
618 B GIBSON AVE
MURRELLS INLET, SC 29576

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1047** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $14.00

WILD MUSHROOM EXPRESS
365 W 400 S
SALT LAKE CITY, UT 84101

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1048** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $149.99

WILLIAM BOUNDS
17 HALE STREET
HYDE PARK, MA 02136

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | ExpressJet Airlines LLC | Case number (if known) | 22-10787 |
|---|---|---|---|

(Name)

| **Part 2:** | Additional Page |
|---|---|

|  | **Amount of claim** |
|---|---|

---

**3.1049** **Nonpriority creditor's name and mailing address**

WILLIAM L COLEY
SC

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$18.69

---

**3.1050** **Nonpriority creditor's name and mailing address**

WILLIAM R KULP
VA

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$9.18

---

**3.1051** **Nonpriority creditor's name and mailing address**

WILLIS MECHANICAL, INC.
1850 BEAVER RIDGE CIRCLE STE E
NORCROSS, GA  30071

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$565.00

---

**3.1052** **Nonpriority creditor's name and mailing address**

WILLOWBROOK INN
7800 KINGERY HWY
WILLOWBROOK, IL  60527

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,545.08

---

**3.1053** **Nonpriority creditor's name and mailing address**

WINDSTREAM
PO BOX 9001013
LOUISVILLE, KY  40290-1013

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$11,230.73

---

| Debtor | ExpressJet Airlines LLC | Case number (if known) | 22-10787 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | | Amount of claim |
|---|---|---|---|

**3.1054** | **Nonpriority creditor's name and mailing address**

WINGATE INN 48439
1359 GRAND POINTE COURT
GRAND BLANC, MI  48439

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$310.78

---

**3.1055** | **Nonpriority creditor's name and mailing address**

WORLD FUEL SERVICES INC
9800 NW 41ST ST SUITE 400
MIAMI, FL  33178

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$125,486.84

---

**3.1056** | **Nonpriority creditor's name and mailing address**

XCL.SV LLC
DANIEL HELLAND
7233 POTOMAC DR
BOISE, ID  83704

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,120.00

---

**3.1057** | **Nonpriority creditor's name and mailing address**

XENTERPRISE
3029 N SAN FERNANDO BL
#110
BURBANK, CA  91504

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$35.00

---

**3.1058** | **Nonpriority creditor's name and mailing address**

XEROX CORPORATION
PO BOX 202882
DALLAS, TX  75320-2882

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$45,649.68

---

Debtor    ExpressJet Airlines LLC                                Case number (if known)    22-10787

                (Name)

| **Part 2:** | Additional Page |

|  |  | Amount of claim |

| 3.1059 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $30.00 |

XIAODONG GUO
BAKER-HUGHES STRASSE 1
29221 CELLE
NIEDERSACHSEN  29221
GERMANY

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.1060 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $100.00 |

YAN LI
852 JORDAN AVENUE NORTH
LOS ALTOS, CA  94022

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.1061 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $82.00 |

YIGANG DAI
99 220 JIANG KD
SHANGHAI  201206
CHINA

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.1062 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $150.00 |

YOKO WATANABE
1237-52 UMAZUTSUMI KUROZASA
MIYOSHI  470-0201
JAPAN

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.1063 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $605.52 |

YURIY TEHLIVETS
LEECHGASSE 86
GRAZ, UT  08010

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTIES

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | ExpressJet Airlines LLC | Case number (if known) | 22-10787 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|
| 3.1064 | **Nonpriority creditor's name and mailing address** | $840.00 |

| 3.1064 | **Nonpriority creditor's name and mailing address**<br><br>ZHEN ZHI LI<br>PO BOX 12944<br>NEWPORT NEWS, VA 23612<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTIES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes |
|---|---|---|

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5.**  **Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. | Total claims from Part 1 | 5a. | $196,292.52 |
| 5b. | Total claims from Part 2 | 5b. + | $22,432,566.16 |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $22,628,858.68 |

<table>
<tr><td colspan="2">Fill in this information to identify the case:</td></tr>
<tr><td>Debtor</td><td>ExpressJet Airlines LLC</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>Delaware</td></tr>
<tr><td>Case number<br>(if known)</td><td>22-10787</td></tr>
</table>

☐ Check if this is an
amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1.  Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules . There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | PUBLISHING SOLUTION FOR COMPANY MANUALS - CLOUD BASED. CONVERSION TO CLOUD BASED INCREASES THE ANNUAL COST FOR THIS YEAR ONLY. | 3 HTI ATRIUM, LLC<br>7 CLIFF SWALLOW DR STE 204<br>MEDFORED, NJ  08055 |
| | State the term remaining | 9 MONTHS | |
| | List the contract number of any government contract | | |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | AIRLINE INDUSTRY TRAFFIC DATA SOFTWARE AGREEMENT | AIRLINE DATA, INC.<br>JEFF PELTIER<br>5310 HARVEST HILL ROAD<br>SUITE 242<br>DALLAS, TX  75230 |
| | State the term remaining | 2 MONTHS | |
| | List the contract number of any government contract | | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | IATA 2018 SGHA ANNEX B.10/B2.0 - DEICING SERVICES AT RNO | AIRPORT TERMINAL SERVICES INC (ATS)<br>940 WESTPORT PLAZA DRIVE, SUITE 101<br>ST. LOUIS, MO  63146 |
| | State the term remaining | 13 MONTHS | |
| | List the contract number of any government contract | | |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | PUBLIC IP ADDRESS REGISTRATION AGREEMENT | AMERICAN REGISTRY FOR INTERNET NUMBERS, LTD<br>PO BOX 232290<br>CENTREVILLE, VA  20120 |
| | State the term remaining | 12/31/2022 | |
| | List the contract number of any government contract | | |

| Debtor | ExpressJet Airlines LLC | Case number (if known) | 22-10787 |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.5 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ACARS MESSAGING AGREEMENT | ARINC INCORPORATED<br>2551 RIVA ROAD<br>ANNAPOLIS, MD  21401 |
| 2.6 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONSULTANT AGREEMENT<br><br>20 MONTHS | ASHLEY WEST<br>1442 CAMROSE LANE SOUTHEAST<br>ATLANTA, GA  30316 |
| 2.7 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | IN HOUSE FINGERPRINT SOLUTION FOR EMPLOYEE ONBOARD AGREEMENT<br><br>3 MONTHS | AUTOMATED DESIGN AND SOLUTIONS INC<br>1070 LAKE VILLAGE CIRCLE STE D<br>BRANDON, MS  39047 |
| 2.8 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AVIATION IT COMMUNICATIONS AGREEMENT<br><br>12 MONTHS | AVFINITY LLC<br>11811 NORTH BRANTLY AVE BLDG 500 STE 208<br>STE 208<br>HOUSTON, TX  77034 |
| 2.9 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | IATA 2018 SGHA ANNEX B.10 - IN-TO-PLANE (ITP) FUELING SERVICES AT PSC<br><br>13 MONTHS | BERGSTROM AVIATION<br>ATTN: MALIN BERGSTROM<br>4012 STEARMAN AVE<br>PASCO/TRI-CITIES, WA  99301 |
| 2.10 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ACCOUNT PAYABLE BILLS  AGREEMENT<br><br>8 MONTHS | BILL.COM<br>6220 AMERICAN CENTER DR<br>SUITE 100<br>SAN JOSE, CA  95002 |

Debtor    ExpressJet Airlines LLC                                Case number (if known)    22-10787

        (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.11 | State what the contract or lease is for and the nature of the debtor's interest | NON SIGNATORY AIRLINE BUSINESS/ACTIVITY PERMIT BOISE AIRPORT | BOISE AIRPORT 3201 W AIRPORT WAY SUITE 1000 ATTN: PROPERTY & CONTRACT ADMINISTRATOR BOISE, ID 83705 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.12 | State what the contract or lease is for and the nature of the debtor's interest | DISTRIBUTION AGREEMENT | BOOKING HOLDINGS SARAH PACK 800 CONNECTICUT AVE NORWALK, CT 06854 |
| | State the term remaining | 15 MONTHS | |
| | List the contract number of any government contract | | |
| 2.13 | State what the contract or lease is for and the nature of the debtor's interest | AIRCRAFT PARTS AGREE,EMT | C&L AEROSPACE 40 WYOMING AVE BANGOR, ME 04401 |
| | State the term remaining | 51 MONTHS | |
| | List the contract number of any government contract | | |
| 2.14 | State what the contract or lease is for and the nature of the debtor's interest | TRACK CHARTER FLIGHTS AGREEMENT | CAESARS ENTERPRISE SERVICES, LLC JEREMY DIEDERICH ONE CAESARS PALACE DRIVE LAS VEGAS, NV 89109 |
| | State the term remaining | 9/5/2022 | |
| | List the contract number of any government contract | | |
| 2.15 | State what the contract or lease is for and the nature of the debtor's interest | TECHNICAL WRITER CONSULTANT | CEDRIC WHETTEN 4725 WALTON CROSSING APT # 5114 ATLANTA, GA 30331 |
| | State the term remaining | 2 MONTHS | |
| | List the contract number of any government contract | | |
| 2.16 | State what the contract or lease is for and the nature of the debtor's interest | SIGNATORY SCHEDULED AIRLINES OPERATING AGREEMENT AND TERMINAL BUILDING AND EQUIPMENT LEASE AGREEMENT | CITY OF EUGENE 28855 LOCKHEED DRIVE ATTN: CATHRYN STEPHENS A.A.E. EUGENE, OR 97402 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | ExpressJet Airlines LLC | Case number (if known) | 22-10787 |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.17 | **State what the contract or lease is for and the nature of the debtor's interest** | AIRLINE OPERATIONS AGREEMENT (FAT) | CITY OF FRESNO<br>FRESNO YOSEMITE INTERNATIONAL AIRPORT<br>DIRECTOR OF AVIATION 4995 E. CLINTON WAY<br>FRESNO/YOSEMITE, CA 93727 |
| | **State the term remaining** | 49 MONTHS | |
| | **List the contract number of any government contract** | | |
| 2.18 | **State what the contract or lease is for and the nature of the debtor's interest** | NON-SIGNATORY SCHEDULED AIRLINE OPERATING AGREEMENT AND TERMINAL BUILDING LEASE | CITY OF IDAHO FALLS<br>IDAHO FALLS REGIONAL AIRPORT<br>ATTN: AIRPORT DIRECTOR<br>2140 N. SKYLINE DRIVE, BOX 12<br>IDAHO FALLS, ID 83402 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.19 | **State what the contract or lease is for and the nature of the debtor's interest** | NON-SIGNATORY AIRLINE OPERATING PERMIT | CITY OF PALM SPRINGS<br>AIRPORT EXECUTIVE DIRECTOR<br>PALM SPRINGS INTERNATIONAL AIRPORT<br>3400 E. TAHQUITZ CANYON WAY SUITE 1<br>PALM SPRINGS, CA 92262 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.20 | **State what the contract or lease is for and the nature of the debtor's interest** | NON-SIGNATORY AIRLINE OPERATING PERMIT | CITY OF PALM SPRINGS<br>CITY MANAGER<br>3200 E. TAHQUITZ CANYON WAY<br>PALM SPRINGS, CA 92262 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.21 | **State what the contract or lease is for and the nature of the debtor's interest** | NON-SIGNATORY SCHEDULED AIRLINE OPERATING PERMIT COVERING LANDS AND LEASE OF TERMINAL | CITY OF REDMOND<br>ATTN: AIRPORT DIRECTOR<br>411 SW 9TH STREET<br>REDMOND, OR 97756 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.22 | **State what the contract or lease is for and the nature of the debtor's interest** | NON-SIGNATORY AIRLINE OPERATOR AGREEMENT AND LEASE FORM | COUNTY OF SONOMA<br>AIRPORT MANAGER<br>CHARLES M. SCHULZ, SONOMA COUNTY AIRPORT<br>2290 AIRPORT BLVD.<br>SANTA ROSA, CA 95403 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| Debtor | ExpressJet Airlines LLC | Case number (if known) | 22-10787 |
|--------|-------------------------|------------------------|----------|
| | (Name) | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | |
|---|---|---|
| 2.23 | **State what the contract or lease is for and the nature of the debtor's interest** | IATA 2018 SGHA ANNEX B.10 - GROUND HANDLING SERVICES AT IDA | CRJ AVIATION LLC<br>ATTN: CHARLES JACKSON<br>751 E GALLUP HILL ROAD<br>P.O. BOX 519<br>NIXA, MO  65714 |
| | **State the term remaining** | SHALL CONTINUE IN EFFECT UNTIL TERMINATED BY EITHER PARTY WITH 90 DAYS NOTICE | |
| | **List the contract number of any government contract** | | |
| 2.24 | **State what the contract or lease is for and the nature of the debtor's interest** | COST PER AIRLINE LANDING AGREEMENT | DUNLOP AIRCRAFT TYRES  INC<br>205 ENTERPRISE WAY<br>MOCKSVILLE, NC  27028 |
| | **State the term remaining** | 80 MONTHS | |
| | **List the contract number of any government contract** | | |
| 2.25 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT (AIRCRAFT PARTS WAREHOUSE/OFFICE SUPPORT SPACE) | EAST GROUP PROPERTIES<br>4741 WORLD HOUSTON PARKWAY, SUITE 150<br>HOUSTON, TX  77032 |
| | **State the term remaining** | 29 MONTHS | |
| | **List the contract number of any government contract** | | |
| 2.26 | **State what the contract or lease is for and the nature of the debtor's interest** | EQUIPTMENT LEASE (EMBRAER ERJ 145LR ) | EIC AIRCRAFT LEASING LIMITED<br>3RD FLOOR KILMORE HOUSE PARK LANE<br>SPENCER DOCK<br>DUBLIN 1<br>IRELAND |
| | **State the term remaining** | 23 MONTHS | |
| | **List the contract number of any government contract** | | |
| 2.27 | **State what the contract or lease is for and the nature of the debtor's interest** | EQUIPMENT LEASE AGREEMENT, DATED AUGUST 5, 2021 AIRCRAFT MODEL: ONE (1) EMBRAER ERJ-145LR AIRCRAFT<br>•    S/N 14500829<br>•    REGISTRATION: N839HK<br>INSTALLED ENGINES: TWO (2) ALLISON AE3007A1 ENGINES<br>•    S/N 310136<br>•    S/N 311558 | EIC AIRCRAFT LEASING LIMITED<br>C/O REGIONAL ONE, INC.<br>6750 NE 4TH COURT<br>MIAMI, FL  33138 |
| | **State the term remaining** | 24 MONTHS | |
| | **List the contract number of any government contract** | | |

| Debtor | ExpressJet Airlines LLC | Case number (if known) | 22-10787 |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | | |
|---|---|---|---|
| 2.28 | **State what the contract or lease is for and the nature of the debtor's interest** | EQUIPMENT LEASE AGREEMENT, DATED JANUARY 11, 2021 AIRCRAFT MODEL: ONE (1) EMBRAER ERJ-145LR AIRCRAFT<br>•  S/N 145838<br>•  REGISTRATION: N844HK<br>INSTALLED ENGINES: TWO (2) ALLISON AE3007A1 ENGINES<br>•  S/N 310140<br>•  S/N 312645 | EIC AIRCRAFT LEASING LIMITED C/O REGIONAL ONE, INC. 6750 NE 4TH COURT MIAMI, FL  33138 |
| | **State the term remaining** | 35 MONTHS | |
| | **List the contract number of any government contract** | | |
| 2.29 | **State what the contract or lease is for and the nature of the debtor's interest** | EQUIPMENT LEASE AGREEMENT, DATED JULY 7, 2021 AIRCRAFT MODEL: ONE (1) EMBRAER ERJ-145LR AIRCRAFT<br>•  S/N 14500855<br>•  REGISTRATION: N846HK<br>INSTALLED ENGINES: TWO (2) ALLISON AE3007A1 ENGINES<br>•  S/N 312655<br>•  S/N 312616 | EIC AIRCRAFT LEASING LIMITED C/O REGIONAL ONE, INC. 6750 NE 4TH COURT MIAMI, FL  33138 |
| | **State the term remaining** | 35 MONTHS | |
| | **List the contract number of any government contract** | | |
| 2.30 | **State what the contract or lease is for and the nature of the debtor's interest** | EQUIPMENT LEASE AGREEMENT, DATED SEPTEMBER 15, 2021 AIRCRAFT MODEL: ONE (1) EMBRAER ERJ-145LR AIRCRAFT<br>•  S/N 14500822<br>•  REGISTRATION: N843HK<br>INSTALLED ENGINES: TWO (2) ALLISON AE3007A1 ENGINES<br>•  S/N 312689<br>•  S/N 312679 | EIC AIRCRAFT LEASING LIMITED C/O REGIONAL ONE, INC. 6750 NE 4TH COURT MIAMI, FL  33138 |
| | **State the term remaining** | 25 MONTHS | |
| | **List the contract number of any government contract** | | |
| 2.31 | **State what the contract or lease is for and the nature of the debtor's interest** | AIRLINE OPERATIONS CONTROL SUITE AGREEMENT | ETT AVIATION 1013 E WINDING CREEK DR STE 102 EAGLE, ID  83616 |
| | **State the term remaining** | 24 MONTHS | |
| | **List the contract number of any government contract** | | |
| 2.32 | **State what the contract or lease is for and the nature of the debtor's interest** | DISTRIBUTIONS - OTA | EXPEDIA, INC. 1111 EXPEDIA GROUP WAY W SEATTLE, WA  98119 |
| | **State the term remaining** | 13 MONTHS | |
| | **List the contract number of any government contract** | | |

Debtor    ExpressJet Airlines LLC                                                Case number (if known)    22-10787

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.33 | State what the contract or lease is for and the nature of the debtor's interest | LEASE DTD 12/12/2001 (AIRCRAFT COMPOSIT SHOP) | FAULKNER PROPERTIES<br>3283 NORTH PARK BLVD SUITE K<br>ALCON, TN  37701 |
|  | State the term remaining | 4 MONTHS |  |
|  | List the contract number of any government contract |  |  |
| 2.34 | State what the contract or lease is for and the nature of the debtor's interest | AD AGENCY AGREEMENT | FOUNDRY, LCC<br>JIM BAUSERMAN<br>6160 PLUMAS STREET<br>SUITE 200<br>RENO, NV  89519 |
|  | State the term remaining | 9/1/2022 |  |
|  | List the contract number of any government contract |  |  |
| 2.35 | State what the contract or lease is for and the nature of the debtor's interest | IATA 2018 SGHA ANNEX B.10 - DEICING SERVICES AT MFR | FREEMAN HOLDINGS OF OREGON, LLOC DBA MILLION AIR MEDFORD<br>D/B/A MILLION AIR MEDFORD<br>ATTN: SCOTT FREEMAN<br>16221 FOSTER STREET<br>OVERLAND PARK, KS  66085 |
|  | State the term remaining | 3 MONTHS |  |
|  | List the contract number of any government contract |  |  |
| 2.36 | State what the contract or lease is for and the nature of the debtor's interest | IATA 2018 SGHA ANNEX B.10 - GROUND HANDLING SERVICES AT BOI | G2 SECURE STAFF LLC<br>ATTN: TONYA HOLT SENIOR COUNSEL<br>400 E. LAS COLINAS BLVD.<br>SUITE 750<br>IRVING, TX  75039 |
|  | State the term remaining | SHALL CONTINUE IN EFFECT UNTIL TERMINATED BY EITHER PARTY WITH 90 DAYS NOTICE |  |
|  | List the contract number of any government contract |  |  |
| 2.37 | State what the contract or lease is for and the nature of the debtor's interest | IATA 2018 SGHA ANNEX B.10 - WHEELCHAIR SERVICE AT GEG | G2 SECURE STAFF LLC<br>ATTN: TONYA HOLT SENIOR COUNSEL<br>400 E. LAS COLINAS BLVD.<br>SUITE 750<br>IRVING, TX  75039 |
|  | State the term remaining | 4 MONTHS |  |
|  | List the contract number of any government contract |  |  |
| 2.38 | State what the contract or lease is for and the nature of the debtor's interest | DOMAIN NAME REGISTRY AGREEMENT | GODADDY OPERATING COMPANY, LLC<br>2155 E GODADDY WAY<br>TEMPE, AZ  85284 |
|  | State the term remaining | 12 MONTHS |  |
|  | List the contract number of any government contract |  |  |

Debtor    ExpressJet Airlines LLC                                    Case number (if known)  22-10787

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.39 | **State what the contract or lease is for and the nature of the debtor's interest** | DISTRIBUTIONS - OTA | GOOGLE, LLC (GOOGLE FLIGHTS)<br>1600 AMPITHEATRE PARKWAY<br>MOUNTAIN VIEW, CA  94043 |
| | **State the term remaining** | 2 MONTHS | |
| | **List the contract number of any government contract** | | |
| 2.40 | **State what the contract or lease is for and the nature of the debtor's interest** | DISTRIBUTION AGREEMENT | GOOGLE, LLC (GOOGLE FLIGHTS)<br>MICHAEL MO<br>1600 AMPITHEATRE PARKWAY<br>MOUNTAIN VIEW, CA  94043 |
| | **State the term remaining** | 11/22/2022 | |
| | **List the contract number of any government contract** | | |
| 2.41 | **State what the contract or lease is for and the nature of the debtor's interest** | TRAVEL COMMERCE PLATFORM AGREEMENT | GUESTLOGIX<br>30 ST. CLAIR AVE WEST STE 901<br>TORONTO, ON  M4V3A1<br>CANADA |
| | **State the term remaining** | 27 MONTHS | |
| | **List the contract number of any government contract** | | |
| 2.42 | **State what the contract or lease is for and the nature of the debtor's interest** | FMS UPDATES AGREEMENT | HONEYWELL (MAINTENANCE)<br>21380 NETWORK PLACE<br>CHICAGO, IL  60673 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.43 | **State what the contract or lease is for and the nature of the debtor's interest** | WHOLESALE HOTEL ROOMS AGREEMENT | HYATT REGENCY LAKE TAHOE RESORT SPA CASINO<br>111 COUNTRY CLUB DRIVE<br>INCLINE VILLAGE, NV  89541 |
| | **State the term remaining** | 8 MONTHS | |
| | **List the contract number of any government contract** | | |
| 2.44 | **State what the contract or lease is for and the nature of the debtor's interest** | WEATHER SERVICES AGREEMENT | IBM CORPORATION<br>1 NORTH CASTLE DRIVE<br>ARMONK, NY  10504 |
| | **State the term remaining** | 4 MONTHS - 12/8/22 | |
| | **List the contract number of any government contract** | | |

Debtor    ExpressJet Airlines LLC                                                    Case number (if known)    22-10787
         (Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.45** **State what the contract or lease is for and the nature of the debtor's interest** | DISTRIBUTION AGREEMENT | IBS SOFTWARE AMERICAS, INC. 400 GALLERIA PARKWAY SUITE 1750 ATLANTA, GA  30339 |
| **State the term remaining** | 25 MONTHS | |
| **List the contract number of any government contract** | | |
| **2.46** **State what the contract or lease is for and the nature of the debtor's interest** | CRS/DCS/PACKAGING AGREEMENT | INTELISYS AVIATION, INC. 75 PRINCE WILLIAM STREET SUITE 100 SAINT JOHN, NB  E2L 2B2 CANADA |
| **State the term remaining** | 4 YEARS | |
| **List the contract number of any government contract** | | |
| **2.47** **State what the contract or lease is for and the nature of the debtor's interest** | ROGUE VALLEY INTERNATIONAL – MEDFORD AIRPORT  SCHEDULED AIRLINE OPERATING AGREEMENT AND TERMINAL BUILDING LEASE | JACKSON COUNTY, OREGON JACKSON COUNTY AIRPORT AUTHORITY 1000 TERMINAL LOOP PARKWAY SUITE 201 MEDFORD, OR  97504 |
| **State the term remaining** | | |
| **List the contract number of any government contract** | | |
| **2.48** **State what the contract or lease is for and the nature of the debtor's interest** | NAVIGATION CHARTS AGREEMENT | JEPPESEN A BOEING COMPANY 55INVERNESS DRIVE EAST ENGLEWOOD, CO  80112-5498 |
| **State the term remaining** | YEAR TO YEAR | |
| **List the contract number of any government contract** | | |
| **2.49** **State what the contract or lease is for and the nature of the debtor's interest** | IT CONSULTANT AGREEMENT | JONATHAN A. JONES 726 SANDRINGHAM DRIVE ALPHARETTA, GA  30004 |
| **State the term remaining** | 3 MONTHS | |
| **List the contract number of any government contract** | | |
| **2.50** **State what the contract or lease is for and the nature of the debtor's interest** | KRONOS REVENUE ACCOUNTING SOLUITONS AGREEMENT | KRONOS AIRLINE SOLUTIONS INC. 8333 NW 53 ST SUITE 450 MIAMI, FL  33166 |
| **State the term remaining** | 25 MONTHS | |
| **List the contract number of any government contract** | | |

| Debtor | ExpressJet Airlines LLC | | Case number (if known) | 22-10787 |
|---|---|---|---|---|
| | (Name) | | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.51 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AIRLINE OPERATING PERMIT | LAUGHLIN/BULLHEAD INTERNATIONAL AIRPORT MOHAVE COUNTY AIRPORT AUTHORITY INC. ATTN: AIRPORT DIRECTOR 2550 LAUGHLIN VIEW DR. SUITE 117 BULLHEAD CITY, AZ 86429 |
| 2.52 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | IATA 2018 SGHA ANNEX B.10 - DEICING SERVICES AT EUG<br><br>2 MONTHS | LAWRENCE AIR SERVICE ("LASE" AND/OR "SERVICE PROVIDER) ATTN: SHAD TURNER 90295 AIR CARGO WAY SUITE 4 EUGENE/SPRINGFIELD, OR 97402 |
| 2.53 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | IATA 2018 SGHA ANNEX B.10 - DEICING SERVICES AT RDM<br><br>2 MONTHS | LEADING EDGE JET CENTER, LLC 63132 POWELL BUTTE HIGHWAY BEND, OR 97701 |
| 2.54 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | STAFF TRAVEL MANAGEMENT SOLUTION"MYIDTRAVEL"<br><br>10 MONTHS | LUFTHANSA INDUSTRY SOLUTIONS BS GMBH AM MESSEPLATZ 1 RAUNHEIM 65479 GERMANY |
| 2.55 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | EMPLOYEE LEISURE TRAVEL PROVIDER AGREEMENT<br><br>8 MONTHS | LUFTHANSA INDUSTRY SOLUTIONS 3515 N SHERIDAN ROAD TULSA, OK 74115 |
| 2.56 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MERCHANT SERVICES AGREEMENT<br><br>23 MONTHS | MAVERICK BANKCARD, INC. 26520 AGOURA ROAD 1ST FLOOR CALABASAS, CA 91302 |

| Debtor | ExpressJet Airlines LLC | Case number (if known) | 22-10787 |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.57 | **State what the contract or lease is for and the nature of the debtor's interest** | IATA 2018 SGHA ANNEX B.10 - IN-TO-PLANE (ITP) FUELING SERVICES AT ONT | MENZIES AVIATION<br>4900 DIPLOMACY ROAD<br>FORTH WORTH, TX  76155 |
| | **State the term remaining** | 14 MONTHS | |
| | **List the contract number of any government contract** | | |
| 2.58 | **State what the contract or lease is for and the nature of the debtor's interest** | IATA 2018 SGHA ANNEX B.10 - GROUND HANDLING SERVICES AT STS | NEW SONOMA FBO, INC DBA SONOMA JET CENTER D/B/A SONOMA JET CENTER<br>ATTN: THOMAS OWEN<br>6000 FLIGHTLINE DRIVE<br>SANTA ROSA, CA  95403 |
| | **State the term remaining** | SHALL CONTINUE IN EFFECT UNTIL TERMINATED BY EITHER PARTY WITH 90 DAYS NOTICE | |
| | **List the contract number of any government contract** | | |
| 2.59 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AND MONITOR ATL POWER BACKUP GENERATOR AGREEMENT | NIXON POWER<br>PO BOX 934345<br>ATLANTA, GA  31193-4345 |
| | **State the term remaining** | 3 MONTHS | |
| | **List the contract number of any government contract** | | |
| 2.60 | **State what the contract or lease is for and the nature of the debtor's interest** | WHOLESALE HOTEL ROOMS AGREEMENT | NUGGET CASINO RESORT<br>DENISE HATCHETT<br>1100 NUGGET AVENUE<br>SPARKS, NV  89431 |
| | **State the term remaining** | 4 MONTHS | |
| | **List the contract number of any government contract** | | |
| 2.61 | **State what the contract or lease is for and the nature of the debtor's interest** | FACILITY USE AGREEMENT (ONT SUPPORT SPACE) | ONTARIO INTERNATIONAL AIRPORT AUTHORITY<br>ATTN: CHIEF EXECUTIVE OFFICER<br>1923 E. AVION AVENUE<br>ONTARIO, CA  91761 |
| | **State the term remaining** | 2 MONTHS | |
| | **List the contract number of any government contract** | | |
| 2.62 | **State what the contract or lease is for and the nature of the debtor's interest** | NON-EXCLUSIVE AIR CARRIER OPERATING PERMIT (ONT) | ONTARIO INTERNATIONAL AIRPORT AUTHORITY<br>ATTN: CHIEF EXECUTIVE OFFICER<br>1923 E. AVION AVENUE<br>ONTARIO, CA  91761 |
| | **State the term remaining** | 2 MONTHS | |
| | **List the contract number of any government contract** | | |

Debtor    ExpressJet Airlines LLC                               Case number (if known)    22-10787

    (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.63 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FACILITY USE AGREEMENT | ONTARIO INTERNATIONAL AIRPORT AUTHORITY<br>ATTN: GC, GATZKE DILLON & BALANCE LLP<br>2762 GATEWAY ROAD<br>CALSBAD, CA  92009 |
| 2.64 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | NON-EXCLUSIVE AIR CARRIER OPERATING PERMIT | ONTARIO INTERNATIONAL AIRPORT AUTHORITY<br>ATTN: GC, GATZKE DILLON & BALANCE LLP<br>2762 GATEWAY ROAD<br>CALSBAD, CA  92009 |
| 2.65 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ONT- TAC AGREEMENT (FACILITY M&O)<br><br>2 MONTHS | ONTARIO INTERNATIONAL AIRPORT TERMINAL & EQUIPMENT COMPANY, LLC<br>EQUIPMENT COMPANY, LLC<br>2900 E AIRPORT DRIVE SUITE 2408<br>ATTN: JOHN HALL GENERAL MANAGER<br>ONTARIO, CA  91761 |
| 2.66 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | NONSTOP PASSENGER SERVICE AGREEMENT<br><br>2 MONTHS | ONTATIO INTERNATIONAL AIRPORT AUTHORITY<br>ONTARIO INTERNATIONAL AIRPORT<br>ATTN: CHIEF EXECUTIVE OFFICER<br>1923 E. AVION AVENUE<br>ONTARIO, CA  91761 |
| 2.67 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ERP SYSTEM AGREEMENT<br><br>7 MONTHS | ORACLE AMERICA, INC.<br>2300 ORACLE WAY<br>AUSTIN, TX  78741 |
| 2.68 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FINANCE/ACCOUNTING ERP SOFTWARE SOLUTION AGREEMENT<br><br>6 MONTHS | ORACLE CORPORATION<br>PO BOX 44471<br>SAN FRANCISCO, CA  94144-4471 |

Debtor    ExpressJet Airlines LLC                                                Case number (if known)    22-10787
          (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.69 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT (OSC/CORPORATE OFFICE) | PHOENIX PARTNERS, LLC<br>1745 PHOENIX BOULEVARD, SUITE 250<br>COLLEGE PARK, GA  30349 |
| | **State the term remaining** | 22 MONTHS | |
| | **List the contract number of any government contract** | | |
| 2.70 | **State what the contract or lease is for and the nature of the debtor's interest** | NON-SIGNATORY AIRLINE AGREEMENT AND TERMINAL BUILDING LEASE | PORT OF PASCO<br>3601 N. 20TH AVENUE<br>PASCO, WA  99301 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.71 | **State what the contract or lease is for and the nature of the debtor's interest** | CHARTER LOGISTICS COORDINATION AGREEMENT | PREMIER CORPORATE SECURITY, LLC<br>SUSAN NILSIN<br>PO BOX 254<br>IDA, MI  48140 |
| | **State the term remaining** | 1/1/2023 | |
| | **List the contract number of any government contract** | | |
| 2.72 | **State what the contract or lease is for and the nature of the debtor's interest** | DISTRIBUTIONS - OTA | PRICELINE.COM LLC<br>800 CONNECTICUT AVE<br>NORWALK, CT  06854 |
| | **State the term remaining** | 14 MONTHS | |
| | **List the contract number of any government contract** | | |
| 2.73 | **State what the contract or lease is for and the nature of the debtor's interest** | PUBLISHING SOLUTION  AGREEMENT | PTC  INC.<br>29896 NETWORK PLACE<br>CHICAGO, IL  60673 |
| | **State the term remaining** | 9 MONTHS | |
| | **List the contract number of any government contract** | | |
| 2.74 | **State what the contract or lease is for and the nature of the debtor's interest** | INVESTMENT BANKING SERVICES AGREEMENT | RAYMOND JAMES<br>880 CARILLON PARKWAY ST<br>PETERSBURG, FL  33716 |
| | **State the term remaining** | 18 MONTHS | |
| | **List the contract number of any government contract** | | |

| Debtor | ExpressJet Airlines LLC | Case number (if known) | 22-10787 |
| | (Name) | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.75 | **State what the contract or lease is for and the nature of the debtor's interest** | AIR CARGO FACILITY SPACE LEASE (AIRCRAFT PARTS WAREHOUSE/OFFICE SUPPORT SPACE) | RENO-TAHOE AIRPORT AUTHORITY 1500 TERMINAL WAY, BUILDING 102 RENO, NV 89502 |
| | **State the term remaining** | 7 MONTHS | |
| | **List the contract number of any government contract** | | |
| 2.76 | **State what the contract or lease is for and the nature of the debtor's interest** | AIRLINE-AIRPORT USE AND LEASE AGREEMENT (RNO) | RENO-TAHOE AIRPORT AUTHORITY 2001 E PLUMB LN RENO, NV 89502 |
| | **State the term remaining** | 10 MONTHS | |
| | **List the contract number of any government contract** | | |
| 2.77 | **State what the contract or lease is for and the nature of the debtor's interest** | PUBLIC RELATIONS & COMMUNICATIONS AGREEMENT | REPUTABLE, LLC BOYD BAILEY 1237 DE LA GUERRA ROAD SANTA BARBARA, CA 93103 |
| | **State the term remaining** | 4 MONTHS | |
| | **List the contract number of any government contract** | | |
| 2.78 | **State what the contract or lease is for and the nature of the debtor's interest** | SCHEDULED AIRLINE OPERATING AGREEMENT AND TERMINAL BUILDING LEASE (MFR) | ROUGE VALLEY INTERNATIONAL - MEDFORD AIRPORTJACKSON COUNTY AIRPORT AUTHORITY 1000 TERMINAL LOOP PARKWAY MEDFORD/ASHLAND, OR 97504 |
| | **State the term remaining** | 28 MONTHS | |
| | **List the contract number of any government contract** | | |
| 2.79 | **State what the contract or lease is for and the nature of the debtor's interest** | IATA 2018 SGHA ANNEX B.10 - WHEELCHAIR SERVICE AT FAT, ONT, RNO | S.A.S SERVICES GROUP INC 630 N SEPULVEDA BLVDD. #9A EL SEGUNDO, CA 90245 |
| | **State the term remaining** | 13 MONTHS | |
| | **List the contract number of any government contract** | | |
| 2.80 | **State what the contract or lease is for and the nature of the debtor's interest** | IATA 2018 SGHA ANNEX B.10 - WHEELCHAIR SERVICE AT PSP | SIERRIA AVIATION GROUP 9247 ARCHIBLD AVENU RANCHO CUCAMONGA, CA 91730 |
| | **State the term remaining** | 4 MONTHS | |
| | **List the contract number of any government contract** | | |

| Debtor | ExpressJet Airlines LLC | Case number (if known) | 22-10787 |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | | |
|---|---|---|---|
| 2.81 | **State what the contract or lease is for and the nature of the debtor's interest** | IATA 2018 SGHA ANNEX B.10 - IN-TO-PLANE (ITP) FUELING SERVICES AT FAT | SIGNATURE FLIGHT SUPPORT LLC 13485 VETERANS WAY, SUITE 600 ORLANDO, FL 32827 |
| | **State the term remaining** | 13 MONTHS | |
| | **List the contract number of any government contract** | | |
| 2.82 | **State what the contract or lease is for and the nature of the debtor's interest** | IATA 2018 SGHA ANNEX B.10 - IN-TO-PLANE (ITP) FUELING SERVICES AT GEG | SIGNATURE FLIGHT SUPPORT 13485 VETERANS WAY, SUITE 600 ORLANDO, FL 32827 |
| | **State the term remaining** | 15 MONTHS | |
| | **List the contract number of any government contract** | | |
| 2.83 | **State what the contract or lease is for and the nature of the debtor's interest** | IATA 2018 SGHA ANNEX B.10 - IN-TO-PLANE (ITP) FUELING SERVICES AT PSP | SIGNATURE FLIGHT SUPPORT 13485 VETERANS WAY, SUITE 600 ORLANDO, FL 32827 |
| | **State the term remaining** | 28 MONTHS | |
| | **List the contract number of any government contract** | | |
| 2.84 | **State what the contract or lease is for and the nature of the debtor's interest** | NON-SIGNATORY AIRLINE OPERATOR AGREEMENT AND LEASE FORM (STS) | SONOMA COUNTY AIRPORT 2290 AIRPORT BLVD SANTA ROSA, CA 95403 |
| | **State the term remaining** | 10 MONTHS | |
| | **List the contract number of any government contract** | | |
| 2.85 | **State what the contract or lease is for and the nature of the debtor's interest** | FUEL FACILITY USE AGREEMENT | SPOKANE AIRPORT 9000 W. AIRPORT DRIVE SPOKANE, WA 99224 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.86 | **State what the contract or lease is for and the nature of the debtor's interest** | LANDING USE AND LEASE AGREEMENT | SPOKANE AIRPORT PROPERTIES & CONTRACTS DIRECTOR 9000 W. AIRPORT DRIVE SUITE 204 SPOKANE, WA 99224 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| Debtor | ExpressJet Airlines LLC | | Case number (if known) | 22-10787 |
| --- | --- | --- | --- | --- |
| | (Name) | | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.87 | **State what the contract or lease is for and the nature of the debtor's interest** | WORKERS COMPENSATION AND EMPLOYER LIABILITY POLICY | STAR INDEMNITY & LIABILITY COMPANY 399 PARK AVENUE |
| | **State the term remaining** | 5 MONTHS | NEW YORK, NY  10022 |
| | **List the contract number of any government contract** | | |
| 2.88 | **State what the contract or lease is for and the nature of the debtor's interest** | SCHEDULE PLANNING AGREEMENT | STARLINE SYSTEMS INC. 1500 ROSENCRANS AVE SHITE 500 MANHATTAN BEACH, CA  90266 |
| | **State the term remaining** | 9/9/2022 | |
| | **List the contract number of any government contract** | | |
| 2.89 | **State what the contract or lease is for and the nature of the debtor's interest** | IATA 2018 SGHA ANNEX B.10 - IN-TO-PLANE (ITP) FUELING SERVICES RNO | SWISSPORT FUELING, INC. ATTN: TUCKER CORNWELL 227 FAYETTEVILLE STREET 9TH FLOOR RALEIGH, NC  27601 |
| | **State the term remaining** | 13 MONTHS | |
| | **List the contract number of any government contract** | | |
| 2.90 | **State what the contract or lease is for and the nature of the debtor's interest** | COMPUTER BASED TRAINING SOLUTION AGREEMENT | TALENT QUEST ONE MIDTOWN PLAZA STE 200 1360 PEACHTREE ST, NE ATLANTA, GA  30309 |
| | **State the term remaining** | 9 MONTHS | |
| | **List the contract number of any government contract** | | |
| 2.91 | **State what the contract or lease is for and the nature of the debtor's interest** | RESERVATIONS CALL CENTER AGREEMENT | TEAMVAN NESTOR DEL ROSARIO 4720 KINGSWAY SUITE 2600 BURNABY, BC  V5H 4N2 CANADA |
| | **State the term remaining** | 24 MONTHS | |
| | **List the contract number of any government contract** | | |
| 2.92 | **State what the contract or lease is for and the nature of the debtor's interest** | MAINTENANCE RECORDS AGREEMENT | TRAX 2601 SOUTH BAYSHORE DRIVE SUITE 500 COCONUT GROVE, FL  33133 |
| | **State the term remaining** | 13 MONTHS | |
| | **List the contract number of any government contract** | | |

| Debtor | ExpressJet Airlines LLC | | Case number (if known) | 22-10787 |
|--------|--------|--------|--------|--------|
| | (Name) | | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|

| 2.93 | **State what the contract or lease is for and the nature of the debtor's interest** | CREW TRANSPORTATION & HOTEL AGREEMENT | TRIPACTIONS<br>1501 PAGE MILL RD<br>PALO ALTO, CA  94304 |
| | **State the term remaining** | 8 MONTHS | |
| | **List the contract number of any government contract** | | |
| 2.94 | **State what the contract or lease is for and the nature of the debtor's interest** | HRIS SOLUTION - PAYROLL, BENEFITS, HR MANAGEMENT AGREEMENT | ULTIMATE KRONOS GROUP<br>TARA THORNTON  TARA.THRONTON@UKG.COM  904-723-8470<br>ACCOUNTING DEPT, 1485 NORTH PARK DR<br>WESTON, FL  33326 |
| | **State the term remaining** | 20 MONTHS | |
| | **List the contract number of any government contract** | | |
| 2.95 | **State what the contract or lease is for and the nature of the debtor's interest** | IATA 2018 SGHA (PSC) ANNEX B1.0 | UNIFI AVIATION, LLC<br>ATTN: CUSTOMER CONTRACTS DIRECTOR<br>980 VIRGINIA AVENUE 4TH FLOOR<br>ATLANTA, GA  30354 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.96 | **State what the contract or lease is for and the nature of the debtor's interest** | IATA 2018 SGHA ANNEX B.10 - GROUND HANDLING SERVICES AT EUG | UNIFI SERVICES<br>950 EAST PACES FERRY RD NE SUITE 2000<br>ATLANTA, GA  30326 |
| | **State the term remaining** | SHALL CONTINUE IN EFFECT UNTIL TERMINATED BY EITHER PARTY WITH 90 DAYS NOTICE | |
| | **List the contract number of any government contract** | | |
| 2.97 | **State what the contract or lease is for and the nature of the debtor's interest** | IATA 2018 SGHA ANNEX B.10 - GROUND HANDLING SERVICES AT FAT | UNIFI SERVICES<br>950 EAST PACES FERRY RD NE SUITE 2000<br>ATLANTA, GA  30326 |
| | **State the term remaining** | SHALL CONTINUE IN EFFECT UNTIL TERMINATED BY EITHER PARTY WITH 90 DAYS NOTICE | |
| | **List the contract number of any government contract** | | |
| 2.98 | **State what the contract or lease is for and the nature of the debtor's interest** | IATA 2018 SGHA ANNEX B.10 - GROUND HANDLING SERVICES AT GEG | UNIFI SERVICES<br>950 EAST PACES FERRY RD NE SUITE 2000<br>ATLANTA, GA  30326 |
| | **State the term remaining** | SHALL CONTINUE IN EFFECT UNTIL TERMINATED BY EITHER PARTY WITH 90 DAYS NOTICE | |
| | **List the contract number of any government contract** | | |

Debtor    ExpressJet Airlines LLC                              Case number (if known)    22-10787
(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.99 | State what the contract or lease is for and the nature of the debtor's interest | IATA 2018 SGHA ANNEX B.10 - GROUND HANDLING SERVICES AT MFR | UNIFI SERVICES 950 EAST PACES FERRY RD NE SUITE 2000 ATLANTA, GA  30326 |
| | State the term remaining | SHALL CONTINUE IN EFFECT UNTIL TERMINATED BY EITHER PARTY WITH 90 DAYS NOTICE | |
| | List the contract number of any government contract | | |
| 2.100 | State what the contract or lease is for and the nature of the debtor's interest | IATA 2018 SGHA ANNEX B.10 - GROUND HANDLING SERVICES AT ONT | UNIFI SERVICES 950 EAST PACES FERRY RD NE SUITE 2000 ATLANTA, GA  30326 |
| | State the term remaining | SHALL CONTINUE IN EFFECT UNTIL TERMINATED BY EITHER PARTY WITH 90 DAYS NOTICE | |
| | List the contract number of any government contract | | |
| 2.101 | State what the contract or lease is for and the nature of the debtor's interest | IATA 2018 SGHA ANNEX B.10 - GROUND HANDLING SERVICES AT PSP | UNIFI SERVICES 950 EAST PACES FERRY RD NE SUITE 2000 ATLANTA, GA  30326 |
| | State the term remaining | SHALL CONTINUE IN EFFECT UNTIL TERMINATED BY EITHER PARTY WITH 90 DAYS NOTICE | |
| | List the contract number of any government contract | | |
| 2.102 | State what the contract or lease is for and the nature of the debtor's interest | IATA 2018 SGHA ANNEX B.10 - GROUND HANDLING SERVICES AT RDM | UNIFI SERVICES 950 EAST PACES FERRY RD NE SUITE 2000 ATLANTA, GA  30326 |
| | State the term remaining | SHALL CONTINUE IN EFFECT UNTIL TERMINATED BY EITHER PARTY WITH 90 DAYS NOTICE | |
| | List the contract number of any government contract | | |
| 2.103 | State what the contract or lease is for and the nature of the debtor's interest | IATA 2018 SGHA ANNEX B.10 - GROUND HANDLING SERVICES AT RNO | UNIFI SERVICES 950 EAST PACES FERRY RD NE SUITE 2000 ATLANTA, GA  30326 |
| | State the term remaining | SHALL CONTINUE IN EFFECT UNTIL TERMINATED BY EITHER PARTY WITH 90 DAYS NOTICE | |
| | List the contract number of any government contract | | |
| 2.104 | State what the contract or lease is for and the nature of the debtor's interest | EMPLOYEE ASSITANCE PROGRAM | UNITED BEHAVIORAL HEALTH 425 MARKET STREET 14TH FLOOR SAN FRANCISCO, CA  94105-2426 |
| | State the term remaining | 5 MONTHS | |
| | List the contract number of any government contract | | |

Debtor    ExpressJet Airlines LLC                                    Case number (if known)    22-10787

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.105 | **State what the contract or lease is for and the nature of the debtor's interest** | UNR WOLF PACK SPONSORSHIP AGREEMENT | WOLF PACK SPORTS PROPERTIES, LLC<br>ERIC KOVACS<br>PO BOX 843038<br>KANSAS CITY, MO  843038 |
| | **State the term remaining** | 34 MONTHS | |
| | **List the contract number of any government contract** | | |

☐ Check if this is an
amended filing

## Official Form 206H

# Schedule H: Codebtors

**12/15**

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1.  **Does the debtor have any codebtors?**

    ☐ No.  Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

    ☑ Yes.

2.  **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply* |
| 2.1  MANAAIR, LLC | 1659 E CLIFTON RD NE<br>ATLANTA, GA  30307 | SMALL BUSINESS<br>ADMINISTRATION (SBA) | ☐ D<br>☑ E/F<br>☐ G |

Fill in this information to identify the case:

| | |
|---|---|
| Debtor | ExpressJet Airlines LLC |
| United States Bankruptcy Court for the: | Delaware |
| Case number (if known) | 22-10787 |

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

| | Delcaration and signature |
|---|---|

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule*

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  09/20/2022            ✗ /s/ John Greenlee
MM / DD / YYYY                        Signature of individual signing on behalf of debtor

                                     John Greenlee
                                     Printed name

                                     President
                                     Position or relationship to debtor