**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| **EXPRESSJET AIRLINES LLC,** | Case No. 22-10787 (MFW) |
| Debtor.[1] | |

**STATEMENT OF FINANCIAL AFFAIRS FOR**
**EXPRESSJET AIRLINES LLC, (CASE NO. 22-10787)**

---

[1]     The last four digits of the Debtor's federal EIN are 4495.  The Debtor's mailing address is 1745 Phoenix Boulevard, Suite 250, College Park, GA 30349.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| **EXPRESSJET AIRLINES LLC,** | Case No. 22-10787 (MFW) |
| Debtor.[1] | |

**GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY AND DISCLAIMER REGARDING THE DEBTOR'S SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS**

The Schedules of Assets and Liabilities (the "Schedules") and the Statement of Financial Affairs (the "Statement," and collectively with the Schedules, the "Schedules and Statement") filed by the above-captioned debtor and debtor in possession (the "Debtor"), in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), have been prepared by the Debtor's management in accordance with section 521 of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (as amended, the "Bankruptcy Code") and Federal Rule of Bankruptcy Procedure 1007, and are unaudited.

These Global Notes and Statement of Limitations, Methodology and Disclaimer Regarding the Debtor's Schedules of Assets and Liabilities and Statement of Financial Affairs (the "Global Notes") pertain to, are incorporated by reference in, and comprise an integral part of all the Schedules and Statement. The Global Notes should be referred to, considered and reviewed in connection with any review of the Schedules and Statement.[2]

The Schedules and Statement do not purport to represent financial statements prepared in accordance with generally accepted accounting principles in the United States ("GAAP"), nor are they intended to be fully reconciled with the financial statements of the Debtor. Additionally, the Schedules and Statement contain unaudited information that is subject to further review and potential adjustment.

In preparing the Schedules and Statement, the Debtor relied upon information derived from its books and records that was available at the time of such preparation. Although the Debtor has made reasonable efforts to ensure the accuracy and completeness of such financial information, inadvertent errors or omissions, as well as the discovery of conflicting, revised or subsequent information, may cause material changes to the Schedules and Statement.

---

[1]   The last four digits of the Debtor's federal EIN are 4495. The Debtor's mailing address is 1745 Phoenix Boulevard, Suite 250, College Park, GA 30349.

[2]   These Global Notes are in addition to any specific notes contained in the Debtor's Schedules and Statement.

The Debtor's management prepared the Schedules and Statement with the assistance of its financial advisor, Moore, Colson & Company, P.C., and other professionals. John Greenlee has signed the Schedules and Statement. Mr. Greenlee is the President of, and an authorized signatory for, the Debtor. Mr. Greenlee has not (and could not have) personally verified the accuracy of each statement and representation contained in the Schedules and Statement, including statements and representations concerning amounts owed to creditors, classification of such amounts and creditor addresses.

**The Schedules, Statement and Global Notes should not be relied upon by any person for information relating to current or future financial conditions, events or performance of the Debtor. Due to numerous unliquidated, contingent and/or disputed claims, summary statistics in the Schedules, Statement and Global Notes are likely not an accurate representation of the Debtor's liabilities on a GAAP basis.**

The Debtor and its employees, agents, attorneys, and other professionals do not guarantee or warrant the accuracy, completeness, or currency of the data that is provided herein and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained herein. While every effort has been made to provide accurate and complete information herein, inadvertent errors or omissions may exist. The Debtor and its employees, agents, attorneys, and other professionals expressly do not undertake any obligation to notify any third party should the information be or need to be updated, modified, revised or recategorized. In no event shall the Debtor or its employees, agents, attorneys, or other professionals be liable to any third party for any direct, indirect, incidental, consequential, or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtor or damages to business reputation, lost business or lost profits), whether foreseeable or not and however caused, even if the Debtor or its employees, agents, attorneys, and other professionals are advised of the possibility of such damages.

### Global Notes and Overview of Methodology

1.    Reservation of Rights. The Debtor reserves and preserves all rights to amend, supplement or otherwise modify the Schedules and Statement from time to time, in all respects, as may be necessary or appropriate, including, without limitation, the right to amend the Schedules and Statement with respect to a claim (including, but not limited to: amending the description or designation of any claim; disputing or otherwise asserting offsets or defenses to any claim reflected in the Schedules and Statement as to amount, liability, priority, status or classification; subsequently designating any claim as "disputed," "contingent" or "unliquidated;" or objecting to the extent, validity, enforceability, priority or avoidability of any claim). Any failure to designate a claim in the Schedules and Statement as "disputed," "contingent" or "unliquidated" does not constitute an admission by the Debtor that such claim or amount is not "disputed," "contingent" or "unliquidated." Listing a claim does not constitute an admission of liability by the Debtor.

Further, nothing contained in the Schedules and Statement shall constitute a waiver of rights or an admission with respect to this chapter 11 case, including, without limitation, with respect to matters involving objections to claims, substantive consolidation, equitable subordination, defense, characterization or re-characterization of contracts, assumption or rejection of contracts under the provisions of chapter 3 of the Bankruptcy Code and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code or any other relevant laws to recover assets or avoid transfers. Any specific reservation and preservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation and preservation of rights contained in this or the preceding paragraph.

2. Description of the Case and "as of" Information Date. On August 23, 2022 (the "Petition Date"), the Debtor filed a voluntary petition with the Bankruptcy Court under chapter 11 of the Bankruptcy Code. The Debtor continues to manage its assets as a debtor in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. Unless otherwise stated, asset and liability information is as of the Petition Date. As more fully described in paragraph 14 below, the Debtor was required to make certain estimates and assumptions that affect the reported amounts within the Schedules and Statement.

Additionally, the Debtor has made every effort to allocate liabilities between the prepetition and postpetition periods based on information available and research conducted in connection with the preparation of the Schedules and Statement. As additional information becomes available to, and further research is conducted by, the Debtor, the Debtor's allocation of liabilities between prepetition and postpetition periods may change.

3. Basis of Presentation. For financial reporting purposes, the Debtor historically prepared consolidated financial statements. The Schedules and Statement reflect the assets and liabilities of the Debtor on the basis of the Debtor's unaudited records. Furthermore, the Schedules and Statement do not purport to represent financial statements prepared in accordance with GAAP, nor are they intended to reconcile to the financial statements previously distributed to certain third parties. Accordingly, the totals listed in the Schedules and Statement differ, at times materially, from the consolidated financial reports prepared by the Debtor for financial reporting purposes or otherwise.

To the extent that the Debtor shows more assets than liabilities, this is not an admission that the Debtor was solvent at the Petition Date or at any time prior to the Petition Date.

4. Recharacterization. Notwithstanding the Debtor's reasonable efforts to properly characterize, classify, categorize and designate certain claims, assets, contracts, leases and other items reported in the Schedules and Statement, the Debtor may nevertheless seek to recharacterize, reclassify, recategorize, redesignate, add or delete items. Accordingly, the Debtor reserves and preserves all of its rights to recharacterize, reclassify, recategorize, redesignate, add or delete items reported in the Schedules and Statement at a later time as is necessary or appropriate as additional information becomes available, including, without limitation, whether contracts or leases listed in the Schedules and Statement were deemed executory or unexpired as of the Petition Date and remain executory or unexpired postpetition.

3

5.   <u>Excluded Assets and Liabilities</u>.  In addition, certain immaterial assets and liabilities may have been excluded.  The liabilities listed on the Schedules and Statement do not reflect a complete analysis of claims under section 503(b)(9) of the Bankruptcy Code.  Accordingly, the Debtor reserves and preserves its rights to dispute or challenge the validity of all claims asserted under section 503(b)(9) of the Bankruptcy Code.

The Bankruptcy Court has authorized the Debtor to pay, in its discretion, certain outstanding prepetition claims on a postpetition basis. The Debtor has endeavored to identify in the Schedules all such prepetition claims in the amounts owing as of the Petition Date.  However, prepetition liabilities related to ordinary course wages and compensation and certain trade claims may have been excluded from the Schedules to the extent their claims have been paid postpetition.

6.   <u>Insiders</u>.  For purposes of the Schedules and Statement, the Debtor defines "insiders" pursuant to section 101(31) of the Bankruptcy Code as: (a) directors; (b) officers; (c) persons in control of the Debtor; (d) relatives of directors, officers, or persons in control of the Debtor; and (e) affiliates.  Persons listed as "insiders" have been included for informational purposes only, and including them in the Schedules and Statement shall not constitute an admission that those persons are insiders for purposes of section 101(31) of the Bankruptcy Code.

The Debtor does not take any position with respect to: (a) such person's influence over the control of the Debtor; (b) the management responsibilities or functions of such individual; (c) the decision-making or corporate authority of such individual; or (d) whether such individual could successfully argue that he or she is not an "insider" under applicable law, including the federal securities laws and section 101(31) of the Bankruptcy Code, or with respect to any theories of liability or for any other purpose.  As such, the Debtor reserves and preserves all rights with respect to the foregoing issues.

7.   <u>Executory Contracts and Unexpired Leases</u>.  Nothing contained in or omitted from the Schedules and Statement is or shall be construed as an admission as to the determination of the legal status of any contract or lease, including whether any lease is a true lease or a financing arrangement, whether such contract or lease is an executory contract or unexpired lease, or whether such contract or lease is binding, valid and enforceable.  The Debtor reserves and preserves all rights with respect to all such issues.

While every effort has been made to ensure the completeness and accuracy of the listing of executory contracts and unexpired leases, inadvertent errors or omissions may have occurred.  The contracts, agreements and leases listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters and other documents, instruments and agreements which may not be listed therein.  Such rights, powers, duties and obligations are not set forth on Schedule G.  Certain of the executory contracts or unexpired leases may not have been memorialized and could be subject to dispute.  Similarly, the absence of a contract or lease from Schedule G does not constitute an admission that such contract or lease is not executory.

4

In addition, the Debtor reserves and preserves all rights, claims and causes of action with respect to the contracts and leases listed in the Schedules and Statement, including the rights to dispute or challenge the characterization or the structure of any transaction, document or instrument.

8.      Classifications.  Listing a claim on (i) Schedule E/F, Part 1 as "priority," (ii) Schedules E/F, Part 1 or 2 as "unsecured," or (iii) Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtor of the legal rights of the claimant or a waiver of the Debtor's rights to recharacterize or reclassify such claims, contracts or leases.

9.      Causes of Action. Despite its reasonable efforts to identify all known assets, the Debtor may not have identified and/or listed as assets in the Schedules and Statement all of its causes of action or potential causes of action against third parties (and in particular has not identified or listed causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant nonbankruptcy laws to recover assets or avoid transfers).  The Debtor reserves and preserves its rights with respect to any claim, cause of action (including avoidance actions), controversy, right of setoff, recoupment, cross-claim, or counterclaim; and any demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license or franchise, in each case of any kind or character whatsoever, known or unknown, fixed or contingent, mature or unmatured, liquidated or unliquidated, disputed or undisputed, secured or unsecured, direct or derivative, whether arising before, on, or after the Petition Date, in contract or in tort, in law or in equity, or otherwise (collectively, "Causes of Action"), and neither these Global Notes nor the Schedules and Statement shall be deemed a waiver of any claims or Causes of Action or in any way prejudice or impair the assertion of such Causes of Action.

10.      Summary of Significant Reporting Policies.  The following conventions were adopted by the Debtor in the preparation of the Schedules and Statement:

(a)      Book Value.  Unless otherwise noted, each asset and liability of the Debtor is shown on the basis of the net book value of the asset or liability in accordance with the Debtor's accounting and/or tax books and records as of the Petition Date, and is not based upon any estimate of its current market values; provided, however, that accounts receivable reflect a balance as of July 31, 2022.

(b)      Cash.  Any cash balances in the Debtor's bank accounts set forth in Schedule A/B are based on the book balance as of the beginning of business on the Petition Date.

(c)      Property and Equipment: Owned.  Fixed assets are recorded at cost.  Depreciation is computed on a straight line method over the estimated useful life of the asset.

(d)      Liens and Encumbrances on Assets.  In the ordinary course of the Debtor's business, tax liens and other encumbrances (*e.g.*, judgment liens) are

5

occasionally filed against assets owned by the Debtor.  As of the Petition Date, the Debtor was not aware of any material liens or encumbrances filed against assets directly owned by the Debtor.

(e)    Undetermined Amounts.  The description of any amounts as "unknown," "TBD" or "undetermined" is not intended to reflect upon the materiality of such amount.

11.    Setoffs.  The Debtor incurred certain offsets and other similar rights during the ordinary course of its business.  Offsets in the ordinary course can result from various items, including, without limitation, pricing discrepancies, returns, refunds, warranties, debit memos, credits, and other disputes between the Debtor and its suppliers and/or customers.  These offsets and other similar rights are consistent with the ordinary course of business in the Debtor's industry and are not tracked separately.  Therefore, although such offsets and other similar rights may have been accounted for when certain amounts were included in the Schedules and Statement, offsets are not independently accounted for, and as such, are or may be excluded from the Debtor's Schedules and Statement.

12.    Estimates and Assumptions.  To prepare and file the Schedules and Statement in accordance with the deadlines established in the chapter 11 case, the Debtor was required to make certain estimates and assumptions that affect the reported amounts of assets and liabilities and reported revenue and expenses.  The Debtor reserves and preserves all rights to amend the reported amounts of assets, liabilities, revenue and expenses to reflect changes in those estimates and assumptions.

13.    Notes to Specific Schedules.  The following are items the Debtor notes as it pertains to specific questions or parts in the Schedules:

(a)    Schedules A/B: Questions 6, 7 and 8.  As to questions 6, 7 and 8, the Debtor reserves and preserves its rights to categorize a "deposit" as a "prepayment" or a "prepayment" as a "deposit." The Debtor has endeavored to list the deposits or prepayments to lessors and other parties by the entity with the legal right to the prepayment or deposit; however, the Debtor reserves the right to amend or recharacterize such classification. The list of deposits and prepayments provided in response to Schedule A/B: Questions 7 and 8 are based on an accounting basis and do not necessarily represent actual assets that can be recovered during a liquidation.

(b)    Schedule A/B: Parts 5, 7, 8, and 9. An external or professional valuation of the Debtor's physical inventory has not been taken.  Dollar amounts are presented net of accumulated depreciation and other adjustments as of July 31, 2022.

(c)    Schedule A/B: Part 2, Section 7.12. The value of the Maverick Holdback Reserve – Deposit is as of July 31, 2022.

(d)    Schedule A/B: Questions 62 & 63. The Debtor's FAA-issued operating certificate (the "FAA Certificate") and list of approximately 1,300 furloughed

6

pilots represent potential valuable assets, to which the Debtor does not attribute a book value, because there are numerous variables associated with producing a valuation. Accordingly, the Debtor has listed the book value of its FAA Certificate and pilot list as "undetermined."

(e)    Schedule A/B: Question 65.  Goodwill is valued at book value as of July 31, 2022 and does not reflect realized value.

(f)    Schedule A/B: Questions 74 & 75.  In the ordinary course of its business, the Debtor may have accrued, or may subsequently accrue, certain rights to counter-claims, setoffs, refunds or other claims.  Because such claims are unknown to the Debtor and not quantifiable as of the Petition Date, they are not listed on Schedule A/B 74 or 75.  The Debtor's failure to list any contingent and/or unliquidated claim held by the Debtor in response to these questions is not an admission that such cause of action, claim, or right does not exist, and should not be construed as a waiver, release, relinquishment, or forfeiture of such cause of action, claim, or right.

(g)    Schedule E/F: Part 1.  The Debtor's analysis of any potential priority claims is ongoing.  With respect to any employee claims that may be entitled to priority status under section 507(a)(4) or (5) of the Bankruptcy Code, these claims may have been paid pursuant to, and the statutory priority cap of $15,150 may have been exhausted under, the *Final Order (I) Authorizing Debtor to Maintain Compensation Practices and Benefits Programs and (II) Granting Related Relief* (D.I. 89).  Thus, the Debtor reserves its rights to dispute or challenge the priority status of any employee claims under section 507(a)(4) or (5) of the Bankruptcy Code.

The liabilities listed on the Schedules do not reflect any analysis of claims under section 503(b)(9) of the Bankruptcy Code.  Accordingly, the Debtor reserves its rights to dispute or challenge the validity of any asserted claims under section 503(b)(9) of the Bankruptcy Code or the characterization of the structure of any such transaction or any document or instrument related to any creditor's claim.

(h)    Schedule E/F: Part 2.  Schedule E/F part 2 reflects the prepetition amounts owing to counterparties to executory contracts and unexpired leases. Such prepetition amounts, however, may be paid in connection with the assumption, or assumption and assignment, of executory contracts or unexpired leases. Additionally, Schedule E/F part 2 does not include potential rejection damage claims, if any, of the counterparties to executory contracts and unexpired leases that have been or may be rejected postpetition.

(i)    Schedule H.  In the ordinary course of its business, the Debtor was involved in pending or threatened litigation and claims arising out of the conduct of its business. These matters may involve multiple plaintiffs and defendants, some or all of whom may assert cross-claims and counter-claims against other parties. Because such claims are listed elsewhere in the Schedules and Statement, they have not been set forth individually on Schedule H.

The Debtor may not have identified certain guarantees that are embedded in the Debtor's executory contracts, unexpired leases, and other agreements. Thus, the Debtor reserves the right to amend the Schedules to the extent that additional guarantees are identified or remove guarantees that are discovered to have expired or are unenforceable.

14.    Notes to Statement.  The following are items the Debtor notes as it pertains to specific questions or parts in the Statement:

(a)    Part 1 and 2. Current fiscal year revenue is through the Petition Date.

(b)    Part 2. Non-business revenue includes a gain on Accounts Payable ("AP") Settlements, which pertains to write offs/write downs of AP invoices due to negotiations between the Debtor and its creditors. The Debtor reduced the open bill via a bill credit. The offset account for this bill credit is reflected as a gain on the AP Settlements account.

(c)    Part 3: Question 7.  The Debtor has listed legal actions and proceedings that were commenced prepetition, but has omitted potential litigation that was not commenced.  The Debtor has identified those potential litigation claims in Schedule E/F Part 2.

15.    Global Notes Control.  In the event that the Schedules and Statement differ from the foregoing Global Notes, the Global Notes shall control.

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | ExpressJet Airlines LLC |

United States Bankruptcy Court for the:

| | |
|---|---|
| Case number | 22-10787 |
| (if known) | |

☐ Check if this is an amended filing

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
|---|---|

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|---|---|
| FROM THE BEGINNING OF THE FISCAL YEAR TO FILING DATE: | From 1/1/2022 | To 8/22/2022 | ☒ Operating a business ☐ Other | $5,702,425.18 |
| FOR PRIOR YEAR: | From 1/1/2021 | To 12/31/2021 | ☒ Operating a business ☐ Other | $926,781.74 |
| FOR THE YEAR BEFORE THAT: | From 1/1/2020 | To 12/31/2020 | ☒ Operating a business ☐ Other | $190,733,169.55 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None

| | | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|---|---|
| FROM THE BEGINNING OF THE FISCAL YEAR TO FILING DATE: | From 1/1/2022 | To 08/22/2022 | GAIN ON AP SETTLEMENTS , INTEREST INCOME AND OTHER INCOME | $20,555,515.77 |
| FOR PRIOR YEAR: | From 1/1/2021 | To 12/31/2021 | GAIN ON AP SETTLEMENTS, WRITE DOWN OF WORKERS COMPENSATION AND HEALTH INSURANCE LIABILITIES | $17,141,258.87 |
| FOR THE YEAR BEFORE THAT: | From 1/1/2020 | To 12/31/2020 | GOVERNMENT GRANTS, INTEREST INCOME AND GAIN ON AP SETTLEMENTS | $110,871,955.28 |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/1/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|
| | | | |

Debtor    ExpressJet Airlines LLC                          Case Number (if known)   22-10787
          (Name)

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| AIR LINE PILOTS ASSOCIATION INTL<br>535 HERNDON PKWY<br>HERNDON, VA  20172 | 06/07/2022<br>07/07/2022<br>07/07/2022<br>08/02/2022<br>08/02/2022 | $6,240.87<br>$7,117.59<br>$123.46<br>$6,841.28<br>$61.73 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other  <u>BENEFITS PROVIDER</u> |
| **TOTAL FOR AIR LINE PILOTS ASSOCIATION INTL** | | **$20,384.93** | |
| AMERICAN EXPRESS<br>PO BOX 650448<br>DALLAS, TX  75265 | 08/11/2022<br>08/22/2022 | $9,772.78<br>$14,999.06 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other |
| **TOTAL FOR AMERICAN EXPRESS** | | **$24,771.84** | |
| ARINC INCORPORATED<br>PO BOX 951273<br>DALLAS, TX  75395-1273 | 05/24/2022<br>06/02/2022<br>07/06/2022<br>07/20/2022<br>08/02/2022<br>08/17/2022 | $6,923.08<br>$10,209.00<br>$10,191.50<br>$810.57<br>$10,078.00<br>$758.15 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other |
| **TOTAL FOR ARINC INCORPORATED** | | **$38,970.30** | |
| B AND R ONESOURCE LIMITED<br>18333 EGRET BAY BLVD<br>SUITE 501<br>HOUSTON, TX  77058 | 06/02/2022<br>06/21/2022<br>07/20/2022<br>08/17/2022 | $4,371.74<br>$2,172.19<br>$2,183.42<br>$2,171.21 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other |
| **TOTAL FOR B AND R ONESOURCE LIMITED** | | **$10,898.56** | |
| BOEING DIGITAL SOLUTIONS, INC.<br>P.O. BOX 840864<br>DALLAS, TX  75284-0864 | 06/02/2022<br>06/15/2022<br>06/29/2022<br>07/27/2022 | $1,882.00<br>$4,208.42<br>$1,882.00<br>$1,882.00 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other |
| **TOTAL FOR BOEING DIGITAL SOLUTIONS, INC.** | | **$9,854.42** | |

Debtor   ExpressJet Airlines LLC
         (Name)

Case Number (if known)   22-10787

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| C&L AEROSPACE LLC<br>40 WYOMING AVENUE<br>BANGOR, ME  04401 | 05/24/2022 | $47,738.52 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other |
| | 06/02/2022 | $3,742.86 | |
| | 06/07/2022 | $32,548.37 | |
| | 06/15/2022 | $27,050.83 | |
| | 06/20/2022 | $1,183.96 | |
| | 06/20/2022 | $1,183.96 | |
| | 06/21/2022 | $44,227.30 | |
| | 06/29/2022 | $9,853.99 | |
| | 07/06/2022 | $22,928.99 | |
| | 07/13/2022 | $13,617.71 | |
| | 07/20/2022 | $13,086.86 | |
| | 07/27/2022 | $28,426.17 | |
| | 08/02/2022 | $41,540.61 | |
| | 08/09/2022 | $20,413.43 | |
| | 08/17/2022 | $8,766.99 | |
| **TOTAL FOR C&L AEROSPACE LLC** | | **$316,310.55** | |
| CAP LOGISTICS<br>PO BOX 5608<br>DENVER, CO  80217 | 05/24/2022 | $5,493.33 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other |
| | 06/02/2022 | $3,012.00 | |
| | 06/07/2022 | $3,786.75 | |
| | 06/15/2022 | $3,795.44 | |
| | 06/21/2022 | $3,141.75 | |
| | 06/29/2022 | $848.00 | |
| | 07/07/2022 | $4,633.03 | |
| | 07/13/2022 | $2,683.67 | |
| | 07/20/2022 | $3,934.75 | |
| | 07/27/2022 | $2,901.58 | |
| | 08/02/2022 | $3,678.75 | |
| | 08/09/2022 | $826.00 | |
| | 08/17/2022 | $3,501.01 | |
| **TOTAL FOR CAP LOGISTICS** | | **$42,236.06** | |
| CENTURY LINK<br>PO BOX 52187<br>PHOENIX, AZ  85072-2187 | 06/02/2022 | $1,809.14 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other |
| | 06/15/2022 | $4,597.06 | |
| | 07/27/2022 | $1,502.45 | |
| **TOTAL FOR CENTURY LINK** | | **$7,908.65** | |
| CITY OF EUGENE<br>PO BOX 1967<br>EUGENE, OR  97440 | 05/26/2022 | $796.50 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other  RENT/OTHER CHARGES |
| | 06/02/2022 | $1,393.91 | |
| | 06/07/2022 | $1,018.75 | |
| | 06/16/2022 | $44.15 | |
| | 06/16/2022 | $0.31 | |
| | 06/29/2022 | $1,386.00 | |
| | 07/20/2022 | $3,429.23 | |
| | 07/28/2022 | $1,561.50 | |
| | 08/17/2022 | $3,540.39 | |
| **TOTAL FOR CITY OF EUGENE** | | **$13,170.74** | |

Debtor  ExpressJet Airlines LLC
(Name)

Case number (if known)  22-10787

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| CITY OF FRESNO AIRPORT ADMINISTRATION<br>4995 E CLINTON WAY<br>FRESNO, CA  93727 | 05/26/2022<br>06/02/2022<br>06/07/2022<br>06/29/2022<br>06/29/2022<br>07/28/2022<br>08/02/2022<br>08/17/2022 | $229.50<br>$1,194.02<br>$6,396.32<br>$1,315.02<br>$868.50<br>$1,156.50<br>$6,671.65<br>$1,379.02 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other  RENT/OTHER CHARGES |
| **TOTAL FOR CITY OF FRESNO AIRPORT ADMINISTRATION** | | **$19,210.53** | |
| CITY OF PALM SPRINGS<br>PO BOX 2743<br>PALM SPRINGS, CA  92263 | 05/26/2022<br>06/02/2022<br>06/21/2022<br>06/29/2022<br>06/29/2022<br>07/20/2022<br>07/28/2022<br>08/17/2022 | $1,053.00<br>$919.94<br>$2,534.98<br>$1,116.00<br>$919.94<br>$2,524.84<br>$1,485.00<br>$2,966.70 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other  TAXES |
| **TOTAL FOR CITY OF PALM SPRINGS** | | **$13,520.40** | |
| CORNERSTONE DATA SYSTEMS, INC<br>PO BOX 888387<br>ATLANTA, GA  30356 | 06/15/2022<br>07/07/2022<br>08/09/2022 | $4,617.86<br>$4,617.86<br>$4,617.86 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other |
| **TOTAL FOR CORNERSTONE DATA SYSTEMS, INC** | | **$13,853.58** | |
| CROWE LLP<br>PO BOX 71570<br>CHICAGO, IL  60694-1570 | 07/13/2022<br>08/18/2022 | $51,920.25<br>$59,558.50 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other |
| **TOTAL FOR CROWE LLP** | | **$111,478.75** | |
| DAL GLOBAL SERVICES LLC<br>PO BOX 745139 - 6W<br>ATLANTA, GA  30349 | 06/07/2022<br>06/15/2022<br>06/21/2022<br>06/29/2022<br>07/06/2022<br>07/13/2022<br>07/20/2022<br>07/27/2022<br>08/02/2022<br>08/17/2022 | $43,752.33<br>$87,065.50<br>$18,989.00<br>$40,162.06<br>$64,136.00<br>$74,510.40<br>$134,026.73<br>$37,786.52<br>$114,813.38<br>$38,865.00 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other |
| **TOTAL FOR DAL GLOBAL SERVICES LLC** | | **$654,106.92** | |

Debtor    ExpressJet Airlines LLC
_____
(Name)

Case Number (if known)  22-10787

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| DAL GLOBAL SERVICES<br>PO BOX 945861<br>ATLANTA, GA  30394-5861 | 06/21/2022 | $9,850.50 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other |
| **TOTAL FOR DAL GLOBAL SERVICES** | | **$9,850.50** | |
| EASTGROUP PROPERTIES LP<br>PO BOX 676488<br>DALLAS, TX  75267-6488 | 05/24/2022<br>06/29/2022<br>07/27/2022 | $23,068.00<br>$23,068.00<br>$23,068.00 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other  <u>RENT</u> |
| **TOTAL FOR EASTGROUP PROPERTIES LP** | | **$69,204.00** | |
| EIC AIRCRAFT LEASING LIMITED<br>3RD FLOOR KILMORE HOUSE<br>PARK LANE, SPENCER DOCK<br>DUBLIN 1<br>IE | 05/25/2022<br>06/02/2022<br>06/07/2022<br>06/15/2022<br>06/24/2022<br>07/08/2022<br>07/20/2022<br>07/27/2022<br>08/10/2022<br>08/17/2022 | $24,598.58<br>$86,033.95<br>$85,404.07<br>$33,750.00<br>$38,414.64<br>$47,010.06<br>$73,951.54<br>$40,170.46<br>$83,346.40<br>$54,697.92 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other |
| **TOTAL FOR EIC AIRCRAFT LEASING LIMITED** | | **$567,377.62** | |
| EMBRAER AIRCRAFT MAINTENANCE<br>10 AIRWAYS BLVD<br>NASHVILLE, TN  37217-2516 | 05/24/2022<br>06/15/2022<br>06/21/2022<br>06/29/2022<br>07/07/2022<br>07/20/2022<br>08/02/2022 | $2,747.10<br>$4,434.57<br>$15,409.62<br>$2,518.19<br>$5,138.02<br>$591.54<br>$39,686.03 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other |
| **TOTAL FOR EMBRAER AIRCRAFT MAINTENANCE** | | **$70,525.07** | |
| EMBRAER S.A.<br>RD FLORIANO REORIGUES PINHEIRO 333<br>TAUBATE, SP  12042-000<br>BR | 05/24/2022<br>06/29/2022<br>07/27/2022 | $4,952.00<br>$825.00<br>$4,952.00 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other |
| **TOTAL FOR EMBRAER S.A.** | | **$10,729.00** | |
| ENHANCED MATERIAL SERVICES LLC<br>5700 TREESE STREET<br>THE COLONY, TX  75056 | 08/03/2022 | $30,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other |
| **TOTAL FOR ENHANCED MATERIAL SERVICES LLC** | | **$30,000.00** | |

Debtor   ExpressJet Airlines LLC   Case Number (if known) 22-10787
         (Name)

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|
| ETT AVIATION<br>1013 E WINDING CREEK DR, STE 102<br>EAGLE, ID 83616 | 07/27/2022 | $36,749.50 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other |
| **TOTAL FOR ETT AVIATION** | | **$36,749.50** | |
| EVERSHEDS SUTHERLAND (US) LLP<br>999 PEACHTREE ST NE<br>ATLANTA, GA 30309 3996 | 07/27/2022<br>08/17/2022<br>08/17/2022<br>08/18/2022 | $43,857.41<br>$200,000.00<br>$129,973.80<br>$131,803.05 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other |
| **TOTAL FOR EVERSHEDS SUTHERLAND (US) LLP** | | **$505,634.26** | |
| F&H SOLUTIONS GROUP LLC<br>271 17TH ST NW, STE 1900<br>ATLANTA, GA 30363 | 06/07/2022<br>06/21/2022<br>07/13/2022<br>08/09/2022<br>08/18/2022 | $25,000.00<br>$1,455.00<br>$18,413.00<br>$32,803.00<br>$14,722.00 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other |
| **TOTAL FOR F&H SOLUTIONS GROUP LLC** | | **$92,393.00** | |
| FAULKNER PROPERTIES<br>132 SHERLAKE RD<br>KNOXVILLE, TN 37922 | 05/24/2022<br>06/02/2022<br>06/29/2022<br>07/27/2022 | $7,638.40<br>$5,803.02<br>$7,638.40<br>$6,252.40 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other  RENT |
| **TOTAL FOR FAULKNER PROPERTIES** | | **$27,332.22** | |
| FEDEX FBO<br>PO BOX 371599<br>PITTSBURGH, PA 15250-7599 | 06/02/2022<br>06/07/2022<br>07/13/2022<br>07/27/2022<br>08/09/2022 | $7,245.85<br>$8,212.72<br>$10,682.20<br>$3,641.17<br>$75.44 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other |
| **TOTAL FOR FEDEX FBO** | | **$29,857.38** | |
| FLIGHTSAFETY INTERNATIONAL<br>PO BOX 75691<br>CHARLOTTE, NC 28275 | 06/15/2022<br>06/21/2022<br>07/13/2022<br>07/27/2022<br>08/09/2022 | $3,920.00<br>$560.00<br>$372.40<br>$7,887.60<br>$9,240.00 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other |
| **TOTAL FOR FLIGHTSAFETY INTERNATIONAL** | | **$21,980.00** | |
| FORD & HARRISON LLP<br>PO BOX 890836<br>CHARLOTTE, NC 28289-0836 | 05/24/2022<br>06/15/2022<br>07/07/2022<br>08/04/2022<br>08/18/2022 | $6,930.00<br>$1,166.00<br>$4,801.50<br>$13,730.00<br>$10,708.50 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other |
| **TOTAL FOR FORD & HARRISON LLP** | | **$37,336.00** | |

Debtor    ExpressJet Airlines LLC    Case Number (if known)    22-10787
(Name)

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| FOUNDRY LLC<br>6160 PLUMAS STREET<br>SUITE 200<br>RENO, NV 89519 | 05/24/2022<br>06/02/2022<br>06/07/2022<br>06/15/2022<br>06/21/2022<br>06/29/2022<br>07/06/2022<br>07/13/2022<br>07/20/2022<br>07/27/2022 | $30,000.00<br>$30,000.00<br>$30,000.00<br>$30,000.00<br>$30,000.00<br>$30,000.00<br>$16,837.69<br>$30,000.00<br>$30,000.00<br>$25,034.03 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other |
| **TOTAL FOR FOUNDRY LLC** | | **$281,871.72** | |
| HAM LANGSTON & BREZINA LLP<br>11550 FUQUA<br>STE 475<br>HOUSTON, TX 77034 | 07/20/2022 | $16,480.00 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other |
| **TOTAL FOR HAM LANGSTON & BREZINA LLP** | | **$16,480.00** | |
| HARTFORD LIFE INSURANCE CO<br>PO BOX 783690<br>PHILADELPHIA, PA 19178-3690 | 06/14/2022<br>07/11/2022<br>08/09/2022 | $4,182.80<br>$10,966.90<br>$6,475.03 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other |
| **TOTAL FOR HARTFORD LIFE INSURANCE CO** | | **$21,624.73** | |
| INTELISYS AVIATION NORTH AMERICA<br>PO BOX 20010<br>SAINT JOHN, NB E2L 2B2<br>CA | 06/01/2022<br>06/29/2022<br>07/20/2022<br>07/27/2022 | $4,467.24<br>$6,067.27<br>$16,627.45<br>$5,006.04 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other |
| **TOTAL FOR INTELISYS AVIATION NORTH AMERICA** | | **$32,168.00** | |
| INTERNATIONAL BUSINESS MACHINES<br>CORPORATION<br>PO BOX 534151<br>ATLANTA, GA 30353-4151 | 05/24/2022<br>06/02/2022<br>06/15/2022<br>07/06/2022<br>07/20/2022<br>07/29/2022 | $1,698.90<br>$4,000.00<br>$1,698.90<br>$4,000.00<br>$1,698.90<br>$4,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other |
| **TOTAL FOR INTERNATIONAL BUSINESS MACHINES CORPORATION** | | **$17,096.70** | |
| JACKSON COUNTY AIRPORT AUTHORITY<br>1000 TERMINAL LOOP PARKWAY<br>SUITE 201<br>MEDFORD, OR 97504 | 05/26/2022<br>06/15/2022<br>06/21/2022<br>06/29/2022<br>07/20/2022<br>07/28/2022 | $427.50<br>$3,622.50<br>$3,220.00<br>$607.50<br>$3,622.50<br>$913.50 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other RENT/OTHER CHARGES |
| **TOTAL FOR JACKSON COUNTY AIRPORT AUTHORITY** | | **$12,413.50** | |

Debtor   ExpressJet Airlines LLC
         (Name)

Case Number (if known) 22-10787

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| JEPPESEN SYSTEM AB<br>PO BOX 192<br>GOTEBORG, SE 40123<br>SE | 06/15/2022 | $7,608.20 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other |
| **TOTAL FOR JEPPESEN SYSTEM AB** | | **$7,608.20** | |
| JONES WALKER LLP<br>201 ST. CHARLES AVENUE<br>50TH FLOOR<br>NEW ORLEANS, LA 70170 | 08/17/2022<br>08/19/2022 | $2,665.00<br>$15,574.50 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other |
| **TOTAL FOR JONES WALKER LLP** | | **$18,239.50** | |
| KERN COUNTY DEPARTMENT OF<br>AIRPORTS<br>3701 WINGS WAY<br>SUITE 300<br>BAKERSFIELD, CA 93308 | 05/24/2022<br>05/26/2022<br>06/21/2022<br>06/29/2022<br>07/28/2022 | $3,899.00<br>$382.50<br>$4,288.94<br>$535.50<br>$945.00 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other   RENT/OTHER CHARGES |
| **TOTAL FOR KERN COUNTY DEPARTMENT OF AIRPORTS** | | **$10,050.94** | |
| KREVOLIN & HORST LLC<br>PO BOX 1175620<br>ATLANTA, GA 30368 | 07/20/2022<br>07/27/2022 | $11,050.00<br>$6,668.55 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other |
| **TOTAL FOR KREVOLIN & HORST LLC** | | **$17,718.55** | |
| KRONOS SOFTWARE SOLUTIONS INC<br>8333 NW 53 STREET<br>SUITE 450<br>DORAL, FL 33166 | 06/07/2022<br>07/08/2022<br>08/09/2022 | $2,800.00<br>$2,800.00<br>$2,800.00 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other |
| **TOTAL FOR KRONOS SOFTWARE SOLUTIONS INC** | | **$8,400.00** | |
| MARSH USA INC<br>PO BOX 846015<br>DALLAS, TX 75284-6015 | 06/29/2022<br>08/02/2022<br>08/19/2022 | $450,572.00<br>$120,140.00<br>$441,900.00 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other |
| **TOTAL FOR MARSH USA INC** | | **$1,012,612.00** | |
| NEVADA DEPARTMENT OF TAXATION<br>PO BOX 51107<br>LOS ANGELES, CA 90051 | 07/19/2022 | $14,826.30 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other   TAXES |
| **TOTAL FOR NEVADA DEPARTMENT OF TAXATION** | | **$14,826.30** | |

Debtor   ExpressJet Airlines LLC
(Name)

Case number (if known)   22-10787

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| NEW SONOMA FBO INC<br>6000 FLIGHTLINE DRIVE<br>SANTA ROSA, CA  95403 | 06/30/2022<br>07/27/2022 | $6,907.56<br>$9,210.08 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other |
| **TOTAL FOR NEW SONOMA FBO INC** | | **$16,117.64** | |
| NIIT TECHNOLOGIES INC.<br>1050 CROWN POINTE PKWY, STE 1000<br>ATLANTA, GA  30338 | 06/21/2022<br>07/13/2022 | $10,676.18<br>$5,481.40 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other |
| **TOTAL FOR NIIT TECHNOLOGIES INC.** | | **$16,157.58** | |
| ONTARIO INTERNATIONAL AIRPORT<br>AUTHORITY<br>1923 E AVION STREET<br>ONTARIO, CA  91761 | 05/26/2022<br>06/07/2022<br>06/15/2022<br>06/29/2022<br>07/20/2022<br>07/28/2022<br>08/17/2022 | $513.00<br>$4,374.18<br>$17,703.01<br>$1,363.50<br>$31,903.52<br>$2,038.50<br>$6,318.25 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other   RENT/OTHER CHARGES |
| **TOTAL FOR ONTARIO INTERNATIONAL AIRPORT<br>AUTHORITY** | | **$64,213.96** | |
| ONTARIO INTERNATIONAL AIRPORT<br>TERMINAL & EQUIPMENT COMPANY LLC<br>2900 E AIRPORT DRIVE<br>SUITE 2408<br>ONTARIO, CA  91761 | 06/02/2022<br>06/07/2022<br>07/27/2022 | $5,735.87<br>$2,298.79<br>$6,818.70 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other |
| **TOTAL FOR ONTARIO INTERNATIONAL AIRPORT TERMINAL<br>& EQUIPMENT COMPANY LLC** | | **$14,853.36** | |
| ORACLE AMERICA INC.<br>15612 COLLECTIONS CENTER DRIVE<br>CHICAGO, IL  60693 | 06/29/2022 | $11,629.09 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other |
| **TOTAL FOR ORACLE AMERICA INC.** | | **$11,629.09** | |
| PHOENIX PARTNERS, LLC<br>BLD 2, SUITE 275<br>PEACHTREE CORNERS, GA  30071 | 05/24/2022<br>06/29/2022<br>07/27/2022 | $8,470.51<br>$8,470.51<br>$8,470.51 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other   RENT |
| **TOTAL FOR PHOENIX PARTNERS, LLC** | | **$25,411.53** | |

Debtor     ExpressJet Airlines LLC                                    Case number (if known)    22-10787
           (Name)

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| PORT OF PASCO<br>3601 N. 20TH AVENUE<br>PASCO, WA  99301 | 05/26/2022<br>06/02/2022<br>06/07/2022<br>06/29/2022<br>06/29/2022<br>07/07/2022<br>07/27/2022<br>07/28/2022 | $913.50<br>$1,760.18<br>$5,680.48<br>$1,760.18<br>$819.00<br>$8,520.72<br>$1,760.18<br>$1,404.00 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other |
| **TOTAL FOR PORT OF PASCO** | | **$22,618.24** | |
| RAYMOND JAMES & ASSOCIATES INC<br>880 CARILLON PARKWAY<br>ST PETERSBURG, FL  33716 | 06/08/2022<br>06/08/2022<br>06/08/2022<br>06/21/2022<br>07/20/2022<br>08/02/2022 | $20,000.00<br>$20,000.00<br>$20,000.00<br>$51,000.00<br>$50,000.00<br>$50,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other |
| **TOTAL FOR RAYMOND JAMES & ASSOCIATES INC** | | **$211,000.00** | |
| RCA AVIONICS LLC<br>2710 E OLD TOWER ROAD<br>PHOENIX, AZ  85034 | 07/06/2022<br>07/20/2022<br>08/02/2022<br>08/17/2022 | $38,390.08<br>$11,983.20<br>$12,295.80<br>$6,085.80 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other |
| **TOTAL FOR RCA AVIONICS LLC** | | **$68,754.88** | |
| RENO-TAHOE AIRPORT AUTHORITY<br>PO BOX 12490<br>RENO, NV  89510 | 05/24/2022<br>05/26/2022<br>06/07/2022<br>06/21/2022<br>06/29/2022<br>07/06/2022<br>07/13/2022<br>07/20/2022<br>07/28/2022<br>08/17/2022 | $876.00<br>$6,732.00<br>$20,243.02<br>$18,210.36<br>$9,085.50<br>$25,445.13<br>$25,095.97<br>$5,088.30<br>$11,929.50<br>$19,757.67 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other  <u>RENT/OTHER CHARGES</u> |
| **TOTAL FOR RENO-TAHOE AIRPORT AUTHORITY** | | **$142,463.45** | |
| REPUTABLE LLC<br>1237 DE LA GUERRA ROAD<br>SANTA BARBARA, CA  93103 | 07/27/2022<br>07/27/2022<br>07/29/2022<br>08/19/2022 | $6,500.00<br>$6,500.00<br>$6,500.00<br>$6,500.00 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other |
| **TOTAL FOR REPUTABLE LLC** | | **$26,000.00** | |
| RIZEPOINT<br>P.O. BOX 95873<br>LAS VEGAS, NV  89193-5873 | 08/02/2022 | $17,987.38 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other |
| **TOTAL FOR RIZEPOINT** | | **$17,987.38** | |

Debtor   ExpressJet Airlines LLC   Case Number (if known) 22-10787
(Name)

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| ROLLS ROYCE CORP<br>25306 NETWORK PLACE<br>CHICAGO, IL 60673-1253 | 06/15/2022 | $95,802.80 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other |
| **TOTAL FOR ROLLS ROYCE CORP** | | **$95,802.80** | |
| RYAN LLC<br>PO BOX 848351<br>DALLAS, TX 75284-8351 | 07/13/2022<br>07/20/2022 | $27,500.00<br>$18,900.00 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other |
| **TOTAL FOR RYAN LLC** | | **$46,400.00** | |
| SEDGWICK CMS<br>PO BOX 207834<br>DALLAS, TX 75320-7834 | 05/24/2022<br>06/01/2022<br>06/07/2022<br>06/15/2022<br>06/21/2022<br>06/29/2022<br>07/08/2022<br>07/13/2022<br>07/20/2022<br>07/27/2022<br>08/02/2022<br>08/09/2022<br>08/17/2022 | $9,851.58<br>$5,199.73<br>$3,689.93<br>$987.20<br>$7,381.91<br>$14,016.83<br>$5,835.84<br>$7,461.18<br>$5,366.10<br>$5,865.68<br>$24,883.38<br>$1,409.94<br>$7,103.53 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other  WORKERS COMPENSATION |
| **TOTAL FOR SEDGWICK CMS** | | **$99,052.83** | |
| SELECT BENEFITS GROUP LLC<br>PO BOX 301680<br>DALLAS, TX 75303-1680 | 06/01/2022<br>06/22/2022<br>06/22/2022<br>07/26/2022 | $9,198.27<br>$4,404.44<br>$4,404.44<br>$3,913.92 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other |
| **TOTAL FOR SELECT BENEFITS GROUP LLC** | | **$21,921.07** | |
| SKYWEST AIRLINES INC<br>444 S RIVER RD<br>ST GEORGE, UT 84790-2085 | 06/15/2022<br>07/15/2022<br>08/09/2022 | $14,625.00<br>$15,112.50<br>$15,112.50 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other  USE OF LETTER OF CREDIT |
| **TOTAL FOR SKYWEST AIRLINES INC** | | **$44,850.00** | |

Debtor ExpressJet Airlines LLC

(Name)

Case Number (if known) 22-10787

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| SPOKANE AIRPORT BOARD<br>9000 W AIRPORT DRIVE<br>SUITE 204<br>SPOKANE, WA 99224 | 05/24/2022<br>05/26/2022<br>06/07/2022<br>06/15/2022<br>06/21/2022<br>06/29/2022<br>06/29/2022<br>07/07/2022<br>07/20/2022<br>07/28/2022<br>08/17/2022 | $3,915.00<br>$1,152.00<br>$449.54<br>$463.75<br>$5,655.00<br>$1,773.00<br>$449.54<br>$449.54<br>$531.75<br>$2,106.00<br>$5,655.00 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other  RENT/OTHER CHARGES |
| **TOTAL FOR SPOKANE AIRPORT BOARD** | | **$22,600.12** | |
| STS LINE MAINTENANCE<br>P.O.  BOX 890927<br>CHARLOTTE, NC  28289-0927 | 06/07/2022<br>06/29/2022<br>07/20/2022<br>08/09/2022 | $50,851.07<br>$51,058.52<br>$898.94<br>$47,845.78 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other |
| **TOTAL FOR STS LINE MAINTENANCE** | | **$150,654.31** | |
| TALENTQUEST, LLC<br>ONE MIDTOWN PLAZA, STE 200<br>1360 PEACHTREE ST. NE<br>ATLANTA, GA  30309 | 06/15/2022<br>07/27/2022 | $12,000.00<br>$6,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other |
| **TOTAL FOR TALENTQUEST, LLC** | | **$18,000.00** | |
| TEAMVAN OUTSOURCING INC<br>KINGSWAY AND WALKER BR<br>BURNABY, BC  V5E1G5<br>CA | 06/07/2022<br>07/08/2022<br>07/27/2022 | $9,190.50<br>$9,421.50<br>$9,421.50 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other |
| **TOTAL FOR TEAMVAN OUTSOURCING INC** | | **$28,033.50** | |
| TRAX USA CORP<br>2401 DOUGLAS ROAD<br>MIAMI, FL  33145 | 05/24/2022<br>06/02/2022<br>06/15/2022<br>06/21/2022<br>07/27/2022<br>08/09/2022 | $375.00<br>$22,000.00<br>$625.00<br>$1,200.00<br>$12,080.00<br>$750.00 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other |
| **TOTAL FOR TRAX USA CORP** | | **$37,030.00** | |
| TREGO DUGAN AVIATION OF GRAND<br>ISLAND INC<br>PO BOX 1226<br>NORTH PLATTE, NE  69103 | 05/24/2022 | $13,185.00 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other |
| **TOTAL FOR TREGO DUGAN AVIATION OF GRAND ISLAND INC** | | **$13,185.00** | |

Debtor ___ExpressJet Airlines LLC_____    Case Number (if known) _22-10787___
     (Name)

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| TRIPACTIONS INC<br>1501 PAGE MILL RD<br>BUILDING 1 UPPER<br>PALO ALTO, CA  94304 | 05/24/2022 | $18,700.00 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other |
| **TOTAL FOR TRIPACTIONS INC** | | **$18,700.00** | |
| UHC<br>PO BOX 94017<br>PALATINE, IL  60094-4017 | 05/24/2022<br>06/29/2022<br>07/26/2022 | $90,066.62<br>$90,590.26<br>$91,616.72 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other |
| **TOTAL FOR UHC** | | **$272,273.60** | |
| ULTIMATE SOFTWARE GROUP INC<br>1485 NORTH PARK DRIVE<br>WESTON, FL  33326 | 08/09/2022 | $13,024.92 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other |
| **TOTAL FOR ULTIMATE SOFTWARE GROUP INC** | | **$13,024.92** | |
| VERIZON<br>PO BOX 660108<br>DALLAS, TX  75266-0108 | 06/14/2022<br>07/26/2022 | $5,696.94<br>$3,189.33 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other |
| **TOTAL FOR VERIZON** | | **$8,886.27** | |
| WORLD FUEL SERVICES INC<br>9800 NW 41ST STREET SUITE 400<br>MIAMI, FL  33178 | 05/31/2022<br>06/01/2022<br>06/07/2022<br>06/14/2022<br>06/21/2022<br>06/28/2022<br>07/05/2022<br>07/12/2022<br>07/19/2022<br>07/26/2022<br>08/02/2022<br>08/09/2022<br>08/16/2022 | $56,328.19<br>$44,429.92<br>$114,375.62<br>$84,679.93<br>$86,914.22<br>$188,850.34<br>$87,496.38<br>$88,447.68<br>$140,175.00<br>$101,549.43<br>$120,753.18<br>$114,838.88<br>$49,986.01 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other |
| **TOTAL FOR WORLD FUEL SERVICES INC** | | **$1,278,824.78** | |

**GRAND TOTAL:**          **$7,083,201.23**

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/1/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

Debtor    ExpressJet Airlines LLC
          (Name)

Case Number (if known)  22-10787

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| ELIZABETH GALBAVY<br>1745 PHOENIX BOULEVARD<br>SUITE 250<br>COLLEGE PARK, GA  30349<br><br>**Relationship to Debtor**<br>MANAGING DIRECTOR/ACTING GEN COUNSEL | 08/31/2021 | $5,510.42 | REGULAR WAGE |
| **TOTAL FOR ELIZABETH GALBAVY** | | **$5,510.42** | |
| JOHN GREENLEE<br>1745 PHOENIX BOULEVARD<br>SUITE 250<br>COLLEGE PARK, GA  30349<br><br>**Relationship to Debtor**<br>PRESIDENT | 08/31/2021 | $11,458.33 | REGULAR WAGE |
| | 09/15/2021 | $1,000.00 | INSURANCE ALLOTMENT |
| | 09/15/2021 | $11,458.33 | REGULAR WAGE |
| | 09/30/2021 | $11,458.33 | REGULAR WAGE |
| | 10/15/2021 | $11,458.33 | REGULAR WAGE |
| | 10/29/2021 | $11,508.33 | REGULAR  WAGE PLUS PHONE REIMBURSEMENT |
| | 11/15/2021 | $11,458.33 | REGULAR WAGE |
| | 11/30/2021 | $11,508.33 | REGULAR  WAGE PLUS PHONE REIMBURSEMENT |
| | 12/15/2021 | $11,458.33 | REGULAR WAGE |
| | 12/30/2021 | $2,750.00 | 401K PAYMENT |
| | 12/30/2021 | $11,508.33 | REGULAR  WAGE PLUS PHONE REIMBURSEMENT |
| | 01/07/2022 | $3,230.54 | EXPENSE REIMBURSEMENT |
| | 01/14/2022 | $11,458.34 | REGULAR WAGE |
| | 01/31/2022 | $11,508.34 | REGULAR  WAGE PLUS PHONE REIMBURSEMENT |
| | 02/15/2022 | $11,458.34 | REGULAR WAGE |
| | 02/28/2022 | $11,508.34 | REGULAR  WAGE PLUS PHONE REIMBURSEMENT |
| | 03/15/2022 | $11,458.34 | REGULAR WAGE |
| | 03/31/2022 | $2,750.00 | 401K PAYMENT |
| | 03/31/2022 | $11,508.34 | REGULAR  WAGE PLUS PHONE REIMBURSEMENT |
| | 04/15/2022 | $11,458.34 | REGULAR WAGE |
| | 04/29/2022 | $11,508.34 | REGULAR  WAGE PLUS PHONE REIMBURSEMENT |
| | 05/13/2022 | $11,458.34 | REGULAR WAGE |
| | 05/31/2022 | $11,508.34 | REGULAR  WAGE PLUS PHONE REIMBURSEMENT |
| | 06/15/2022 | $11,458.34 | REGULAR WAGE |
| | 06/30/2022 | $2,750.00 | 401K PAYMENT |
| | 06/30/2022 | $11,508.34 | REGULAR  WAGE PLUS PHONE REIMBURSEMENT |
| | 07/15/2022 | $11,458.34 | REGULAR WAGE |
| | 07/31/2022 | $11,508.34 | REGULAR  WAGE PLUS PHONE REIMBURSEMENT |
| | 08/15/2022 | $11,458.34 | REGULAR WAGE |
| | 08/22/2022 | $1,772.22 | EXPENSE REIMBURSEMENT |
| **TOTAL FOR JOHN GREENLEE** | | **$289,752.83** | |

Debtor  ExpressJet Airlines LLC
(Name)

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| JOSH MCLAURIN<br>1745 PHOENIX BOULEVARD<br>SUITE 250<br>COLLEGE PARK, GA  30349<br><br>**Relationship to Debtor**<br>ASSOCIATE GENERAL COUNSEL | 09/30/2021 | $7,023.02 | REGULAR WAGES |
| | 10/06/2021 | $1,275.00 | EXPENSE REIMBURSEMENT |
| | 10/12/2021 | $215.25 | EXPENSE REIMBURSEMENT |
| | 10/15/2021 | $751.19 | AIP BONUS |
| | 10/15/2021 | $5,500.00 | REGULAR WAGE |
| | 10/29/2021 | $5,550.00 | REGULAR  WAGE PLUS PHONE REIMBURSEMENT |
| | 11/08/2021 | $409.03 | EXPENSE REIMBURSEMENT |
| | 11/15/2021 | $5,500.00 | REGULAR WAGE |
| | 11/24/2021 | $780.00 | EXPENSE REIMBURSEMENT |
| | 11/30/2021 | $5,550.00 | REGULAR  WAGE PLUS PHONE REIMBURSEMENT |
| | 12/15/2021 | $5,500.00 | REGULAR WAGE |
| | 12/30/2021 | $1,320.00 | 401K PAYMENT |
| | 12/30/2021 | $5,550.00 | REGULAR  WAGE PLUS PHONE REIMBURSEMENT |
| | 01/14/2022 | $5,500.00 | REGULAR WAGE |
| | 01/31/2022 | $5,550.00 | REGULAR  WAGE PLUS PHONE REIMBURSEMENT |
| | 02/15/2022 | $1,499.39 | JANUARY WAGE ADJUSTMENT |
| | 02/15/2022 | $6,250.00 | REGULAR WAGE |
| | 02/28/2022 | $6,300.00 | REGULAR  WAGE PLUS PHONE REIMBURSEMENT |
| | 03/15/2022 | $3,081.54 | AIP BONUS |
| | 03/15/2022 | $6,250.00 | REGULAR WAGE |
| | 03/31/2022 | $1,500.00 | 401K PAYMENT |
| | 03/31/2022 | $6,300.00 | REGULAR  WAGE PLUS PHONE REIMBURSEMENT |
| | 04/15/2022 | $6,250.00 | REGULAR WAGE |
| | 04/29/2022 | $6,300.00 | REGULAR  WAGE PLUS PHONE REIMBURSEMENT |
| | 05/13/2022 | $6,250.00 | REGULAR WAGE |
| | 05/31/2022 | $6,300.00 | REGULAR  WAGE PLUS PHONE REIMBURSEMENT |
| | 06/15/2022 | $6,250.00 | REGULAR WAGE |
| | 06/30/2022 | $1,500.00 | 401K PAYMENT |
| | 06/30/2022 | $6,300.00 | REGULAR  WAGE PLUS PHONE REIMBURSEMENT |
| | 07/15/2022 | $6,250.00 | REGULAR WAGE |
| | 07/29/2022 | $6,300.00 | REGULAR  WAGE PLUS PHONE REIMBURSEMENT |
| | 08/15/2022 | $6,250.00 | REGULAR WAGE |
| **TOTAL FOR JOSH MCLAURIN** | | **$145,104.42** | |

Debtor  ExpressJet Airlines LLC
(Name)

Case number (if known)  22-10787

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| NEVILLE RANDERIA<br>1745 PHOENIX BOULEVARD<br>SUITE 250<br>COLLEGE PARK, GA  30349<br><br>**Relationship to Debtor**<br>CFO | 08/31/2021 | $5,166.67 | REGULAR WAGE |
| | 09/15/2021 | $1,000.00 | INSURANCE REIMBURSEMENT |
| | 09/15/2021 | $5,166.67 | REGULAR WAGE |
| | 09/17/2021 | $36.04 | EXPENSE REIMBURSEMENT |
| | 09/30/2021 | $5,166.67 | REGULAR WAGE |
| | 10/15/2021 | $5,880.54 | AIP BONUS |
| | 10/15/2021 | $5,166.67 | REGULAR WAGE |
| | 10/23/2021 | $72.08 | EXPENSE REIMBURSEMENT |
| | 10/31/2021 | $5,216.67 | REGULAR  WAGE PLUS PHONE REIMBURSEMENT |
| | 11/15/2021 | $5,166.67 | REGULAR WAGE |
| | 11/30/2021 | $5,216.67 | REGULAR  WAGE PLUS PHONE REIMBURSEMENT |
| | 12/12/2021 | $72.08 | EXPENSE REIMBURSEMENT |
| | 12/15/2021 | $5,166.67 | REGULAR WAGE |
| | 12/30/2021 | $1,240.00 | 401K PAYMENT |
| | 12/30/2021 | $5,216.67 | REGULAR  WAGE PLUS PHONE REIMBURSEMENT |
| | 01/14/2022 | $5,166.67 | REGULAR WAGE |
| | 01/31/2022 | $5,216.67 | REGULAR  WAGE PLUS PHONE REIMBURSEMENT |
| | 02/15/2022 | $5,166.67 | REGULAR WAGE |
| | 02/28/2022 | $7,341.67 | REGULAR  WAGE PLUS PHONE REIMBURSEMENT |
| | 02/28/2022 | $10,000.00 | SIGN-ON BONUS |
| | 03/15/2022 | $2,894.78 | AIP BONUS |
| | 03/15/2022 | $38.97 | EXPENSE REIMBURSEMENT |
| | 03/15/2022 | $7,291.67 | REGULAR WAGE |
| | 03/31/2022 | $1,495.02 | 401K PAYMENT |
| | 03/31/2022 | $7,341.67 | REGULAR  WAGE PLUS PHONE REIMBURSEMENT |
| | 04/15/2022 | $7,291.67 | REGULAR WAGE |
| | 04/29/2022 | $7,341.67 | REGULAR  WAGE PLUS PHONE REIMBURSEMENT |
| | 05/13/2022 | $7,291.67 | REGULAR WAGE |
| | 05/31/2022 | $7,341.67 | REGULAR  WAGE PLUS PHONE REIMBURSEMENT |
| | 06/11/2022 | $90.92 | EXPENSE REIMBURSEMENT |
| | 06/15/2022 | $7,291.67 | REGULAR WAGE |
| | 06/30/2022 | $1,750.00 | 401K PAYMENT |
| | 06/30/2022 | $7,341.67 | REGULAR  WAGE PLUS PHONE REIMBURSEMENT |
| | 07/15/2022 | $7,291.67 | REGULAR WAGE |
| | 07/29/2022 | $7,341.67 | REGULAR  WAGE PLUS PHONE REIMBURSEMENT |
| | 08/15/2022 | $7,291.67 | REGULAR WAGE |
| | 08/18/2022 | $83.94 | EXPENSE REIMBURSEMENT |
| | TOTAL FOR NEVILLE RANDERIA | $174,654.45 | |

Debtor    ExpressJet Airlines LLC                          Case number (if known)   22-10787
          (Name)

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| SUBODH KARNIK<br>1745 PHOENIX BOULEVARD<br>SUITE 250<br>COLLEGE PARK, GA  30349<br><br>**Relationship to Debtor**<br>EXECUTIVE CHAIRMAN & CEO | 08/31/2021 | $18,750.00 | REGULAR WAGE |
| | 09/01/2021 | $1,896.50 | EXPENSE REIMBURSEMENT |
| | 09/15/2021 | $1,000.00 | INSURANCE ALLOTMENT |
| | 09/15/2021 | $18,750.00 | REGULAR WAGE |
| | 09/21/2021 | $1,498.95 | EXPENSE REIMBURSEMENT |
| | 09/30/2021 | $18,750.00 | REGULAR WAGE |
| | 10/15/2021 | $18,750.00 | REGULAR WAGE |
| | 10/18/2021 | $262.06 | EXPENSE REIMBURSEMENT |
| | 10/26/2021 | $1,608.99 | EXPENSE REIMBURSEMENT |
| | 10/29/2021 | $18,800.00 | REGULAR  WAGE PLUS PHONE REIMBURSEMENT |
| | 11/15/2021 | $18,750.00 | REGULAR WAGE |
| | 11/19/2021 | $1,334.18 | EXPENSE REIMBURSEMENT |
| | 11/30/2021 | $18,800.00 | REGULAR  WAGE PLUS PHONE REIMBURSEMENT |
| | 12/14/2021 | $607.55 | EXPENSE REIMBURSEMENT |
| | 12/15/2021 | $18,750.00 | REGULAR WAGE |
| | 12/31/2021 | $6,750.00 | 401K PAYMENT |
| | 12/31/2021 | $18,800.00 | REGULAR  WAGE PLUS PHONE REIMBURSEMENT |
| | 01/02/2022 | $250.18 | EXPENSE REIMBURSEMENT |
| | 03/15/2022 | $43,267.56 | VACATION PAYOUT |
| | 04/04/2022 | $4,402.12 | REIMBIRSEMENT OF COBRA |
| | 05/26/2022 | $60.65 | EXPENSE REIMBURSEMENT |
| | 05/31/2022 | $47,500.00 | APRIL CONSULTING FEE |
| | 05/31/2022 | $1,100.53 | EXPENSE REIMBURSEMENT |
| | 05/31/2022 | $47,550.00 | REGULAR WAGE PLUS PHONE REIMBURSEMENT |
| | 05/31/2022 | $47,500.00 | SIGN-ON BONUS |
| | 06/08/2022 | $356.07 | EXPENSE REIMBURSEMENT |
| | 06/15/2022 | $23,750.00 | REGULAR WAGE |
| | 06/19/2022 | $5,525.61 | EXPENSE REIMBURSEMENT |
| | 06/30/2022 | $3,800.00 | 401K PAYMENT |
| | 06/30/2022 | $23,800.00 | REGULAR  WAGE PLUS PHONE REIMBURSEMENT |
| | 07/07/2022 | $1,580.00 | EXPENSE REIMBURSEMENT |
| | 07/08/2022 | $29.83 | EXPENSE REIMBURSEMENT |
| | 07/15/2022 | $23,750.00 | REGULAR WAGE |
| | 07/31/2022 | $23,800.00 | REGULAR  WAGE PLUS PHONE REIMBURSEMENT |
| | 08/15/2022 | $23,750.00 | REGULAR WAGE |
| | 08/17/2022 | $66.51 | EXPENSE REIMBURSEMENT |
| | 08/17/2022 | $367.10 | EXPENSE REIMBURSEMENT |
| **TOTAL FOR SUBODH KARNIK** | | **$506,064.39** | |

**GRAND TOTAL:        $1,121,086.51**

5.  **Repossessions, foreclosures, and returns**
    List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

    ☑ None

6.  **Setoffs**
    List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

    ☑ None

Official Form 207          Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          Page 17 of 29

Debtor  ExpressJet Airlines LLC
(Name)

Case Number (if known)  22-10787

---

| Part 3: | Legal Actions or Assignments |
|---|---|

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity-within 1 year before filing this case.

☐ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| ALPA – BENEFITS FOR LINE CHECK PILOTS<br>**Case number**<br>02.22.03X, 03.22.05X, 03.22.04X | SEEKING PAY FOR 90HRS PLUS OVERRIDE | NATIONAL MEDIATION BOARD | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| ALPA – EQO<br>**Case number**<br>NA | EQO PAY- PRORATION FOR SICK LEAVE OVER 30 DAYS | NATIONAL MEDIATION BOARD | ☐ Pending<br>☑ On appeal<br>☐ Concluded |
| ALPA – JONATHAN BOURNE LTD<br>**Case number**<br>NA | LTD PREMIUMS | NATIONAL MEDIATION BOARD | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| ALPA – LTD PLAN ADMINISTRATION CURRENT EMPLOYEES/RETALIATION<br>**Case number**<br>NA | LTD PREMIUMS | NATIONAL MEDIATION BOARD | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| ALPA – LTD PLAN ADMINISTRATION GROUP/RETALIATION<br>**Case number**<br>NA | LTD PREMIUMS | NATIONAL MEDIATION BOARD | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| ALPA - NEW PILOT DISABILITY PLAN<br>**Case number**<br>02.22.02XG | ALLEGED FAILURE TO CONSIDER/ADOPT NEW LTD PLAN | NATIONAL MEDIATION BOARD | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| ALPA – PILOT INSURANCE PREMIUMS AND CO-PAYS GROUP GRIEVANCE<br>**Case number**<br>1.20.02XG | INSURANCE PREMIUMS | NATIONAL MEDIATION BOARD | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| ALPA- GREG CHAMBERS, TERMINATION<br>**Case number**<br>NA | TERMINATION | NATIONAL MEDIATION BOARD | ☐ Pending<br>☑ On appeal<br>☐ Concluded |
| CINTAS CORPORATION VS. EXPRESSJET AIRLINES LLC<br>**Case number**<br>39868K | BREACH OF CONTRACT/NONPAYMENT | TENNESSEE KNOX COUNTY 5TH SESSIONS COURT | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| CITY OF SHREVEPORT V. EXPRESSJET AIRLINES, INC.<br>**Case number**<br>612,460-C | PETITION OF INTERVENTION (BREACH OF LEASE AGREEMENT) | FIRST JUDICIAL DISTRICT COURT, CADDO PARISH, LOUISIANA | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

---

Debtor  ExpressJet Airlines LLC
(Name)

Case number (if known)  22-10787

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| DANIEL MATTINGLY V. SCRUB INC., EXPRESSJET AIRLINES LLC (THIRD-PARTY DEFENDANT) **Case number** 20 L 004969 | INSURED CASE; FAILURE TO MAINTAIN PREMISES IN SAFE CONDITION | CIRCUIT COURT OF COOK COUNTY, ILLINOIS | ☑ Pending ☐ On appeal ☐ Concluded |
| GALES V UNITED AIRLINES, EXPRESSJET AIRLINES, MANAAIR **Case number** 21-1801 | PASSENGER INJURY | LOUDOUN CIRCUIT COURT, CIVIL DIVISION | ☐ Pending ☐ On appeal ☑ Concluded |
| GRACE ERICA BOTHWELL, ON BEHALF OF HERSELF AND OTHERS SIMILARLY SITUATED V. EXPRESSJET AIRLINES LLC **Case number** 1:20-CV-02079-WMR-AJB | CLASS ACTION: FMLA, ERISA, COBRA, BREACH OF CONTRACT-VACATION PAY, FLEX BENEFITS | US DISTRICT COURT FOR N.D GEORGIA, ATLANTA DIVISION | ☐ Pending ☐ On appeal ☑ Concluded |
| HALL V. ARIES SHUTTLE, EXPRESSJET AIRLINES **Case number** 2020 L 9148 | SHUTTLE PASSENGER INJURY | CIRCUIT COURT OF COOK COUNTY, ILLINOIS | ☐ Pending ☐ On appeal ☑ Concluded |
| IBT – JOSHUA WILLIS TERMINATION **Case number** NA | TERMINATION | NATIONAL MEDIATION BOARD | ☑ Pending ☐ On appeal ☐ Concluded |
| LUCENA V. JOHN DOE PILOT, WESTJET, EXPRESSJET AIRLINES, UNITED AIRLINES, THE PORT AUTHORITY OF NY & NJ, JOHN DOE 1-5 AND ABC CORP. 1-5 **Case number** ESC-L-6831-20 | PASSENGER INJURY | SUPERIOR COURT OF NEW JERSEY LAW DIVISION: ESSEX COUNTY | ☑ Pending ☐ On appeal ☐ Concluded |
| MICHAEL LOHR V. EXPRESSJET AIRLINES, INC. **Case number** 20-3399 | SEX DISCRIMINATION/ RETALIATION | U.S. DISTRICT COURT, SOUTHERN DISTRICT OF TEXAS, HOUSTON DIVISION | ☐ Pending ☐ On appeal ☑ Concluded |
| MIDDENDORFF V. EXPRESSJET AIRLINES LLC **Case number** 1:21-CV-04630-AT | CONTRACT CLAIM FOR CONTINUED BENEFITS UNDER A TERMINATED LONG-TERM DISABILITY PLAN | US DISTRICT COURT FOR THE NORTHERN DISTRICT OF GA | ☑ Pending ☐ On appeal ☐ Concluded |
| MILLS V. UNITED AIRLINES, EXPRESSJET AIRLINES, ABM AVIATION, SIMPLICITY GROUND SERVICES, ET AL **Case number** 4:21-CV-1241 | WRONGFUL DEATH, FAILURE TO MAINTAIN PREMISES IN SAFE CONDITION | UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION | ☑ Pending ☐ On appeal ☐ Concluded |
| NATHANIEL FOSTER, ET AL V. UNITED CONTINENTAL HOLDING, INC., ET AL **Case number** 3:19-CV-02530-JD | PASSENGER INJURY | US. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA | ☑ Pending ☐ On appeal ☐ Concluded |

Debtor    ExpressJet Airlines LLC
          (Name)

Case number (if known)    22-10787

### 8. Assignments and receivership

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

### 9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☑ None

| Part 5: | Certain Losses |
|---|---|

### 10. All losses from fire, theft, or other casualty within 1 year before filing this case.

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets - Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| 1 PAIR OF WHEEL CHOCKS TAKEN FROM THE WAREHOUSE FACILITY IN IAH | $0.00 | 11/14/2021 | $100.00 |
| 1 SERVICE CART TAKEN FROM THE WAREHOUSE FACILITY IN IAH | $0.00 | 5/16/2022 | $600.00 |

| Part 6: | Certain Payments or Transfers |
|---|---|

### 11. Payments related to bankruptcy

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or |
|---|---|---|---|
| EPIQ SYSTEMS ACQUISITIONS INC 777 THIRD AVE 12TH FLOOR NEW YORK, NY 10017 **Email or website address** EPIQGLOBAL.COM | | 8/18/2022 | $20,000.00 |
| EPIQ SYSTEMS ACQUISITIONS INC 777 THIRD AVE 12TH FLOOR NEW YORK, NY 10017 **Email or website address** EPIQGLOBAL.COM | | 8/10/2022 | $1,518.00 |
| EPIQ SYSTEMS ACQUISITIONS INC 777 THIRD AVE 12TH FLOOR NEW YORK, NY 10017 **Email or website address** EPIQGLOBAL.COM | | 7/8/2022 | $25,000.00 |
| F&H SOLUTIONS GROUP 271 17TH ST NW STE 1900 ATLANTA, GA 30363 **Email or website address** FHSOLUTIONSGROUP.COM | | 8/18/2022 | $14,722.00 |

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or |
|---|---|---|---|
| F&H SOLUTIONS GROUP<br>271 17TH ST NW<br>STE 1900<br>ATLANTA, GA 30363<br>**Email or website address**<br>FHSOLUTIONSGROUP.COM | | 8/9/2022 | $32,803.00 |
| F&H SOLUTIONS GROUP<br>271 17TH ST NW<br>STE 1900<br>ATLANTA, GA 30363<br>**Email or website address**<br>FHSOLUTIONSGROUP.COM | | 7/13/2022 | $18,413.00 |
| F&H SOLUTIONS GROUP<br>271 17TH ST NW<br>STE 1900<br>ATLANTA, GA 30363<br>**Email or website address**<br>FHSOLUTIONSGROUP.COM | | 6/21/2022 | $1,455.00 |
| F&H SOLUTIONS GROUP<br>271 17TH ST NW<br>STE 1900<br>ATLANTA, GA 30363<br>**Email or website address**<br>FHSOLUTIONSGROUP.COM | | 6/7/2022 | $25,000.00 |
| MCDONALD HOPKINS<br>600 SUPERIOR AVE<br>STE 2100<br>CLEVELAND, OH 44114<br>**Email or website address**<br>MCDONALDHOPKINS.COM | | 4/8/2022 | $15,138.00 |
| MCDONALD HOPKINS<br>600 SUPERIOR AVE<br>STE 2100<br>CLEVELAND, OH 44114<br>**Email or website address**<br>MCDONALDHOPKINS.COM | | 3/9/2022 | $41,747.50 |
| MCDONALD HOPKINS<br>600 SUPERIOR AVE<br>STE 2100<br>CLEVELAND, OH 44114<br>**Email or website address**<br>MCDONALDHOPKINS.COM | | 2/22/2022 | $75,000.00 |
| MOORE COLSON<br>600 GALLERIA PKWT SE<br>SUITE 600<br>ATLANTA, GA 30339<br>**Email or website address**<br>MOORECOLSON.COM | | 8/22/2022 | $5,000.00 |
| MOORE COLSON<br>600 GALLERIA PKWT SE<br>SUITE 600<br>ATLANTA, GA 30339<br>**Email or website address**<br>MOORECOLSON.COM | | 8/18/2022 | $33,510.29 |
| MOORE COLSON<br>600 GALLERIA PKWT SE<br>SUITE 600<br>ATLANTA, GA 30339<br>**Email or website address**<br>MOORECOLSON.COM | | 8/17/2022 | $27,035.18 |

Debtor   ExpressJet Airlines LLC
(Name)
Case Number (if known)   22-10787

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or |
|---|---|---|---|
| MOORE COLSON<br>600 GALLERIA PKWT SE<br>SUITE 600<br>ATLANTA, GA 30339<br><br>**Email or website address**<br>MOORECOLSON.COM | | 8/2/2022 | $28,747.63 |
| MOORE COLSON<br>600 GALLERIA PKWT SE<br>SUITE 600<br>ATLANTA, GA 30339<br><br>**Email or website address**<br>MOORECOLSON.COM | | 7/20/2022 | $14,838.59 |
| MOORE COLSON<br>600 GALLERIA PKWT SE<br>SUITE 600<br>ATLANTA, GA 30339<br><br>**Email or website address**<br>MOORECOLSON.COM | | 7/8/2022 | $70,728.60 |
| MOORE COLSON<br>600 GALLERIA PKWT SE<br>SUITE 600<br>ATLANTA, GA 30339<br><br>**Email or website address**<br>MOORECOLSON.COM | | 6/8/2022 | $100,000.00 |
| MORRIS NICHOLS ARSHT & TUNNELL LLP<br>1201 NORTH MARKET STREET<br>P.O. BOX 1347<br>WILMINGTON, DE 19899-1347<br><br>**Email or website address**<br>MORRISNICHOLS.COM | | 8/18/2022 | $150,000.00 |
| MORRIS NICHOLS ARSHT & TUNNELL LLP<br>1201 NORTH MARKET STREET<br>P.O. BOX 1347<br>WILMINGTON, DE 19899-1347<br><br>**Email or website address**<br>MORRISNICHOLS.COM | | 8/17/2022 | $150,000.00 |
| PORTAGE POINT PARTNERS<br>300 NORTH LASALLE DR<br>STE 1420<br>CHICAGO, IL 60654<br><br>**Email or website address**<br>PORTAGEPOINTPARTNERS.COM | | 3/4/2022 | $100,000.00 |
| RAYMOND JAMES<br>880 CARILLON PARKWAY<br>ST PETERSBURG, FL 33716<br><br>**Email or website address**<br>RAYMONDJAMES.COM | | 8/2/2022 | $50,000.00 |
| RAYMOND JAMES<br>880 CARILLON PARKWAY<br>ST PETERSBURG, FL 33716<br><br>**Email or website address**<br>RAYMONDJAMES.COM | | 7/20/2022 | $50,000.00 |
| RAYMOND JAMES<br>880 CARILLON PARKWAY<br>ST PETERSBURG, FL 33716<br><br>**Email or website address**<br>RAYMONDJAMES.COM | | 6/21/2022 | $51,000.00 |

**Debtor**   ExpressJet Airlines LLC

(Name)

Case Number (if known)   22-10787

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or |
|---|---|---|---|
| RAYMOND JAMES<br>880 CARILLON PARKWAY<br>ST PETERSBURG, FL 33716<br><br>**Email or website address**<br>RAYMONDJAMES.COM | | 6/8/2022 | $20,000.00 |
| RAYMOND JAMES<br>880 CARILLON PARKWAY<br>ST PETERSBURG, FL 33716<br><br>**Email or website address**<br>RAYMONDJAMES.COM | | 5/18/2022 | $90,000.00 |

12. **Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

13. **Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs.

Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| Part 7: | Previous Locations |
|---|---|

14. **Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy | |
|---|---|---|
| 1745 PHOENIX BOULEVARD, SUITE 400<br>COLLEGE PARK, GA 30349 | From 8/1/2019 | To 12/31/2020 |
| 1745 PHOENIX BOULEVARD, SUITE 450<br>COLLEGE PARK, GA 30349 | From 8/1/2019 | To 12/31/2020 |
| 1745 PHOENIX BOULEVARD, SUITE 500<br>COLLEGE PARK, GA 30349 | From 8/1/2019 | To 12/31/2020 |
| 990 TOFFIE TERRACE<br>ATLANTA, GA 30353 | From 1/10/2008 | To 12/31/2019 |
| 19200 PRIMARY ROAD<br>CLEVELAND, OH 44135 | From 1/1/2001 | To 10/30/2020 |
| 450 PORTUGEE ROAD<br>RICHMOND, VA 23250 | From 11/1/2013 | To 10/31/2020 |
| 2025 CALLAHAN ROD<br>LOUISVILLE, TN 37846 | From 9/20/2000 | To 11/30/2020 |
| 17795 JFK BLVD<br>HOUSTON, TX 77032 | From 1/1/2000 | To 1/31/2021 |
| 9455 PLAND ROAD<br>BATON ROUGE, LA 70811 | From 3/1/2008 | To 1/1/2020 |
| 3323 NORTH PARK BLVD. SUITE K<br>ALCOA, TN 37701 | From 1/1/2017 | To 7/31/2022 |
| 4753 AVIATION PARKWAY<br>ATLANTA, GA 30354 | From 5/1/2017 | To 5/31/2019 |
| 3561 BOEING AVE<br>MCKINLEYVILLE, CA 95519 | From 11/1/2021 | To 3/30/2022 |
| 3701 WINGS WAY<br>BAKERSFIELD, CA 93308 | From 10/1/2021 | To 6/30/2022 |

| Part 8: | Health Care Bankruptcies |
|---|---|

Debtor   ExpressJet Airlines LLC
(Name)

Case number (if known)   22-10787

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for :

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

| Part 9: | Personal Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
☑ Yes. State the nature of the information collected and retained.

NAMES; PHONE NUMBERS; EMAIL ADDRESSES; MAILING ADDRESSES; PASSWORDS; CONTACT PREFERENCES; BILLING ADDRESSES; DEBIT/CREDIT CARD NUMBERS AND SECURITY CODES; USERNAMES; PROFILE PHOTOS; AND OTHER SIMILAR INFORMATION.

Does the debtor have a privacy policy about that information?

☐ No
☑ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
☑ Yes. Does the debtor serve as plan administrator?

☐ No.
☑ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| ATLANTIC SOUTHEST AIRLINES INC INVESTMENT SAVINGS PLAN | 58-1354495 |

Has the plan been terminated?
☐ No
☑ Yes

| Name of plan | Employer identification number of the plan |
|---|---|
| EXPRESSJET AIRLINES INC 401K SAVINGS PLAN | 58-1354495 |

Has the plan been terminated?
☐ No
☑ Yes

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name , or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

Debtor    ExpressJet Airlines LLC                                Case Number (if known)    22-10787
          (Name)

| Part 12: | Details About Environmental Information |
|---|---|

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No
☐ Yes.  Provide details below.

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No
☐ Yes.  Provide details below.

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☐ No
☒ Yes.  Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| WORCESTER AIRPORT (ORH) | MASSPORT<br>627 MAIN ST.<br>WORCESTER, MA  01608 | FUEL SPILL | 6/25/2002 |
| ATLANTA HARTSFIELD INTERNATIONAL AIRPORT (ATL) | DEPARTMENT OF AVIATION<br>P.O. BOX 20509<br>ATLANTA, GA  30320 | FUEL SPILL | 8/5/2002 |
| DALLAS FORT WORTH INTERNATIONAL AIRPORT (DFW) | DFW INTERNATIONAL AIRPORT HEADQUARTERS<br>2400 AVIATION DRIVE<br>DFW AIRPORT, TX  75261 | FUEL SPILL | 9/24/2004 |
| JOHN F. KENNEDY INTERNATIONAL AIRPORT (JFK) | PORT AUTHORITY OF NEW YORK AND NEW JERSEY<br>4 WORLD TRADE CENTER<br>150 GREENWICH STREET<br>NEW YORK, NY  10007 | FUEL SPILL | 12/7/2004 |
| TOLEDO AIRPORT | TOLEDO EXPRESS AIRPORT<br>11013 AIRPORT HIGHWAY<br>TOLEDO, OH  43558 | FUEL SPILL | 5/11/2005 |
| CORPUS CHRISTI, TX COMMERCIAL RAMP | CORPUS CHRISTI INTERNATIONAL AIRPORT<br>DEPARTMENT OF AVIATION<br>1000 INTERNATIONAL DRIVE<br>1000 INTERNATIONAL DRIVE<br>CORPUS CHRISTI, TX  78406 | FUEL SPILL | 4/2/2007 |
| NEW YORK STEWART INTERNATIONAL AIRPORT (SWF) | NEW YORK STEWART INTERNATIONAL AIRPORT<br>1180 1ST ST.<br>NEW WINDSOR, NY  12553 | FUEL SPILL | 9/15/2007 |
| BOSTON LOGAN INTERNATIONAL AIRPORT (BOS) | MASSACHUSETTS PORT AUTHORITY<br>ONE HARBORSIDE DRIVE<br>SUITE 200S<br>SUITE 200S<br>EAST BOSTON, MA  02128 | FUEL SPILL | 9/26/2010 |
| TULSA INTERNATIONAL AIRPORT (TUL) | TULSA INTERNATIONAL AIRPORT<br>7777 E APACHE<br>TULSA, OK  73115 | FUEL SPILL | 9/10/2011 |

Debtor    ExpressJet Airlines LLC                                         Case number (if known)    22-10787
(Name)

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| SAN LUIS POTOSI INTERNATIONAL AIRPORT (SLP) | SAN LUIS POTOSÍ INTERNATIONAL AIRPORT CARR. A MATEHUALA KM 9.5 78341 SAN LUIS 78341 SAN LUIS S.L.P. MEXICO | FUEL SPILL | 5/23/2017 |

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

**26. Books, records, and financial statements**

26a.    List all accountants and bookkeepers who maintained the debtor's books and records within  2 years before filing this case.

☐ None

| Name and address | Dates of service | |
|---|---|---|
| JOHN GREENLEE 1745 PHOENIX BOULEVARD SUITE 250 COLLEGE PARK, GA  30349 | From  8/1/2020 | To  PRESENT |
| MOORE COLSON 600 GALLERIA PKWY SE #600 ATLANTA, GA  30339 | From  6/22/2022 | To  PRESENT |
| NEVILLE RANDERIA 1745 PHOENIX BOULEVARD SUITE 250 COLLEGE PARK, GA  30349 | From  8/1/2020 | To  PRESENT |
| PERRY BAKER 1745 PHOENIX BOULEVARD SUITE 250 COLLEGE PARK, GA  30349 | From  8/1/2020 | To  7/15/2022 |
| ROMINA SMITH 1431 BREWER LANE CELINA, TX  75009 | From  4/27/2021 | To  PRESENT |

26b.    List all firms or individuals who have audited, compiled,  or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service | |
|---|---|---|
| CROWE LLP PO BOX 71570 CHICAGO, IL  60694 | From  5/1/2020 | To  PRESENT |
| DON DEHAVEN 130 HALITE DRIVE ALPHARETTA, GA  30022 | From  1/22/2021 | To  3/5/2021 |
| MOORE COLSON 600 GALLERIA PKWY SE #600 ATLANTA, GA  30339 | From  6/22/2022 | To  PRESENT |
| ROMINA SMITH 1431 BREWER LANE CELINA, TX  75009 | From  4/27/2021 | To  PRESENT |

26c.    List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed .

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| | |

| Debtor | ExpressJet Airlines LLC | | Case Number (if known) | 22-10787 |
|---|---|---|---|---|
| | (Name) | | | |

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| MOORE COLSON<br>600 GALLERIA PKWY SE<br>#600<br>ATLANTA, GA  30339 | |
| NEVILLE RANDERIA<br>1745 PHOENIX BOULEVARD<br>SUITE 250<br>COLLEGE PARK, GA  30349 | |

26d.   List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| SMALL BUSINESS ADMINISTRATION<br>409 3RD ST., SW<br>WASHINGTON, D.C., DC  20416 |
| UNITED AIRLINES<br>233 S WACKER DR<br>CHICAGO, IL  60606 |
| US DEPARTMENT OF TREASURY<br>1500 PENNSYLVANIA AVENUE, NW<br>WASHINGTON, D.C., DC  20220 |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ None

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

☐ None

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| MANAAIR LLC | 1745 PHOENIX BOULEVARD<br>SUITE 250<br>COLLEGE PARK, GA  30349 | MEMBER | 100% |
| SUBODH KARNIK | 1745 PHOENIX BOULEVARD<br>SUITE 250<br>COLLEGE PARK, GA  30349 | CHAIRMAN & CEO | |
| BETHANN FRILLMAN | 1745 PHOENIX BOULEVARD<br>SUITE 250<br>COLLEGE PARK, GA  30349 | BOARD MEMBER | |
| JOHN GREENLEE | 1745 PHOENIX BOULEVARD<br>SUITE 250<br>COLLEGE PARK, GA  30349 | PRESIDENT | |
| JOSH MCLAURIN | 1745 PHOENIX BOULEVARD<br>SUITE 250<br>COLLEGE PARK, GA  30349 | GENERAL COUNSEL | |
| NEVILLE RANDERIA | 1745 PHOENIX BOULEVARD<br>SUITE 250<br>COLLEGE PARK, GA  30349 | CFO | |
| RICHARD MEYER | 1745 PHOENIX BOULEVARD<br>SUITE 250<br>COLLEGE PARK, GA  30349 | BOARD MEMBER | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ None

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| STEVEN J. PULLY | 4564 MEADOWOOD RD<br>DALLAS, TX  75220 | UNITED AIRLINES<br>BOARD MEMBER | From 11/19/2021   To 5/17/2022 |

Debtor    ExpressJet Airlines LLC                                          Case Number (if known)    22-10787
_____                                       _____
(Name)

---

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ None

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| SEE SOFA Q4 | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ None

| Name of the parent corporation | Employer identification number of the parent corporation. |
|---|---|
| MANAAIR LLC | 58-1354495 |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ None

| Name of the pension fund | Employer identification number of the pension fund. |
|---|---|
| ATLANTIC SOUTHEST AIRLINES INC INVESTMENT SAVINGS PLAN | 58-1354495 |
| EXPRESSJET AIRLINES INC 401K SAVINGS PLAN | 58-1354495 |

---

Debtor    ExpressJet Airlines LLC                                    Case Number (if known)    22-10787
          (Name)

| Part 14: | Signature and Declaration |

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 09/20/2022.


✖    /s/ John Greenlee                                John Greenlee
     Signature of individual signing on behalf of the debtor    Printed Name

     President
     Position or relationship to debtor


 **Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes