IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>**EXPRESSJET AIRLINES LLC,**<br><br>Debtor.[1] | Chapter 11<br><br>Case No. 22-10787 (MFW)<br><br>**Re: D.I. 102 & 160** |

**CERTIFICATION OF COUNSEL REGARDING ORDER AUTHORIZING
RETENTION AND EMPLOYMENT OF MORRIS, NICHOLS, ARSHT
& TUNNELL LLP AS BANKRUPTCY COUNSEL FOR THE DEBTOR
*NUNC PRO TUNC* TO THE PETITION DATE**

The undersigned counsel to the above-captioned debtor and debtor in possession (the "Debtor") hereby certifies as follows:

1. On September 13, 2022, the Debtor filed the *Debtor's Application for Entry of an Order Authorizing Retention and Employment of Morris, Nichols, Arsht & Tunnell LLP as Bankruptcy Counsel for the Debtor* Nunc Pro Tunc *to the Petition Date* (D.I. 102) (the "Application").

2. The deadline to file objections or responses to the relief requested in the Application was September 27, 2022, at 4:00 p.m. (prevailing Eastern Time) (the "Objection Deadline").

3. Prior to the Objection Deadline, the Debtor received informal comments to the Application from the Office of the United States Trustee (the "U.S. Trustee"). The Debtor has received no other objection, response, or comments, and no objection or other responsive pleading to the Application appears on the docket.

---

[1] The last four digits of the Debtor's federal EIN are 4495. The Debtor's mailing address is 1745 Phoenix Boulevard, Suite 250, College Park, GA 30349.

4. The Debtor resolved the U.S. Trustee's comments through revisions to the proposed form of order granting the relief requested in the Application and the *Supplemental Declaration of Eric D. Schwartz in Support of Debtor's Application for Entry of an Order Authorizing Retention and Employment of Morris, Nichols, Arsht & Tunnell LLP as Bankruptcy Counsel for the Debtor* Nunc Pro Tunc *to the Petition Date* (D.I. 160). A copy of the revised proposed form of order is attached hereto as **Exhibit A**. For the convenience of the Court and all parties in interest, a blackline comparing the revised proposed form of order to the form of order attached to the Application is attached hereto as **Exhibit B**.

5. The U.S. Trustee has reviewed the revised proposed form of order and does not object to its entry.

WHEREFORE, the Debtor respectfully requests that the Court enter the revised proposed form of order, substantially in the form attached hereto as **Exhibit A**, at its earliest convenience

| | |
|---|---|
| Dated: September 30, 2022<br>Wilmington, Delaware | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Sophie Rogers Churchill*<br>Eric D. Schwartz (No. 3134)<br>Matthew B. Harvey (No. 5186)<br>Paige N. Topper (No. 6470)<br>Jonathan M. Weyand (No. 6959)<br>Sophie Rogers Churchill (No. 6905)<br>1201 N. Market Street, 16th Floor<br>Wilmington, Delaware 19801<br>Telephone: (302) 658-9200<br>eschwartz@morrisnichols.com<br>mharvey@morrisnichols.com<br>ptopper@morrisnichols.com<br>jweyand@morrisnichols.com<br>srchurchill@morrisnichols.com<br><br>*Proposed Counsel to the Debtor and Debtor in Possession* |