IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>**EXPRESSJET AIRLINES LLC,**<br><br>Debtor.[1] | Chapter 11<br><br>Case No. 22-10787 (MFW)<br><br>**Hearing Date:**<br>**November 10, 2022 at 11:30 a.m. (ET)**<br>**Objection Deadline:**<br>**November 3, 2022 at 4:00 p.m. (ET)** |

**NOTICE OF DEBTOR'S MOTION FOR ENTRY OF AN ORDER (I) AUTHORIZING AND APPROVING (A) THE SALE OF THE DEBTOR'S INVENTORY AND AIRCRAFT PARTS TO PURCHASER FREE AND CLEAR OF LIENS, CLAIMS, AND ENCUMBRANCES AND (B) THE ASSUMPTION AND ASSIGNMENT OF THE WAREHOUSE LEASE, AND (II) GRANTING RELATED RELIEF**

PLEASE TAKE NOTICE that on October 20, 2022, the above-captioned debtor and debtor in possession (the "Debtor") filed the *Debtor's Motion for Entry of an Order (I) Authorizing and Approving (A) the Sale of the Debtor's Inventory and Aircraft Parts to Purchaser Free and Clear of Liens, Claims, and Encumbrances and (B) the Assumption and Assignment of the Warehouse Lease, and (II) Granting Related Relief* (the "Motion").

PLEASE TAKE FURTHER NOTICE that objections, if any, to the Motion must (a) be in writing; (b) be filed with the Clerk of the Bankruptcy Court, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **November 3, 2022 at 4:00 p.m. (ET)** (the "Objection Deadline"); and (c) be served so as to be received on or before the Objection Deadline by (i) counsel to the Debtor, Morris, Nichols, Arsht & Tunnell LLP, 1201 N. Market Street, 16th Floor, Wilmington, Delaware, 19801, Attn: Eric D. Schwartz (eschwartz@morrisnichols.com), Matthew B. Harvey (mharvey@morrisnichols.com), and Paige Topper (ptopper@morrisnichols.com); and (ii) the Office of the United States Trustee for the District of Delaware, 844 N. King Street, Wilmington, Delaware 19801, Attn: Timothy J. Fox Jr. (timothy.fox@usdoj.gov).

PLEASE TAKE FURTHER NOTICE that a hearing on the Motion will take place on **November 10, 2022 at 11:30 a.m. (ET)** before the Honorable Mary F. Walrath, United States Bankruptcy Judge.

---

[1] The last four digits of the Debtor's federal EIN are 4495. The Debtor's mailing address is P.O. Box 82392, 650 S. Central Ave., Atlanta, GA 30354.

      PLEASE TAKE FURTHER NOTICE that only objections made in writing and timely filed and received, in accordance with the procedures above, will be considered by the Bankruptcy Court at such hearing.

      IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: October 20, 2022         MORRIS, NICHOLS, ARSHT & TUNNELL LLP
      Wilmington, Delaware

*/s/ Sophie Rogers Churchill*
Eric D. Schwartz (No. 3134)
Matthew B. Harvey (No. 5186)
Paige N. Topper (No. 6470)
Jonathan M. Weyand (No. 6959)
Sophie Rogers Churchill (No. 6905)
1201 N. Market Street, 16th Floor
Wilmington, Delaware 19801
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
eschwartz@morrisnichols.com
mharvey@morrisnichols.com
ptopper@morrisnichols.com
jweyand@morrisnichols.com
srchurchill@morrisnichols.com

*Counsel to the Debtor and Debtor in Possession*