Exhibit C

**Letter of Agreement between**
**the TWU, Plan Sponsor & Debtor**
**December 20, 2022**

**Parties**. Transport Workers Union of America, AFL-CIO ("**TWU**"). ExpressJet Airlines LLC ("**Debtor**"). Polaris 8, LLC ("**Plan Sponsor**") on behalf of itself and the renamed ExpressJet Airlines LLC after the Effective Date of the Plan ("**Reorganized Debtor**"). Individually a "**Party**" and collectively the "**Parties**".

**Recognition**. Upon the Effective Date of the Plan of Reorganization in the bankruptcy case 22-10787 in the District of Delaware (the "**Bankruptcy Case**"), all Parties will continue to recognize the TWU, under certification number R-7294, as the authorized representative of flight dispatchers employed by the Reorganized Debtor for the purposes of the Railway Labor Act, as amended.

**Binding Effect**. As of the date of this agreement, the existing Collective Bargaining Agreement ("**CBA**") and all associated agreements between the TWU and the Debtor shall be terminated, and any pending grievance matters and any other related matters associated with such CBA shall be deemed fully and finally resolved by the allowance of Claim Numbers 55, 10042, 10044, 10045, 10083, and replaced with this Letter of Agreement. For avoidance of doubt, termination of the CBAs and all associated agreements does not give rise or result in an administrative or other claim against the Debtor or its estate and does not affect any claims filed by the union or its members prior to the bar date, if any.

**Career Protections**. The following establishes a commitment by the Reorganized Debtor to establish career opportunities at the Reorganized Debtor for flight dispatchers ("**Former ExpressJet Flight Dispatchers**") on the ExpressJet flight dispatcher seniority list as of August 23, 2022, the date the Company filed for bankruptcy under title 11 of the United States Code ("**SPSP/Seniority List**").

**Streamlined Preferential Selection Process ("SPSP")**. The Reorganized Debtor will provide initial notice to the TWU no fewer than 120 days before it anticipates resuming commercial flight operations (the "**First Notice**"). The First Notice will also include the objective hiring criteria and requirements for flight dispatcher positions the Reorganized Debtor will use to evaluate applicants, as well as the email and regular mail address where applications should be submitted. The TWU will inform flight dispatchers on the SPSP/Seniority List of the above information and the SPSP process.

**Eligibility to participate in the SPSP**. To be eligible for progress under the SPSP, a Former ExpressJet Flight Dispatcher must request to participate in the SPSP interview process by submitting a completed application for such Flight Dispatcher positions at Reorganized Debtor, including current resume and/or Curriculum Vitae, and self-identifying as a Former ExpressJet Flight Dispatcher on the SPSP/Seniority List, by email or hard copy. Sixty-five (65) days after

the First Notice, the Reorganized Debtor will provide names of all Former ExpressJet Dispatchers who submitted a completed application for the above-referenced positions. The Reorganized Debtor will state which Former ExpressJet Flight Dispatchers it hired, which it interviewed, which it determined were qualified for the positions, and which it determined were not qualified for the positions.

**Selection under the SPSP**.  Following the First Notice, Reorganized Debtor will first interview Former ExpressJet Flight Dispatchers on the SPSP/Seniority List, who have self-disclosed as such and who meet the prevailing qualification requirements of the Reorganized Debtor and have submitted applications to the Reorganized Debtor.

If the Reorganized Debtor does not hire all Former ExpressJet Dispatchers who apply and who it deems qualified and meeting the hiring criteria for the available positions, those Former ExpressJet Dispatchers will remain on the SPSP/Seniority List for Future rounds of hiring while this agreement remains in effect.

If, while this agreement remains in effect, the Reorganized Debtor intends to hire additional dispatchers after the First Notice and the initial hiring round, the Reorganized Debtor will first interview remaining Former ExpressJet Dispatchers on the SPSP/Seniority List. At the Reorganized Debtor's direction, either the TWU or the Reorganized Debtor will provide notice to any remaining Former ExpressJet Dispatchers on the SPSP/Seniority List of the Reorganized Debtor's intent to hire additional dispatchers (the "**Subsequent Notice**"), as further described below.

The Reorganized Debtor will provide, to the extent required by applicable law, TWU with the names and addresses of any flight dispatchers that the Reorganized Debtor hires.

**Management and Completion of the SPSP/Seniority List**. (a) Any Former ExpressJet Flight Dispatcher who does not apply within forty-five (45) days of the First Notice shall be deemed to have forfeited the opportunity to participate in the SPSP and removed from the SPSP/Seniority List. (b) Any Former ExpressJet Flight Dispatchers who were not selected based on the prevailing hiring criteria or the interview process after the First Notice, will have their name removed, by the TWU, from the SPSP/Seniority List upon communication from the Reorganized Debtor. (c) Any Former ExpressJet Flight Dispatcher who is hired will have their name removed from the SPSP/Seniority List upon communication from the Reorganized Debtor. (d) If the Reorganized Debtor provides any subsequent Notice, any Former ExpressJet Dispatcher who does apply within ten (10) days of the Subsequent Notice shall be deemed to have forfeited the opportunity to participate in the SPSP and removed from the SPSP/Seniority List. If the TWU provides any Subsequent Notice, any Former ExpressJet Dispatcher who does not apply within thirty (30) days of the Subsequent Notice shall be deemed to have forfeited the opportunity to participate in the SPSP and removed from the SPSP/Seniority List. (e) The SPSP/Seniority List will be maintained by the TWU and shared, upon request with the Reorganized Debtor. (f) The SPSP is concluded, and the SPSP/Seniority List terminated, after there are no eligible Former ExpressJet Flight Dispatchers on the SPSP/Seniority List or three

2

(3) years from the date of this Agreement whichever occurs first; but in no case will the SPSP conclude and the SPSP/Seniority List be terminated less than one (1) year after the Reorganized Debtor resumes commercial flight operations, unless there are no names remaining on the SPSP/Seniority list in which case SPSP/Seniority List shall be considered to be terminated. (g) Any Former ExpressJet Flight Dispatcher who does not accept an offer or leaves the Reorganized Debtor after accepting an offer will also be removed from the SPSP/Seniority List.

Any Former ExpressJet Flight Dispatchers hired through the SPSP shall receive higher seniority status than other dispatchers who are hired by the Reorganized Debtor (including such Former ExpressJet Flight Dispatchers who apply outside of the SPSP). Any Former ExpressJet Dispatchers hired through the SPSP shall maintain the relative seniority they held with respect to one another on the ExpressJet dispatcher seniority list.

**Dispute Resolution**. Any dispute arising under this agreement relating to the administration of the SPSP shall be resolved in binding arbitration before Richard Bloch (or, if unavailable within the succeeding 120 days an arbitrator who is a member of the National Academy of Arbitrators to be mutually agreed by the parties).

For clarity, Reorganized Debtor has absolute and final authority that is not subject to such Dispute Resolution on (i) the establishment of requirements and selection criteria for jobs, (ii) the interview process, and (ii) the final selection or rejection of candidates, provided its exercise of such authority is consistent with the law.

| |
|---|
| Transport Workers Union of America, AFL-CIO ("TWU") Signature<br><br>Name :<br>Title : Executive Director to the International President |
| ExpressJet Airlines LLC ("Debtor")<br>Signature<br><br>Name    Subodh Karnik<br>Title    Chairman & CEO |
| Polaris 8, LLC ("Polaris" or "Plan Sponsor")<br>Signature<br><br>Name    Vandi Cooyar<br>Title    President |

Plan Sponsor as Managing Member of the Reorganized Debtor
Signature                                                "Effective as of the Effective Date of the Plan"
Name  Vandi Cooyar
Title   Managing Member