Exhibit D

**Letter of Agreement between the**
**Association, Plan Sponsor & Debtor**
**December 20, 2022**

**Parties**. Air Line Pilots Association, International ("**ALPA**" or "**Association**"). ExpressJet Airlines LLC ("**Debtor**"). Polaris 8, LLC ("**Plan Sponsor**") on behalf of itself and the renamed ExpressJet Airlines LLC after the Effective Date of the Plan ("**Reorganized Debtor**"). Individually a "**Party**" and collectively the "**Parties**".

**Recognition**. Upon the Effective Date of the Plan of Reorganization in the bankruptcy case 22-10787 in the District of Delaware (the "**Bankruptcy Case**"), all Parties will continue to recognize the Association, under certification numbers R-6193, R-6717 and R-7500, as the authorized representative of Pilots, Flight Instructors and Ground Instructors employed by the Reorganized Debtor for the purposes of the Railway Labor Act, as amended.

**Binding Effect**. As of the date of this agreement, the existing Collective Bargaining Agreement ("**CBA**") and all associated agreements between the Association and the Debtor shall be terminated, and any pending grievance matters and any other related matters associated with such CBA shall be deemed fully and finally resolved by the Association's and Debtor's resolution of ALPA's claim on behalf of ALPA-represented pilots in the Bankruptcy Case, and replaced with this Letter of Agreement. For avoidance of doubt, termination of the CBA and all associated agreements does not give rise or result in an administrative or other claim against the Debtor or its estate and does not affect the settlement agreed to between the Debtor and the Association with respect to the claims filed by the Association prior to the bar date.

**Career Protections**. The following establishes a commitment by the Reorganized Debtor to establish career opportunities at the Reorganized Debtor for pilots, flight instructors ("**FI**"), and ground instructors ("**GI**") (collectively "**Former ExpressJet Pilot**") on the ExpressJet pilot seniority list as of August 23, 2022, the date the Company filed for bankruptcy under title 11 of the United States Code ("**SPSP/Seniority List**").

**Streamlined Preferential Selection Process ("SPSP")**. The Reorganized Debtor will provide notice to the Association no fewer than 120 days before it anticipates resuming commercial flight operations (the "**First Notice**"). The First Notice will also include the objective hiring criteria and requirements for pilot, Flight and Ground Instructor positions it will use to evaluate applicants, as well as the email and regular mail addresses where applications should be submitted. The Association will inform pilots on the SPSP/Seniority List of the above information and the SPSP process.

**Eligibility to participate in the SPSP**. To be eligible for progress under the SPSP, a Former ExpressJet Pilot must request to participate in the SPSP interview process by submitting a completed application for such pilot, Flight and Ground Instructor positions at Reorganized Debtor, including current resume and/or Curriculum Vitae, and self-identifying as a Former ExpressJet Pilot on the SPSP/Seniority List, by email or hard copy. Sixty-five (65) days after the First Notice, the Reorganized Debtor will provide the names of all Former ExpressJet Pilots who submitted a completed application for the above-referenced position. The Reorganized

Debtor will state which Former ExpressJet Pilots it hired, which it interviewed, which it determined were qualified for the positions, and which it determined were not qualified for the positions.

**Selection under the SPSP**. Following the First Notice, the Reorganized Debtor will first interview Former ExpressJet Pilots on the SPSP/Seniority List, who have self-disclosed as such and who meet the prevailing qualification requirements of the Reorganized Debtor and have submitted applications to the Reorganized Debtor. If the Reorganized Debtor does not hire all Former ExpressJet Pilots who apply and who it deems qualified and meeting the hiring criteria for the available positions, those Former ExpressJet Pilots will remain on the SPSP/Seniority List for future rounds of hiring while this agreement remains in effect.

If, while this agreement remains in effect, the Reorganized Debtor intends to hire additional pilots, FIs, or GIs after the First Notice and the initial hiring round, the Reorganized Debtor will first interview remaining Former ExpressJet Pilots on the SPSP/Seniority List. At the Reorganized Debtor's direction, either the Association or the Reorganized Debtor will provide notice to any remaining Former ExpressJet Pilots on the SPSP/Seniority List of the Reorganized Debtor's intent to hire pilots, FIs, or GIs (the "**Subsequent Notice**"), as further described below.

The Reorganized Debtor will provide, to the extent required by applicable law, ALPA with the names and addresses of any pilots, FIs or GI that the Reorganized Debtor hires.

**Management and Completion of the SPSP/Seniority List**. (a) Any Former ExpressJet Pilot who does not apply within forty-five (45) days of the Reorganized Debtor's notice to the Association shall be deemed to have forfeited the opportunity to participate in the SPSP and removed from the SPSP/Seniority List. (b) Any Former ExpressJet Pilots who were not selected based on the prevailing hiring criteria or the interview process, will have their name removed, by the Association, from the SPSP/Seniority List upon communication from the Reorganized Debtor. (c) Any Former ExpressJet Pilot who is hired will have their name removed from the SPSP/Seniority List upon communication from the Reorganized Debtor. (d) If the Reorganized Debtor provides any Subsequent Notice, any Former ExpressJet Pilot who does not apply within ten (10) days of the Subsequent Notice shall be deemed to have forfeited the opportunity to participate in the SPSP and removed from the SPSP/Seniority List. If the Association provides any Subsequent Notice, any Former ExpressJet Pilot who does not apply within thirty (30) days of the Subsequent Notice shall be deemed to have forfeited the opportunity to participate in the SPSP and removed from the SPSP/Seniority List. (e) The SPSP/Seniority List will be maintained by the Association and shared, upon request with the Reorganized Debtor. (f) Except for applicants for FI or GI positions as set forth below, the SPSP is concluded, and the SPSP/Seniority List terminated, after there are no eligible Former ExpressJet Pilots on the SPSP/Seniority List or three (3) years from the date of this Agreement, whichever occurs first, but in no case shall the SPSP conclude and the SPSP/Seniority List be terminated less than one (1) year after the Reorganized Debtor resumes commercial flight operations, unless there are no names remaining on the SPSP/ Seniority List in which case the SPSP/ Seniority List shall be considered to be terminated. (g) Any Former ExpressJet Pilot who does not accept an offer or leaves the Reorganized Debtor after accepting an offer will also be removed from the SPSP/Seniority List.

Any Former ExpressJet Pilots hired through the SPSP shall receive higher seniority status than other pilots, FIs, or GIs who are hired by the Reorganized Debtor (including such Former ExpressJet Flight Pilots who apply outside of the SPSP). Any Former ExpressJet Pilots hired

through the SPSP shall maintain the relative seniority they held with respect to one another on the ExpressJet pilot seniority list.

The parties agree that in the event the Reorganized Debtor hires for FI or GI positions within four (4) years of the date of this Agreement, the SPSP Process will apply with respect to any pilot who held a FI or GI position, respectively, with the Debtor.

**Dispute Resolution**. Any dispute arising under this agreement relating to the administration of the SPSP shall be resolved in binding arbitration before Richard Bloch (or, if unavailable within the succeeding 120 days an arbitrator who is a member of the National Academy of Arbitrators to be mutually-agreed by the parties).

For clarity, Reorganized Debtor has absolute and final authority that is not subject to such Dispute Resolution on (i) the establishment of requirements and selection criteria for jobs, (ii) the interview process, and (ii) the final selection or rejection of candidates, provided its exercise of such authority is consistent with the law.

---

Air Line Pilots Association, International ("Association")
Signature

*[signed: Joseph G. DePete]*

Name  Captain Joseph G. DePete
Title  ALPA President

Signature

*[signed]*

Name  Captain William Dressler
Title  Custodian, ALPA ExpressJet MEC

Signature

*[signed: Ronald L. Stevens]*

Name  Captain Ronald L. Stevens
Title  Custodian, ALPA ExpressJet MEC

---

ExpressJet Airlines LLC ("Debtor")
Signature

*[signed]*

Name  Subodh Karnik
Title  Chariman & CEO

| |
|---|
| Polaris 8, LLC ("Polaris" or "Plan Sponsor") <br> Signature  *[signed]* <br><br> Name  Vandi Cooyar <br> Title   President |
| Plan Sponsor as Managing Member of the Reorganized Debtor <br> Signature  *[signed]*     "Effective as of the Effective Date of the Plan" <br><br> Name  Vandi Cooyar <br> Title    Managing Member |

2