**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| **EXPRESSJET AIRLINES LLC,** | Case No. 22-10787 (MFW) |
| Debtor.[1] | **Re: D.I. 126** |

**NOTICE OF SALE OF CERTAIN OF THE DEBTOR'S *DE MINIMIS* ASSETS FREE
AND CLEAR OF LIENS, CLAIMS, INTERESTS, AND ENCUMBRANCES
PURSUANT TO SECTION 363 OF THE BANKRUPTCY CODE**

PLEASE TAKE NOTICE that on September 15, 2022, the United States Bankruptcy Court for the District of Delaware (this "Court") entered an order (D.I. 126) (the "Order") granting approval of certain procedures (the "Procedures") for the sale of certain *de minimis* assets free and clear of all liens, claims, interests, and encumbrances in the above-captioned chapter 11 case.

PLEASE TAKE FURTHER NOTICE that objections (each an "Objection"), if any, to the sale of any assets listed on Appendix A attached hereto must be (i) made in writing on or before **January 14, 2023, at 4:00 p.m. (ET)** (the "Objection Deadline"), and (ii) filed with the Court and served on the Debtor, the undersigned counsel to the Debtor, and any person or entity with a particularized interest in the asset(s) to be sold so that it is actually received by such parties on or before the Objection Deadline. Any such Objection shall identify, with specificity, the basis for such Objection.

PLEASE TAKE FURTHER NOTICE that, pursuant to the terms of the Order, if no Objection is timely filed and served in accordance with the procedures above, the asset(s) listed on Appendix A will be sold free and clear of all liens, claims, interests, or encumbrances pursuant to, among other provisions, section 363 of title 11 of the United States Code, in accordance with the Order.

PLEASE TAKE FURTHER NOTICE that if an Objection is timely filed and served in accordance with the Order, the Debtor and the objecting party will use good faith efforts to resolve the Objection. If the Debtor and the objecting party are unable to consensually resolve the Objection, the asset(s) that are the subject of the Objection will not be sold except upon order of the Court; *provided, however*, that any asset(s) set forth in Appendix A that are not the subject of an Objection may be immediately sold in accordance with the Procedures.

---

[1]   The last four digits of the Debtor's federal EIN are 4495. The Debtor's mailing address is P.O. Box 82392, 650 S. Central Ave., Atlanta, GA 30354.

PLEASE TAKE FURTHER NOTICE that the Debtor reserves all rights with respect to the *de minimis* asset sale process, including without limitation, the right to modify in whole or in part the requirements or timeline of any *de minimis* asset sale, to reject any proposal, to terminate a company's participation in the process, to terminate or suspend discussion or negotiations with a company, or any other company or any party or parties about the subjects covered by the *de minimis* asset sale process or to terminate any pending *de minimis* asset sale.

| | |
|---|---|
| Dated: January 9, 2023<br>Wilmington, Delaware | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Sophie Rogers Churchill*<br>Eric D. Schwartz (No. 3134)<br>Matthew B. Harvey (No. 5186)<br>Paige N. Topper (No. 6470)<br>Jonathan M. Weyand (No. 6959)<br>Sophie Rogers Churchill (No. 6905)<br>1201 N. Market Street, 16th Floor<br>Wilmington, Delaware 19801<br>Telephone: (302) 658-9200<br>Facsimile: (302) 658-3989<br>eschwartz@morrisnichols.com<br>mharvey@morrisnichols.com<br>ptopper@morrisnichols.com<br>jweyand@morrisnichols.com<br>srchurchill@morrisnichols.com<br><br>*Counsel to the Debtor and Debtor in Possession* |