**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| **EXPRESSJET AIRLINES LLC**, | Case No. 22-10787 (MFW) |
| Reorganized Debtor.[1] | **Re: D.I. 126** |

### NOTICE OF SALE OF CERTAIN OF THE LIQUIDATING TRUST'S *DE MINIMIS* ASSETS FREE AND CLEAR OF LIENS, CLAIMS, INTERESTS, AND ENCUMBRANCES PURSUANT TO SECTION 363 OF THE BANKRUPTCY CODE

PLEASE TAKE NOTICE that on September 15, 2022, the United States Bankruptcy Court for the District of Delaware (this "Court")[2] entered an order (D.I. 126) (the "Order") granting approval of certain procedures (the "Procedures") for the sale of certain *de minimis* assets free and clear of all liens, claims, interests, and encumbrances in the above-captioned chapter 11 case.

PLEASE TAKE FURTHER NOTICE that objections (each an "Objection"), if any, to the sale of any assets listed on Appendix A attached hereto must be (i) made in writing on or before **February 15, 2023, at 4:00 p.m. (ET)** (the "Objection Deadline"), and (ii) filed with the Court and served on the Liquidating Trustee, Christopher Tierney of Moore, Colson & Company, P.C., 600 Galleria Parkway SE, Suite 600, Atlanta, GA 30339, Attn: Christopher Tierney (ctierney@moorecolson.com) and Wes Scott (wscott@moorecolson.com), counsel for the Liquidating Trust, Morris, Nichols, Arsht & Tunnell LLP, 1201 N. Market Street, 16th Floor, Wilmington, Delaware, 19801, Attn: Eric D. Schwartz (eschwartz@morrisnichols.com), Matthew B. Harvey (mharvey@morrisnichols.com), and Paige N. Topper (ptopper@morrisnichols.com), and any person or entity with a particularized interest in the asset(s) to be sold so that it is actually received by such parties on or before the Objection Deadline. Any such Objection shall identify, with specificity, the basis for such Objection.

PLEASE TAKE FURTHER NOTICE that, pursuant to the terms of the Order, if no Objection is timely filed and served in accordance with the procedures above, the asset(s) listed on Appendix A will be sold free and clear of all liens, claims, interests, or encumbrances

---

[1] This chapter 11 case is now being administered by the ExpressJet Liquidating Trust, pursuant to the terms of the Reorganized Debtor's *First Amended Combined Disclosure Statement and Chapter 11 Plan of Reorganization or Liquidation Proposed by the Debtor* (D.I. 371) (the "Plan"). The last four digits of the ExpressJet Liquidating Trust's federal EIN are 6248. The ExpressJet Liquidating Trust's mailing address is 600 Galleria Parkway SE, Suite 600, Atlanta, GA 30339.

[2] Capitalized terms used but not defined herein are defined in the Plan.

pursuant to, among other provisions, section 363 of title 11 of the United States Code, in accordance with the Order.

PLEASE TAKE FURTHER NOTICE that if an Objection is timely filed and served in accordance with the Order, the Liquidating Trust and the objecting party will use good faith efforts to resolve the Objection. If the Liquidating Trust and the objecting party are unable to consensually resolve the Objection, the asset(s) that are the subject of the Objection will not be sold except upon order of the Court; *provided, however*, that any asset(s) set forth in Appendix A that are not the subject of an Objection may be immediately sold in accordance with the Procedures.

PLEASE TAKE FURTHER NOTICE that the Liquidating Trust reserves all rights with respect to the *de minimis* asset sale process, including without limitation, the right to modify in whole or in part the requirements or timeline of any *de minimis* asset sale, to reject any proposal, to terminate a company's participation in the process, to terminate or suspend discussion or negotiations with a company, or any other company or any party or parties about the subjects covered by the *de minimis* asset sale process or to terminate any pending *de minimis* asset sale.

Dated: February 10, 2023
      Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jonathan M. Weyand*
Eric D. Schwartz (No. 3134)
Matthew B. Harvey (No. 5186)
Paige N. Topper (No. 6470)
Jonathan M. Weyand (No. 6959)
Sophie Rogers Churchill (No. 6905)
1201 N. Market Street, 16th Floor
Wilmington, Delaware 19801
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
eschwartz@morrisnichols.com
mharvey@morrisnichols.com
ptopper@morrisnichols.com
jweyand@morrisnichols.com
srchurchill@morrisnichols.com

*Counsel to the ExpressJet Liquidating Trust*